UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

      Plaintiffs,

vs.

DELTA AIR LINES, INC.

      Defendant.

_____/

CLASS ACTION

## MOTION FOR EXTENSION OF TIME FOR DELTA AIR LINES, INC. TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendant Delta Air Lines, Inc. ("Delta"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that the Court extend the current deadline for Delta to respond to Plaintiffs' forthcoming motion for class certification by two (2) weeks, through and including April 23, 2019. As demonstrated below, there is good cause to grant an extension and doing so will not affect any other existing case deadlines.

## ARGUMENT

This Court has the discretion to extend the deadline for Delta to respond to Plaintiffs' forthcoming motion for class certification. *Ware v. Pine State Mortg. Corp.*, No. 18-11629, 2018 WL 5733210, at *2 (11th Cir. Oct. 31, 2018) ("When an act may or must be done within a specified time, the court may, for good case, extend the time.") (citing Fed. R. Civ. P. 6(b)).

Good cause exists here for the Court to order a brief, two-week extension of Delta's deadline to respond to Plaintiffs' forthcoming class certification motion—currently set for April

9, 2019 pursuant to the Court's Order entered on March 8, 2019 and Local Rule 7.1(c). ECF No. 76. Delta has been diligent in conducting the discovery necessary to respond to Plaintiffs' forthcoming motion for class certification. Specifically, Delta scheduled the deposition of Ms. Donoff—at the time she was the only named plaintiff in the case—to occur on March 12, 2019, sufficiently in advance of Plaintiffs' class certification deadline. The notice for Ms. Donoff's deposition was served on February 6, 2019. *See* Declaration of David L. Balser ("Balser Decl.") ¶ 2, attached as Ex. 1.

Plaintiffs' counsel was then granted leave to add an additional named plaintiff on February 7, 2019. The Second Amended Complaint, which includes Plaintiff Walter Cappillo, was not filed until February 8, 2019. ECF No. 64. Delta promptly served written discovery on Mr. Cappillo on February 15, 2019. Delta also requested to depose Mr. Cappillo the week of March 18, 2019. Balser Decl. ¶ 3. Plaintiffs' counsel responded, however, that Plaintiff Cappillo was not available for a deposition until the week of March 25, 2019. *Id.* Mr. Cappillo's deposition is currently scheduled for March 27, 2019, which is a day *after* Plaintiffs' class certification motion is due.[1] *Id.* ¶ 4. This means that Delta's current two-week time to respond to Plaintiffs' motion for class certification under the Local Rules will be taken-up, in part, by deposing one of the named plaintiffs. This leaves very little turn-around time for Delta to digest and incorporate that testimony into a brief in opposition to Plaintiffs' motion.

The fact that Mr. Cappillo's deposition is not scheduled until after Plaintiffs file their class certification motion is particularly problematic in light of the fact that Plaintiffs' counsel just informed Delta they would not be asking the Court to certify Ms. Donoff as the class

---

[1] On March 8, 2019, the Court granted the parties' request to extend Plaintiffs' deadline to file their motion for class certification by eight (8) days, through and including March 26, 2019. *See* ECF No. 76.

representative.  Delta was not provided this information until 9:00 p.m. on March 11, 2019—the evening before Ms. Donoff's deposition—despite the fact that Ms. Donoff admitted in her deposition that she has known she would not be the class representative as early as October or November last year.  Balser Decl. ¶ 5; *see also* ECF No. 82 (Delta's Motion to Compel attaching the deposition transcript of Ms. Donoff).  This means that Plaintiffs are only moving for class certification on the basis of Mr. Cappillo, but that Delta will not have the opportunity to depose Mr. Cappillo until after Plaintiffs' class certification motion is filed.  For this reason, good cause exists for a two-week extension of Delta's time to respond to Plaintiffs' motion for class certification.

Good cause also exists for a two-week extension of Delta's response deadline on the basis of the grounds stated in Delta's motion to compel filed on March 19, 2019 related to the deposition of Plaintiff Donoff.  ECF No. 82.  As detailed in the motion to compel, Plaintiffs' counsel—through instructions to the witness not to answer on the basis of the attorney-client privilege and speaking objections—frustrated Delta's ability to gather information that is necessary to this Court's determination of class counsel's adequacy. *Id.* Specifically, Plaintiffs' counsel's objections and instructions to the witness prevented Delta from inquiring as to: (1) when Ms. Donoff established an attorney-client relationship with Leon Cosgrove; (2) April 2018 communications with her son—an associate at Leon Cosgrove—that pre-date any attorney-client relationship with Leon Cosgrove; (3) the genesis of Ms. Donoff's idea that she may have claims against Delta; and (4) other non-privileged information such as how Ms. Donoff learned of the lawsuit Leon Cosgrove previously filed against American Airlines and whether she has had conversations with her son about travel insurance.  *Id.*

The apparent purpose of Plaintiffs' counsel's conduct at Ms. Donoff's deposition was to prevent discovery of the fact that Ms. Donoff was solicited by Leon Cosgrove to serve as a stand-in plaintiff until a more suitable class representative could be located and substituted (which is precisely what Plaintiffs' counsel has done with Mr. Cappillo). Because these circumstances raise issues as to Leon Cosgrove's adequacy as class counsel—Delta requires the opportunity to reexamine Ms. Donoff before it is required to submit a response to Plaintiffs' forthcoming motion for class certification. The two-week extension of time to respond to Plaintiffs' class certification motion Delta requests should be sufficient to allow the Court to resolve the issues raised in Delta's motion to compel and provide Delta the opportunity to reexamine Ms. Donoff.

Accordingly, Delta respectfully requests the Court grant a two (2) week extension of the deadline for Delta to respond to Plaintiffs' motion for class certification, through and including April 23, 2019. Granting this extension will not affect any other existing case deadline.

## CONCLUSION

As good cause exists for an extension of the deadline for Delta to respond to Plaintiffs' forthcoming motion for class certification, Delta respectfully requests that this Court extend Delta's time to respond to Plaintiffs' motion to and including April 23, 2019.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local rule 7.1(a)(3), counsel for Delta certifies that they have conferred with Plaintiffs' counsel regarding the relief sought in this motion in a good faith effort to resolve the issues raised herein. Counsel for Plaintiffs advised that—while they do not oppose the 2-week

extension of time—they oppose the grounds stated in the motion for the requested extension. Plaintiffs accordingly intend to oppose Delta's request on those grounds.

Respectfully submitted this 19th day of March, 2019.

*s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.
Fla. Bar No. 716545
Email: lfernandez@stackfernandez.com
Denise B. Crockett
Email: dcrockett@stackfernandez.com
Fla. Bar No. 327913
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
phone: (305) 371-0001
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street

Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant, Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on March 19, 2019 on all counsel or parties of record.

*s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

      Plaintiffs,                        CLASS ACTION

vs.

DELTA AIR LINES, INC.

      Defendant.

_____/

**DECLARATION OF DAVID L. BALSER IN SUPPORT
OF DELTA AIR LINES INC.'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, David L. Balser, declare as follows:

1.      I am a partner at King & Spalding, LLP, and lead counsel for Delta Air Lines, Inc. ("Delta") in the above-titled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto.

2.      Delta served a notice for Ms. Donoff's deposition on February 6, 2019, setting her deposition for March 12, 2019. A true and correct copy of the deposition notice is attached as Ex. A.

3.      On February 18, 2019, counsel for Delta inquired for dates Mr. Cappillo would be available for a deposition the week of March 18, 2019. Plaintiffs' counsel responded that "[m]ost likely" Mr. Cappillo would not be available the week of March 18, subsequently offering March 25, 2019 for his deposition. A true and correct copy of this email exchange is attached as Ex. B.

4.      A true and correct copy of the Notice for Mr. Cappillo's deposition is attached as Ex. C.

5.      At approximately 9:00 p.m. ET on March 11, 2019, Plaintiffs' counsel informed counsel for Delta via email that they would not be asking the Court to certify Ms. Donoff as a class representative.  A true and correct copy of this email is attached as Ex. D.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019.

                    */s/ David L. Balser*
                    David L. Balser

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM DIVISION

JUDITH MARILYN DONOFF,
on behalf of herself and all others similarly
situated,

        Plaintiff,

    v.

DELTA AIR LINES, INC.,

        Defendant.

                 Case No. 9:18-cv-81258-DMM

## NOTICE OF VIDEOTAPED DEPOSITION

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

the undersigned attorneys will take the videotaped deposition of Judith Marilyn Donoff at 10:00

a.m. on Tuesday, March 12, 2019 at the offices of Robbins Geller Rudman & Dowd LLP, 120 East

Palmetto Park Road, Suite 500, Boca Raton, FL 33432, upon oral examination pursuant to the

Federal Rules of Civil Procedure.  The deposition will be taken before a notary public or an officer

authorized to administer oaths, and will be recorded by video and stenographic means.  The oral

examination will continue from day to day until completed

      Dated: February 6, 2019

                      */s/ Lazaro Fernandez, Jr.*
                      Lazaro Fernandez, Jr.
                      Fla. Bar No. 716545
                      Email:  lfernandez@stackfernandez.com
                      Denise B. Crockett
                      Email:  dcrockett@stackfernandez.com
                      Fla. Bar No. 327913
                      **STACK FERNANDEZ & HARRIS, P.A.**
                      1001 Brickell Bay Drive, Suite 2650
                      Miami, Florida 33131
                      Tel: (305) 371-0001

-and-

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863

-and-

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600

-and-

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street
Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant Delta Air Lines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via E-mail this 6th day of February,

2019 on all counsel of record pursuant to the parties' agreement:

Paul J. Geller
Stuart A. Davidson
Jason H. Alperstein
Christopher C. Gold
Bradley M. Beall
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
jalperstein@rgrdlaw.com
cgold@rgrdlaw.com
bbeall@rgrdlaw.com

Scott B. Cosgrove
Alec H. Schultz
John R. Byrne
Jeremy L. Kahn
LEON COSGROVE, LLP
225 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305-740-1975
Facsimile: 305-437-8158
scosgrove@leoncosgrove.com
aschultz@leoncosgrove.com
jbyrne@leoncosgrove.com
jkahn@leoncosgrove.com

/s/ Lazaro Fernandez, Jr.
Lazaro Fernandez, Jr.

# EXHIBIT B

**Wilson, Gillian**

---

| | |
|---|---|
| **From:** | Stuart Davidson <sdavidson@rgrdlaw.com> |
| **Sent:** | Thursday, February 21, 2019 3:51 PM |
| **To:** | Barrett, Julia |
| **Cc:** | Alec Schultz; Balser, David; Jenkins, Gayle I.; Lazaro Fernandez Jr.; Christopher Gold; John R. Byrne (jbyrne@leoncosgrove.com) |
| **Subject:** | RE: Donoff v. Delta |

Julia – Mr. Cappillo can be deposed in my office in Boca Raton on March 25th starting at 9:30 am.  Please confirm.

Thanks

Stu

---

**From:** Barrett, Julia [mailto:JBarrett@KSLAW.com]
**Sent:** Monday, February 18, 2019 7:22 PM
**To:** Stuart Davidson
**Cc:** Alec Schultz; Balser, David; Jenkins, Gayle I.; Lazaro Fernandez Jr.; Christopher Gold
**Subject:** RE: Donoff v. Delta

Thanks, we will require dates that are sufficiently in advance of the deadline for our opposition to class certification.

**Julia C. Barrett**
**King & Spalding LLP**
500 W. 2nd Street
Suite 1800
Austin, TX 78701
**T.** 512.457.2053
jbarrett@kslaw.com

*Admitted to practice only in Georgia*

---

**From:** Stuart Davidson <sdavidson@rgrdlaw.com>
**Sent:** Monday, February 18, 2019 4:07 PM
**To:** Barrett, Julia <JBarrett@KSLAW.com>
**Cc:** Alec Schultz <aschultz@leoncosgrove.com>; Balser, David <DBalser@KSLAW.com>; Jenkins, Gayle I. <GJenkins@winston.com>; Lazaro Fernandez Jr. <lfernandez@stackfernandez.com>; Christopher Gold <CGold@rgrdlaw.com>
**Subject:** Re: Donoff v. Delta

We'll do our best to get you some dates within a week.  Most likely it will not be the week of 3/18, though.

On Feb 18, 2019, at 10:22 AM, Barrett, Julia <JBarrett@kslaw.com> wrote:

> Alec/Stu –
>
> Can you provide dates Mr. Cappillo is available for a deposition the week of 3/18?
>
> Thanks,

Julia

**Julia C. Barrett**
**King & Spalding LLP**
500 W. 2nd Street
Suite 1800
Austin, TX 78701
**T.** 512.457.2053
jbarrett@kslaw.com

*\*Admitted to practice only in Georgia*

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**

**JUDITH MARILYN DONOFF,**
**on behalf of herself and all others similarly**
**situated,**

    **Plaintiff,**

  **v.**

**DELTA AIR LINES, INC.,**

    **Defendant.**

**Case No. 9:18-cv-81258-DMM**

---

**NOTICE OF VIDEOTAPED DEPOSITION**

   PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

the undersigned attorneys will take the videotaped deposition of Walter Cappillo at 10:00 a.m. on

Wednesday, March 27, 2019 at the offices of Robbins Geller Rudman & Dowd LLP, 120 East

Palmetto Park Road, Suite 500, Boca Raton, FL 33432, upon oral examination pursuant to the

Federal Rules of Civil Procedure.  The deposition will be taken before a notary public or an officer

authorized to administer oaths, and will be recorded by video and stenographic means.  The oral

examination will continue from day to day until completed

   Dated: February 26, 2019

             */s/ Lazaro Fernandez, Jr.*
             Lazaro Fernandez, Jr.
             Fla. Bar No. 716545
             Email:  lfernandez@stackfernandez.com
             Denise B. Crockett
             Email:  dcrockett@stackfernandez.com
             Fla. Bar No. 327913
             **STACK FERNANDEZ & HARRIS, P.A.**
             1001 Brickell Bay Drive, Suite 2650
             Miami, Florida 33131
             Tel: (305) 371-0001

-and-

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863

-and-

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600

-and-

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street
Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant Delta Air Lines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via E-mail this 26th day of

February, 2019 on all counsel of record pursuant to the parties' agreement:

Paul J. Geller
Stuart A. Davidson
Jason H. Alperstein
Christopher C. Gold
Bradley M. Beall
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
jalperstein@rgrdlaw.com
cgold@rgrdlaw.com
bbeall@rgrdlaw.com

Scott B. Cosgrove
Alec H. Schultz
John R. Byrne
Jeremy L. Kahn
LEON COSGROVE, LLP
225 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305-740-1975
Facsimile: 305-437-8158
scosgrove@leoncosgrove.com
aschultz@leoncosgrove.com
jbyrne@leoncosgrove.com
jkahn@leoncosgrove.com

*/s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.

# EXHIBIT D

**Wilson, Gillian**

---

| | |
|---|---|
| **From:** | Alec Schultz <aschultz@leoncosgrove.com> |
| **Sent:** | Monday, March 11, 2019 9:06 PM |
| **To:** | Balser, David; Barrett, Julia; Jenkins, Gayle I. |
| **Cc:** | John R. Byrne |
| **Subject:** | Donoff Depo |

Hi all,

Good to see everyone today, hope everyone's travels this afternoon were uneventful.  David I thought we had discussed this back when we were discussing amendment of the complaint, but neither Stu nor I can remember a specific discussion on it, so it may not have happened.  In any event, please know that we will not be asking the Court in our CC motion to certify Ms. Donoff as a class representative.  Happy to discuss more tomorrow if you like, and of course this is not intended to affect your plans for tomorrow.  Please feel free to spend as long as you like on your questioning. You should have received the last couple production docs and the priv log today, if you didn't please advise.

Have a good night.

**Alec H. Schultz**
León Cosgrove, LLP
255 Alhambra Circle Suite 800
Miami, FL 33134
D 305.740.1986  |  M 561.504.4730
aschultz@leoncosgrove.com

