UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

      Plaintiffs,                          CLASS ACTION

vs.

DELTA AIR LINES, INC.

      Defendant.
_____/

**DELTA AIR LINES, INC.'S OPPOSITION TO**
**<u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>**

## TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ..................................................................................................1

II.     RELEVANT FACTUAL AND PROCEDURAL BACKGROUND ............................2

      A.     Travel Insurance is an Ancillary Product Delta Makes Available to its
            Customers in Partnership with Allianz. .............................................................2

      B.     The Travel Insurance Offer in Delta's Booking Path is Constantly
            Changing. .........................................................................................................3

      C.     Delta is Compensated by Allianz for Providing Space on Delta's
            Website for AGA to Offer Travel Insurance to Delta's Customers. .................4

      D.     Allianz is Responsible for Licensing and Regulatory Compliance. ..................4

      E.     Delta's Customers Elect The Option of Purchasing Travel Insurance
            for a Variety of Reasons and Under Different Circumstances. .........................5

      F.     Plaintiff's Claims And Motion For Class Certification. ....................................6

III.    ARGUMENT AND CITATION OF AUTHORITY .................................................7

      A.     Plaintiff Bears The Burden Under Rule 23. ......................................................7

      B.     Plaintiff Has Not Established The Requirements of Rule 23(a). ......................7

            1.     Plaintiff cannot adequately represent the purported class. ...................7

            2.     Plaintiff is atypical because he will be subject to multiple
                   defenses demonstrating the differences among the claims of
                   class members. .....................................................................................8

            3.     Plaintiff fails to identify any common questions the answer to
                   which will drive classwide resolution of his claims. .............................10

      C.     Individual Issues Predominate Over any Purportedly Common
            Questions, and the Motion Fails to Establish Manageability or
            Superiority, Defeating Rule 23(b)(3) Certification. .........................................12

            1.     Individual issues of proximate causation and reliance defeat
                 certification of Plaintiff's FDUTPA and RICO claims. ........................12

             2.     The elements of materiality and likelihood of deception are
                 incapable of common proof. ..................................................................15

ii

        3.      **Plaintiff Fails to Offer a Common Method of Proving Actual Damages for Any of His Claims.**................................................................**17**

        4.      **Plaintiff's unjust enrichment claim is ill-suited for class treatment.**................................................................**19**

    **D.**    **Plaintiff Cannot Seek Certification Under Rule 23(b)(2) Because He Primarily Seeks Monetary Relief.** ......................................................**20**

**IV.**    **CONCLUSION** ................................................................................**20**

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Am. United Life Ins. Co. v. Martinez*,
   480 F.3d 1043 (11th Cir. 2007) ...........................................................................9

*Amgen Inc. v. Connecticut Ret. Plans & Tr. Funds*,
   568 U.S. 455 (2013)...................................................................................15, 16

*Bohlke v. Shearer's Food, LLC*,
   2015 WL 249418 (S.D. Fla. Jan. 20, 2015) ...............................................20

*Bowe v. Public Storage*,
   106 F. Supp. 3d 1252 (S.D. Fla. 2015) ...............................................14, 18

*Bowe v. Public Storage*,
   318 F.R.D. 160 (S.D. Fla. 2015) .........................................................12, 14

*Bridge v. Phoenix Bond & Indemn. Co.*,
   553 U.S. 639 (2008)...............................................................................13, 14

*Bristol-Myers Squibb Co. v. Superior Court of Ca., San Francisco Cty.*,
   137 S. Ct. 1773 (2017)..........................................................................6

*Brown v. Electrolux Home Prods., Inc.*,
   817 F.3d 1225 (11th Cir. 2016) ...........................................................12, 18

*CGC Holding Co., LLC v. Broad & Cassel*,
   773 F.3d 1076 (10th Cir. 2014) ...........................................................15

*Cohen v. Implant Innovations, Inc.*,
   259 F.R.D. 617 (S.D. Fla. 2008)...........................................................17

*Cohen v. Trump*,
   2016 WL 4543481 (S.D. Cal. Aug. 29, 2016) ......................................16

*Coleman v. Commonwealth Land Title Ins. Co.*,
   318 F.R.D. 275 (E.D. Pa. 2016)...........................................................13

*Collins v. DaimlerChrysler Corp.*,
   894 So. 2d 988 (Fla. 5th DCA 2004) ...................................................18

*Comcast Corp. v. Behrend*,
   569 U.S. 27 (2013)...........................................................................7, 18

*In re ConAgra Foods, Inc.*,
  90 F. Supp. 3d 919 (C.D. Cal. 2015) ...................................................................16

*Daimler AG v. Bauman*,
  134 S. Ct. 746 (2014) .............................................................................................6

*DeBernardis v. NBTY, Inc.*,
  2018 WL 461228 (N.D. Ill. Jan. 18, 2018) ............................................................6

*Deere Constr., LLC v. CEMEX Constr. Materials Fla., LLC*,
  2016 WL 8542540 (S.D. Fla. Dec. 1, 2016) .........................................................17

*Dungan v. The Acad. at Ivy Ridge*,
  2008 WL 2827713 (N.D.N.Y. July 21, 2008) .......................................................13

*Fitzpatrick v. Gen. Mills Inc.*,
  635 F.3d 1279 (11th Cir. 2011) ............................................................................13

*Gelfound v. Metlife Ins. Co. of Connecticut*,
  313 F.R.D. 674 (S.D. Fla. 2016) ..........................................................................19

*In re Heartland Payment Sys., Inc. Customer Data Sec. Breach Litig.*,
  851 F. Supp. 2d 1040 (S.D. Tex. 2012) .................................................................8

*Howe v. Samsung Elecs. Am., Inc.*,
  2018 WL 2212982 (N.D. Fla. Jan. 5, 2018) ...........................................................6

*Kirkpatrick v. J.C. Bradford & Co.*,
  827 F.2d 718 (11th Cir. 1987) ................................................................................8

*Klay v. Humana, Inc.*,
  382 F.3d 1241 (11th Cir. 2004) ......................................................................14, 15

*Krukever v. TD Ameritrade, Futures & Forex LLC*,
  328 F.R.D. 649 (S.D. Fla. 2018) ..........................................................................18

*Kunzelmann v. Wells Fargo Bank, N.A.*,
  2013 WL 139913 (S.D. Fla. Jan. 10, 2013) ..........................................................19

*Latman v. Costa Cruise Line NV*,
  758 So. 2d 699 (2000)............................................................................................12

*London v. Wal-Mart Stores, Inc.*,
  340 F.3d 1246 (11th Cir. 2003) ..............................................................................7

*Molina v. Aurora Loan Servs., LLC*,
  635 F. App'x 618 (11th Cir. 2015) .........................................................................9

*Morales v. Progressive Cas. Ins. Co.*,
2014 WL 12531280 (S.D. Fla. Nov. 26, 2014)......................................................10

*In re Motions to Certify Classes Against Court Reporting Firms*,
715 F. Supp. 2d 1265 (S.D. Fla. 2010) ...............................................................16

*Murray v. Auslander*,
244 F.3d 807 (11th Cir. 2001) ............................................................................20

*O'Neill v. The Home Depot U.S.A., Inc.*,
243 F.R.D. 469 (S.D. Fla. 2006) ...........................................................................9

*Perisic v. Ashley Furniture Indus., Inc.*,
2018 WL 3391359 (M.D. Fla. June 27, 2018).....................................................19

*Price v. United Servs. Auto. Ass'n*,
2012 WL 2847821 (W.D. Ark. Mar. 16, 2012) ....................................................8

*Prohias v. Pfizer, Inc.*,
490 F. Supp. 2d 1228 (S.D. Fla. 2007) ..........................................................18, 19

*Ray v. Spirit Airlines, Inc.*,
836 F.3d 1340 (11th Cir. 2016) .......................................................................9, 12

*Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs., Inc.*,
601 F.3d 1159 (11th Cir. 2010) ...........................................................................19

*Shiring v. Tier Techs., Inc.*,
244 F.R.D. 307 (E.D. Va. 2007) ...........................................................................8

*Stalley v. ADS Alliance Data Sys., Inc.*,
296 F.R.D. 670 (M.D. Fla. 2013).........................................................................20

*Vega v. T-Mobile USA, Inc.*,
564 F.3d 1256 (11th Cir. 2009) .......................................................................7, 12

*Wal-Mart Stores, Inc. v. Dukes*,
564 U.S. 338 (2011)........................................................................................7, 10

*Wasser v. All Market, Inc.*,
No. 1:16-cv-21238-RNS, ECF No. 281 (S.D. Fla. Sept. 26, 2018).....................20

*Williams v. Mohawk Indus., Inc.*,
568 F.3d 1350 (11th Cir. 2009) ...........................................................................20

**Statutes**

Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961
*et seq.* ......................................................................................................... *passim*

N.C. Gen. Stat. § 58-33-10(18).........................................................................................................10

Neb. Rev. Stat. § 44-4060..................................................................................................................10

**Other Authorities**

Federal Rule of Civil Procedure 23 ........................................................................ *passim*

## I.      INTRODUCTION

Plaintiff's motion ("Motion") fails to satisfy the rigorous analysis this Court is required to undertake in deciding whether to certify a class. At bottom, Plaintiff's claims rest on the contention that Delta's website misrepresents that consumers' payment for travel insurance is a "pass through." Plaintiff alleges Delta "uniformly" misrepresents its financial interest in the travel insurance sold through its website, and that this alleged deception allows Delta to conceal the fact that the alleged commissions it receives from Allianz caused the purported class to pay inflated prices for their policies. Plaintiff's own testimony, however, coupled with his expert's survey results and proffered theory of damages, contradict Plaintiff's theory of liability and underscore the flaws in Plaintiff's Motion.

One fatal flaw in the Motion is that Plaintiff does not even try to demonstrate that class members paid inflated prices for travel insurance. Plaintiff's damages model is predicated on an entirely different theory of liability: that Delta is violating insurance regulations by receiving "commissions" from Allianz. But Plaintiff has failed to demonstrate how a class could be certified on that theory. Plaintiff's Motion contains no analysis suggesting that Delta's agreement with Allianz—a commercial marketing agreement under which Delta is compensated for allowing Allianz to sell travel insurance to Delta's customers—violates any one state's laws, let alone a common method of proving this theory without examination of the laws of all fifty states. Even setting that aside, whether Delta is violating insurance regulations does not establish liability on any of Plaintiff's claims, nor does it show that Delta's conduct caused any class member actual damages. In fact, the "illegal commission" theory of damages Plaintiff offers would result in Plaintiff recovering damages *in excess* of the amount he paid for his policy. The proof required to demonstrate the "inflated price" theory of damages actually alleged in this case is highly individualized because it would require inspection of each policy sold to determine whether a comparable policy was available for less. Plaintiff offers absolutely no evidence that the price for *his* policy was inflated—let alone a common method for proving this allegation. The conflict in Plaintiff's theories of liability and damages—and the highly individualized nature of damages in this case—require denial of Plaintiff's Motion.

Plaintiff's difficulty in landing on a cohesive theory of liability and damages reflects yet another flaw in the Motion: this is a lawyer-driven case with no injured plaintiffs. Plaintiff's cursory attention to the requirements of adequacy and typicality in the Motion is telling in this

respect, as discovery confirmed that both Ms. Donoff and Mr. Cappillo independently decided to purchase travel insurance because of their particular circumstances and not because of any statements on Delta's website. Indeed, Mr. Cappillo's purchasing experience directly conflicts with the legal theories presented here, and he could not articulate the basis of any of his claims against Delta beyond what he learned from his lawyers. This renders Plaintiff inadequate to represent any purported class. The circumstances of Mr. Cappillo's purchase of travel insurance also make him atypical of the purported class. Mr. Cappillo confirmed that: (1) it was not important to him whether Delta was getting paid when he made his purchase; (2) he assumed that Delta *would be* getting paid by Allianz; and (3) he did not care that Delta was getting paid, he just wants Delta to disclose that fact. This testimony evidences the lack of a real class of injured plaintiffs and that a trial of Plaintiff's claims would devolve into adjudicating myriad unique defenses applicable to Plaintiff.

Finally, the critical elements of Plaintiff's claims—*i.e.*, (1) that Delta's omissions were material, and (2) are likely to deceive consumers acting reasonably in the same circumstances; that Delta (3) proximately caused class members, (4) actual damages; and (5) that Delta was unjustly enriched—are not only wholly missing with respect to Plaintiff, but require highly individualized inquiries. Plaintiff cannot divorce his claims from his own personal experience, nor shortcut the proof required to establish these essential elements by reliance on fundamentally flawed surveys, the "pass through" line of authority, or by asking the Court to infer causation. For these reasons, as described more fully below, Plaintiff fails to carry his burden under Rule 23 and the Motion should be denied.

## II.    RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

### A.    Travel Insurance is an Ancillary Product Delta Makes Available to its Customers in Partnership with Allianz.

In addition to selling airline tickets, Delta markets and provides its customer direct access to ancillary products that enhance customer experience. One of those products is travel insurance. To make this option available, Delta entered into a Marketing Agreement (the "Agreement") with AGA Service Company d/b/a Allianz. Mot. Ex. J. Pursuant to that Agreement, Delta provides Allianz space on Delta's website for Allianz to offer travel insurance to Delta's customers. Customers can elect to purchase travel insurance from Allianz in the

"booking path" at the time they purchase airline tickets. Mot. at 3.[1] Allianz is the entity that offers, sells and administers the travel insurance sold through Delta's website and controls the wording and content of the offer. *Id.*; Deposition of Elmar Trust ("Trust") 22:4-11 (Ex. 1); Deposition of Marla Johnson ("Johnson") 29:15-17 (Ex. 2). Allianz also develops the various insurance products that are offered to Delta's customers and sets the price for those products. ████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████. Johnson 21:10-25; Declaration of Atayev, ¶¶ 9-10 ("Atayev Decl.") (Ex. 3).

**B.      The Travel Insurance Offer in Delta's Booking Path is Constantly Changing.**

The language and presentation of the travel insurance offer in Delta's booking path is constantly changing ████████████████████████████████████████████████████████████ ███████████████. Atayev Decl. ¶¶ 11-13; Johnson 76:10-23. This means that Delta's customers see different offers ██████████████████████████████████████████████████████████. Atayev Decl. ¶ 12. ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████. *Id.* ¶ 11. As a result, ████████████ different offer presentations have appeared in Delta's booking path during the class period. *Id.* ¶ 2. And, critically, the only statement in Allianz's offer box that Plaintiff challenges as false—that Allianz is the "licensed producer" of the insurance (which is true)—was not included in all offers from September 2014 to the present, and does not appear there today. *Id.* ¶¶ 3-4. It is this purportedly "uniform" statement Plaintiff contends leaves the allegedly false impression that the consumer's travel insurance purchase is a "pass through" charge. SAC ¶¶ 2, 43-47, 51. But the producer statement is not "uniform" as both past and present offers did not contain the "licensed producer" statement.[2] Determining which individual customers saw that statement when they purchased travel insurance in Delta's booking path, the impression that was formed, and the impact on that person would accordingly require an individualized purchaser-by-purchaser analysis.

---

[1] As Ms. Donoff did, customers can also purchase travel insurance after purchasing their flights by logging into their SkyMiles account and selecting the travel insurance option in "MyTrips" or as a stand-alone product. Trust 55:22-56:1; 87:22-88:7 (describing "second chance" offers).

[2] Plaintiff's survey used images from Delta's current website and thus did not contain this language. It accordingly did not test Plaintiff's theory that the "producer" language deceptively leaves the impression of a "pass through" charge.

**C.      Delta is Compensated by Allianz for Providing Space on Delta's Website for AGA to Offer Travel Insurance to Delta's Customers.**

If a Delta customer elects to purchase travel insurance, Delta does not collect any money from its customers related to the purchase; payment is collected by and goes directly to Allianz. Trust 38:3-14. According to Ms. Donoff, this is clear: she understood she was "buying insurance from the insurance company, Allianz." Deposition of Judith Donoff ("Donoff") 68:21-69:1 (Ex. 4). Customers' credit cards are also charged by Allianz, and they receive an email from Allianz with their policy. Trust 184:9-185:1; Deposition of Walter Capillo ("Cappillo") Ex. 80 (Ex. 5), 81 (Ex. 6), 83 (Ex. 7). Unsurprisingly, in this e-commerce era, Allianz compensates Delta for allowing it space in Delta's digital channel to market insurance to Delta's customers. Trust 162:1-3. ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████. Declaration of Michael Confer, ¶¶ 2-9 (Ex. 8). ███████████████████████████████████████ ███████████████████████████████████████████████████████████ ██ █████████████████████████████████████████████████████ ██████████████████████████████████████████████. Trust 65:19-66:7; 149:10-150:1; 152:23-153:15. █████████████████████████████████████ ██████████████████████████████████████████████████████████████. *Id.* 159:15-18; Johnson 33:12-16 ████████████████████████████ █████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████ ████. Trust 81:13-19. As Mr. Trust explained: ███████████████████ █████████████████████████████████████████████████████████████████ ████████████████████████ *Id.* 141:15-22. ███████████ ████████████████████████████████████████ *Id.* 120:17-24.

**D.      Allianz is Responsible for Licensing and Regulatory Compliance.**

Because Delta is not offering or selling insurance, Delta has not applied for any license in any state to offer or sell insurance. Johnson 88:25-89:2; 96:11-18. ████████████████ ████████████████████████████████████████████████████████████. Mot., Ex. J.; Johnson 61:23-62:4. And Allianz holds the appropriate licenses in all 50 states, including

Florida, to transact insurance. Declaration of Mark Henson, ¶ 5 ("Henson Decl.") (Ex. 9). The applicable licensing and registration requirements for Allianz's insurance sales vary state-by-state, and have changed over time. *Id.* ¶¶ 7-10.

     E.    **Delta's Customers Elect The Option of Purchasing Travel Insurance for a Variety of Reasons and Under Different Circumstances.**

    *Mr. Cappillo:* Mr. Cappillo has only flown with Delta once, and it was the only occasion he ever purchased travel insurance. Cappillo 30:16-17; 36:21-25 (Ex. 10). He purchased insurance on that single occasion for a very specific reason: his checked bag was carrying valuables to a deceased family friend's memorial service. *Id.* 46:9-47:5. Having insurance for this flight was thus important to Mr. Cappillo. *Id.* 62:4-9. In fact, he sat down to purchase his flight knowing he was going to purchase travel insurance. *Id.* 52:21-53:19. At the time he purchased his Delta flight and travel insurance, Mr. Cappillo did not think about whether Delta was being compensated by Allianz. *Id.* 54:17-25. He testified that whether Delta was getting paid was not important to his decision of whether to buy the policy. *Id.* 57:9-14. Mr. Cappillo also testified that he assumed Delta *was* being paid for allowing Allianz to advertise insurance policies on Delta's website. *Id.* 116:20-117:12. While Mr. Cappillo doesn't have any problem with Delta receiving payment from Allianz, he believes Delta is required to disclose that it is getting paid. *Id.* 110:1-18; 117:23-118:4; 135:17-21.

    *Ms. Donoff:* When Ms. Donoff travels, she sometimes, but not always, purchases travel insurance. Donoff 31:1-16. The primary reasons she purchases travel insurance are the "cost of the ticket ███████████████████████████." *Id.* 34:23-24. Ms. Donoff purchased travel insurance through Delta's website on two occasions in April 2018—for a trip to Canada and to Aspen. The policy purchased for her Canada trip forms the basis of her claims against Delta. *Id.* 93:5-9; SAC ¶ 60. She did not, however, purchase that policy through Delta's booking path. Donoff 48:2-49:16. This means that Ms. Donoff selected "no" in the booking path when asked if she wanted to purchase travel insurance. She then went back to delta.com *5 days later* for the specific purpose of purchasing travel insurance ███████████████████ ███████████. *Id.* 51:10-21; 57:9-58:23. When Ms. Donoff purchased her insurance policies, she knew she was "buying insurance from the insurance company, Allianz." *Id.* 68:21-69:1. She claims to be deceived by Delta's website, however, because it did not disclose that Delta also had a financial interest in the policies. *Id.* 123:7-20. She claimed to believe that Delta was recommending it because it was "a good idea," and not because Delta received any

compensation. *Id.* 124:25-125:13; 126:1-4.

    **F.**    **Plaintiff's Claims And Motion For Class Certification.**

    Leon Cosgrove, LLP ("Leon Cosgrove"), filed this lawsuit in Ms. Donoff's name on September 17, 2018, alleging violations of FDUTPA and unjust enrichment complaining that Delta misled its customers into believing it had no financial interest in the travel insurance policies sold by Allianz through Delta's website. ECF No. 1. In an effort to avoid preemption of its claims under the Airline Deregulation Act, two months later, Leon Cosgrove filed an Amended Complaint—also in Ms. Donoff's name—adding RICO claims based on an alleged "enterprise" among Delta, Allianz, and the insurance underwriters to hide the fact that Delta is receiving an "illegal kickback" from the travel insurance policies sold through its website. ECF No. 15, ¶¶ 95-100. After Delta filed a second motion to dismiss, Leon Cosgrove sought leave to file a Second Amended Complaint. ECF No. 54 ("SAC"). The SAC was filed on February 8, 2019, and added Mr. Cappillo as a named plaintiff and additional allegations related to Plaintiff's belief that Delta is receiving "commissions" in violation of Florida's insurance code. ECF No. 64. Delta's motion to dismiss the SAC remains pending. Plaintiffs filed their motion for class certification on March 26, 2019. ECF No. 87. The Motion seeks appointment of only Mr. Cappillo as the class representative and certification of a class of: "All persons in the United States who purchased a trip insurance policy on Delta's website within the applicable limitations period." Mot. at 8.[3] The Motion clarifies that Plaintiff seeks certification of a nationwide RICO class and sub-classes of Florida residents on Plaintiff's FDUTPA and unjust enrichment claims.[4] The Motion fails for the reasons stated below.

---

[3] Delta refers to Mr. Cappillo as "Plaintiff." In addition, Plaintiff's class definition is overbroad to the extent it includes individuals who purchased a "second chance" travel insurance policy outside the booking path.

[4] Plaintiff's nationwide RICO class fails because Delta is not subject to personal jurisdiction for non-Florida residents' claims, and because the applicable regulations governing the business of insurance vary significantly and materially from state to state. *Daimler AG v. Bauman*, 134 S. Ct. 746, 761 (2014); *Bristol-Myers Squibb Co. v. Superior Court of Ca., San Francisco Cty.,* 137 S. Ct. 1773, 1781 (2017); *DeBernardis v. NBTY, Inc.*, 2018 WL 461228, at *2 (N.D. Ill. Jan. 18, 2018) (holding that Bristol-Myers Squibb should be interpreted to outlaw a nationwide class actions where there is no general jurisdiction over defendants); *Howe v. Samsung Elecs. Am., Inc.*, 2018 WL 2212982, *2-4 (N.D. Fla. Jan. 5, 2018) (applying Bristol-Myers Squibb to dismiss claims of non-resident named plaintiffs in class action who did not conduct their transactions in Florida).

III.     **ARGUMENT AND CITATION OF AUTHORITY**

A.     **Plaintiff Bears The Burden Under Rule 23.**

Class actions are "exception[s] to the usual rule that litigation is conducted by and on behalf of the individual named parties only." *Comcast Corp. v. Behrend*, 569 U.S. 27, 33 (2013). "The burden of proof to establish the propriety of class certification" rests with the Plaintiff, who must demonstrate each of the four requirements of Rule 23(a) and at least one of the requirements of 23(b). *Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256, 1265 (11th Cir. 2009). This Court, in turn, "must conduct a rigorous analysis of the Rule 23 prerequisites" to determine that each have been satisfied. *Id.* at 1266. This rigorous analysis frequently "entail[s] some overlap with the merits of the plaintiff's underlying claim," as "it may be necessary for the court to probe behind the pleadings before coming to rest on the certification question." *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350-51 (2011). As the United States Supreme Court has explained, "Rule 23 does not set forth a mere pleading standard. A party seeking class certification must affirmatively demonstrate his compliance with the Rule." *Id.* at 350. Because the Court's "rigorous analysis" will show Plaintiff has fallen far short of satisfying his burden on class certification, the Court should deny the Motion.

B.     **Plaintiff Has Not Established The Requirements of Rule 23(a).**

i.     **Plaintiff cannot adequately represent the purported class.**

Plaintiff fails to carry his burden of demonstrating that he is adequate to represent the putative class because discovery has only confirmed that this is lawyer-manufactured litigation, and that Mr. Cappillo is not pursuing his claims against Delta in his own interest or the interest of any purported class. *London v. Wal-Mart Stores, Inc.*, 340 F.3d 1246, 1253 (11th Cir. 2003).

Specifically, Leon Cosgrove first solicited a family member to initiate this case knowing Ms. Donoff would never serve as the class representative. Donoff 176. The case then proceeded in her name for over four months before Plaintiffs' counsel moved to add Mr. Cappillo. ECF Nos. 1, 54. But even then, Plaintiffs' counsel kept quiet about dropping Ms. Donoff as a class representative, waiting until 9:00 p.m. on March 11, 2019—the evening before Ms. Donoff's deposition and almost six months into this litigation—before informing Delta that Mr. Cappillo would be the sole proposed class representative. But Mr. Cappillo's testimony demonstrates that it was also not his idea that he may have claims against Delta related to his purchase of travel insurance. Rather, he "was approached" by a suitemate (Mr. Bushell) in December 2018.

7

Cappillo 77:12-24. While Plaintiff's counsel prevented inquiry into that conversation with Mr. Bushell (claiming the attorney-client privilege), one thing was made clear: Mr. Cappillo was solicited, and only then did he believe he might have claims against Delta. Cappillo 77:8-89:20; 90:8-91:4.

The lawyer-driven nature of this litigation was reinforced by Mr. Cappillo's deposition, where he stated that he intended to purchase travel insurance before he even sat down to book on delta.com, did not care that Delta was getting paid, and demonstrated an inability to articulate the factual predicate for his claims beyond what he learned from his lawyers. *Shiring v. Tier Techs., Inc.*, 244 F.R.D. 307, 316 (E.D. Va. 2007) (plaintiff was inadequate where he "elected to pursue litigation only after responding to a press release distributed by the [plaintiff's counsel] and even then based only on [plaintiff's counsel's] investigation and research").[5] Mr. Cappillo stated that the basis for his claims is that Delta "did not properly disclose information when it comes to their travel insurance" and that Delta "obtained commissions" from Allianz. Cappillo 103:6-12. But when asked on what these beliefs were based, he was unable to answer outside of things he learned from his attorneys. *Id.* 105:15-25; 107:21-108:14. Nor did Mr. Cappillo have any factual support for the contention that he paid an inflated price for his policy beyond what he learned from his attorneys. *Id.* 144:17-145:1. He confirmed that he did not do any "independent research" to confirm the accuracy of his lawyer's belief that the Delta-Allianz marketing arrangement resulted in inflated prices for travel insurance. *Id.* 108:12-19; 145:2-5. Moreover, while Mr. Cappillo expressed a belief that Delta is required to disclose its compensation from Allianz, he admitted that whether or not Delta was getting paid was not important to his decision to buy the insurance. *Id.* 57:9-14; 132:5-24.

In sum, the astonishing inconsistency between Plaintiff's testimony and the case's legal theories evidence that he is simply lending his name to this litigation, which renders him an inadequate representative because he is "unwilling to protect the interests of the class against the possibly competing interests of the attorneys." *Kirkpatrick v. J.C. Bradford & Co.*, 827 F.2d 718, 727 (11th Cir. 1987) ("Several district courts [] have properly denied class certification" on these grounds); *Price v. United Servs. Auto. Ass'n*, 2012 WL 2847821, *8 (W.D. Ark. Mar. 16, 2012)

---

[5] While *Shiring* was in the securities context, "the Eleventh Circuit agrees that this is a 'generic standard.'" *In re Heartland Payment Sys., Inc. Customer Data Sec. Breach Litig.*, 851 F. Supp. 2d 1040, 1056 (S.D. Tex. 2012) (citing *London*, 340 F.3d at 1254 n.3).

("Plaintiff is simply lending [his name] to a suit controlled" by the attorney).

      **ii.**      **Plaintiff is atypical because he will be subject to multiple defenses demonstrating the differences among the claims of class members.**

Plaintiff dedicates a mere three sentences to his burden of proving typicality, contending his claims are "based on the same legal theories," and that he and the purported class were "deceived through a uniform course of conduct." Mot. at 11. But Plaintiff's deposition proves otherwise. It shows that Plaintiff's circumstances and beliefs are unique, "emphasiz[ing] the differences among the class members," and demonstrating that Plaintiff is atypical of the class. *O'Neill v. The Home Depot U.S.A., Inc.*, 243 F.R.D. 469, 478-80 (S.D. Fla. 2006).

Most notably, Plaintiff admitted that whether Delta was getting paid by Allianz was *not* important to his decision to purchase travel insurance. Cappillo 54:17-57:14. Moreover, Plaintiff knew—*before* accessing Delta's website—that he was going to purchase travel insurance when he purchased his flights. *Id.* 52:21-53:19. His desire to protect the valuable possessions traveling with him motivated his purchase before he even saw Delta's website. *Id.* 62:4-9, 46:9-47:5. This testimony demonstrates that whether Delta was receiving compensation from Allianz was not material to Plaintiff's decision to purchase travel insurance and that nothing on Delta's website caused Mr. Cappillo's alleged damages, thereby defeating his RICO and FDUTPA claims. *Ray v. Spirit Airlines, Inc.*, 836 F.3d 1340, 1349-50 (11th Cir. 2016) (holding that a plaintiff's failure to allege "a direct link" between the airline's conduct and the plaintiff's "decision to purchase tickets" was fatal to RICO claim); *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1065 (11th Cir. 2007) (for omission-based fraud, must show that omission was material); *Molina v. Aurora Loan Servs., LLC*, 635 F. App'x 618, 627 (11th Cir. 2015) (affirming dismissal of FDUTPA claim where plaintiff failed to allege that "but for the quoted statement on [the] website[], she would not have applied for" the loan modification).

In addition, Plaintiff's own testimony evidences that a reasonable consumer would not be deceived into believing Delta lacks any financial interest in the travel insurance sold through Delta's website—Plaintiff certainly was not. He testified that nothing in the insurance offer box on Delta's website was false, and that he assumes Delta would be getting paid for allowing Allianz to advertise the sale of insurance on Delta's website. Cappillo 134:13-135:4, 116:20-117:12. Thus, Plaintiff is atypical of the purported class he seeks to represent as his beliefs and legal theories are different than those espoused by Plaintiff's counsel. Mot. at 13 ("Delta's . . . conduct . . . would deceive an objective 'reasonable consumer'"); Ex. Q (basing damages on

disgorgement of all amounts paid to Delta). These differences between Plaintiff's circumstances, beliefs, and theories of liability make clear that Plaintiff is atypical of the purported class. *Morales v. Progressive Cas. Ins. Co.*, 2014 WL 12531280, *5 (S.D. Fla. Nov. 26, 2014) (typicality requires an "alignment of interests" between the named plaintiff and purported class).

> **iii.    Plaintiff fails to identify any common questions the answer to which will drive classwide resolution of his claims.**

While Plaintiff contends that commonality is a "low hurdle," that does not obviate the requirement that Plaintiff identify common questions that are "of such a nature" that they are "capable of classwide adjudication" and "will resolve an issue that is central to the validity of each one of the claims in one stroke." *Dukes*, 564 U.S. at 349-50. The purportedly "common" questions Plaintiff identifies are patently insufficient as many of them pose only the generic question of whether Delta violated the law. Mot. at 10 (*e.g.*, "Whether Delta violated 18 U.S.C. § 1962(c) or (d)" and "Whether Delta unlawfully enriched itself"). But simply "[r]eciting the[] question[]" "[i]s that an unlawful [] practice?" is insufficient to establish commonality. *Dukes*, 564 U.S. at 349.

Three of the other purportedly common questions ask whether Delta is "legally authorized" to receive a "commission or kickback" for the sale of travel insurance and whether Delta "deceive[d] insurance regulators." Mot. at 10. But whether Allianz's payment qualifies as a commission, and, if so, whether such payment is forbidden, will not resolve issues central to the validity of Plaintiff's claims. Even more critically, such an analysis is not based on the same law nationwide. Whether Delta is legally entitled to be paid by Allianz will require an analysis of the different laws and regulations governing the business of insurance in each state where class members reside. *See, e.g.*, Neb. Rev. Stat. § 44-4060 (insurance producer "may pay or assign commissions" to "persons who do not sell, solicit or negotiation insurance"); N.C. Gen. Stat. § 58-33-10(18) ("solicit" defined to exclude "a referral to a licensed insurance agent"). Thus—to the extent Plaintiff's claims hinge on labeling the compensation Delta receives as an "illegal commission"—Plaintiff has utterly failed to establish that a single common question, rather than a 50-state analysis of insurance statutes, could resolve his claims.[6] The same is true as to whether

---

[6] As to Plaintiff's unjust enrichment and FDUTPA claims asserted on behalf of Florida residents, he fails to state a claim for relief to the extent they are based on these allegedly common questions, which involve practices regulated by Florida's Department of Financial Services. *See* ECF No. 69, 18-20; ECF No. 81, 10.

Delta's conduct "deceive[d] insurance regulators." Because of the different insurance licensing and registration requirements in each state, whether Delta or its partners provided false or inadequate information to any one state's insurance regulators must be analyzed through that particular state's requirements.[7] This precludes certification of a nationwide class under the umbrella of Plaintiff's RICO claim. This is especially true in light of Delta's defense under the McCarran-Ferguson Act ("MFA"). Determining whether class members' RICO claims are barred by the MFA will *also* require a state-by-state analysis to determine whether the RICO claim impairs each state's laws governing the business of insurance.

The final two questions posed by Plaintiff fail to satisfy the commonality requirement because there is no evidence that a classwide proceeding could generate common answers to: (1) "Whether and to what extent Delta's conduct has caused injury to the" purported class, or (2) "Whether Delta's representations and omissions would lead a reasonable consumer to believe the" amount they paid for their insurance policy "was a pass-through charge." Mot. at 10. In fact, only individual evidence could answer these questions. Whether Delta caused injury to any class member will require proof that they paid more to secure travel insurance than they would have absent Delta's alleged misconduct. This will require individual proof that comparable travel insurance policies were available to each putative class member for less. Whether the statement that Allianz is the "licensed producer" of the policies coupled with the omission of Delta's compensation from Allianz would lead a reasonable consumer to believe the price they paid for their policy was a "pass-through" charge is also not uniform and likewise presents an individual issue. First, Delta does not collect payment for the policies and makes no representations about the price of the policy; no reasonable consumer would therefore conclude this was a "pass through" simply based on the "producer" language on the website. Even more importantly, ███ ████████ of the offer during the class period did not include the statement that Allianz "is the licensed producer" of the policy. Atayev Decl. ¶¶ 3-4. And well ██████████████████ were shown. *Id.* Indeed, Plaintiff's survey did not even test the alleged net impression of the "licensed producer" language because it no longer appears on Delta's website. This alone demonstrates

---

[7] Not all states require a license to sell travel insurance, and others allow non-licensees to be paid and/or be registered under the licensee. Henson Decl. ¶¶ 5-8. Plaintiff's failure to address how he plans to demonstrate an "illegal act" or purported "fraud" on each state regulator with common evidence dooms his request for a nationwide RICO class. Declaration of Daniel Roth, ¶¶ 4-5 ("Roth Decl.") (Ex. 11).

Plaintiff's theory is unworkable, and that determining what any individual class members saw would require a purchaser-by-purchaser analysis.

**C.    Individual Issues Predominate Over any Purportedly Common Questions, and the Motion Fails to Establish Manageability or Superiority, Defeating Rule 23(b)(3) Certification.**

**_Predominance_**: "The predominance inquiry . . . is 'far more demanding' than Rule 23(a)'s commonality requirement." *Vega*, 564 F.3d at 1270. It centers around the elements of "the parties' claims and defenses" and whether the plaintiff can establish "the same evidence will suffice for each member." *Brown v. Electrolux Home Prods., Inc.*, 817 F.3d 1225, 1234 (11th Cir. 2016). Plaintiff fails to satisfy this demanding standard.

**i.    Individual issues of proximate causation and reliance defeat certification of Plaintiff's FDUTPA and RICO claims.**

Plaintiff's predominance argument attempts to sidestep the element of proximate causation required for his RICO and FDUTPA claims. But "[t]here is no ambiguity in Supreme Court or Eleventh Circuit precedent about the requirement that a civil RICO claim must sufficiently plead proximate cause." *Ray*, 836 F.3d at 1351. And Plaintiff at least acknowledges that causation is an element of FDUTPA—although it's the *only* mention of causation in Plaintiff's entire brief. Mot. at 13-17.

**_FDUTPA_**: Plaintiff's attempt to shortcut the proof of causation required for his FDUTPA claim based on the "pass through" line of authority fails. As shown in Delta's motion to dismiss, the pass through line of authority is inapplicable here. ECF No. 81. Plaintiff likewise cannot rely on it for certification of his FDUTPA claim. This is because causation in the pass through cases hinges on the predicate that the defendant charged the plaintiff a **_mandatory_** fee while making a uniform **_affirmative misrepresentation_** about the fee. *See, e.g.*, *Bowe v. Public Storage*, 318 F.R.D. 160 (S.D. Fla. 2015); *Latman v. Costa Cruise Line NV*, 758 So. 2d 699 (2000). Causation is therefore proven by the fact that the plaintiff "parted with money" for what was described as a "pass through" or other specific fee, but was not. *Latman*, 758 So. 2d at 703. These are not the circumstances here. Purchasing travel insurance is optional; customers pay Allianz, not Delta; and, critically: Delta **_does not make any representation at all_** about the charge for the policy. Also, unlike the pass through cases, Plaintiff is not challenging a payment he made to Delta. Plaintiff challenges the compensation Delta receives from Allianz based on his belief that it violates insurance regulations. Mot. at 4 (claiming Delta receives commissions from Allianz

12

despite lacking a license). And he claims, inconsistent with the theory of damages presented by his own expert, to have paid an "inflated" price for the policy due to these allegedly unlawful commissions. Causation for Plaintiff's FDUTPA claim, therefore, requires proof that Plaintiff paid an inflated price for the travel insurance policy based on Delta's allegedly deceptive conduct. *Fitzpatrick v. Gen. Mills Inc.*, 635 F.3d 1279, 1283 (11th Cir. 2011) (class members would need "to show that he or she paid a premium for" the product "to be entitled to damages"). As shown below, that evidence is not common. *Infra* 17-18.

     <u>**RICO**</u>: Plaintiff also attempts to shortcut the proof of causation and reliance required for his RICO claim by mischaracterizing the holding in *Bridge v. Phoenix Bond & Indemn. Co.*, 553 U.S. 639 (2008), and asking the Court to infer causation and reliance. Mot. at 16. First, the Court's holding in *Bridge* did not eliminate the need to demonstrate reliance in order to prove proximate causation for RICO claims predicated on fraud. While the Court held that "first-party reliance" is not always necessary, it explained that "none of this is to say that a RICO plaintiff who alleges injury 'by reason of' a pattern of mail fraud can prevail without showing that *someone* relied on the defendant's misrepresentations." 553 U.S. at 657-58. Here, Plaintiff's fraud claims are based on both first and third-party reliance—*i.e.*, Plaintiff claims the alleged enterprise deceived both consumers and regulators in order to "conceal Delta's illegal commission payments." Mot. at 14. Courts interpreting *Bridge* have explained that where a plaintiff alleges first-party reliance, reliance remains an essential element of their claim. *Dungan v. The Acad. at Ivy Ridge*, 2008 WL 2827713, *3 (N.D.N.Y. July 21, 2008); *Coleman v. Commonwealth Land Title Ins. Co.*, 318 F.R.D. 275, 287 (E.D. Pa. 2016) ("However, the holding in Bridge is not as broad as Plaintiffs read it. As an initial matter, Plaintiffs here do allege a RICO claim based on fraudulent misrepresentation. Reliance on that misrepresentation therefore is relevant."). Plaintiff does not, and cannot, offer any common method of proving that consumers relied on any alleged representation or omission on Delta's website in deciding to purchase travel insurance. Plaintiffs epitomize the individual nature of this inquiry. Ms. Donoff initially selected "no" to the travel insurance option in the booking path but went back to Delta's website five days later because she "wanted to buy the insurance" ███████████████ ████. Donoff 51:14-21. Mr. Cappillo likewise sat down to his computer intending to purchase travel insurance when he booked his flight. Cappillo 52:21-53:19. Neither plaintiff, therefore,

13

purchased their travel insurance policy in reliance on anything that was said (or not said) on Delta's website.

Demonstrating third-party reliance in this case is likewise highly individualized. Plaintiff alleges Delta "uniformly fail[s] to disclose the unlawful commission payments" to "state regulatory bodies" and "misstated to regulators how consumers are charged." Mot. at 2, 7. But to show third-party reliance under this "fraud on the regulators" theory will require individualized proof as to whether the payments to Delta even constitute a "commission" as defined by state law, how that state's registration statutes address the payment of commissions, what submissions are required in each state, the content of the submissions that were actually made (or not made) to regulators in each state, their knowledge of the truth or falsity of those submissions, and the actions (if any) taken by the regulators in each state in reliance on those submissions. *Bridge*, 553 U.S. at 658-59 (observing that if the entity receiving the alleged misrepresentation knew they were false but proceeded anyway, the plaintiffs claiming resultant harm could not show proximate cause). Conducting this inquiry fifty times will be unmanageable and will predominate over any purportedly common questions. Tellingly, other than baseless speculation regarding matters he wrongly contends should be in Exhibit K, Plaintiff cannot even identify that which he claims was allegedly falsified to any one regulator, let alone 50. *See* Roth Decl. ¶ 3.

In an attempt to circumvent the individualized proof required to demonstrate reliance, Plaintiff states that reliance "can be inferred from circumstantial evidence." Mot. at 16. But Plaintiff does not state *what* circumstantial evidence could be used to establish reliance on a classwide basis. Plaintiff merely points to the decisions in *Bowe* and *Klay v. Humana, Inc.*, 382 F.3d 1241 (11th Cir. 2004). But key factual differences in those cases make them inapplicable here. In *Bowe*, the defendant required its tenants to purchase insurance and made a uniform representation about what it would do with the premium payments plaintiffs paid. 318 F.R.D. at 167. Based on these facts, the court held that reliance and causation can be inferred based on the "standard misrepresentation" regarding the fee and class members' payment of "inflated" insurance premiums. *Id.* at 178-79. Here, Delta did not require any customer to purchase travel insurance and did not make any representation about the price of the insurance. Accordingly, the Court cannot infer that any class members' decision to purchase travel insurance was caused by any of Delta's alleged conduct. Moreover, Judge Ungaro later ***decertified the RICO class in Bowe*** based on the lack of any evidence "tending to prove that the price paid" for the insurance

was "inflated." *Bowe v. Public Storage*, 106 F. Supp. 3d 1252, 1263-66 (S.D. Fla. 2015). Without that evidence, the plaintiff was not entitled to "a classwide reasonable inference" that class members were injured "by reason of" the RICO violation. *Id.* Plaintiff here similarly has no evidence that the price he paid for his policy was "inflated;" the Court should accordingly reject his bid for an "inference" of causation to obtain certification of his RICO claims.

*Klay* is even further afield. It involved RICO claims by physicians alleging that HMOs falsely represented they would reimburse the physicians for medically necessary services. 382 F.3d at 1252, 1259. The Court held that "based on the nature of the misrepresentation," the court could infer that the physicians "relied upon the defendants' representations and assumed they would be paid the amounts they were due." *Id.* To fall within *Klay*'s holding, Delta would have had to represent, for example, that it would reimburse customers for a portion of their payment for travel insurance. One could infer customers would rely on that statement in purchasing travel insurance. But Delta made no affirmative representation *at all* in this case and purchasers have a variety of motivations to purchase travel insurance; accordingly, no such inference is merited here. *CGC Holding Co., LLC v. Broad & Cassel*, 773 F.3d 1076, 1089-90 (10th Cir. 2014) (inference of reliance is appropriate only "where the behavior of plaintiffs and the members of the class cannot be explained in any way other than reliance upon the defendant's conduct"). For example, Ms. Donoff's and Mr. Cappillo's decisions to purchase travel insurance had nothing whatsoever to do with what Delta's website said or did not say—their purchasing decisions can be explained by many other factors other than "reliance upon [Delta's] conduct." *Id.* Plaintiffs thus epitomize the individual issues of reliance precluding certification of their RICO claim.

   ii.   **The elements of materiality and likelihood of deception are incapable of common proof.**

**<u>RICO</u>**: Plaintiff offers three grounds supporting his assertion that the materiality required for his RICO claim is capable of common proof: (1) "Delta's false statements and omissions were uniform," (2) a survey that purports to demonstrate "that a substantial portion of the consuming public would find it material that ████████████████████████████ ███████ and (3) the Supreme Court's holding in *Amgen Inc. v. Connecticut Ret. Plans & Tr. Funds*, 568 U.S. 455 (2013). Mot. at 16. But it is not true that each class member saw the statement that Allianz is "the licensed producer and administrator of this plan," which is the sole statement Plaintiff claims was false. And even if that were true, it does not, alone, establish that Delta's financial interest in the insurance policies is material to Delta's customers. Nor does the

15

declaration of Brian Sowers demonstrate that materiality is capable of common proof. Sowers' survey—even when using biased questions and flawed techniques—could only muster an insufficient correlation between purchasing decisions and knowledge of Delta's compensation.[8] *See* Declaration of Alex Simonson ("Simonson Decl.") (Ex. 12). Indeed, ***60%*** of respondents indicated that whether Delta was being compensated would not have been important to know when purchasing the insurance. Mot., Ex. R at 25-26. And out of the 40% indicating it would be important, only ***10%*** responded that Delta's compensation would make them less likely to purchase. *Id.* ¶ 71. This is far below the percentages courts typically accept in concluding that materiality is capable of common proof. *See, e.g.*, *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919 (C.D. Cal. 2015) (relying on survey which found 65% of respondents would pay more for "natural" products and citing "20%" as the low end of percentages) (citing *Oshana v. Coca-Cola*, 2005 WL 1661999, *8 (N.D. Ill. July 13, 2005); *Cohen v. Trump*, 2016 WL 4543481, *6 (S.D. Cal. Aug. 29, 2016) (statement at issue impacted 69% of respondents). The lack of common proof available to establish materiality is also borne out by Plaintiff's own testimony. Plaintiff purchased travel insurance on that single occasion because it was of paramount importance to protect the valuables in his possession: it was not important to him whether Delta was being compensated when he made that purchase. To identify whether Delta's compensation is material to any other class member would likewise require individual inquiry into the circumstances driving their purchase of insurance. There is no common proof, therefore, that can establish materiality in this case.[9] And the low percentages found in Sowers' biased survey only support that conclusion.

***FDUTPA***: The likelihood of deception required for Plaintiff's FDUTPA is also not capable of common proof. While a "reasonable consumer" standard applies, there is also a subjective component, *i.e.*, whether the practice is "likely to deceive a consumer acting reasonably ***in the same circumstances*.*" *In re Motions to Certify Classes Against Court Reporting Firms*, 715 F. Supp. 2d 1265, 1282-83 (S.D. Fla. 2010) (denying certification where "reasonableness . . . depends on numerous individualized inquiries," including the different

---

[8] The survey should be disregarded by the Court because it relied on a fundamentally flawed approach with biased questions designed to increase materiality. Simonson Decl., ¶¶ 11, 14-32.

[9] *Amgen* does not demonstrate otherwise. The Court in *Amgen* simply held that proof of materiality is not a prerequisite to class certification in a securities fraud action based on a fraud on the market theory. 568 U.S. at 466-68. It is inapplicable here.

circumstances under which law firms utilized the court reporting services) (emphasis added). Whether the language of the insurance offer was deceptive to a reasonable consumer "in the same circumstances" is not capable of common proof because ██████████ shown during the class period did not contain the allegedly false statement that Allianz is the "licensed producer" of the policy. *Cohen v. Implant Innovations, Inc.*, 259 F.R.D. 617, 643 (S.D. Fla. 2008) (individualized issues predominated where "not every putative class member received the same marketing materials"); *Deere Constr., LLC v. CEMEX Constr. Materials Fla., LLC*, 2016 WL 8542540, *2-3 (S.D. Fla. Dec. 1, 2016) (evidence showing "variability" in "what written and oral communications they received regarding the fees" precluded certification of FDUTPA claim).[10] In fact, the offer on Delta's website does not currently contain that statement, as is made clear from Plaintiff's own survey, which used images from Delta's website to test for deception that lack the challenged statement in this case. Mot., Ex. R at 10. The circumstances applicable to some class members are therefore not the same circumstances applicable to others, and deception is not capable of common proof in this case. *Deere Constr.*, 2016 WL 8542540, *2-3.

### iii. Plaintiff Fails to Offer a Common Method of Proving Actual Damages for Any of His Claims.

Plaintiff bears the burden of demonstrating that the damages he seeks on his claims can be established with common proof. Plaintiff contends that damages are capable of common proof because, "[u]nder the theories of liability advanced by Plaintiff, the damages [] are the undisclosed commission kickbacks to Delta" which are "consistent for all class members." Mot. at 14, Ex. Q. This argument is fundamentally flawed for at least two reasons.

*First*, Plaintiff's damages model does not align with his theory of liability. Plaintiff alleges that Delta's omissions and misrepresentations lead consumers to expect that "Delta is not receiving . . . any [] remuneration from" the sale of travel insurance, and that based on this alleged deceit, Plaintiff and the purported class paid an "inflated" price for their travel insurance policies. SAC ¶¶43-45, 49, 121. In fact, Plaintiff's proof of causation for his RICO and FDUTPA claims depends entirely on the allegation that the price of the travel insurance is inflated. Mot. at 16-17. Yet Plaintiff's damages model is not based on the price paid by the Plaintiff for the insurance. Rather, Plaintiff purports to calculate damages by the amount Allianz paid Delta

---

[10] Plaintiff's deception survey should also be disregarded because it is biased and fundamentally flawed. Simonson Decl., ¶¶ 41-56.

under the Marketing Agreement. *See* Ex. Q (calculating "full refund damages" based on the premise that "the kickbacks received by Delta . . . are illegal"). Mr. Cappillo's circumstances illustrate the problem with Plaintiff's damages model: it would result in reimbursement to Mr. Cappillo of $23.22 (the alleged per-policy "kickback" for the month he purchased his policy), when he paid only $21.88 for his policy. Mot., Ex. I (Cappillo-Delta000000122) and Ex. Q at 7. Damages cannot, therefore, be based on the amount Allianz paid to Delta untethered to whether that amount actually harmed any purported class member. The chasm between Plaintiff's theory of liability and his damages model requires denial of Plaintiff's motion for class certification. *Comcast*, 569 U.S. at 27-28 (instructing courts to conduct a "rigorous analysis" of whether the purported damages model fits the liability case); *Randolph*, 303 F.R.D. at 696-97 (denying certification of FDUTPA claim alleging product contained a "price premium" for failure to demonstrate damages were measurable through a "common methodology").

**Second**, Plaintiff's damages model is flawed because it is does not actually measure damages under the claims asserted. Plaintiff's FDUTPA and RICO claims require proof of *actual* damages. 18 U.S.C. § 1964(c) (providing standing to a person "injured in his business or property by reason of" a RICO violation); *Collins v. DaimlerChrysler Corp.*, 894 So. 2d 988, 990 (Fla. 5th DCA 2004) (actual damages for FDUTPA are "defined as the difference in the market value of the product" as delivered and "the condition in which it should have been delivered"). His unjust enrichment claim likewise requires proof that Plaintiff was harmed in some way. *Prohias v. Pfizer, Inc.*, 490 F. Supp. 2d 1228, 1234-35 (S.D. Fla. 2007). Even assuming Delta does receive "commissions" from Allianz, that does not mean that any class member suffered actual damages. To make that showing, Plaintiff must demonstrate that class members overpaid for their policies due to the amounts Allianz paid Delta. *Bowe*, 106 F. Supp. 3d at 1264-65 (decertifying RICO class "based on allegations of overcharges" for failure to provide evidence that class members "paid inflated prices"). In fact, that is what Plaintiff alleges in the SAC. SAC ¶ 121. But Plaintiff has not offered a common method for proving that the price purported class members paid for their policies was inflated. Nor is there one. To know whether any class member paid an inflated price would require individual investigation into both the price and unique characteristics of the policy actually purchased to see if a similar policy would have been available for less. *See Brown v. Electrolux Home Prod., Inc.*, 817 F.3d 1225, 1240 (11th Cir. 2016) ("[I]ndividual damages defeat predominance if computing them 'will be so

complex, fact-specific, and difficult that the burden . . . would be [] intolerable'"); *Krukever v. TD Ameritrade, Futures & Forex LLC*, 328 F.R.D. 649, 661 (S.D. Fla. 2018) (individualized damages issues precluded certification where it required comparing the price of the options at issue with the prices of analogous options sold at a later day). Because individualized issues of damages would predominate any trial of this case, the Court should deny class certification.

> **iv.     Plaintiff's unjust enrichment claim is ill-suited for class treatment.**

"The Eleventh Circuit has noted that 'common questions will rarely, if ever, predominate' in an unjust enrichment claim." *Perisic v. Ashley Furniture Indus., Inc.*, 2018 WL 3391359, *7 (M.D. Fla. June 27, 2018). This is because "a court must examine the particular circumstances of an individual case" to determine whether "without a remedy[,] inequity would result or persist." *Kunzelmann v. Wells Fargo Bank, N.A.*, 2013 WL 139913, *7 (S.D. Fla. Jan. 10, 2013) (Middlebrooks, J.) (citing *Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256, 1274 (11th Cir. 2009). This is particularly true here where establishing that any class member did not receive the benefit of their bargain will require individual investigation into whether they paid an inflated price for the value received from their insurance policies. Notably, both named plaintiffs admit that they have no reason to believe the insurance policy they purchased would not have provided the coverage they paid for. Donoff 91:6-10; Cappillo 72:3-11. And while they allege the price for the insurance was inflated, Plaintiff's damages expert has not attempted to show that Plaintiff could have bought a cheaper policy with the same coverage, let alone attempt to do that on a classwide basis. This is because that analysis would require individual examination of the facts and circumstances of each purchase. As shown above, Plaintiff's argument that the allegedly unlawful commission payments can uniformly prove class members' unjust enrichment claims is fundamentally flawed because it does not establish whether those commissions actually harmed any class member. *Prohias*, 490 F. Supp. 2d at 1235-36. The individual inquiry of whether any class member paid an inflated price defeats certification of Plaintiff's unjust enrichment claim.

> ***Manageability/Superiority***: As shown above, Plaintiff's proposal for a nationwide class would require an unmanageable 50-state analysis of travel insurance marketing, licensing/registration and rate filing requirements. *Supra* 10-11, 14. Plaintiff's failure to address this issue in his Motion also evidences his failure to demonstrate the manageability or superiority requirements of Rule 23(b)(3). *Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs., Inc.*, 601 F.3d 1159, 1180 (11th Cir. 2010) ("[I]n cases implicating the law of all fifty

states," to establish manageability, the plaintiff  must "provide an extensive analysis of state law variations to reveal whether these pose insuperable obstacles [to class certification]."); *Gelfound v. Metlife Ins. Co. of Connecticut*, 313 F.R.D. 674, 679 (S.D. Fla. 2016) ("Plaintiff's failure to even identify, let alone analyze, the variations among the applicable 46 states' laws is fatal to his motion" under the superiority prong of Rule 23(b)(3)).

### D.    Plaintiff Cannot Seek Certification Under Rule 23(b)(2) Because He Primarily Seeks Monetary Relief.

Plaintiff dedicates a mere paragraph of his Motion to his request for certification under Rule 23(b)(2), failing to even state the declaratory or injunctive relief he seeks on behalf of the class.[11] Mot. at 19-20. For purposes of certification under Rule 23(b)(2), the critical question in this Circuit is whether any monetary damages sought "are incidental to [the] equitable relief." *Murray v. Auslander*, 244 F.3d 807, 812 (11th Cir. 2001). That is clearly not the case here, as the effort dedicated to addressing Plaintiff's monetary claim under Rule 23(b)(3) makes plain. While Plaintiff acknowledges that certification under Rule 23(b)(2) is "generally unavailable" in these circumstances, he asks the Court to certify a "hybrid class action" based on *Williams v. Mohawk Indus., Inc.*, 568 F.3d 1350 (11th Cir. 2009). Mot. at 20. But the holding in *Williams* is inapplicable here. There, the plaintiffs sought certification of only one of their claims under Rule 23(b)(2). 568 F.3d at 1354 (employees "were seeking certification of a hybrid class for only injunctive relief under subsections (b)(2) and (c)(4)," which "would be separate from the class for which they were seeking monetary damages"). Here, Plaintiff seeks certification of all of his claims under Rule 23(b)(3). And courts in this Circuit do not allow for certification under subsection (b)(2) where the predominant relief sought for each claim is monetary relief. For this reason, Plaintiff's request for certification under Rule 23(b)(2) fails. *Stalley v. ADS Alliance Data Sys., Inc.*, 296 F.R.D. 670, 684 (M.D. Fla. 2013).

## IV.   CONCLUSION

For these reasons, the Court should deny Plaintiffs' motion for class certification.

---

[11] Plaintiff also lacks standing to represent an injunctive relief class seeking to "end Delta's deceptive . . . practices." *Wasser v. All Market, Inc.*, No. 1:16-cv-21238-RNS, ECF No. 281, at 4-8 (S.D. Fla. Sept. 26, 2018) (plaintiff lacked standing to represent injunctive relief class because "past exposure to illegal conduct does not" show a "present case or controversy," where "unaccompanied by any continuing, present adverse effects"). Plaintiff also lacks standing to represent purchasers who did not purchase the same insurance policy he did. *Bohlke v. Shearer's Food, LLC*, 2015 WL 249418, *4 (S.D. Fla. Jan. 20, 2015).

Respectfully submitted this 23rd day of April, 2019.

*s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.
Fla. Bar No. 716545
Email: lfernandez@stackfernandez.com
Denise B. Crockett
Email: dcrockett@stackfernandez.com
Fla. Bar No. 327913
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
phone: (305) 371-0001
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600
*Attorneys for Defendant, Delta Air Lines, Inc.*

-and-

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street
Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant, Delta Air Lines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on April 23, 2019 on all counsel or parties of record.

<u>*s/ Lazaro Fernandez, Jr.*</u>
Lazaro Fernandez, Jr.

# EXHIBIT 1

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                WEST PALM BEACH DIVISION

 3

 4   JUDITH MARILYN DONOFF,
     on behalf of herself and
 5   all others similarly
     situated,
 6
                Plaintiffs,
 7                                CIVIL ACTION FILE
         vs.                      NO. 18-cv-81258-DMM
 8
     DELTA AIR LINES, INC.,
 9
                Defendant.
10

11

12

13        CONFIDENTIAL VIDEOTAPED DEPOSITION OF
                      ELMAR TRUST
14
                   February 6, 2019
15                     9:59 A.M.
16          1180 Peachtree Street, N.W.
                    Suite 1700
17               Atlanta, Georgia
18      Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
19

20

21

22

23

24

25
```

CONFIDENTIAL

Page 22

1  role, if any, with regard to the travel insurance

2  presentation to consumers in its website booking

3  path?

# REDACTED

4

5

6

7

8

9

10

11

## REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 38

```
 1   consumers about additional fees?
 2       A.   I have not.
 3       Q.   Okay.  When you were responsible directly,
 4   Mr. Trust, for the travel insurance relationship
 5   with Allianz, when a consumer elected to purchase
 6   such a policy, was the cost of that policy bundled
 7   into the overall number of the fare or was it set
 8   out as a separate line item?
 9       A.   It is set out as a separate line item.
10       Q.   Why is that the case?
11       A.   Because the purchase of a customer's fare
12   goes to Delta.  And the purchase -- if a customer
13   elects to purchase travel insurance, that payment
14   goes directly to Allianz.
15       Q.   So Delta sells other items in the website
16   booking path like early boarding rights; is that
17   correct?
18       A.   Yes.
19       Q.   More preferential seats; correct?
20       A.   Correct.
21       Q.   Do -- is the cost of those bundled into
22   the airfare?
23       A.   Depending on the type of ancillary
24   product.  It -- yes or no.
25       Q.   Okay.  Can you please tell me what
```

CONFIDENTIAL

Page 55

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

CONFIDENTIAL

Page 56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

CONFIDENTIAL

Page 65



CONFIDENTIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# REDACTED

## REDACTED

CONFIDENTIAL

Page 81

REDACTED

1

1

1

13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

REDACTED

CONFIDENTIAL

Page 87

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

CONFIDENTIAL

Page 88

# REDACTED

### REDACTED

```
13        Q.    I'm going to show you another document,
14    Mr. Trust.   I'm marking this as Exhibit 5.
15            (Plaintiffs' Exhibit 5 was marked for
16        identification.)
17            MR. SCHULTZ:   I think I have extra copies.
18        Yes.
19            MS. JENKINS:   Thank you.
20            MR. SCHULTZ:   You're welcome.
21        Q.    (By Mr. Schultz)   Please let me know when
22    you've had a chance to look over that document, sir.
```

## REDACTED

CONFIDENTIAL



Page 120

1    REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   REDACTED

19

20

21

22

23

24

25   REDACTED

CONFIDENTIAL

Page 141

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

REDACTED

CONFIDENTIAL

Page 149

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

CONFIDENTIAL

Page 150

1   REDACTED
2
3           REDACTED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



Page 152

REDACTED

REDACTED

CONFIDENTIAL

Page 153



CONFIDENTIAL

# REDACTED

# REDACTED

```
19        Q.   Okay.  You can put that aside, sir.
20             (Plaintiffs' Exhibit 15 was marked for
21        identification.)
22        Q.   (By Mr. Schultz)  Let me show you what
23   I've marked as Plaintiffs' 15.
24        A.   You gave me a couple of copies.
25        Q.   You can give one to David, then.  Thank
```

CONFIDENTIAL

Page 162

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# REDACTED

## REDACTED

CONFIDENTIAL

                                              Page 184

1        Q.   I'm referring here to Topic 6 which

2   includes, "How the payment is collected from Class

3   Members."

4            Do you see that?  Subsection (c) of

5   paragraph 6.

6        A.   I do see that.

7        Q.   Okay.  So I just have some questions for

8   you on that.

9            When the consumer -- how does the consumer

10  effectively pay for their trip insurance policy

11  through Delta's website booking path?

12       A.   Essentially, the customer will submit

13  their credit card info on one occasion for their

14  entire Delta digital experience.  And the card will

15  be charged twice, once for their Delta purchase, and

16  then again, in the example of Allianz, separately

17  for the Allianz purchase amount.

18       Q.   Okay.  So I'm -- just so I'm understanding

19  you correctly, the consumer enters his or her credit

20  card information one time on Delta's website;

21  correct?

22       A.   Correct.

23       Q.   And then after doing so, there are two

24  separate transactions that occur in how that credit

25  card is charged?

CONFIDENTIAL

Page 185

1        A.    That's my understanding, yes.

2        Q.    Okay.  And one of those transactions is

3    from -- is initiated by Delta, I assume?

4        A.    Yes.

5        Q.    And who initiates the other?  Do you know?

6        A.    I believe Allianz does, yes.

7                    # REDACTED

8

9

10

11

12

13

14

15

16

17

18        Q.    Okay.  I mean, I think that's pretty much

19    within a topic here.  So I don't know if you're able

20    to ask the finance team and then just send me a

21    declaration on that, but David and I can -- can

22    discuss that.

23              Because I'm just trying to get an answer

24    to the specific question of what mechanism is used

25    by Allianz to pay you.

# EXHIBIT 2

Page 1

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
2                 WEST PALM BEACH DIVISION

3

4     JUDITH MARILYN DONOFF,      )
      on behalf of herself        )
5     and all others             )
      similarly situated,        )
6                                 )  CIVIL ACTION FILE
              Plaintiff,          )  NO. 18-CV-81258-DMM
7                                 )
          vs.                     )
8                                 )
      DELTA AIRLINES, INC.,       )
9                                 )
              Defendant.          )
10                                )

11

12

13

14

15             VIDEOTAPED DEPOSITION OF
16                  MARLA JOHNSON
17                 March 11, 2019
18                   9:42 a.m.
19            1180 Peachtree Street, NW
                   Suite 1700
20               Atlanta, Georgia
21
              Lamarra George, CCR-2582
22

23

24

25

1            Does Delta have any role with regard to

2       the travel insurance product sold through the Delta

3       booking path, other than providing space for Allianz

4       to sell the product in the offer box?

5            A      Does Delta have another role?

6            Q      Any other role, other than -- than

7       providing space to Allianz.

8            A      Yes.

9            Q      And what other roles does it have, ma'am?

10

11       REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 29

```
 1          Q     Okay.  If I could turn you, ma'am, to
 2     paragraph 30, please.  And there's some bolded
 3     language, there, Ms. Johnson.  And the allegation is
 4     that this was taken from the offer box for the
 5     insurance product within Delta's booking path.  And
 6     the bolded language reads: "Recommended by AGA
 7     Service Company, the license producer and
 8     administrator of this plan."
 9                 Do you see that, Ms. Johnson?
10          A     Yes.
11          Q     Have you seen that language before?
12          A     Yes.
13          Q     Where?
14          A     Within the offer.
```

15
16 REDACTED
17
18          REDACTED
19
20
21
22
23
24
25

Page 33

1    Delta is aware that due to regulatory compliance

2    issues, it may not receive such commissions?

3         A     I do not know.

4         Q     Okay.  If we could jump, ma'am, a few

5    pages ahead to paragraph 59.  And before I ask you

6    questions on this paragraph, Ms. Johnson, I'm going

7    to ask you some more general questions.

8                    REDACTED

9

10

11

12         REDACTED

13

14

15

16              REDACTED

17

18

19

20

21         Q     Well, then, let me back up, because --

22    keep that document in front of you, and we will --

23    I'll show you an additional document so we can get

24    clarity on this.

25                    (Exhibit No. 51 was marked for

Page 61

1        identification.)

2        Q      (By Mr. Schwartz) I'm showing you,

3    Ms. Johnson, Plaintiff's 57.  Have you seen this

4    document before, ma'am, Plaintiff's 57?

5        A      Yes.

6    REDACTED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   REDACTED

24

25

Page 62

1
2
3

# REDACTED

4
5
6

## REDACTED

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 76

# REDACTED

# REDACTED

24      Q       And as far as the actual approval on the

25   Delta side of those tests, currently, as we sit here

Page 88

# REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 REDACTED

Page 89

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

REDACTED

Page 96

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

REDACTED

REDACTED

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

        Plaintiffs,

CLASS ACTION

vs.

DELTA AIR LINES, INC.

        Defendant.

_____/

## DECLARATION OF BEGENCH ATAYEV

I, Begench Atayev, declare as follows:

    1.    I am a Vice President, Market Management for AGA Service Company aka

Allianz Global Assistance ("AGA" or "Allianz") and have held this position since February

2018; my prior position at Allianz from 2014 to 2018 was Director, Marketing Analytics. In my

position, my responsibilities include oversight of the coordination of the content of the Allianz

"Offer Box" that appears in the booking path at delta.com for AGA business partner Delta Air

Lines ("Delta"). In that role, I ensure that AGA's records include the cataloging and retention of

offers that appear in the booking path, including those appearing in the Delta booking path from

September 2014 to present.

## *Lack of Uniform Representation that AGA Service Company is "the Licensed Producer"*

2.    I have reviewed the compilation of offers that have appeared in the Delta booking path from September 2014 to present. During this time frame, <sup>REDACTED</sup> distinct offers have been displayed to Delta's U.S.-based customers in the Allianz Offer Box with varying language.

3.    The Motion for Class Certification filed in this matter states that "all Delta customers" see the phrase. "Recommended by AGA Service Company, the licensed producer and administrator of this plan." (Motion, p. 5.) That statement is not accurate for all offers from September 2014 to present.

4.    From September 2014 to present, I have viewed REDACTED of the AGA Offer Box contents and REDACTED of the offers did not contain the language that Plaintiff asserts is a uniform "Recommended by AGA Service Company, the licensed producer and administrator of this plan." Below are three examples of Offers that did not contain that language:



Page 2 of 10



HIGHLY RECOMMENDED: ADD TRIP PROTECTION

◉ *Yes, I'd like to purchase trip insurance for $30.31 (USD) per passenger. This is $30.31 (USD) total.

Peace of mind is only a click away.

✓ Get reimbursed up to 100% of non-refundable prepaid expenses if you cancel or interrupt your trip due to covered illness, injury, job layoff, and more
✓ Provides coverage in case of a medical emergency while you are traveling including transportation and care
✓ Reimburses you for additional costs due to travel delay
✓ Provides coverage in case of lost, stolen, or damaged baggage
✓ Travel concierge service and 24-hour hotline access (awarded Global Call Center of the Year, ICMI)

Travel insurance offered by Allianz Global Assistance. Product available to residents of all states except: WA. Plans underwritten by Jefferson Insurance Company or BCS Insurance Company. Terms, conditions and exclusions apply. Learn More

○ *No, I choose not to protect my purchase.

"It's wise to always consider a travel protection plan to cover your trip costs from the unexpected." – Frommer's, Feb 2014

RECOMMENDED: ADD TRIP PROTECTION

◉ *Yes, I'd like to purchase trip insurance for $28.24 (USD) per passenger. This is $56.48 (USD) total.

Top 3 reasons you need travel insurance:

✓ Get reimbursed up to 100% of non-refundable prepaid expenses if you cancel or interrupt your trip due to covered illness, injury, job layoff, and more
✓ Reimbursement for the additional cost of meals and accommodations if your travel is delayed
✓ Coverage in case of a medical emergency while you are traveling including transportation and care

Offered by Allianz Global Assistance. Terms, conditions and exclusions apply. Learn More

○ *No, I choose not to protect my purchase. I understand by declining coverage I am responsible for all cancellation fees and delay expenses.

"Even when nothing goes wrong... it is very reassuring to know Allianz is in my corner." – Catherine T., Foreston, MN

Product available to residents of all states except: WA.
Plans underwritten by Jefferson Insurance Company or BCS Insurance Company.

    5.      In fact, I am informed and believe that the below Offer Box was used by

Plaintiff's survey expert, Brian Sowers, in conducting his survey in relation to Plaintiff's claims

in this lawsuit.

6.      Notably, this "test stimuli" does not contain language identifying Allianz Global Assistance "as the licensed producer." This is because the language of the current offers deployed in the Allianz Offer Box on the Delta website does not contain the "licensed producer" language that Plaintiff claims to be "uniform" for "all Delta customers."

7.      As these examples demonstrate, the assertion that "all Delta customers" on delta.com saw language in the Allianz Offer Box that identified AGA as the "licensed producer" is incorrect.

### *Variety of Offer Box Messages From 2014 to Present*

8.      As mentioned initially, well over <sup>REDACTED</sup> different offers have been shown to Delta's US customers in the AGA Offer Box in the Delta booking path.

9.      REDACTED

REDACTED

10.    Currently for Delta, there are **REDACTED**

while the customer moves through the

booking path.  **REDACTED**

11.    **REDACTED**

12.    As a result, **REDACTED**                                                may

see different offers for the same travel protection plan.

13.    For example, AGA's records reflect that on the same day that Plaintiff, Judith

Donoff, purchased her policy on April 10, 2018, **REDACTED**

Although the

cost of the trip was the same for both customers, and the cost of the insurance was the same in

both offers, AGA's records reflect that Ms. Donoff and **REDACTED**

on the same day were shown two different offers.

Page **5** of **10**

14.     Walter Cappillo purchased not one but two policies on October 5, 2017.  He purchased one policy for a flight on October 13, 2017 and a separate policy for a flight separately booked for October 16, 2017.  The communication accompanying each of the purchases informed Mr. Cappillo that he could change his dates to cover the entire trip with a single policy:



How can we help?

## Thanks for choosing
## Allianz Global Assistance
### Here's your important policy information.

Hi Walter,

Thanks for protecting your upcoming travel plans with us. More than 21 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**We've attached your policy document to this email as a PDF,** which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card.

**Our records indicate you may have purchased your policy for a one-way ticket. If that's the case, we recommend you update your policy with your planned departure and return dates. This can be done quickly, easily, and free of charge by calling us or clicking the Manage My Policy button in this email. You can also increase your coverage to insure any additional travel expenses (additional charges may apply).**

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **download your free TravelSmart app** to manage your policy on the go, find local emergency services wherever you are, and much more.

### About your new policy

**Policy:**
Trip Protector

**Policy No.:**
EUSP2096234223

**Purchase date:**
October 5, 2017

**Effective date:**
October 6, 2017

**Travel dates:**
October 13, 2017–October 13, 2017

**Manage My Policy**

Page **7** of **10**

15.     Despite being informed of this option, however, Mr. Cappillo instead maintained two separate policies for each leg of his trip.

REDACTED

16.     REDACTED

a. REDACTED

b. REDACTED

17.     REDACTED

a. REDACTED

b. REDACTED

c. REDACTED

d. REDACTED

# REDACTED

18.   **REDACTED**

a.   REDACTED

b.   REDACTED

c.   REDACTED

# REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2019.

Respectfully submitted this 19th day of April, 2019.

Bogench Atayev
Vice President, Marketing Management
AGA Service Company aka Allianz Global Assistance

# EXHIBIT 4

Judith Donoff
March 12, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 1

```
 1              UNITED STATE DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2                WEST PALM BEACH DIVISION
 3             CASE NO.:  9:18-CV-81258-DMM
 4
    JUDITH MARILYN DONOFF,
 5  on behalf of herself and
    others similarly situated,
 6
                      Plaintiff,
 7  vs.
 8  DELTA AIR LINES, INC.,
 9
                      Defendant.
10  _____/
11
12              VIDEOTAPED DEPOSITION OF
13               JUDITH MARILYN DONOFF
14
15
                Tuesday, March 12, 2019
16               10:15 a.m. - 4:01 p.m.
17
             Robbins Geller Rudman & Dowd, LLP
18         120 East Palmetto Park Road, Suite 500
                Boca Raton, Florida 33432
19
20
21  Stenographically Reported By:
    Debra Duran-Bornstein, RPR, CLR
22
23
24
25
```

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.

March 12, 2019

Page 31

1     Q.    Have you ever purchased travel insurance?

2     A.    Yes.

3     Q.    How frequently do you purchase travel

4  insurance?

5     A.    Can you explain to me how you want me to

6  answer that question in terms of frequency?

7     Q.    How many times in your life have you

8  purchased travel insurance?

9     A.    That's a rough guess.

10    Q.    To cover flights?

11    A.    Right.  Let me think.

12    Q.    It's two, isn't it, Ms. Donoff?

13    A.    No.  I'm reviewing in my mind the trips

14  I've taken.  So let me review the trips that I've

15  taken.

16          It could be three to four.

17    Q.    Okay.  Other than the two trips for which

18  you purchased travel insurance in April of 2018,

19  which we're going to talk about, when else have you

20  purchased travel insurance for flights?

21    A.    I think I purchased travel insurance for a

22  trip to Aspen, in the past.  And I'm open-ended that

23  there may be a few others that I can't recall.

24    Q.    And the Aspen trip was purchased, the

25  flights were purchased in April of 2018, for travel

Judith Donoff
March 12, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 34

```
 1        Q.   What date, when, what year, when did you
 2   travel, that kind of specificity.  Because we know
 3   you bought it for August 2018.  So that's the kind
 4   of specificity I'm asking for.
 5        A.   I can't recall.
 6        Q.   Are there a particular set of reasons that
 7   caused you to purchase travel insurance for some
 8   flights but not others?
 9             MR. GOLD:  Object to form.
10        A.   Repeat the question, please.
11     BY MR. BALSER:
12        Q.   Are there a particular set of reasons that
13   cause you to purchase travel insurance for some
14   flights but not others?
15        A.   Yes.
16             MR. GOLD:  Same objection.  Make sure you
17        let me get my objection.
18             THE WITNESS:  Sorry.
19     BY MR. BALSER:
20        Q.   What are those reasons?
21             THE WITNESS:  Am I allowed to answer this?
22             MR. GOLD:  (Nodding head.)
23
24
25
```

REDACTED

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.                    March 12, 2019

Page 48

1          MR. GOLD:  Object to form.

2      A.   How I purchased it.  Well, I went on the

3  website.  Listed as a trip extra, decided to go for

4  it, clicked the button, put in my credit card

5  information, and the purchase was complete.

6    BY MR. BALSER:

7      Q.   Let's keep our attention on page 839 of

8  Exhibit 71.  It's the second page.  The date of

9  purchase for this insurance policy is reflected as

10 April 10, 2018.

11         Do you see that?

12     A.   Yes.

13     Q.   That's the date that you bought this

14 travel insurance policy; correct?

15     A.   Yes.

16     Q.   And that is five days after you purchased

17 your tickets for your Delta trip; correct?

18     A.   Yes.

19     Q.   So you did not purchase the travel

20 insurance policy marked as Exhibit 71 through the

21 online booking path, did you?

22         MR. GOLD:  Object to form.

23    BY MR. BALSER:

24     Q.   Let me just make sure we're on the same

25 page.

Page 49

1          A.    Okay.

2          Q.    You understand the term "booking path"?

3          A.    No.   I was just going to ask you that.

4          Q.    Okay.  So I want you to assume with me for

5     purposes of the question that the phrase "booking

6     path" reflects the period of time between the

7     inquiry about, on the Delta website, inquiry about

8     possible trips and final payment for those trips.

9     Okay?  That's the booking path.

10         A.    Okay.

11         Q.    You did not purchase the travel insurance

12    policy marked as Exhibit 71 through the Delta

13    booking path, did you?

14              MR. GOLD:  Object to form.

15         A.    I did not purchase it at that time on the

16    path.

17      BY MR. BALSER:

18         Q.    Well, we don't have to quarrel about this,

19    but you didn't ever purchase it through the booking

20    path, did you?  You had already purchased your

21    tickets before you decided to buy trip insurance;

22    correct?

23              MR. GOLD:  Object to form.

24         A.    Well, you call it a path when I go onto

25    Delta's website.  So my opinion is that when I went

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.

March 12, 2019

Page 51

1    A.    Choice is a choice and forced is forced,
2    so...
3         Q.    Okay.  So it's a term your lawyers have
4    used in this case, and they have used the term
5    "forced choice" to refer to a situation in which a
6    Delta passenger is interested in purchasing a ticket
7    online, and before being able to consummate the
8    purchase must make a selection yes or no whether
9    they want travel insurance.
10             You did not have to make such a selection
11   in purchasing the travel insurance policy that you
12   bought on April 10, 2018; correct?
13        A.    I don't remember how -- how it came up.
14        Q.    You wanted to buy the insurance; right?
15        A.    Yes.
16        Q.    You went to --
17        A.    At that point, I wanted to buy the
18   insurance.
19        Q.    On April 10, 2018 you went to the website
20   in order to purchase the insurance; correct?
21        A.    Yes.
22             MR. GOLD:  Mr. Balser, we've been going an
23        hour now, so if you get to a good stopping
24        point.
25             MR. BALSER:  Perfect stopping point.

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.
March 12, 2019

Page 57

1   did you select no to the requirement as described in

2   paragraph 15 of the Complaint, that -- to purchase

3   insurance?

4           A.    I selected no.

5           Q.    And then did you continue on through the

6   path that is described in paragraph 17 through 21,

7   to pay for your trip on the Delta website?

8           A.    Yes.

9

10

11

REDACTED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.
March 12, 2019

Page 58

# REDACTED

1
2
3
4
5
6
7
8
9

10     Q.   And so when you made the decision on

11   April 10th that you wanted to purchase trip

12   insurance, you went onto the Delta website and

13   figured out how to purchase insurance for that trip

14   on the website?

15          MR. GOLD:  Objection.  Assumes facts not

16      in evidence.

17   BY MR. BALSER:

18     Q.   Is that right?

19     A.   I didn't --

20          MR. GOLD:  You can answer.

21     A.   I went back on the website.  I believe I

22   went to manage my trips, and followed the steps to

23   purchase the insurance.

24   BY MR. BALSER:

25     Q.   And how often -- how familiar are you with

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.

March 12, 2019

Page 68

```
 1      BY MR. BALSER:
 2          Q.   Do you recall procuring coverage for your
 3      husband for that trip?
 4          A.   I can't recall if I did, because I believe
 5      his ticket was a SkyMiles award thing.
 6          Q.   Okay.  Do you have any understanding as to
 7      why there are two charges for $92 on April 11 for
 8      travel insurance policy on the British Airways
 9      credit card?
10          A.   Like I said before, either I went back in
11      and I made a mistake and only bought it for one leg
12      of the trip and then I had to rebuy it for the
13      second leg, or perhaps I did buy him insurance.  I
14      can't recall.
15          Q.   Okay.  Did you understand at the time that
16      you purchased travel insurance that the charge for
17      the insurance policy was being made by Allianz?
18              MR. GOLD:  Objection.
19          A.   Could you repeat the question?
20      BY MR. BALSER:
21          Q.   Did you understand when you purchased
22      travel insurance that you were buying it from
23      Allianz?
24              MR. GOLD:  Same objection.
25          A.   Yes.  I understood I was buying insurance
```

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.

Page 69

```
 1    from the insurance company, Allianz.
 2       BY MR. BALSER:
 3       Q.    Did you -- did you --
 4       A.    Through the Delta website.
 5       Q.    Did you understand that you were paying
 6    Allianz for the insurance policy with your credit
 7    card?
 8       A.    With my credit card I used and the receipt
 9    for my credit card said Delta, but my understanding
10    was ultimately I was buying it from the insurance
11    company, because I was buying insurance, not a plane
12    ticket.
13       Q.    Okay.  In fact, if we look at those two
14    charges on -- for travel insurance on April 11,
15    there's no reference to Delta on those charge items;
16    correct?
17       A.    No.  There's no reference to Delta on
18    this, on what appears on my statement as such.
19       Q.    Right.  And if you look down at the very
20    bottom of the page, for example, the very last entry
21    on the page ending in Bates No. 43, there is a
22    reference to Delta Air for a purchase of a ticket?
23       A.    Yes.
24       Q.    Correct?
25       A.    Right.
```

Judith Donoff
Donoff, Judith v. Delta Air Lines, Inc.

March 12, 2019

Page 91

```
1        Q.   Did you make a claim on either of the
2   travel insurance policies that you purchased in
3   connection with the Delta flights that you booked in
4   April of 2018?
5        A.   No.
6        Q.   Based on your experience with making
7   claims in the past, would you have expected the
8   insurance company to respond to a claim, if you made
9   a claim?
10       A.   Yes.
11       Q.   Have you ever used any of the concierge
12  services provided to you with any of the travel
13  insurance products, like emergency services,
14  locating lost travel documents or anything like
15  that?
16       A.   No.  I don't think so.
17       Q.   Have you ever been on a trip where one of
18  the people traveling with you became ill and needed
19  emergency transportation to a medical facility?
20       A.   No.
21       Q.   On any trips that you've been on, have you
22  ever witnessed someone else, not traveling with you,
23  become ill, that required transportation to a
24  suitable medical facility?
25            MR. GOLD:  Objection.  Foundation.
```

Page 93

1  two different insurance policies that you purchased

2  in connection with two different trips in 2018.

3          Do you recall that?

4      A.   Yes.

5      Q.   Are the travel insurance policies that you

6  purchased in April of 2018 the basis for the lawsuit

7  that you have filed against Delta?

8      A.   The April -- the one purchased on

9  April 10th, I believe, is the basis for the lawsuit.

10         MR. GOLD:  And I'll just object to the

11     extent that calls for a legal conclusion.

12   BY MR. BALSER:

13     Q.   And the one purchased on April 10th is the

14  one that covered the Canada trip; is that right?

15     A.   Yes.

16     Q.   Before you purchased the travel insurance

17  policies in connection with your April 2018 flights,

18  did you speak with anyone at all about a possible

19  lawsuit relating to travel insurance?

20         MR. GOLD:  Objection to the extent that

21     calls for communications with an attorney.

22   BY MR. BALSER:

23     Q.   It's a yes-or-no question.  You can

24  answer.

25     A.   Would you repeat the question?

Judith Donoff
March 12, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 123

1   to this case?

2        A.   I haven't signed an agreement letter with

3   any other law firm.

4        Q.   What is it that you're alleging that Delta

5   did wrong in connection with your purchase of travel

6   insurance through Delta's website?

7        A.   Okay.  I'm alleging that Delta -- when I

8   booked my travel insurance with Allianz, I'm

9   alleging that Delta had a financial gain from that

10   transaction that I was unaware of at the time I

11   purchased my travel insurance.

12        Q.   Is there something about Delta's website

13   that you claimed deceived you?

14        A.   Yes.

15        Q.   How was Delta's website deceptive, in your

16   mind?

17        A.   It did not disclose to me that the money

18   that I would be paying for trip insurance was

19   partially a fee to them as well as the insurance

20   company.

21        Q.   You told me earlier that you had bought a

22   travel insurance policy from Forbes in connection

23   with your cruise; correct?

24        A.   Yes.

25        Q.   Did you have an understanding, when you

Judith Donoff
March 12, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 124

1    bought the Forbes policy, or the policy through

2    Forbes, as to whether the insurance company was

3    being compensated in any way as to the travel

4    insurance policy that you bought?

5         A.    That was a long question.  Would you

6    repeat it, please?

7         Q.    When you bought your travel insurance

8    policy from Forbes.

9         A.    From the travel agency, yes.

10        Q.    From the travel agency, did you have an

11   understanding as to whether the travel agency made

12   any money off the sale of that travel insurance

13   policy?

14        A.    I have no knowledge of that.

15        Q.    If they did receive some form of

16   compensation for the purchase of the travel

17   insurance policy, would you think that's wrong?

18        A.    Yes.

19        Q.    And why would it be wrong?

20        A.    Because if they have a financial interest

21   in suggesting somebody, then they should disclose to

22   me that they're recommending this person, but let me

23   know that -- although they're recommending this

24   person, they have a financial gain to be met.

25        Q.    At the time that you were purchasing the

Page 125

1    travel insurance policy on the Delta website, did

2    you consider whether Delta was getting compensated

3    by Allianz?

4            MR. GOLD:  Objection to form.

5      BY MR. BALSER:

6        Q.   Did you think about it?

7            MR. GOLD:  Objection to form.

8        A.   My conclusion was that Delta was

9    recommending this as a good idea for me to do, to

10   protect whatever.  And it never entered into my mind

11   at that point of buying this insurance that they had

12   any other reason for saying that I should be buying

13   this insurance.

14     BY MR. BALSER:

15       Q.   Does anything that you saw on the website

16   that you remember say anything about whether Delta

17   is getting paid in connection with the travel

18   insurance?

19       A.   I don't recall anything that says that

20   they disclosed to me that they were getting paid.

21       Q.   Does the website say anything that you

22   remember about -- to the effect that Delta is not

23   getting paid by Allianz?

24       A.   I don't recall any disclaimer saying they

25   weren't getting paid.

Page 126

1      Q.   Did you assume that Delta was not getting

2   paid for allowing another company to offer a product

3   on its website?

4      A.   Yes, I did assume that.

5      Q.   Did whether or not Delta was paid by

6   Allianz factor into your decision to purchase the

7   insurance policy?

8           MR. GOLD:  Object to form.

9      A.   When I purchased the insurance policy, it

10  didn't enter into my mind, because there was no

11  disclosure to me.

12    BY MR. BALSER:

13     Q.   Had you known that Allianz was

14  compensating Delta, would you have not have

15  purchased the policy?

16          MR. GOLD:  Objection to form.  Calls for

17       speculation.

18     A.   I don't know.

19    BY MR. BALSER:

20     Q.   Do you claim there's something wrong about

21  the fact that Delta is being compensated by Allianz?

22          MR. GOLD:  Objection to form.

23     A.   Delta isn't an insurance agent; so, yeah,

24  I think that's wrong.

25

Page 176

1    something like a communication with Garrett about

2    travel, or do you want to take a trip with us, I

3    think were the words you used, or words to that

4    effect.  Do you recall that?

5         A.   Yeah.

6         Q.   Do you recall any discussions with

7    Garrett, other than the April 10th telephone

8    discussion we already talked about, that had

9    anything in any way to do with trip insurance?

10   Before -- prior to April 10th.  I don't want to know

11   anything about --

12        A.   No.

13        Q.   -- this case or --

14        A.   Trip insurance?

15        Q.   Trip insurance.

16        A.   No.  Not that I can recall.

17        Q.   Do you know that your lawyers are not

18   going to ask the Court to have you serve as a class

19   representative in this case?

20        A.   I believe they're considering that, yes.

21        Q.   When did you first learn that?

22        A.   Quite recently.  November.  I'm not sure.

23   November maybe.  October, November.  Maybe not.  I'm

24   not sure.  I'm not going to guess.

25        Q.   Have you -- you've got three lawyers in

# EXHIBIT 5

EXHIBIT
MR
80
3·27·19
PENGAD 800-631-6989

# Redacted

From: Allianz Global Assistance <donotreplypolicy@allianzassistance.com>
Sent: Thursday, October 5, 2017 10:14 AM
To: waltercito66@hotmail.com
Subject: Here is your new travel insurance policy (ref:EUSP2096234223)



How can we help?

## Thanks for choosing
## Allianz Global Assistance
Here's your important policy information.

Hi Walter,

Thanks for protecting your upcoming travel plans with us. More than 21 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**We've attached your policy document to this email as a PDF, which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card.**

**Our records indicate you may have purchased your policy for a one-way ticket. If that's the case, we recommend you update your policy with your planned departure and return dates. This can be done quickly, easily, and free of charge by calling us or clicking the Manage My Policy button in this email. You can also increase your coverage to insure any additional travel expenses (additional charges may apply).**

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel

plans change and you need to update your policy or
add coverage.

Thanks again for protecting your trip with us, and don't
forget to **download your free TravelSmart app** to
manage your policy on the go, find local emergency
services wherever you are, and much more.

**About your new policy**
**Policy:**
Trip Protector
**Policy No.:**
EUSP2096234223
**Purchase date:**
October 5, 2017
**Effective date:**
October 6, 2017
**Travel dates:**
October 13, 2017–October
13, 2017

**Manage My Policy**

CAPPILLO-DELTA000000064



**Take Us With You**
Don't forget to pack your TravelSmart app — it's the easiest way to get help while you're away.

Get TravelSmart



**Contact Us Anytime**
If you need travel or medical assistance on your trip, our team is here for you 24/7.

Contact Us



**Join Our Community**
Like us on Facebook to check out our travel tips, guides to popular destinations, and more.

Get Social

CAPPILLO-DELTA000000065

Please do not reply to this automated message. Need to get in touch? **Contact us today**.

   



**Allianz Global Assistance**

9950 Mayland Drive, Richmond, Virginia 23233

Terms, conditions, and exclusions apply.
Insurance benefits underwritten by BCS Insurance Company, Jefferson Insurance Company or Nationwide Mutual Insurance Company and Affiliated Companies, depending on insured's state of residence and plan type. Plan(s) may not be available to residents of all states. Allianz Global Assistance and Allianz Travel Insurance are brands of AGA Service Company. AGA Service Company is the licensed producer and administrator of these plans and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage due to the affiliation between AGA Service Company and Jefferson Insurance Company. Non-insurance benefits/products are provided and serviced by AGA Service Company. Contact AGA Service Company at **1-800-284-8300** or 9950 Mayland Drive, Richmond, VA 23233 or **customerservice@allianzassistance.com**. © 2018 AGA Service Company. We respect your privacy. We never sell your personal information to third parties or use it for any purpose other than as we describe in our **privacy policy**.
142798-1

CAPPILLO-DELTA000000066



Walter Cappillo
521 Banks Rd. Apt. 4
Margate FL 33063


Thank you for your recent purchase of Allianz Travel Insurance. We are pleased that you have chosen to take us along on your upcoming trip!

This packet of information will help you use your travel insurance policy and includes:

- A summary of assistance services and benefits described below
- Your Letter of Confirmation of insurance benefits
- Your detailed Certificate of Insurance/Policy

Summary of Assistance Services and Benefits
You are entitled to important assistance services and benefits.

Service/Benefit
Concierge
24-Hour Hotline Assistance

To make the most of your assistance services and benefits please:
- Read the detailed Certificate of Insurance/Policy.
- Download the TravelSmart app for a listing of hospitals and clinics for your destination(s) available at both the App Store and Google Play.
- If you require emergency medical care while traveling, please call our office for assistance before engaging any expense.
- Save or photograph all receipts in the event you need to file a claim.  Claims may be electronically filed at http://www.etravelprotection.com/deltausa.

CAPPILLO-DELTA000000067



## Letter of Confirmation

October 5, 2017

Walter Cappillo
521 Banks Rd.
Apt. 4
Margate  FL 33063

Dear Walter Cappillo,

Thank you for choosing Allianz Global Assistance to protect your travel investment.

Please make sure you read this *Letter of Confirmation*, your enclosed *Policy*, and any other attached documents, including riders or other forms carefully. Because the *Policy* may describe coverage not included in your plan, be sure to look at all of the documents to understand your specific coverage. Contact us immediately if you think there is a mistake in your *Letter of Confirmation*.

We recommend that if you are traveling for your event, you take copies of these documents with you. If you did not receive a *Policy*, or would like another copy, please call 1-800-284-8300.

### Information About Your Plan

| | |
|---|---|
| Name of your plan: | Trip Protector |
| Policy identification number: | EUSP2096234223 |
| Number of people insured: | 1 |
| Who it insures: | Walter Cappillo |
| Date of purchase: | October 5, 2017 |
| Plan effective date: | October 6, 2017 |
| Travel dates: | October 13, 2017 - October 13, 2017 |
| Total cost for all travelers: | $21.88 |
| Amount paid: | $21.88 |

Changes to your travel plans may require changes to your coverage. If your plans change please contact Allianz Global Assistance.

Thanks again for purchasing a travel insurance plan from Allianz Global Assistance. Have a safe and pleasant trip!

Sincerely,

*Deloress Wellman*

Deloress Wellman
Vice President of Operations

We will refund your insurance premium if you cancel your plan within 10 days of purchase and you haven't started your trip or filed a claim.

Form No. 101-LOC-XX-02 12-14

---

*Please detach the card to the right, fold, and carry with you*

**Global Assistance**



**Name:** Walter Cappillo
**Policy No.:** EUSP2096234223

**Emergency Assistance Card**

**For emergency assistance during your trip call:**
1-800-419-8016    1-804-281-5700
(From U.S.)         (Outside the U.S.) / (Collect)

**For benefit information call:**
1-800-419-8016
(From U.S.)

**To modify your policy or file a claim, please visit:**
http://www.etravelprotection.com/deltausa

9950 Mayland Drive, Richmond, VA 23233

Your plan includes the following coverage, up to the limits shown. Please see your *Policy* for information about how our insurance works.

| Benefit | Coverage Limits* |
|---|---|
| Baggage Coverage | $300.00 |
| Baggage Delay Coverage | $150.00 |
| Trip Cancellation Protection | $350.00 |
| Travel/Trip Delay Coverage | $200.00 |
| Trip Interruption Protection | $350.00 |

*USD per person unless noted otherwise

### Please Note

- Your plan includes Existing Medical Condition Coverage.
- AGA Service Company is the licensed producer and administrator for this plan.
- **Insurance coverage is provided under Form No. 101-P-FL-02-102 issued by Jefferson Insurance Company.**



TI_LOC_P_100_030 * TI_102_07_P_FL_V2 * JICPRIVNOT * * * * * * * *

CAPPILLO-DELTA000000069

# Your Travel Insurance Policy

Thank you for buying a travel insurance **plan** from **us**!

**Your plan** is described in the following documents:

- This **policy**, which explains how **our** travel insurance works.
- The *letter of confirmation* that came with **your** package, which tells **you** what coverage **your plan** includes and the limits.
- Any other information **you** receive with **your** package, including riders or other forms.

**Please make sure you read these documents carefully.** This **policy** may describe coverage **your plan** doesn't include. Make sure **you** review carefully **your** *letter of confirmation*. Contact **us** immediately if **you** don't receive **your** *letter of confirmation* or if **you** think there is a mistake.

All dollar amounts in these documents are in US dollars.



**We can help!**
**Our** assistance team can help **you** with problems 24 hours a day, almost anywhere in the world.

In the United States, Canada, Puerto Rico
and the U.S. Virgin Islands                **1-800-654-1908**
All other locations, call collect           **1-804-281-5700**

Form 101-P-FL-02-102

1

CAPPILLO-DELTA000000070

---

Allianz Travel Insurance

# Individual Travel Insurance Policy

**FOR SERVICE, VISIT OR CALL:**
www.etravelprotection.com
**1-800-284-8300**

**FOR EMERGENCY ASSISTANCE
DURING YOUR TRIP CALL:**

**1-800-654-1908**
(From U.S.)

**1-804-281-5700**
(Collect)

Don't forget to
take this document
with you!

Global Assistance

Allianz (ⅲ)

*Jefferson*
Insurance Company™

Allianz Global Assistance and Allianz Travel Insurance branded plans are underwritten by Jefferson Insurance Company. AGA Service Company is the licensed producer for this plan.

©2015 AGA Service Company

TI_102_07_P_FL_V2

## WHAT'S INSIDE

Section 1: Our agreement with you ........................... 3

Section 2: What this policy includes ........................ 4

Section 3: What this policy excludes ...................... 16

Section 4: Who is covered and when ...................... 18

Section 5: Claims information ................................. 19

Section 6: Definitions ............................................. 22

## SECTION 1: OUR AGREEMENT WITH YOU

Your travel insurance plan (**your plan**) includes both insurance coverage and assistance services.

Throughout this document:

- **we**, **us** and **our** mean Jefferson Insurance Company and its agents;
- **Jefferson** means Jefferson Insurance Company;
- **you** and **your** mean the people listed on **your** *letter of confirmation;* and
- all other bolded terms are defined in Section 6, Definitions.

No one has the right to describe this travel insurance any differently than it has been described in this document, or to change or waive any of its provisions.

**About this agreement**

Please read **your** **policy carefully for full details.** This is a legal contract. The entire contract consists of the **policy**, any riders attached to it; and the *letter of confirmation.* **You** have a duty to make all reasonable efforts to minimize any loss.

We have issued the **policy** and any attached riders based on **your** payment of the premium and on the information **you** included in **your** application or other form. The statements **you** made in **your** application or other form are representations and not warranties. **We** may use this information to void insurance, reduce benefits or defend **our** decision about a claim.

The headings in this **policy** are for convenience only.

**Satisfaction Guarantee**

**We** will refund **your** insurance premium if **you** cancel **your plan** within 10 days of purchase and **you** haven't started **your trip** or filed a claim.

**Signed for Jefferson Insurance Company, 9950 Mayland Drive, Richmond, VA 23233**

Mike Nelson, President

Fred Faet, Secretary

CAPPILLO-DELTA000000071

# SECTION 2: WHAT THIS POLICY INCLUDES

This is a named perils travel insurance **policy**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

The **plan you** purchased may not include all the coverage described here. Make sure **you** check **your** *letter of confirmation* to confirm **your** coverage and limits.

**Your plan** also includes assistance services, which are described in *Help while traveling.*

| Coverage | When it applies | Page |
|---|---|---|
| | **Your trip is canceled or interrupted** | 5 |
| Trip cancellation | **Your** trip is canceled before **you** get started | |
| Trip interruption | **Your** trip is interrupted after **you've** left | |
| Frequent traveler/ Loyalty program | **You** have to re-deposit frequent traveler or loyalty program awards | |
| | **You get sick or hurt while traveling** | 9 |
| Emergency medical/dental | **You** have to pay for **emergency medical or dental care** | |
| Emergency medical transportation | **You** need emergency medical transportation | |
| | **You're delayed or miss your flight or cruise** | 11 |
| Travel delay | **Your** travel is delayed six hours or more | |
| Missed connection | **You** miss **your** connecting flight or cruise | |
| | **Your baggage is lost, damaged, stolen or delayed** | 13 |
| Lost, damaged or stolen baggage | **Your** baggage is lost, damaged or stolen | |
| Delayed baggage | **Your** baggage is delayed by a **common carrier** | |
| | **Other coverage** | 14 |
| Existing medical condition | **You** have an **existing medical condition** | |
| Change fee | **You** have to change **your** airline ticket due to **covered reasons** | |

* Underwritten by Jefferson Insurance Company

---

## How to read Section 2



**When it applies** — Tells **you** when **you're** eligible to make a claim. These situations and events are called **covered reasons.**

**What it covers** — Tells **you** the kinds of things **you** can be reimbursed for. **You'll** find out more in Section 5, *Claims information.*

**We can help!** — Tells **you** about related assistance services that are available to **you** worldwide. **You'll** find a complete list in *Help while traveling.*

**Important** — Be sure to also read Section 3, *What this policy excludes,* as well as Section 4, *Who is covered and when,* for important information on how **your** coverage works. Travel insurance doesn't cover everything. It's designed to protect **you** when there's a sudden, unexpected problem or event.

## YOUR TRIP IS CANCELED OR INTERRUPTED

**Important** — **You** need to contact **your travel suppliers** within 72 hours of canceling or interrupting **your** trip to qualify for the largest reimbursement possible. If **you** notify **your** suppliers later and get a smaller **refund**, **we** will not cover the difference. If **you're** seriously ill or injured, contact **your travel suppliers** as soon as **you** can.



**We can help!** — Need help sending an emergency message or getting flight information? See *Help while traveling,* for a complete list of ways **we** can help.

## Trip cancellation and Trip interruption coverage

**When it applies** — **Your** trip is canceled before **you** get started, or interrupted after **you've** left, for one of the following **covered reasons:**

*Health*
*Injury, illness or medical condition*
**You** or a **traveling companion** is seriously ill or injured.

CAPPILLO-DELTA000000072

Specific requirements:

- The **injury**, **illness** or **medical condition** must be disabling enough to make a reasonable person delay, cancel or interrupt their **trip**.
- A **doctor** must examine **you** or a **traveling companion** and advise **you** or a **traveling companion** to cancel or interrupt **your trip** before **you** cancel or interrupt it. If that isn't possible, a **doctor** must examine **you** within 72 hours of **your** cancellation or interruption.

A **family member** who isn't traveling with **you** is seriously ill or injured.

Specific requirement:

- The **injury**, **illness** or **medical condition** must be considered life threatening, require hospitalization, or he or she must require **your** care.

*Death*
**You**, a **traveling companion** or **family member** dies.

Specific requirement:

- A **traveling companion's** or **family member's** death must occur before or during **your trip**.

*Quarantine*
**You** or a **traveling companion** is quarantined.

## Transportation and accommodation

*Traffic accident*
**You** or a **traveling companion** is in a traffic **accident** on the way to **your** point of departure; and:

- **you** or the **traveling companion** need medical attention, or
- the car needs to be repaired because it's not safe to drive.

*Family or friends can't accommodate you as planned*
Family or friends outside the United States can't accommodate **you** as planned because someone in the household has died or been diagnosed with a serious **illness** or **injury**.

## Legal

*Jury duty or court-ordered appearance*
**You're** summoned by a court order or subpoena to serve on a jury or appear in court.

## Environment

*Home uninhabitable*
**Your primary residence** is **uninhabitable** because of a **natural disaster**, fire, flood, burglary or vandalism.

*Canceled services*
**Your** airline, cruise line, or tour operator or **travel supplier** stops offering all services for at least 24 consecutive hours where you're departing, arriving or making a connection because of:

- a **natural disaster**, or
- **severe weather**.

Specific requirement:

- **Your travel supplier** doesn't offer **you** a substitute itinerary.

## Politics and violence

*Hijacking*
**You** or a **traveling companion** is hijacked.

*Terrorism*
A **terrorist event** happens at **your** foreign **destination** within 30 days of the day you're scheduled to arrive.

Specific requirement:

- For locations outside the United States, **you're** not covered if there's been a **terrorist event** at **your destination** in the 30 days before **your plan's** effective date.

## Work

*Termination or layoff*
**You** or a **traveling companion** is terminated or laid off from a company after **your plan's** effective date.

Specific requirements: (all must apply)

- The termination or layoff isn't **your** fault; and
- **You** worked for this employer for at least three continuous years.

*Military Duty in the U.S. Armed Forces*
**You** or a **traveling companion**, serving in the U.S. Armed Forces, is reassigned, or have personal leave revoked, except because of war, the War Powers Act, base or unit mobilization, unit reassignment or disciplinary action.

## Other

*Extended travel delay*
**You** miss more than half of the total length of **your trip** because **your** travel is delayed.

Specific requirements: (all must apply)

- **Your plan** must include *travel delay* coverage; and
- **You** must be delayed for a **covered reason** listed under travel delay coverage.

CAPPILLO-DELTA000000073

*Redeposit fees*
Fees for re-depositing frequent traveler or loyalty program awards into **your** account.

## YOU GET SICK OR HURT WHILE TRAVELING



**We can help!**
Need help finding a **doctor** or getting emergency cash from home to pay for treatment? See *Help while traveling*, for a complete list of ways **we** can help.

## Emergency medical/dental coverage

**When it applies**

**You** have to pay for **emergency medical or dental care** for one of the following **covered reasons:**

- **you** have a sudden, unexpected **illness** or **injury** during **your trip** that's either life threatening or could cause serious and irreparable harm if it isn't treated.
- **you** have an **injury** or infection, a lost filling or a broken tooth during **your trip** that requires immediate treatment by a **dentist**.

Specific requirement:

- The treatment is **medically necessary** and is provided by a **doctor, dentist, hospital or other licensed provider** during **your trip**.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**, including any **deductible** for **outpatient** care that may apply to **your plan**.

**What it covers**

*Reasonable and customary costs*
**Reasonable and customary costs** for supplies and services from a **doctor, dentist, hospital or other licensed provider.**



**Important**
This is secondary coverage. If **you** have health insurance, **you** must submit **your** claim to that provider first. Any benefits **you** receive from **your** primary insurance provider or from any excess coverage will be deducted from **your** claim.

If **you're** eligible for benefits or compensation through a government-funded program other than Medicaid, **you** don't qualify for this coverage.

---

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

**Trip cancellation coverage**
*Non-refundable payments and deposits*
Payments and deposits **you** made before **your trip** was canceled, less any published **refunds you're** entitled to receive.

*Accommodation*
The extra cost of single **accommodation** if **you** prepaid for shared **accommodation** and a **traveling companion** canceled or interrupted their **trip** for a **covered reason** or was delayed for a **covered reason**.

**Trip interruption coverage**
*Prepaid expenses*
The unused part of **your** prepaid expenses, less any **refunds you** receive.

*Accommodation*
The extra cost of single **accommodation** if **you** prepaid for shared **accommodation** and a **traveling companion** canceled or interrupted their **trip** for a **covered reason** or was delayed for a **covered reason**.

*Transportation*
Reasonable transportation expenses for getting to:

- **your** final **destination** or a place where **you** can continue **your trip;**
or
- **your** original **destination** another way, if **your** travel is delayed for 24 hours or more at the start of **your trip**.

*Expenses for the cost of staying longer than you planned*
Extra **accommodation** and transportation expenses because a **traveling companion** is hospitalized.

Special limit:

- Maximum of $100 a day for up to five days.

## Frequent traveler/Loyalty program coverage

**When it applies**

**You** have to re-deposit points in **your** frequent traveler or loyalty program because **your trip** is canceled for one of the **covered reasons** listed under trip cancellation coverage.

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits.

# Emergency medical transportation coverage

**Important**
**If your emergency is immediate and life threatening, seek local emergency care at once.**

Your emergency medical transportation limit is the total amount available for all covered services described below. Please refer to your *letter of confirmation* to confirm that you have this benefit in your plan and your total dollar limit.

**You or your representative must contact us and we must make all transportation arrangements in advance. We will not pay for any of the services listed in this section if we didn't authorize and arrange it.**

**Moving you to a Hospital or medical clinic (emergency medical evacuation)**
If *you're* seriously ill or injured during *your trip* and *our* medical team determines that the local medical facilities are unable to provide appropriate medical treatment:

- *our* medical team will consult with the local *doctor*;
- *we'll* identify the closest appropriate facility, make arrangements and pay to transport *you* to that facility; and
- *we'll* arrange and pay for a *medical escort* if *we* determine one is necessary.

**Getting you home after your care (medical repatriation)**
If *you're* seriously ill or injured during *your trip*, under the care of a local *doctor* and unable to continue *your trip*, medical repatriation takes place once *our* medical team determines that *you* are medically stable to return home via commercial transportation carrier, such as a scheduled passenger airline. *We'll*:

- arrange and pay (less any *refunds* for unused tickets) for *you* to to be transported via a commercial transportation carrier in the same class of service that *you* were booked for *your trip*. The transportation will be to *one* of the following:
  - *your primary residence*;
  - a location of *your* choice in the United States; or
  - a medical facility near *your primary residence* or city of *your* choice in the United States *we'll* take *your* request into consideration as long as the medical facility will accept *you* as a patient and is approved as medically appropriate for *your* continued care by *our* medical director.
- arrange and pay for a *medical escort* if *our* medical team determines a *medical escort* is necessary.

**Bringing a friend or family member to you (transport to bedside)**
If *you're* told *you* will be hospitalized for more than seven days during *your trip*, *we'll* transport a friend or *family member* to stay with *you*. *We'll* arrange and pay for round-trip transportation in economy class on a *common carrier*.

**Getting your children home (return of dependents)**
If *you're* told *you* will be hospitalized for more than seven days during *your trip*, *we'll* arrange for and pay (less any *refunds* for unused tickets) to transport *your* children under the age of 23 who are travelling with *you* to *one* of the following:

- *your primary residence*; or
- a location of *your* choice in the United States.

Transportation will be on a *common carrier* in the same class of service they were originally booked.

**Transporting your remains (repatriation of remains)**
*We'll* arrange and pay for the reasonable and necessary services to transport *your* remains to *one* of the following:
- a funeral home near *your primary residence*; or
- a funeral home located in the United States.

*We'll* also assist the sending and receiving funeral homes coordinate with each other.

This benefit does not include funeral, burial or cremation expenses or related containment expenses for items such as a coffin, urn or vault.

*Your* representative must contact *us* in advance to make these arrangements. If this is not possible, *your* representative must contact *us* within a reasonable time, but no later than one year after the transportation.

## YOU'RE DELAYED OR MISS YOUR FLIGHT OR CRUISE



**Important**
**You** need to make reasonable efforts to continue *your trip* if *you're* delayed or **you** miss *your* flight or cruise. The coverage described here can help. Any *refunds* **you** receive from *your travel suppliers* will be deducted from *your* claim.



**We can help!**
Need help rebooking *your* flight or arranging for alternative transportation? See *Help while traveling*, for a complete list of ways *we* can help.

### Travel delay coverage

**When it applies**   Your travel is delayed for six or more consecutive hours for one of the following **covered reasons**:

*Strike or common carrier delay*
- Your departure is delayed by a **common carrier**.
- Your departure is delayed by an unannounced strike.

CAPPILLO-DELTA000000075

*Quarantine*
- You are **quarantined**.

*Natural disaster*
- There's a **natural disaster**.

*Politics, violence or theft*
- **Your** passports, money or other travel documents are lost or stolen.
- **Your** travel is delayed by a hijacking.
- **Your** travel is delayed by civil disorder or unrest.

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Meals, accommodation and transportation*
- Reasonable expenses for additional meals and **accommodation** while **you're** delayed.
- Reasonable additional transportation expenses.

*Special limit*
- Maximum of $150 per person per day, up to the limit shown on **your** *letter of confirmation*.

Benefits are payable under travel delay or missed connection coverage, not both.

## Missed connection coverage

**When it applies**

**You** miss **your** connecting flight or cruise for one of the following covered reasons:
- **you're** involved in or delayed by a traffic **accident**;
- **you're** delayed by **severe weather** while en route to the departure; or
- **severe weather** cancels one of **your** flights en route to the connection or cruise, or delays it for at least three hours.

Specific requirements: (all must apply)
- **You** allowed enough time in **your** itinerary to reach **your** flight or cruise on time; and
- **You** aren't able to reach **your** connecting flight or cruise another way.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Prepaid expenses*
The unused part of **your** prepaid expenses if **you** miss at least 24 hours of **your trip**, less any **refunds you** receive.

*Meals, accommodation and transportation*
- Reasonable additional expenses for meals and **accommodation** related to **your** missed connection or cruise.
- Reasonable additional transportation expenses to get to **your** original **destination** or to a place where **you** can continue **your trip**.

Benefits are payable under only one of missed connection coverage or travel delay coverage.

# YOUR BAGGAGE IS LOST, DAMAGED, STOLEN OR DELAYED



**Important**
Any **refunds you** receive will be deducted from **your** claim.



**We can help!**
Need help contacting local authorities or getting emergency cash from home? See *Help while traveling.* for a complete list of ways **we** can help.

## Lost, damaged or stolen baggage coverage

**When it applies**

Your baggage is lost, damaged or stolen while **you're** traveling.

Specific requirements: (all must apply)
- **You** take reasonable steps to keep **your baggage** safe and intact, and to recover it; and
- **You** file a report giving a description of the property and its value with the appropriate local authorities, **common carrier**, hotel or tour operator within 24 hours of the loss.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

**What it covers**

*Actual price, actual cash value, repair or replacement (whichever is less)*
- *actual price* is the amount it would cost to buy a similar item.
- *actual cash value* is the amount the item is worth based on its **current market value.** If **you** don't have an original receipt, **we'll** cover up to 75% of its **current market value.**
- *repair or replacement* is the cost to repair or replace the item.

CAPPILLO-DELTA000000076

Case 9:18-cv-81258-DMM   Document 102   Entered on FLSD Docket 04/23/2019   Page 106 of 303

Special limit:

- Maximum $500 in total for all jewelry, watches, gems, furs, cameras and camera equipment, camcorders, sporting equipment, computers, radios and other electronic items. **You** need to provide original receipts for these items or they won't be covered.

## Delayed baggage coverage

**When it applies**   A **common carrier**, hotel or tour operator delays **your baggage** for 24 hours or more.

Specific requirement:

- **You** report the loss and file a claim with the **common carrier**, hotel or tour operator.

**What it covers**   Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Reasonable essential items*
Reasonable essential items for **you** to use until **your baggage** arrives.

## OTHER COVERAGE



**Important**
Please check **your** *letter of confirmation* to confirm **your** coverage and limits.

## Existing medical condition coverage

If **your plan** includes this coverage, **you**, a **traveling companion** or **family member** can have an **existing medical condition** and **you** will still be eligible for all coverage and assistance services, as long as:

- **you** purchased **your plan** within 14 days of making **your** first trip payment or first trip deposit;
- **you** purchased trip cancellation coverage that covers the full cost of all **your** non-refundable **trip** arrangements;
- **you** were a U.S. resident and medically able to travel on the day **you** purchased the **plan**;
- the total cost of **your trip** is $5,000 per person or less; and
- all other stated terms and conditions are met.

Form 101-P-FL-02-102                                    14                    Section 2: What this policy includes

## Change fee coverage

**When it applies**   **You** have to change the dates on **your** airline ticket for one of the following **covered reasons**:

- **your trip** is canceled or interrupted for a **covered reason** listed under trip cancellation/trip interruption coverage, except cessation of operations; or
- **you** or a **traveling companion** are delayed by **severe weather** on the way to **your** flight.

Specific requirement:

- If **you** were delayed by **severe weather**, **you** allowed enough time in **your** itinerary to reach **your** flight on time.

**What it covers**   Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits.

*Change fees*
Fees to change the dates on **your** airline ticket.

Form 101-P-FL-02-102                                    15                    Section 2: What this policy includes

CAPPILLO-DELTA000000077

# SECTION 3: WHAT THIS POLICY EXCLUDES

## GENERAL EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following general exclusions.

The following things (if they affect **you**, a **traveling companion** or a **family member**, whether the **family member** is traveling with **you** or not:

- **existing medical conditions** (unless **you** have existing medical condition coverage in Section 2);
- intentional self-harm or attempting or committing suicide (only applies to **you**);
- pregnancy, (unless specifically included in Section 2), unless there are unforeseen complications or problems with the pregnancy;
- fertility treatments, childbirth or elective abortion;
- a mental or nervous health disorder (like anxiety, depression, neurosis, psychosis and others), or any related physical complications (physical complication means any physical symptom); or
- the use or abuse of alcohol or drugs, or any related physical complications (physical complication means any physical symptom).

The following activities (if **you**, a **traveling companion** or a **family member** participates in them, whether the **family member** is traveling with **you** or not:

- flying or learning to fly an aircraft as a pilot or crew member;
- participating in or training for any professional or amateur sporting competition; or
- participating in extreme high-risk sports like:
  - skydiving, hang gliding or parachuting;
  - bungee jumping;
  - caving;
  - extreme skiing, heli-skiing or skiing outside marked trails;
  - body contact sports (meaning any sport where the objective is to physically render an opponent unable to continue with the competition such as boxing and full contact karate);
  - mountain climbing or any other high altitude activities; or
  - scuba diving below 120 feet (40 meters) or without a dive master.

The following events:

- any problem or event that could have reasonably been foreseen or expected when **you** purchased **your plan**;
- an **epidemic or pandemic**;
- **natural disasters** like hurricanes, earthquakes, fires and floods (unless specifically included in Section 2);
- air, water or other pollution, or the threat of a pollutant release;
- **nuclear reaction**, radiation or radioactive contamination;
- **war** (declared or undeclared), acts of war, military duty, civil disorder or unrest (unless specifically included in Section 2);

- **terrorist events** (unless specifically included in Section 2);
- **financial default** (unless specifically included in Section 2); or
- **unlawful acts.**

You aren't eligible for reimbursement under any coverage if:

- **your common carrier** tickets don't show departure and return dates; or
- the departure and return dates on **your** application or other form don't represent when **you** actually intended to travel.

## SPECIFIC EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following specific exclusions unless they're included in Section 2, *What this policy includes.*

**Lost, damaged or stolen baggage coverage**

- intentional loss of or damage to equipment;
- defective materials or workmanship; or
- ordinary wear and tear.

These items aren't covered:

- animals;
- cars and accessories, motorcycles and motors, aircraft, boats and other vehicles;
- bicycles, skis and snowboards (unless they're checked with a **common carrier**);
- eyeglasses, sunglasses and contact lenses;
- hearing aids, artificial teeth and limbs;
- wheelchairs and other mobility devices;
- consumables, medicines, perfumes, cosmetics and perishables;
- tickets, passports, deeds and other documents;
- money, credit cards, securities, bullion, stamps and keys;
- rugs and carpets;
- property for business or trade; and
- **baggage** when it is:
  - shipped as freight;
  - sent before **your scheduled departure date**;
  - left in or on a car trailer, or
  - left in an unlocked car.

CAPPILLO-DELTA000000078

# SECTION 4: WHO IS COVERED AND WHEN

## WHO IS COVERED BY YOUR PLAN

**Your plan** covers the people listed on **your** *letter of confirmation.*

## WHEN YOUR COVERAGE BEGINS AND ENDS

**You're** only eligible for coverage if **we** accept **your** request for insurance.

**Your plan's** effective date depends on how **you** purchased it.

| If you purchased | it's effective: |
|---|---|
| in person | the day and time **you** purchase **your plan**. |
| by mail | the day after **your** application or other form is postmarked. |
| over the phone | the day after **you** place **your** telephone order. |
| by fax | the day after **we** receive **your** fax. |
| online | the day after **we** receive **your** online order. |

Trip cancellation coverage begins on **your plan's** effective date, as long as **we** receive **your** premium before **you** cancel **your** trip or make a claim.

All other coverage begins on **your scheduled departure date**, as long as **we've** received **your** payment. **Your** departure and return dates are counted as two separate days of travel when **we** calculate the duration of **your trip**.

**Your** coverage ends on the earliest of:

- the day **you're** scheduled to return;
- the day **you** actually return, if **you** come back earlier;
- the day and time **you** cancel **your trip**; or
- the 365th day of the **trip**.

If **your** return travel is delayed for **a covered reason**, **we'll** extend **your** coverage until **you** can get home.

**Your plan** can't be renewed.

Form 101-P-FL-02-102    18    Section 4: Who is covered and when

# SECTION 5: CLAIMS INFORMATION

## HOW TO MAKE A CLAIM

Making a claim is easy – just visit **www.etravelprotection.com**, email or call **us** and **we'll** be happy to help.

*Go online to:*
- find out what forms and documentation **you** need.
- download a claims form and mail it in.
- file a claim electronically and track its progress.

*Email or call to:*
- find out what forms and documentation **you** need.
- file a claim and check its progress.

*Claims inquiry:*
- **Website: www.etravelprotection.com**
- **Email: claimsinquiry@allianzassistance.com**
- **Telephone: 1-800-334-7525**

## IMPORTANT INFORMATION ABOUT CLAIMS

**You** have 90 days from the date of **your** loss to submit **your** claim to **us**, except as otherwise provided by law.

*Proof of Loss*
**You** are responsible for providing all necessary documentation to prove **your** loss.

*Time of Payment of Claims*
Benefits payable under the certificate for any loss will be paid immediately upon receipt of due written proof of such loss. All claims shall be paid within 20 days following receipt by **us** of due proof of loss. Failure to pay within such period shall entitle **you** to interest at the rate of 12% per annum from the date of the payment agreement. However, if the tender of payment is conditioned upon the execution of a release, the interest will not begin to accrue until the executed release is provided to **us**.

*Assignment*
**You** can assign **your** rights under **your plan** by notifying **us** in writing.

*About beneficiaries*
All benefits will be paid to **your** estate.

Form 101-P-FL-02-102    19    Section 5: Claims information

CAPPILLO-DELTA000000079

**Important**

This is a named perils travel insurance **policy**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

**We'll** only pay for reasonable, appropriate expenses that are covered by the **plan you** purchased. Please check **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Duplicate coverage*

If **you're** covered by another certificate or policy that **we've** issued with the same or similar coverage, **we'll** use the terms and conditions of the certificate or policy that pays the most. **We'll** also refund any premium **you've** paid for duplicate coverage.

*Medical examinations and autopsy*

**We** have the right to have **you** medically examined as reasonably necessary to make a decision about **your** medical claim. If someone covered by **your plan** dies, **we** may also require an autopsy (except where prohibited by law). **We** will cover the cost of these medical examinations or autopsies.

*Recovery*

**We** have the right to recover any amount **you** receive that exceeds the total amount of **your** loss.

*Subrogation*

When someone is responsible for **your** loss, **we** have the right to recover any payments **we've** made to **you** or someone else in relation to **your** claim, as permitted by law. Everyone eligible to receive payment for a claim submitted to **us** must cooperate with this process, and must refrain from doing anything that would adversely affect **our** rights to recover payment.

*About fraud*

Fraud is illegal. **We** will deny **your** claim if:

- what **you** told **us** on **your** application or other form is deliberately misleading or inaccurate; or
- **you** intentionally file a claim that includes false information or deliberately conceals material facts. This may be a crime subject to criminal prosecution and civil penalties; and **you** may be liable for the stated value of the claim.

*Resolving disputes*

If **you** disagree with **our** decision about a claim, **you** can request to go to arbitration through the American Arbitration Association. Upon mutual agreement, **you** can submit a dispute to desk arbitration, as long as:

- **you** submit it at least 60 days, but no more than five years, after **you've** filed **your** entire claim with **us**; and
- it complies with the American Arbitration Association's rules at the time **you** submit it.

*Complaints*

**You** may contact **us** at the address or telephone number below for complaint issues or coverage or premium inquiries:

Jefferson Insurance Company
9950 Mayland Drive
Richmond, VA 23233
1-800-284-8300

| Form 101-P-FL-02-102 | 20 | Section 5: Claims information |

| Form 101-P-FL-02-102 | 21 | Section 5: Claims information |

CAPPILLO-DELTA000000080

# SECTION 6: DEFINITIONS

**Accident** — An unexpected and unintended event that causes injury, property damage or both.

**Accommodation** — A hotel or other kind of lodging where you make a reservation and pay a fee.

**Assault** — Physical assault that requires treatment in a hospital.

**Baggage** — Personal property you take on your trip and the suitcases or other kinds of containers you use to carry them.

**Common carrier** — A company that's licensed to carry passengers on land, water or in the air for a fee, not including car rental companies.

**Covered reasons** — The specific situations and events that are covered by this policy.

**Current market value** — The dollar amount an item could reasonably be sold for, based on its original price, age and current condition.

**Deductible** — The dollar amount you must contribute to the loss.

**Dentist** — Someone who is licensed and legally entitled to practice dentistry or dental surgery. This can't be you, a traveling companion, any member of either of your immediate family, or any member of the sick or injured person's immediate family.

**Destination** — A place more than 100 miles from your primary residence where you spend more than 24 hours of your trip.

**Doctor** — Someone who is legally entitled to practice medicine, and is licensed if required. This can't be you, a traveling companion, any member of either of your immediate family, or any member of the sick or injured person's immediate family.

**Emergency medical and/or dental care** — Medical and dental services, supplies and charges that are for a health emergency. It doesn't include things like:
- elective cosmetic surgery or cosmetic foot care;
- physical exams;
- allergy treatments (unless life threatening);
- hearing aids, eyeglasses and contact lenses;
- palliative care; or
- experimental treatment.

**Epidemic** — An outbreak of a contagious disease that spreads rapidly and widely and that is identified as an epidemic by The Centers for Disease Control and Prevention (CDC).

**Existing medical condition** — An illness or injury that you, a traveling companion or family member were seeking or receiving treatment for or had symptoms of on the day you purchased your plan, or at any time in the 120 days before you purchased it.

You, a traveling companion or family member are considered to have an existing medical condition if you, a traveling companion or family member:
- saw or were advised to see a doctor;
- had symptoms that would cause a prudent person to see a doctor; or
- were taking prescribed medication for the condition or the symptoms, unless the condition or symptoms are effectively controlled by the prescription, and the prescription hasn't changed.

**Family member** — Any of the following people, whether or not they're traveling with you:
- spouses;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings;
- a person you've lived with for at least 12 consecutive months who is 18 years or older;
- grandparents and grandchildren;
- the following in-laws: mother, father, son, daughter, brother, sister;
- aunts, uncles, nieces and nephews;
- legal guardians and wards;
- paid, live-in caregivers; and
- service animals (as defined by the Americans with Disabilities Act).

Immediate family members are:
- spouses;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings;
- a person you've lived with for at least 12 consecutive months who is 18 years or older;
- grandparents and grandchildren.

**Financial default** — A complete cessation of operations because of financial circumstances, with or without filing for bankruptcy protection.

**Hospital** — A provider that is a short-term, acute, general hospital that:
- is a duly licensed institution;
- in return for compensation from its patients, is primarily engaged in providing inpatient diagnostic and therapeutic services for the diagnosis, treatment, and care of injured and sick persons by or under supervision of physicians;
- has organized departments of medicine and major surgery;
- provides 24-hour nursing service by or under the supervision of registered graduate nurses; and

CAPPILLO-DELTA000000081

- is not other than incidentally: a) a skilled nursing facility, nursing home, custodial care home, health resort, spa or sanatorium, place for rest, place for the aged, place for the provision of rehabilitation care; b) a place for the treatment of mental illness; c) a place for the treatment of alcoholism or drug abuse; d) a place for the provision of hospice care; or e) a place for the treatment of pulmonary tuberculosis.

**Illness**
Sickness, infirmity or disease. It doesn't include conditions you already had or knew about when you purchased your plan (see existing medical condition).

**Injury**
Physical harm directly caused by an accident or assault, without other contributing causes.

**Inpatient**
Someone who receives medical or dental treatment while registered as a bed patient in a hospital or other licensed provider. Room and board is charged for the patient's stay, in addition to charges for medical treatment and care.

**Medical condition**
A physical condition you have, or have symptoms of, that you:
- have seen or been advised to see a doctor about;
- have symptoms of that would cause a prudent person to see a doctor; or
- are taking prescribed medication for.

**Medical escort**
A professional person contracted by our medical team to accompany a seriously ill or injured person while they are being transported. A medical escort is trained to provide medical care to the person being transported. A friend or family member cannot be a medical escort.

**Medically necessary**
The services or supplies provided by a hospital, physician or other licensed provider that are required to identify or treat your illness or injury and which, as determined by us, are:
- consistent with the symptom or diagnosis and treatment of your condition, disease, illness, ailment or injury;
- appropriate with regard to standards of good medical practice;
- not solely for the convenience of you, a physician or other provider; and
- the most appropriate supply or level of service that can be safely provided to you.

When applied to the care of an inpatient, it further means that your medical symptoms or condition requires that the services cannot be safely provided to you as an outpatient.

**Natural disaster**
A large-scale extreme weather or environmental event that damages property, disrupts transportation or endangers people. Examples include: earthquake, fire, flood, hurricane, or volcanic eruption.

**Other licensed provider**
A person or entity that isn't a doctor or hospital but provides medical or dental services, and is licensed where required.

**Outpatient**
Someone who receives medical or dental treatment but doesn't have to stay at a hospital for overnight care.

**Pandemic**
An epidemic over a wide geographic area that affects a large portion of the population.

**Primary residence**
Your permanent, fixed address and primary residence for legal and tax purposes. We call the place your primary residence is located your place of residence.

**Quarantine**
Mandatory isolation or restrictions on where you can go, intended to stop a contagious disease from spreading.

**Reasonable and customary costs**
What customers would usually be charged for a specific service in a particular geographic area. The charges are appropriate to the availability of the service, and of skilled and licensed service providers.

**Refund**
Cash or a credit or voucher for future travel that you get from a travel agent, tour operator, airline, cruise line or other travel supplier, or any credit, recovery or reimbursement you get from your employer, another insurance company, a credit card issuer or any other entity.

**Scheduled departure date**
The day and time you listed on your application or other form as the day and time you plan to start your trip. You have paid for travel that starts on this date.

**Severe weather**
Hazardous weather conditions, like fog, a hailstorm or severe rainstorm, a blizzard, or an ice storm.

**Terrorist event**
When an organized terrorist group, as defined by the U.S. State Department, injures or kills people or damages property to achieve a political, ethnic or religious goal or result. Terrorist events don't include general civil protest, unrest, rioting or acts of war.

**Travel supplier**
A travel agent, tour operator, airline, cruise line or other travel service provider.

**Traveling companion**
A person traveling with you whose name appears with yours on the same trip arrangement and who will accompany you on your trip. A group or tour leader is not considered a traveling companion unless you are sharing the same room with the group or tour leader.

**Trip**
Round-trip or one-way travel to and from a place at least 100 miles from your home. It can't include travel to receive health care or medical treatment of any kind, or commuting to and from work.

**Unlawful acts**
Felonies committed by you, a traveling companion or a family member, even if the family member isn't covered by your plan.

CAPPILLO-DELTA000000082

# HELP WHILE TRAVELING

If **you** need help while traveling, **our** assistance team is available 24 hours a day.

**Our** services are here to help make challenging situations a little easier. With **our** global reach, **we** can get **you** in touch with licensed medical and legal professionals and other kinds of help.

 **Important**
Please note that the General exclusions for **your plan** also apply to **our** assistance services. **You'll** find the list of these exclusions in Section 3, *What this policy excludes.*

## HOW TO REACH US

In the United States, Canada, Puerto Rico and U.S. Virgin Islands, call **1-800-654-1908**
All other locations, call collect **1-804-281-5700**
If **you** can't call collect, **we'll** call **you** back.

Please have this information ready when **you** call:

- **your** name, location and phone number
- **your** identification number

## MEDICAL ASSISTANCE

*Finding a doctor, dentist or medical facility*
If **you** need care from a **doctor**, **dentist** or medical facility while **you're** traveling, **we** can help **you** find one.

*Paying or guaranteeing your hospital bill*
If **you** need to be admitted to a **hospital** as an **inpatient** for longer than 24 hours, **we** can guarantee or advance payments up to the limit of **your** *emergency medical/dental coverage* (described in Section 2).

*Monitoring your care*
If **you're** hospitalized, **our** medical staff will stay in contact with **you** and the **doctor** caring for **you**. **We** can also notify **your** family and **your doctor** back home of **your illness** or **injury** and update them on **your** status.

**Uninhabitable**
A **natural disaster**, fire, flood, burglary or vandalism causes enough damage to make a reasonable person find their home or other **accommodation** unfit for use.

# LEGAL ASSISTANCE

*Finding a legal advisor*
We can help **you** find local legal advice if **you** need it while **you're** traveling.

*Arranging a cash transfer*
If **you** need to pay legal fees, **we** can arrange to transfer funds from **your** family or friends.

# TRAVEL AND DOCUMENT ASSISTANCE

*Replacing lost travel tickets*
If **your** tickets are lost or stolen, **we** can contact the airline or other **common carrier**, and can help **you** with **your** travel arrangements if **your** trip is interrupted.

*Replacing lost passports and other travel documents*
If **your** passport or other travel documents are lost or stolen, **we** can help **you** reach the appropriate authorities, contact **your** family or friends, and assist **you** in getting **your** documents replaced.

# OTHER ASSISTANCE SERVICES

*Getting flight information*
If **you** miss **your** flight or it's canceled, **we** can give **you** arrival and departure times for other flights that will get **you** to **your** connecting flight or final **destination**.

*Getting emergency cash*
If **your** cash is lost or stolen or **you** need extra money to pay for unexpected expenses, **we** can arrange to transfer funds from **your** family or friends.

*Delivering emergency messages*
We can help **you** get an urgent message to someone back home. **We'll** try calling up to three times within 24 hours and confirm whether **we** were able to reach the person **you** asked **us** to contact.

**About our assistance services**
Our goal is to help **you** with **your** problem no matter where **you're** traveling.

**We'll** make all reasonable efforts to help **you** as **we've** described, but there may be times when **we** aren't able to resolve **your** problem for reasons that are beyond **our** control.

We will always do **our** best to refer **you** to appropriate professionals, but please be aware that they are independent providers and **we** can't be held responsible for the results of any services they provide.

28                                                                Help while traveling

# CONCIERGE SERVICES

If **you** are in need of assistance 24 hours a day, any day of the year, please call the phone number printed on **your** letter of confirmation, or the hotline at:

**1-800-654-1908** when in the U.S., Canada, Puerto Rico and U.S. Virgin Islands
**1-804-281-5700** collect

When **you** call, have the following information ready for the hotline coordinator:

- **Your** name and confirmation or identification number; and
- **Your** location and local telephone number.

The hotline coordinator will confirm **your** enrollment and connect **you** with a Concierge associate.

**Note:** It may not be possible to call collect. If **you** must phone the hotline directly, give **your** location and phone number to the hotline coordinator who will call **you** back.

**Our** goal is to make **your** travels more enjoyable and hassle free. **Our** Concierge associates can assist **you** with many requests from the routine to the extraordinary. The following are types of services **you** can contact **us** for assistance with:

*Entertainment/Event Planning*
When **you** are traveling, or planning **your trip**, the following entertainment options are at **your** disposal:

- Restaurant information, referrals and reservations
- Sports event, show and festival information, reservations and ticket purchasing
- Theater and concert event information, reservations and ticket purchasing
- Health Club information, referrals and reservations
- Golf tee times, information, referrals and reservations

*Destination Assistance*
Get the details on **your** destination from **our** vast experience and database of information.

- Highlights and sightseeing information
- Airport and mass transportation information
- Health and security information
- Local custom and duty information
- Exhibition, show and festival information and ticket purchase
- Museum information
- Shopping information
- Exchange rate information
- Visa and passport information
- ATM location information

29                                                                Help while traveling

CAPPILLO-DELTA000000084

*Travel Information and Reservations*
When **you** need assistance with accommodations, flights or transportation, **we** stand ready to help.
- Hotel and other overnight accommodation information, referrals and reservations
- Flight information and reservations
- Train information and reservations
- Limo and car service information and reservations

*Business Services*
When traveling on business, **you** will find the business services helpful should unexpected events or important business needs occur.
- Computer rental and referrals and arrangements
- Audio/visual equipment referrals and arrangements
- Translation service referrals and arrangements
- Messenger service referrals and arrangements
- Mobile phone rental referrals and arrangements

*Specialty Services*
A last minute gift need, an important thank you, or other special event while **you** are traveling can easily be remedied. Some common services include:
- Gift Basket purchase arrangements
- Flower delivery purchase arrangements
- Gift referral and purchase arrangements
- Gourmet food purchase arrangements

All of **our** concierge benefits are service benefits, not financial benefits. Any costs associated with the services are paid by **you.**

30

TI_102_07_P_FL_V2

Help while traveling

# We're only a CLICK away!

# Visit www.etravelprotection.com to:

- File a claim
- Check claim status
- Modify a policy


Global Assistance
**Allianz**

TI_102_07_P_FL_V2
11/15

CAPPILLO-DELTA000000085

# IMPORTANT PRIVACY CHOICES

**THIS NOTICE DESCRIBES HOW PERSONAL DATA AND MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN ACCESS THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

We are AWP USA Inc. and its subsidiaries, including Jefferson Insurance Company and AGA Service Company d/b/a Allianz Global Assistance. We are committed to your privacy. By using our products, services or website, you consent to our collection and use of your Personal Data as described here.

**Definitions**. The below definitions apply to this Notice:
1. "Personal Data" means non-public personal information that identifies a specific person ("you"). Data identifies you if it includes your first and last name plus any additional data specific to you. Data that does not identify you is not Personal Data. Publicly available, encoded, anonymized, or aggregated data is not Personal Data.

2. "Sensitive Data" means Personal Data about a person's race or ethnicity; political, religious, philosophical, or trade union memberships, opinions, views or activities; medical or health conditions or protected health information ("PHI") as defined in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); genetic or biometric data; financial account information (e.g. bank account number); government-issued ID numbers; sexuality; or administrative or criminal proceedings that are treated outside pending proceedings. Sensitive Data also includes information we receive from a third party who treats and notes the information as sensitive.

3. "Agent" means a third party that collects or uses Personal Data to perform tasks on our behalf, or our underwriters.

**Privacy Practices**. This Notice describes how we collect, use, and maintain Personal Data. It also describes your and our rights.

For the Personal Data of EU residents, we (including AGA Service Company and Jefferson Insurance Company) participate in the U.S. Department of Commerce's EU Privacy Shield ("Privacy Shield"). We have certified that we adhere to the Privacy Shield Principles of Notice, Choice, Accountability for Onward Transfer, Security, Data Integrity and Purpose Limitation, Access, and Recourse, Enforcement, and Liability. We follow these Principles for all EU Personal Data received under the Privacy Shield. If there is any conflict between this Notice and these Principles, the Privacy Shield Principles shall govern in matters regarding EU residents. To learn more about the Privacy Shield and to view our certification, visit https://www.privacyshield.gov.

For the Personal Data of Swiss residents, we (including AGA Service Company and Jefferson Insurance Company) participate in the U.S. Department of Commerce's US-Swiss Safe Harbor Framework ("Safe Harbor"). We have certified that we adhere to the Safe Harbor Principles of Notice, Choice, Onward Transfer, Security, Data Integrity, Access, and Enforcement. We follow these Principles for all Swiss Personal Data received under the Safe Harbor. If there is any conflict between this Notice and these Principles, the Safe Harbor Principles shall govern in matters regarding Swiss residents. To learn more about the Safe Harbor and to view our certification, visit http://www.export.gov/safeharbor.

1. Notice: We collect Personal Data from you, or from your agents, representatives, suppliers and providers, or other party from whom you have authorized us to collect it on your behalf. This may include:
    (i)     identifying information (e.g. name, contact information);
    (ii)    billing or payment information (e.g. credit card billing information);
    (iii)   information about your trip or event (e.g. agents, suppliers, trip plans);
    (iv)    information about your transactions or business with us or others (e.g. receipts, insurance EOBs);
    (v)     financial account information (e.g. account numbers, statements);
    (vi)    health information (e.g. treatment history, invoices);
    (vii)   information about any claim you make (e.g. details of your loss, police reports, vital records);
    (viii)  information about your website usage (e.g. IP address); or
    (ix)    any other information provided to us by you or on your behalf.

    We may also collect Personal Data from consumer reporting agencies or fraud databases (e.g. fraud reports). This data may be collected from forms, such as enrollment or claim forms; by phone, website, email, fax, or correspondence; or via cookies.

    We may use the Personal Data we collect:
    (i)     to offer, market, sell, underwrite, or make available to you insurance or assistance products or services;
    (ii)    to provide you with information or services for such products and services;

CAPPILLO-DELTA000000086

(iii) to administer your insurance and assistance products and services. This may include, for example: providing travel-related or concierge services, serving and processing your policy or claims, conducting quality or satisfaction assessments, and fraud prevention;

(iv) to protect our legal rights or to respond to lawful requests by public authorities, including to meet national security or law enforcement requirements or as otherwise required by law; or

(v) for purposes to which you've otherwise consented.

This may in some cases include disclosing your Personal Data to Agents. But, such disclosures are only for the purposes described in this Notice, or for everyday business purposes or as required or allowed by law (e.g. to process transactions, maintain accounts, respond to court orders and legal investigations, or report to credit bureaus). These Agents may be affiliated or nonaffiliated. They may be financial services providers (e.g. underwriting insurers). They may also be non-financial companies (e.g. health service providers, travel service providers, the agent/agency through whom you purchased, service providers helping us with our marketing).

Where we are subject to HIPAA, we must notify you of our duties and practices with respect to PHI. Except as described here or allowed or required by law, we will only use or disclose your PHI or health records with your prior express consent. Under HIPAA, we may use and disclose your PHI for one or more of the following purposes:

(i) monitoring the health care treatment you receive (e.g. we may send or receive PHI to or from a doctor regarding your condition and treatment so we can see that your treatment is appropriate);

(ii) payment for health services (e.g. we may use your PHI to make payments to a hospital that has treated you);

(iii) to help run our company (e.g. we may use your PHI to conduct quality audits of the services we provided to you. However, we may not use or disclose genetic information about you for underwriting purposes); or

(iv) for other purposes as required to administer your insurance or assistance product (e.g. we may use PHI to determine coverage for a claim made under an insurance policy).

We may also in some cases need to use or disclose your PHI for one or more of the following purposes:

(i) for public health and safety issues;

(ii) to comply with legal or regulatory requirements;

(iii) to address or comply with workers' compensation, law enforcement, or other legal or government mandates or requests; or

(iv) to respond to lawsuits or legal actions.

Cookies are text files on your computer. When you access our website, we use cookies to collect data about your web usage. We also use Google, Inc.'s Google Analytics and AdWords services, iAdvize's chat and monitoring service, and other similar third party vendor services. These services use cookies to transmit your IP address and other website navigation and usage data and device/browser-generated data. iAdvize also uses JavaScript to provide its chat and monitoring services. These vendors may provide this data to us or store and/or aggregate this data to analyze such usage and create reports for us. We, our affiliates and our Agents use such data and reports for our own business purposes (e.g. to provide customer service, to optimize the content you see from us, website improvement, other purposes stated in this notice, etc.) and Payment Card Industry Data Security Standard ("PCI") compliance. These vendors also display your ads on sites across the Internet, and they may use this data to later display ads to you based on your website usage. By using our website, you consent to this use of cookies and data for these purposes. You can refuse cookies by disabling them in your browser (this may affect the content available to you). Our websites do not respond to "Do Not Track" requests from browsers.

Last, we may use and disclose the name, email address, or contact information of current and former customers to Agents for marketing administration purposes. For example, we may need to disclose the email address you provided to us to an Agent providing marketing services on our behalf to help ensure that your opt out choices are respected and that you do not receive duplicate communications.

If we collect your Personal Data for any reason other than as stated here, we'll notify you before using or disclosing that data. That notice will state the purpose for collecting and using the data, the types of non-Agent third parties to which we disclose the data, and the means we offer you to limit this. If we receive Personal Data from anyone in the EU or Switzerland, we'll treat that data according to the instructions such entity gives us regarding notices it provided and the choices made by the data subject.

2.  Choice. We reserve the right to disclose Personal Data to third parties as described above. The law in some jurisdictions allows you the right to choose in some cases to opt out of us sharing your Personal Data with a third party or using it for a purpose that is materially different from the purposes for which it was originally collected or which you later authorize. You may exercise this right by notifying us as provided below. You may opt out of getting non-essential marketing communications from us by giving notice as described below and disabling cookies in your

CAPPILLO-DELTA000000087

web browser. Except as required or allowed by law (e.g. for fraud prevention), we do not share, sell or otherwise disclose your Personal Data to non-Agent third parties or use it for any purpose other than for which it was originally collected or as you later authorize. If we ever wish to do so, we will give you the opportunity to opt out. If we wish to disclose your Sensitive Data to a non-Agent third party or use such data for a purpose other than for which it was originally collected or as you later authorize, we will only do so with your express consent. We will not unfairly discriminate against you for declining to provide this consent.

Except as allowed by law, we will not use or disclose psychotherapy notes, use or disclose your PHI for marketing purposes, or use or disclose your PHI in a way that would constitute a sale of PHI under HIPAA unless you expressly authorize us to do so. You may revoke this consent at any time. Such revocation will not apply to actions we have already taken based on that consent. You may request restrictions on our use and disclosure of certain health information for treatment, payment, or our operations. However, we are not required to agree to your request, except as required by HIPAA.

We may need to disclose Personal or Sensitive Data if we have a good-faith belief that it is needed to protect or defend our or your rights, interests or property or comply with any law or legal mandate, or if it is otherwise required or allowed by law. We will take reasonable care to disclose only as much of such data as is needed.

3. Accountability for Onward Transfer. We may disclose your Personal Data to our Agents, but only for the limited and specified purposes described here, consistent with the consent you have provided. We will take reasonable and appropriate steps to obtain assurances from our Agents that they will effectively process and safeguard your Personal Data consistent with our obligations under this Notice, the Privacy Shield (EU residents only), and the Safe Harbor (Swiss residents only). Upon discovery, we will take reasonable steps to stop and remediate any unauthorized processing inconsistent with this Notice, the Privacy Shield (EU residents only), or the Safe Harbor (Swiss residents only). With respect to EU Personal Data we receive under the Privacy Shield and later transfer to an Agent, we are responsible for the processing of such data by that Agent. If such EU data is processed by that Agent in a manner inconsistent with the Privacy Shield Principles, we are liable unless it can be proved that we are not responsible for the event giving rise to any damages.

4. Security. We take reasonable and appropriate measures to protect your data from loss, misuse, or unauthorized access, disclosure, alteration and destruction. These measures take into account the risks involved in the processing and the nature of the Personal Data. To help maintain the security of your data, we use administrative, physical, and technical safeguards. These include utilizing policies to take reasonable precautions to (a) securely and confidentially maintain your Personal Data; (b) assess and protect against threats and hazards to the security or integrity of such data; and (c) prevent unauthorized access to or use of such data. Also, except where required or allowed by law, we limit use of your Personal Data to the minimum necessary to accomplish the purposes for which that data was collected and to be used as described here. We restrict access to your Personal Data to only those who need to access it to accomplish those purposes. We use encryption to make your online transaction with us safe and secure. We protect the privacy of your credit card information with a high degree of care and in compliance with PCI. We are required by law to maintain the privacy and security of your PHI. If there is a breach as defined under HIPAA of your unsecured PHI , we are required by law to notify you.

5. Data Integrity. We will only collect Personal Data to the extent it is relevant to the purposes for which it was collected. We will not process Personal Data in a way that is incompatible with the purposes for which it has been collected or as you later authorize. To help maintain the integrity of your data, we will take reasonable steps to ensure that Personal Data is reliable for its intended use, relevant, accurate, complete, and current. We will adhere to these principles for as long as we retain this data. We retain Personal Data according to our data retention policy.

6. Access. If you discover the data we hold about you is inaccurate or incomplete, please contact us. We will grant you reasonable access to the Personal Data we hold about you. We will take reasonable steps to allow you to correct, amend or delete your Personal Data that is inaccurate or incomplete, or has been processed in violation of this Notice, so long as it can be done without undue burden or expense on us, without breaching any legal or professional privilege or obligation, and without violating the rights of others. Where we are subject to HIPAA, you have the right to request to receive confidential communications of your PHI, as applicable. In accordance with and as allowed by HIPAA, at your request, you may inspect, amend, and copy PHI we maintain about you and receive an accounting of certain disclosures of your PHI (e.g. health payment records).

7. Recourse, Enforcement, Liability. You can send complaints about how we handle your Personal Data to us at the contact information below. If the data is PHI, complaints can be made to us or to the U.S. Secretary of Health and Human Services. We will not retaliate against you for filing a complaint. For EU and Swiss Personal Data, we verify our compliance with the Privacy Shield and Safe Harbor and the terms of this Notice by conducting a periodic self-

CAPPILLO-DELTA000000088

assessment. Complaints or disputes about how we handle EU or Swiss Personal Data should be directed to the below address. We will promptly investigate and try to resolve any such complaints or disputes internally. But, if we can't reach a mutually agreeable resolution, we have agreed to cooperate with the dispute resolution procedures administered by, as applicable, the European Data Protection Authorities or the Swiss Federal Data Protection and Information Commissioner. Under certain conditions, by notifying us, you may invoke binding arbitration regarding certain "residual" claims about EU Personal Data before the EU Privacy Shield Panel. Such procedure is in accordance with the rules established under the Privacy Shield. We are subject to the investigatory and enforcement powers of the FTC for EU and Swiss Personal Data.

**Links**. Our websites provide links (including social media plugins ("Plugins")) that connect to third party websites. Clicking such link establishes a connection and transmits data to/from the operator of such website. Clicking a Plugin while logged in to a social media account may cause the social media website's operator to publish activity to your account. To avoid this, log out of your account before clicking the Plugin link. We are not responsible for and make no representations about the content, security, or privacy practices of any other third party websites. You should read the privacy notices of the websites you visit to understand their data privacy practices.

**Changes to Notice**. This Notice reflects our business practices. It is not a contract. However, we are required to and will abide by the terms of this Notice as currently in effect. We may amend this Notice at any time. We will notify you of any updates by posting a revised notice on our website. The revised notice will apply to all information collected by us, including previously collected information (for EU or Swiss residents, this applies to the extent permissible under the Privacy Shield or Safe Harbor respectively). You accept the revised notice by your continued use of our website, products or services following any such amendment. If we revise this Notice in a way that would allow us to disclose your Personal Data to a nonaffiliated third party other than as already described here, we will provide you with a revised notice and give you the opportunity to opt out of any such disclosure. You are responsible to regularly review this Notice. You have the right to a paper copy of this Notice upon request.

**Contact**. If you have any questions or comments about this Notice or the way that we collect or handle your Personal Data, or if you would like a paper copy of this Notice, please contact our Chief Privacy Officer by any of:

    Email:   privacy@allianzassistance.com
    Phone: 1-800-284-8300
    Mail:    Allianz Global Assistance
             ATTN: Chief Privacy Officer
             9950 Mayland Drive
             Richmond, VA 23233

**Opt Out**. To opt out of non-essential marketing communications or non-essential unaffiliated third party information sharing, please contact our Chief Privacy Officer as noted above with your name, policy number. Please include a statement that says "Opt out" (or something similar). Opt outs will be applied to all products and services we provide. We will not unfairly discriminate against any person who chooses to opt out.

**Electronic Notices**. Unless you chose to receive them by US mail at the time of purchase, by purchasing your policy, you consent to receive all notices and documents from us electronically. They will be sent to the email address provided at the time of purchase. You may opt to receive notices and documents from us by mail at any time. If you wish to change or update your notice/documents preferences, email us at customerservice@allianzassistance.com. Please include your name, policy number, and a note that says "Only contact me by mail" (or something similar). You can also let us know by phone at 800-284-8300 or by mail to:

    Allianz Global Assistance
    ATTN: Customer Service – Only contact me by mail
    9950 Mayland Drive
    Richmond, VA 23233

If you don't provide an email address at purchase, you'll receive notices and documents by mail. You may request paper copies of any electronic information we send, or update your electronic contact information at any time by emailing or mailing us at the above address, or by calling us. Documents sent to you from us will be in either PDF or HTML format. If you can't receive or read the documents we send you, please contact us so we can assist you.

**Effective Date**. This Notice was last revised on, and is effective as of, June 8, 2017.

© 2017 AWP USA Inc.  All rights reserved.
JICPRIVNOT (Ed. 6-17)

CAPPILLO-DELTA000000089

# EXHIBIT 6



# Redacted

---

**From:** Allianz Global Assistance <donotreplypolicy@allianzassistance.com>
**Sent:** Thursday, October 5, 2017 10:23 AM
**To:** waltercito66@hotmail.com
**Subject:** Here is your new travel insurance policy (ref:EUSP2096234729)



How can we help?

CAPPILLO-DELTA000000001

# Thanks for choosing
# Allianz Global Assistance
Here's your important policy information.

Hi Walter,

Thanks for protecting your upcoming travel plans with us. More than 21 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**We've attached your policy document to this email as a PDF,** which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card.

**Our records indicate you may have purchased your policy for a one-way ticket. If that's the case, we recommend you update your policy with your planned departure and return dates. This can be done quickly, easily, and free of charge by calling us or clicking the Manage My Policy button in this email. You can also increase your coverage to insure any additional travel expenses (additional charges may apply).**

Please **check out our FAQs** or **contact us** if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to **download your free TravelSmart app** to manage your policy on the go, find local emergency services wherever you are, and much more.

## About your new policy

**Policy:**
Trip Protector

**Policy No.:**
EUSP2096234729

**Purchase date:**
October 5, 2017

**Effective date:**
October 6, 2017

**Travel dates:**
October 16, 2017–October 16, 2017

**Manage My Policy**

CAPPILLO-DELTA000000002



### Take Us With You

Don't forget to pack your
TravelSmart app — it's the
easiest way to get help while
you're
away.

**Get TravelSmart**



### Contact Us Anytime

If you need travel or medical
assistance on your trip, our
team
is here
for
you 2
4/7.

**Contact Us**



### Join Our Community

Like us on Facebook to check
out our travel tips, guides to
popular destinations,
and m
ore.

**Get Social**

CAPPILLO-DELTA000000003

Please do not reply to this automated message. Need to get in touch? **Contact us today**.

   



**Allianz Global Assistance**

9950 Mayland Drive, Richmond, Virginia 23233

Terms, conditions, and exclusions apply.
Insurance benefits underwritten by BCS Insurance Company, Jefferson Insurance Company or Nationwide Mutual Insurance Company and Affiliated Companies, depending on insured's state of residence and plan type. Plan(s) may not be available to residents of all states. Allianz Global Assistance and Allianz Travel Insurance are brands of AGA Service Company. AGA Service Company is the licensed producer and administrator of these plans and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage due to the affiliation between AGA Service Company and Jefferson Insurance Company. Non-insurance benefits/products are provided and serviced by AGA Service Company. Contact AGA Service Company at **1-800-284-8300** or 9950 Mayland Drive, Richmond, VA 23233 or **customerservice@allianzassistance.com** © 2016 AGA Service Company. We respect your privacy. We never sell your personal information to third parties or use it for any purpose other than as we describe in our **privacy policy**.

142798-1

CAPPILLO-DELTA000000004



Walter Cappillo
521 Banks Rd. Apt. 4
Margate FL 33063

Thank you for your recent purchase of Allianz Travel Insurance. We are pleased that you have chosen to take us along on your upcoming trip!

This packet of information will help you use your travel insurance policy and includes:

- A summary of assistance services and benefits described below
- Your Letter of Confirmation of insurance benefits
- Your detailed Certificate of Insurance/Policy

Summary of Assistance Services and Benefits
You are entitled to important assistance services and benefits.

Service/Benefit
Concierge
24-Hour Hotline Assistance

To make the most of your assistance services and benefits please:
- Read the detailed Certificate of Insurance/Policy.
- Download the TravelSmart app for a listing of hospitals and clinics for your destination(s) available at both the App Store and Google Play.
- If you require emergency medical care while traveling, please call our office for assistance before engaging any expense.
- Save or photograph all receipts in the event you need to file a claim.  Claims may be electronically filed at http://www.etravelprotection.com/deltausa.

CAPPILLO-DELTA000000005



## Letter of Confirmation

October 5, 2017

Walter Cappillo
521 Banks Rd.
Apt. 4
Margate  FL 33063

Dear Walter Cappillo,

Thank you for choosing Allianz Global Assistance to protect your travel investment.

Please make sure you read this *Letter of Confirmation*, your enclosed *Policy*, and any other attached documents, including riders or other forms carefully. Because the *Policy* may describe coverage not included in your plan, be sure to look at all of the documents to understand your specific coverage. Contact us immediately if you think there is a mistake in your *Letter of Confirmation*.

We recommend that if you are traveling for your event, you take copies of these documents with you. If you did not receive a *Policy*, or would like another copy, please call 1-800-284-8300.

### Information About Your Plan

| | |
|---|---|
| Name of your plan: | Trip Protector |
| Policy identification number: | EUSP2096234729 |
| | |
| Number of people insured: | 1 |
| Who it insures: | Walter Cappillo |
| | |
| Date of purchase: | October 5, 2017 |
| Plan effective date: | October 6, 2017 |
| Travel dates: | October 16, 2017 - October 16, 2017 |
| | |
| Total cost for all travelers: | $21.88 |
| Amount paid: | $21.88 |

Changes to your travel plans may require changes to your coverage. If your plans change please contact Allianz Global Assistance.

Thanks again for purchasing a travel insurance plan from Allianz Global Assistance. Have a safe and pleasant trip!

Sincerely,

*Deloress Wellman*

Deloress Wellman
Vice President of Operations

We will refund your insurance premium if you cancel your plan within 10 days of purchase and you haven't started your trip or filed a claim.

Form No. 101-LOC-XX-02 12-14

---

Please detach this card to the right, fold, and carry with you



**Global Assistance**

**Name:** Walter Cappillo
**Policy No.:** EUSP2096234729

**Emergency Assistance Card**

**For emergency assistance during your trip call:**
1-800-419-8016     1-804-281-5700
(From U.S.)          (Outside the U.S.) / (Collect)

**For benefit information call:**
1-800-419-8016
(From U.S.)

**To modify your policy or file a claim, please visit:**
http://www.etravelprotection.com/deltausa

9950 Mayland Drive, Richmond, VA 23233

Your plan includes the following coverage, up to the limits shown. Please see your *Policy* for information about how our insurance works.

| Benefit | Coverage Limits* |
|---|---|
| Baggage Coverage | $300.00 |
| Baggage Delay Coverage | $150.00 |
| Trip Cancellation Protection | $350.00 |
| Travel/Trip Delay Coverage | $200.00 |
| Trip Interruption Protection | $350.00 |

*USD per person unless noted otherwise

**Please Note**

- Your plan includes Existing Medical Condition Coverage.
- AGA Service Company is the licensed producer and administrator for this plan.
- Insurance coverage is provided under Form No. 101-P-FL-02-102 issued by Jefferson Insurance Company.

TI_LOC_P_100_030 * TI_102_07_P_FL_V2 * JICPRIVNOT * * * * * * * *

CAPPILLO-DELTA000000007

## Your Travel Insurance Policy

Thank you for buying a travel insurance **plan** from **us**!

**Your plan** is described in the following documents:

- This **policy**, which explains how **our** travel insurance works.
- The *letter of confirmation* that came with **your** package, which tells **you** what coverage **your plan** includes and the limits.
- Any other information **you** receive with **your** package, including riders or other forms.

**Please make sure you read these documents carefully.** This **policy** may describe coverage **your plan** doesn't include. Make sure **you** review carefully **your** *letter of confirmation*. Contact **us** immediately if **you** don't receive **your** *letter of confirmation* or if **you** think there is a mistake.

All dollar amounts in these documents are in US dollars.



**We can help!**

**Our** assistance team can help **you** with problems 24 hours a day, almost anywhere in the world.

In the United States, Canada, Puerto Rico          **1-800-654-1908**
and the U.S. Virgin Islands                                       **1-804-281-5700**
All other locations, call collect

Form 101-P-FL-02-102

1

---

Allianz Travel Insurance

# Individual Travel Insurance Policy

FOR SERVICE, VISIT OR CALL:
www.etravelprotection.com
1-800-284-8300

FOR EMERGENCY ASSISTANCE
DURING YOUR TRIP CALL:

1-800-654-1908
(From U.S.)

1-804-281-5700
(Collect)

Don't forget to
take this document
with you!

**Global Assistance**

**Allianz ⑪**

*Jefferson*
Insurance Company℠

Allianz Global Assistance and Allianz Travel Insurance branded plans are underwritten by Jefferson Insurance Company. AGA Service Company is the licensed producer for this plan.

©2015 AGA Service Company

TL_102_07_P_FL_V2

CAPPILLO-DELTA000000008

## WHAT'S INSIDE

Section 1: Our agreement with you .......... 3

Section 2: What this policy includes .......... 4

Section 3: What this policy excludes .......... 16

Section 4: Who is covered and when .......... 18

Section 5: Claims information .......... 19

Section 6: Definitions .......... 22

## SECTION 1: OUR AGREEMENT WITH YOU

Your travel insurance plan (**your plan**) includes both insurance coverage and assistance services.

Throughout this document:

- **we**, **us** and **our** mean Jefferson Insurance Company and its agents;
- **Jefferson** means Jefferson Insurance Company;
- **you** and **your** mean the people listed on **your** *letter of confirmation;* and
- all other bolded terms are defined in Section 6, Definitions.

No one has the right to describe this travel insurance any differently than it has been described in this document, or to change or waive any of its provisions.

**About this agreement**
Please read **your** **policy** carefully for full details. This is a legal contract. The entire contract consists of the **policy**, any riders attached to it; and the *letter of confirmation.* **You** have a duty to make all reasonable efforts to minimize any loss.

We have issued the **policy** and any attached riders based on **your** payment of the premium and on the information **you** included in **your** application or other form. The statements **you** made in **your** application or other form are representations and not warranties. **We** may use this information to void insurance, reduce benefits or defend **our** decision about a claim.

The headings in this **policy** are for convenience only.

**Satisfaction Guarantee**
**We** will refund **your** insurance premium if **you** cancel **your** **plan** within 10 days of purchase and **you** haven't started **your** trip or filed a claim.

**Signed for Jefferson Insurance Company, 9950 Mayland Drive, Richmond, VA 23233**

**Mike Nelson, President**



**Fred Faett, Secretary**

CAPPILLO-DELTA000000009

# SECTION 2: WHAT THIS POLICY INCLUDES

This is a named perils travel insurance **policy**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

The **plan you** purchased may not include all the coverage described here. Make sure **you** check **your** *letter of confirmation* to confirm **your** coverage and limits.

**Your** plan also includes assistance services, which are described in *Help while traveling*.

| Coverage | When it applies | Page |
|---|---|---|
| | **Your trip is canceled or interrupted** | **5** |
| Trip cancellation | **Your** trip is canceled before **you** get started | |
| Trip interruption | **Your** trip is interrupted after **you've** left | |
| Frequent traveler/ Loyalty program | **You** have to re-deposit frequent traveler or loyalty program awards | |
| | **You get sick or hurt while traveling** | **9** |
| Emergency medical/dental | **You** have to pay for **emergency medical or dental care** | |
| Emergency medical transportation | **You** need emergency medical transportation | |
| | **You're delayed or miss your flight or cruise** | **11** |
| Travel delay | **Your** travel is delayed six hours or more | |
| Missed connection | **You** miss **your** connecting flight or cruise | |
| | **Your baggage is lost, damaged, stolen or delayed** | **13** |
| Lost, damaged or stolen baggage | **Your** baggage is lost, damaged or stolen | |
| Delayed baggage | **Your** baggage is delayed by a **common carrier** | |
| | **Other coverage** | **14** |
| Existing medical condition | **You** have an **existing medical condition** | |
| Change fee | **You** have to change **your** airline ticket due to **covered reasons** | |

* Underwritten by Jefferson Insurance Company

Form 101-P-FL-02-102      4      Section 2: What this policy includes

---

## How to read Section 2

**When it applies**
Tells **you** when **you're** eligible to make a claim. These situations and events are called **covered reasons.**

**What it covers**
Tells **you** the kinds of things **you** can be reimbursed for. **You'll** find out more in Section 5, *Claims information.*

**We can help!**
Tells **you** about related assistance services that are available to **you** worldwide. **You'll** find a complete list in *Help while traveling.*



**Important**
Be sure to also read Section 3, *What this policy excludes,* as well as Section 4, *Who is covered and when,* for important information on how **your** coverage works. Travel insurance doesn't cover everything. It's designed to protect **you** when there's a sudden, unexpected problem or event.

## YOUR TRIP IS CANCELED OR INTERRUPTED



**Important**
**You** need to contact **your travel suppliers** within 72 hours of canceling or interrupting **your** trip to qualify for the largest reimbursement possible. If **you** notify **your** suppliers later and get a smaller **refund, we** will not cover the difference. If **you're** seriously ill or injured, contact **your travel suppliers** as soon as **you** can.



**We can help!**
Need help sending an emergency message or getting flight information? See *Help while traveling,* for a complete list of ways **we** can help.

## Trip cancellation and Trip interruption coverage

**When it applies**
**Your** trip is canceled before **you** get started, or interrupted after **you've** left, for one of the following **covered reasons:**

**Health**
*Injury, illness or medical condition*
**You** or a **traveling companion** is seriously ill or injured.

Form 101-P-FL-02-102      5      Section 2: What this policy includes

CAPPILLO-DELTA000000010

Specific requirements:
- The **injury**, **illness** or **medical condition** must be disabling enough to make a reasonable person delay, cancel or interrupt their **trip**.
- A **doctor** must examine **you** or a **traveling companion** and advise **you** or a **traveling companion** to cancel or interrupt **your trip** before **you** cancel or interrupt it. If that isn't possible, a **doctor** must examine **you** within 72 hours of **your** cancellation or interruption.

A **family member** who isn't traveling with **you** is seriously ill or injured.

Specific requirement:
- The **injury**, **illness** or **medical condition** must be considered life threatening, require hospitalization, or he or she must require **your** care.

*Death*
**You**, a **traveling companion** or **family member** dies.

Specific requirement:
- A **traveling companion's** or **family member's** death must occur before or during **your trip**.

*Quarantine*
**You** or a **traveling companion** is quarantined.

## Transportation and accommodation
*Traffic accident*
**You** or a **traveling companion** is in a traffic **accident** on the way to **your** point of departure, and:
- **you** or the **traveling companion** need medical attention; or
- the car needs to be repaired because it's not safe to drive.

*Family or friends can't accommodate you as planned*
Family or friends outside the United States can't accommodate **you** as planned because someone in the household has died or been diagnosed with a serious **illness** or **injury**.

## Legal
*Jury duty or court-ordered appearance*
**You're** summoned by a court order or subpoena to serve on a jury or appear in court.

## Environment
*Home uninhabitable*
**Your** primary residence is uninhabitable because of a natural disaster, fire, flood, burglary or vandalism.

*Canceled services*
**Your** airline, cruise line, or tour operator or **travel supplier** stops offering all services for at least 24 consecutive hours where **you're** departing, arriving or making a connection because of:
- a **natural disaster**; or
- **severe weather**.

Specific requirement:
- **Your travel supplier** doesn't offer **you** a substitute itinerary.

## Politics and violence
*Hijacking*
**You** or a **traveling companion** is hijacked.

*Terrorism*
A **terrorist event** happens at **your** foreign **destination** within 30 days of the day **you're** scheduled to arrive.

Specific requirement:
- For locations outside the United States, **you're** not covered if there's been a **terrorist event** at **your destination** in the 30 days before **your plan's** effective date.

## Work
*Termination or layoff*
**You** or a **traveling companion** is terminated or laid off from a company after **your plan's** effective date.

Specific requirements: (all must apply)
- The termination or layoff isn't **your** fault; and
- **You** worked for this employer for at least three continuous years.

*Military Duty in the U.S. Armed Forces*
**You** or a **traveling companion**, serving in the U.S. Armed Forces, is reassigned, or have personal leave revoked, except because of war, the War Powers Act, base or unit mobilization, unit reassignment or disciplinary action.

## Other
*Extended travel delay*
**You** miss more than half of the total length of **your trip** because **your** travel is delayed.

Specific requirements: (all must apply)
- **Your** plan must include *travel delay* coverage; and
- **You** must be delayed for a **covered reason** listed under travel delay coverage.

CAPPILLO-DELTA000000011

**What it covers**

Please refer to your letter of confirmation to confirm your coverage and limits in your plan.

**Trip cancellation coverage**

*Non-refundable payments and deposits*
Payments and deposits you made before your trip was canceled, less any published refunds you're entitled to receive.

*Accommodation*
The extra cost of single accommodation if you prepaid for shared accommodation and a traveling companion canceled or interrupted their trip for a covered reason or was delayed for a covered reason.

**Trip interruption coverage**

*Prepaid expenses*
The unused part of your prepaid expenses, less any refunds you receive.

*Accommodation*
The extra cost of single accommodation if you prepaid for shared accommodation and a traveling companion canceled or interrupted their trip for a covered reason or was delayed for a covered reason.

*Transportation*
Reasonable transportation expenses for getting to:
- your final destination or a place where you can continue your trip; or
- your original destination another way, if your travel is delayed for 24 hours or more at the start of your trip.

*Expenses for the cost of staying longer than you planned*
Extra accommodation and transportation expenses because a traveling companion is hospitalized.

Special limit:
- Maximum of $100 a day for up to five days.

## Frequent traveler/Loyalty program coverage

**When it applies**
You have to re-deposit points in your frequent traveler or loyalty program because your trip is canceled for one of the covered reasons listed under trip cancellation coverage.

**What it covers**
Please refer to your letter of confirmation to confirm your coverage and limits.

---

*Redeposit fees*
Fees for re-depositing frequent traveler or loyalty program awards into your account.

## YOU GET SICK OR HURT WHILE TRAVELING



**We can help!**
Need help finding a doctor or getting emergency cash from home to pay for treatment? See *Help while traveling*, for a complete list of ways we can help.

## Emergency medical/dental coverage

**When it applies**
You have to pay for emergency medical or dental care for one of the following covered reasons:
- you have a sudden, unexpected illness or injury during your trip that's either life threatening or could cause serious and irreparable harm if it isn't treated.
- you have an injury or infection, a lost filling or a broken tooth during your trip that requires immediate treatment by a dentist.

Specific requirement:
- The treatment is medically necessary and is provided by a doctor, dentist, hospital or other licensed provider during your trip.

Please refer to your letter of confirmation to confirm your coverage and limits in your plan, including any deductible for outpatient care that may apply to your plan.

**What it covers**

*Reasonable and customary costs*
Reasonable and customary costs for supplies and services from a doctor, dentist, hospital or other licensed provider.



**Important**
This is secondary coverage. If you have health insurance, you must submit your claim to that provider first. Any benefits you receive from your primary insurance provider or from any excess coverage will be deducted from your claim.

If you're eligible for benefits or compensation through a government-funded program other than Medicaid, you don't qualify for this coverage.

CAPPILLO-DELTA000000012

## Emergency medical transportation coverage

**Important**
If your emergency is immediate and life threatening, seek local emergency care at once.

Your emergency medical transportation limit is the total amount available for all covered services described below. Please refer to your *letter of confirmation* to confirm that you have this benefit in your plan and your total dollar limit.

**You or your representative must contact us and we must make all transportation arrangements in advance. We will not pay for any of the services listed in this section if we didn't authorize and arrange it.**

**Moving you to a hospital or medical clinic (emergency medical evacuation)**
If **you're** seriously ill or injured during **your trip** and **our** medical team determines that the local medical facilities are unable to provide appropriate medical treatment:

- **our** medical team will consult with the local **doctor**;
- **we'll** identify the closest appropriate facility, make arrangements and pay to transport **you** to that facility, and
- **we'll** arrange and pay for a **medical escort** if **we** determine one is necessary.

**Getting you home after your care (medical repatriation)**
If **you're** seriously ill or injured during **your trip**, under the care of a local **doctor** and unable to continue **your trip**, medical repatriation takes place once **our** medical team determines that **you** are medically stable to return home via commercial transportation carrier, such as a scheduled passenger airline. **We'll**:

- arrange and pay (less any **refunds** for unused tickets) for **you** to be transported via a commercial transportation carrier in the same class of service that **you** were booked for **your trip**. The transportation will be to *one* of the following:
  - **your primary residence;**
  - a location of **your** choice in the United States; or
  - a medical facility near **your primary residence** or city of **your** choice in the United States **We'll** take **your** request into consideration as long as the medical facility will accept **you** as a patient and is approved as medically appropriate for **your** continued care by **our** medical director.
- arrange and pay for a **medical escort** if **our** medical team determines a **medical escort** is necessary.

**Bringing a friend or family member to you (transport to bedside)**
If **you're** told **you** will be hospitalized for more than seven days during **your trip**, **we'll** transport a friend or **family member** to stay with **you**. **We'll** arrange and pay for round-trip transportation in economy class on a **common carrier**.

**Getting your children home (return of dependents)**
If **you're** told **you** will be hospitalized for more than seven days during **your trip**, **we'll** arrange for and pay (less any **refunds** for unused tickets) to transport **your** children under the age of 23 who are traveling with **you** to *one* of the following:

Form 101-P-FL-02-102                               10                       Section 2: What this policy includes

- **your primary residence**, or
- a location of **your** choice in the United States.

Transportation will be on a **common carrier** in the same class of service they were originally booked.

**Transporting your remains (repatriation of remains)**
**We'll** arrange and pay for the reasonable and necessary services to transport **your** remains to *one* of the following:

- a funeral home near **your primary residence**; or
- a funeral home located in the United States.

**We'll** also assist the sending and receiving funeral homes coordinate with each other.

This benefit does not include funeral, burial or cremation expenses or related containment expenses for items such as a coffin, urn or vault.

**Your** representative must contact **us** in advance to make these arrangements. If this is not possible, **your** representative must contact **us** within a reasonable time, but no later than one year after the transportation.

## YOU'RE DELAYED OR MISS YOUR FLIGHT OR CRUISE



**Important**
**You** need to make reasonable efforts to continue **your trip** if **you're** delayed or **you** miss **your** flight or cruise. The coverage described here can help. Any **refunds you** receive from **your travel suppliers** will be deducted from **your** claim.



**We can help!**
Need help rebooking **your** flight or arranging for alternative transportation? *See Help while traveling,* for a complete list of ways **we** can help.

### Travel delay coverage

**When it applies**   Your travel is delayed for six or more consecutive hours for one of the following **covered reasons**:

*Strike or common carrier delay*
- Your departure is delayed by a **common carrier**.
- Your departure is delayed by an unannounced strike.

Form 101-P-FL-02-102                               11                       Section 2: What this policy includes

CAPPILLO-DELTA000000013

*Quarantine*
- You are **quarantined**.

*Natural disaster*
- There's a **natural disaster**.

*Politics, violence or theft*
- **Your** passports, money or other travel documents are lost or stolen.
- **Your** travel is delayed by a hijacking.
- **Your** travel is delayed by civil disorder or unrest.

**What it covers**    Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Meals, accommodation and transportation*
- Reasonable expenses for additional meals and **accommodation** while **you're** delayed.
- Reasonable additional transportation expenses.

*Special limit*
- Maximum of $150 per person per day, up to the limit shown on **your** *letter of confirmation*.

Benefits are payable under travel delay or missed connection coverage, not both.

## Missed connection coverage

**When it applies**    **You** miss **your** connecting flight or cruise for one of the following covered reasons:
- **you're** involved in or delayed by a traffic **accident**;
- **you're** delayed by **severe weather** while en route to the departure; or
- **severe weather** cancels one of **your** flights en route to the connection or cruise, or delays it for at least three hours.

Specific requirements: (all must apply)
- **You** allowed enough time in **your** itinerary to reach **your** flight or cruise on time; and
- **You** aren't able to reach **your** connecting flight or cruise another way.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Prepaid expenses*
The unused part of **your** prepaid expenses if **you** miss at least 24 hours of **your trip**, less any **refunds you** receive.

*Meals, accommodation and transportation*
- Reasonable additional expenses for meals and **accommodation** related to **your** missed connection or cruise.
- Reasonable additional transportation expenses to get to **your** original **destination** or to a place where **you** can continue **your trip**.

Benefits are payable under only one of missed connection coverage or travel delay coverage.

## YOUR BAGGAGE IS LOST, DAMAGED, STOLEN OR DELAYED

 **Important**
Any **refunds you** receive will be deducted from **your** claim.

 **We can help!**
Need help contacting local authorities or getting emergency cash from home? See *Help while traveling*, for a complete list of ways **we** can help.

## Lost, damaged or stolen baggage coverage

**When it applies**    **Your baggage** is lost, damaged or stolen while **you're** traveling.

Specific requirements: (all must apply)
- **You** take reasonable steps to keep **your baggage** safe and intact, and to recover it; and
- **You** file a report giving a description of the property and its value with the appropriate local authorities, **common carrier**, hotel or tour operator within 24 hours of the loss.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

**What it covers**    *Actual price, actual cash value, repair or replacement (whichever is less)*
- actual price is the amount it would cost to buy a similar item.
- actual cash value is the amount the item is worth based on its **current market value**. If **you** don't have an original receipt, **we'll** cover up to 75% of its **current market value**.
- repair or replacement is the cost to repair or replace the item.

CAPPILLO-DELTA000000014

## Change fee coverage

**When it applies**

**You** have to change the dates on **your** airline ticket for one of the following **covered reasons**:

- **your trip** is canceled or interrupted for a **covered reason** listed under trip cancellation/trip interruption coverage, except cessation of operations; or

- **you** or a **traveling companion** are delayed by **severe weather** on the way to **your** flight.

Specific requirement:

- If **you** were delayed by **severe weather**, **you** allowed enough time in **your** itinerary to reach **your** flight on time.

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits.

**What it covers**

*Change fees*

Fees to change the dates on **your** airline ticket.

---

Special limit:

- Maximum $500 in total for all jewelry, watches, gems, furs, cameras and camera equipment, camcorders, sporting equipment, computers, radios and other electronic items. **You** need to provide original receipts for these items or they won't be covered.

## Delayed baggage coverage

**When it applies**

A **common carrier**, hotel or tour operator delays **your baggage** for 24 hours or more.

Specific requirement:

- **You** report the loss and file a claim with the **common carrier**, hotel or tour operator.

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Reasonable essential items*

Reasonable essential items for **you** to use until **your baggage** arrives.

### OTHER COVERAGE



**Important**
Please check **your** *letter of confirmation* to confirm **your** coverage and limits.

## Existing medical condition coverage

If **your plan** includes this coverage, **you**, a **traveling companion** or **family member** can have an **existing medical condition** and **you** will still be eligible for all coverage and assistance services, as long as:

- **you** purchased **your plan** within 14 days of making **your** first trip payment or first trip deposit;
- **you** purchased trip cancellation coverage that covers the full cost of all **your** non-refundable **trip** arrangements;
- **you** were a U.S. resident and medically able to travel on the day **you** purchased the **plan**;
- the total cost of **your trip** is $5,000 per person or less; and
- all other stated terms and conditions are met.

CAPPILLO-DELTA000000015

# SECTION 3: WHAT THIS POLICY EXCLUDES

## GENERAL EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following general exclusions.

The following things if they affect **you**, a **traveling companion** or a **family member**, whether the **family member** is traveling with **you** or not:

- **existing medical conditions** (unless **you** have existing medical condition coverage in Section 2);
- intentional self-harm or attempting or committing suicide (only applies to **you**);
- pregnancy, (unless specifically included in Section 2), unless there are unforeseen complications or problems with the pregnancy;
- fertility treatments, childbirth or elective abortion;
- a mental or nervous health disorder (like anxiety, depression, neurosis, psychosis and others), or any related physical complications (physical complication means any physical symptom); or
- the use or abuse of alcohol or drugs, or any related physical complications (physical complication means any physical symptom).

The following activities if **you**, a **traveling companion** or a **family member** participates in them, whether the **family member** is traveling with **you** or not:

- flying or learning to fly an aircraft as a pilot or crew member;
- participating in or training for any professional or amateur sporting competition; or
- participating in extreme, high-risk sports like:
  - skydiving, hang gliding or parachuting;
  - bungee jumping;
  - caving;
  - extreme skiing, heli-skiing or skiing outside marked trails;
  - body contact sports (meaning any sport where the objective is to physically render an opponent unable to continue with the competition such as boxing and full contact karate);
  - mountain climbing or any other high altitude activities; or
  - scuba diving below 120 feet (40 meters) or without a dive master.

The following events:

- any problem or event that could have reasonably been foreseen or expected when **you** purchased **your plan**;
- an **epidemic** or **pandemic**;
- **natural disasters** like hurricanes, earthquakes, fires and floods (unless specifically included in Section 2);
- air, water or other pollution, or the threat of a pollutant release;
- **nuclear reaction**, radiation or radioactive contamination;
- war (declared or undeclared), acts of war, military duty, civil disorder or unrest (unless specifically included in Section 2);

- **terrorist events** (unless specifically included in Section 2);
- **financial default** (unless specifically included in Section 2); or
- **unlawful acts.**

**You** aren't eligible for reimbursement under any coverage if:

- **your common carrier** tickets don't show departure and return dates; or
- the departure and return dates on **your** application or other form don't represent when **you** actually intended to travel.

## SPECIFIC EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following specific exclusions unless they're included in Section 2, *What this policy includes.*

**Lost, damaged or stolen baggage coverage**

- intentional loss of or damage to equipment;
- defective materials or workmanship; or
- ordinary wear and tear.

These items aren't covered:

- animals;
- cars and accessories, motorcycles and motors, aircraft, boats and other vehicles;
- bicycles, skis and snowboards (unless they're checked with a **common carrier**);
- eyeglasses, sunglasses and contact lenses;
- hearing aids, artificial teeth and limbs;
- wheelchairs and other mobility devices;
- consumables, medicines, perfumes, cosmetics and perishables;
- tickets, passports, deeds and other documents;
- money, credit cards, securities, bullion, stamps and keys;
- rugs and carpets;
- property for business or trade; and
- **baggage** when it is:
  - shipped as freight;
  - sent before **your scheduled departure date**;
  - left in or on a car trailer, or
  - left in an unlocked car.

CAPPILLO-DELTA000000016

# SECTION 5: CLAIMS INFORMATION

## HOW TO MAKE A CLAIM

Making a claim is easy – just visit **www.etravelprotection.com**, email or call **us** and **we'll** be happy to help.

*Go online to:*
- find out what forms and documentation **you** need.
- download a claims form and mail it in.
- file a claim electronically and track its progress.

*Email or call to:*
- find out what forms and documentation **you** need.
- file a claim and check its progress.

*Claims inquiry:*
- **Website: www.etravelprotection.com**
- **Email: claimsinquiry@allianzassistance.com**
- **Telephone: 1-800-334-7525**

## IMPORTANT INFORMATION ABOUT CLAIMS

**You** have 90 days from the date of **your** loss to submit **your** claim to **us**, except as otherwise provided by law.

*Proof of Loss*
**You** are responsible for providing all necessary documentation to prove **your** loss.

*Time of Payment of Claims*
Benefits payable under the certificate for any loss will be paid immediately upon receipt of due written proof of such loss. All claims shall be paid within 20 days following receipt by **us** of due proof of loss. Failure to pay within such period shall entitle **you** to interest at the rate of 12% per annum from the date of the payment agreement. However, if the tender of payment is conditioned upon the execution of a release, the interest will not begin to accrue until the executed release is provided to **us**.

*Assignment*
**You** can assign **your** rights under **your** plan by notifying **us** in writing.

*About beneficiaries*
All benefits will be paid to **your** estate.

Form 101-P-FL-02-102                           19                           Section 5: Claims Information

---

# SECTION 4: WHO IS COVERED AND WHEN

## WHO IS COVERED BY YOUR PLAN

**Your** plan covers the people listed on **your** *letter of confirmation*.

## WHEN YOUR COVERAGE BEGINS AND ENDS

**You're** only eligible for coverage if **we** accept **your** request for insurance.

**Your** plan's effective date depends on how **you** purchased it.

| if you purchased | it's effective: |
|---|---|
| in person | the day and time you purchase **your** plan. |
| by mail | the day after **your** application or other form is postmarked. |
| over the phone | the day after **you** place **your** telephone order. |
| by fax | the day after **we** receive **your** fax. |
| online | the day after **we** receive **your** online order. |

Trip cancellation coverage begins on **your** plan's effective date, as long as **we** receive **your** premium before **you** cancel **your** trip or make a claim.

All other coverage begins on **your** **scheduled departure date**, as long as **we've** received **your** payment. **Your** departure and return dates are counted as two separate days of travel when **we** calculate the duration of **your** trip.

**Your** coverage ends on the earliest of:
- the day **you're** scheduled to return;
- the day **you** actually return, if **you** come back earlier;
- the day and time **you** cancel **your** trip; or
- the 365th day of the **trip**.

If **your** return travel is delayed for a **covered reason**, **we'll** extend **your** coverage until **you** can get home.

**Your** plan can't be renewed.

Form 101-P-FL-02-102                           18                           Section 4: Who is covered and when

## Important

This is a named perils travel insurance **policy**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

**We'll** only pay for reasonable, appropriate expenses that are covered by the **plan** **you** purchased. Please check **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

---

### Duplicate coverage

If **you're** covered by another certificate or policy that **we've** issued with the same or similar coverage, **we'll** use the terms and conditions of the certificate or policy that pays the most. **We'll** also refund any premium **you've** paid for duplicate coverage.

### Medical examinations and autopsy

**We** have the right to have **you** medically examined as reasonably necessary to make a decision about **your** medical claim. If someone covered by **your plan** dies, **we** may also require an autopsy (except where prohibited by law). **We** will cover the cost of these medical examinations or autopsies.

### Recovery

**We** have the right to recover any amount **you** receive that exceeds the total amount of **your** loss.

### Subrogation

When someone is responsible for **your** loss, **we** have the right to recover any payments **we've** made to **you** or someone else in relation to **your** claim, as permitted by law. Everyone eligible to receive payment for a claim submitted to **us** must cooperate with this process, and must refrain from doing anything that would adversely affect **our** rights to recover payment.

### About fraud

Fraud is illegal. **We** will deny **your** claim if:

- what **you** told **us** on **your** application or other form is deliberately misleading or inaccurate; or
- **you** intentionally file a claim that includes false information or deliberately conceals material facts. This may be a crime subject to criminal prosecution and civil penalties, and **you** may be liable for the stated value of the claim.

### Resolving disputes

If **you** disagree with **our** decision about a claim, **you** can request to go to arbitration through the American Arbitration Association. Upon mutual agreement, **you** can submit a dispute to desk arbitration, as long as:

- **you** submit it at least 60 days, but no more than five years, after **you've** filed **your** entire claim with **us**; and
- it complies with the American Arbitration Association's rules at the time **you** submit it.

### Complaints

**You** may contact **us** at the address or telephone number below for complaint issues or coverage or premium inquiries:

Jefferson Insurance Company
9950 Mayland Drive
Richmond, VA 23233
1-800-284-8300

---

Form 101-P-FL-02-102      20      Section 5: Claims information

Form 101-P-FL-02-102      21      Section 5: Claims information

CAPPILLO-DELTA000000018

# SECTION 6: DEFINITIONS

**Accident**
An unexpected and unintended event that causes **injury**, property damage or both.

**Accommodation**
A hotel or other kind of lodging where **you** make a reservation and pay a fee.

**Assault**
Physical **assault** that requires treatment in a **hospital**.

**Baggage**
Personal property **you** take on **your trip** and the suitcases or other kinds of containers **you** use to carry them.

**Common carrier**
A company that's licensed to carry passengers on land, water or in the air for a fee, not including car rental companies.

**Covered reasons**
The specific situations and events that are covered by this **policy**.

**Current market value**
The dollar amount an item could reasonably be sold for, based on its original price, age and current condition.

**Deductible**
The dollar amount **you** must contribute to the loss.

**Dentist**
Someone who is licensed and legally entitled to practice dentistry or dental surgery. This can't be **you**, a **traveling companion**, any member of either of **your immediate family**, or any member of the sick or injured person's **immediate family**.

**Destination**
A place more than 100 miles from **your primary residence** where **you** spend more than 24 hours of **your trip**.

**Doctor**
Someone who is legally entitled to practice medicine, and is licensed if required. This can't be **you**, a **traveling companion**, any member of either of **your immediate family**, or any member of the sick or injured person's **immediate family**.

**Emergency medical and/or dental care**
Medical and dental services, supplies and charges that are for a health emergency. It doesn't include things like:
- elective cosmetic surgery or cosmetic foot care;
- physical exams;
- allergy treatments (unless life threatening);
- hearing aids, eyeglasses and contact lenses;
- palliative care; or
- experimental treatment.

**Epidemic**
An outbreak of a contagious disease that spreads rapidly and widely and that is identified as an **epidemic** by The Centers for Disease Control and Prevention (CDC).

**Existing medical condition**
An **illness** or **injury** that **you**, a **traveling companion** or **family member** were seeking or receiving treatment for or had symptoms of on the day **you** purchased **your plan**, or at any time in the 120 days before **you** purchased it.

Form 101-P-FL-02-102                  22                  Section 6: Definitions

---

**You**, a **traveling companion** or **family member** are considered to have an **existing medical condition** if **you**, a **traveling companion** or **family member**:
- saw or were advised to see a **doctor**;
- had symptoms that would cause a prudent person to see a **doctor**; or
- were taking prescribed medication for the condition or the symptoms, unless the condition or symptoms are effectively controlled by the prescription, and the prescription hasn't changed.

**Family member**
Any of the following people, whether or not they're traveling with **you**:
- spouses;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings;
- a person **you've** lived with for at least 12 consecutive months who is 18 years or older;
- grandparents and grandchildren;
- the following in-laws: mother, father, son, daughter, brother, sister;
- aunts, uncles, nieces and nephews;
- legal guardians and wards;
- paid, live-in caregivers; and
- service animals (as defined by the Americans with Disabilities Act).

Immediate family members are:
- spouses;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- a person **you've** lived with for at least 12 consecutive months who is 18 years or older;
- siblings; and
- grandparents and grandchildren.

**Financial default**
A complete cessation of operations because of financial circumstances, with or without filing for bankruptcy protection.

**Hospital**
A provider that is a short-term, acute, general **hospital** that:
- is a duly licensed institution;
- in return for compensation from its patients, is primarily engaged in providing **inpatient** diagnostic and therapeutic services for the diagnosis, treatment, and care of injured and sick persons by or under supervision of physicians;
- has organized departments of medicine and major surgery;
- provides 24-hour nursing service by or under the supervision of registered graduate nurses; and

Form 101-P-FL-02-102                  23                  Section 6: Definitions

CAPPILLO-DELTA000000019

| Term | Definition |
|---|---|
| | is not other than incidentally: a) a skilled nursing facility, nursing home, custodial care home, health resort, spa or sanatorium, place for rest, place for the aged, place for the provision of rehabilitation care; b) a place for the treatment of mental illness; c) a place for the treatment of alcoholism or drug abuse; d) a place for the provision of hospice care; or e) a place for the treatment of pulmonary tuberculosis. |
| Illness | Sickness, infirmity or disease. It doesn't include conditions you already had or knew about when you purchased your plan (see existing medical condition). |
| Injury | Physical harm directly caused by an accident or assault, without other contributing causes. |
| Inpatient | Someone who receives medical or dental treatment while registered as a bed patient in a hospital or other licensed provider. Room and board is charged for the patient's stay, in addition to charges for medical treatment and care. |
| Medical condition | A physical condition you have, or have symptoms of, that you:<br>• have seen or been advised to see a doctor about;<br>• have symptoms of that would cause a prudent person to see a doctor; or<br>• are taking prescribed medication for. |
| Medical escort | A professional person contracted by our medical team to accompany a seriously ill or injured person while they are being transported. A medical escort is trained to provide medical care to the person being transported. A friend or family member cannot be a medical escort. |
| Medically necessary | The services or supplies provided by a hospital, physician or other licensed provider that are required to identify or treat your illness or injury and which, as determined by us, are:<br>• consistent with the symptom or diagnosis and treatment of your condition, disease, illness, ailment or injury;<br>• appropriate with regard to standards of good medical practice;<br>• not solely for the convenience of you, a physician or other provider; and<br>• the most appropriate supply or level of service that can be safely provided to you.<br>When applied to the care of an inpatient, it further means that your medical symptoms or condition requires that the services cannot be safely provided to you as an outpatient. |
| Natural disaster | A large-scale extreme weather or environmental event that damages property, disrupts transportation or endangers people. Examples include: earthquake, fire, flood, hurricane, or volcanic eruption. |

| Term | Definition |
|---|---|
| Other licensed provider | A person or entity that isn't a doctor or hospital but provides medical or dental services, and is licensed where required. |
| Outpatient | Someone who receives medical or dental treatment but doesn't have to stay at a hospital for overnight care. |
| Pandemic | An epidemic over a wide geographic area that affects a large portion of the population. |
| Primary residence | Your permanent, fixed address and primary residence for legal and tax purposes. We call the place your primary residence is located your place of residence. |
| Quarantine | Mandatory isolation or restrictions on where you can go, intended to stop a contagious disease from spreading. |
| Reasonable and customary costs | What customers would usually be charged for a specific service in a particular geographic area. The charges are appropriate to the availability of the service, and of skilled and licensed service providers. |
| Refund | Cash or a credit or voucher for future travel that you get from a travel agent, tour operator, airline, cruise line or other travel supplier, or any credit, recovery or reimbursement you get from your employer, another insurance company, a credit card issuer or any other entity. |
| Scheduled departure date | The day and time you listed on your application or other form as the day and time you plan to start your trip. You have paid for travel that starts on this date. |
| Severe weather | Hazardous weather conditions, like fog, a hailstorm or severe rainstorm, a blizzard, or an ice storm. |
| Terrorist event | When an organized terrorist group, as defined by the U.S. State Department, injures or kills people or damages property to achieve a political, ethnic or religious goal or result. Terrorist events don't include general civil protest, unrest, rioting or acts of war |
| Travel supplier | A travel agent, tour operator, airline, cruise line or other travel service provider. |
| Traveling companion | A person traveling with you whose name appears with yours on the same trip arrangement and who will accompany you on your trip. A group or tour leader is not considered a traveling companion unless you are sharing the same room with the group or tour leader. |
| Trip | Round-trip or one-way travel to and from a place at least 100 miles from your home. It can't include travel to receive health care or medical treatment of any kind, or commuting to and from work. |
| Unlawful acts | Felonies committed by you, a traveling companion or a family member, even if the family member isn't covered by your plan. |

CAPPILLO-DELTA000000020

**Uninhabitable**

A **natural disaster**, fire, flood, burglary or vandalism causes enough damage to make a reasonable person find their home or other **accommodation** unfit for use.

# HELP WHILE TRAVELING

If **you** need help while traveling, **our** assistance team is available 24 hours a day.

**Our** services are here to help make challenging situations a little easier. With **our** global reach, **we** can get **you** in touch with licensed medical and legal professionals and other kinds of help.



**Important**
Please note that the General exclusions for **your plan** also apply to **our** assistance services. **You'll** find the list of these exclusions in Section 3, *What this policy excludes.*

## HOW TO REACH US

In the United States, Canada, Puerto Rico and U.S. Virgin Islands, call **1-800-654-1908**
All other locations, call collect **1-804-281-5700**
If **you** can't call collect, **we'll** call **you** back.

Please have this information ready when **you** call:

- **your** name, location and phone number
- **your** identification number

## MEDICAL ASSISTANCE

*Finding a doctor, dentist or medical facility*
If **you** need care from a **doctor**, **dentist** or medical facility while **you're** traveling, **we** can help **you** find one.

*Paying or guaranteeing your hospital bill*
If **you** need to be admitted to a **hospital** as an **inpatient** for longer than 24 hours, **we** can guarantee or advance payments up to the limit of **your** *emergency medical/dental coverage* (described in Section 2).

*Monitoring your care*
If **you're** hospitalized, **our** medical staff will stay in contact with **you** and the **doctor** caring for **you**.
**We** can also notify **your** family and **your doctor** back home of **your illness** or **injury** and update them on **your** status.

CAPPILLO-DELTA000000021

# LEGAL ASSISTANCE

*Finding a legal advisor*
We can help **you** find local legal advice if **you** need it while **you're** traveling.

*Arranging a cash transfer*
If **you** need to pay legal fees, **we** can arrange to transfer funds from **your** family or friends.

# TRAVEL AND DOCUMENT ASSISTANCE

*Replacing lost travel tickets*
If **your** tickets are lost or stolen, **we** can contact the airline or other **common carrier**, and can help **you** with **your** travel arrangements if **your trip** is interrupted.

*Replacing lost passports and other travel documents*
If **your** passport or other travel documents are lost or stolen, **we** can help **you** reach the appropriate authorities, contact **your** family or friends, and assist **you** in getting **your** documents replaced.

# OTHER ASSISTANCE SERVICES

*Getting flight information*
If **you** miss **your** flight or it's canceled, **we** can give **you** arrival and departure times for other flights that will get **you** to **your** connecting flight or final **destination**.

*Getting emergency cash*
If **your** cash is lost or stolen or **you** need extra money to pay for unexpected expenses, **we** can arrange to transfer funds from **your** family or friends.

*Delivering emergency messages*
**We** can help **you** get an urgent message to someone back home. **We'll** try calling up to three times within 24 hours and confirm whether **we** were able to reach the person **you** asked **us** to contact.

**About our assistance services**
**Our** goal is to help **you** with **your** problem no matter where **you're** traveling.

**We'll** make all reasonable efforts to help **you** as **we've** described, but there may be times when **we** aren't able to resolve **your** problem for reasons that are beyond **our** control.

**We** will always do **our** best to refer **you** to appropriate professionals, but please be aware that they are independent providers and **we** can't be held responsible for the results of any services they provide.

28          Help while traveling

# CONCIERGE SERVICES

If **you** are in need of assistance 24 hours a day, any day of the year, please call the phone number printed on **your** letter of confirmation, or the hotline at:

**1-800-654-1908** when in the U.S., Canada, Puerto Rico and U.S. Virgin Islands
**1-804-281-5700** collect

When **you** call, have the following information ready for the hotline coordinator:
- **Your** name and confirmation or identification number; and
- **Your** location and local telephone number.

The hotline coordinator will confirm **your** enrollment and connect **you** with a Concierge associate.

**Note:** It may not be possible to call collect. If **you** must phone the hotline directly, give **your** location and phone number to the hotline coordinator who will call **you** back.

**Our** goal is to make **your** travels more enjoyable and hassle free. **Our** Concierge associates can assist **you** with many requests from the routine to the extraordinary. The following are types of services **you** can contact **us** for assistance with:

*Entertainment/Event Planning*
When **you** are traveling, or planning **your trip**, the following entertainment options are at **your** disposal:
- Restaurant information, referrals and reservations
- Sports event, show and festival information, reservations and ticket purchasing
- Theater and concert event information, reservations and ticket purchasing
- Health Club information, referrals and reservations
- Golf fee times, information, referrals and reservations

*Destination Assistance*
Get the details on **your** destination from **our** vast experience and database of information.
- Highlights and sightseeing information
- Airport and mass transportation information
- Health and security information
- Local custom and duty information
- Exhibition, show and festival information and ticket purchase
- Museum information
- Shopping information
- Exchange rate information
- Visa and passport information
- ATM location information

29          Help while traveling

CAPPILLO-DELTA000000022

*Travel Information and Reservations*
When **you** need assistance with accommodations, flights or transportation, **we** stand ready to help.

- Hotel and other overnight accommodation information, referrals and reservations
- Flight information and reservations
- Train information and reservations
- Limo and car service information and reservations

*Business Services*
When traveling on business, **you** will find the business services helpful should unexpected events or important business needs occur.

- Computer rental and referrals and arrangements
- Audio/visual equipment referrals and arrangements
- Translation service referrals and arrangements
- Messenger service referrals and arrangements
- Mobile phone rental referrals and arrangements

*Specialty Services*
A last minute gift need, an important thank you, or other special event while **you** are traveling can easily be remedied. Some common services include:

- Gift Basket purchase arrangements
- Flower delivery purchase arrangements
- Gift referral and purchase arrangements
- Gourmet food purchase arrangements

All of **our** concierge benefits are service benefits, not financial benefits. Any costs associated with the services are paid by **you**.

# We're only a CLICK away!

## Visit www.etravelprotection.com to:

- File a claim
- Check claim status
- Modify a policy



Global Assistance

Allianz (II)

TI_102_07_P_FL_V2
11/15

TI_102_07_P_FL_V2

30    Help while traveling

CAPPILLO-DELTA000000023

# IMPORTANT PRIVACY CHOICES

**THIS NOTICE DESCRIBES HOW PERSONAL DATA AND MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN ACCESS THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

We are AWP USA Inc. and its subsidiaries, including Jefferson Insurance Company and AGA Service Company d/b/a Allianz Global Assistance. We are committed to your privacy. By using our products, services or website, you consent to our collection and use of your Personal Data as described here.

**Definitions**. The below definitions apply to this Notice:

1. "Personal Data" means non-public personal information that identifies a specific person ("you"). Data identifies you if it includes your first and last name plus any additional data specific to you. Data that does not identify you is not Personal Data. Publicly available, encoded, anonymized, or aggregated data is not Personal Data.

2. "Sensitive Data" means Personal Data about a person's race or ethnicity; political, religious, philosophical, or trade union memberships, opinions, views or activities; medical or health conditions or protected health information ("PHI") as defined in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); genetic or biometric data; financial account information (e.g. bank account number); government-issued ID numbers; sexuality; or administrative or criminal proceedings that are treated outside pending proceedings. Sensitive Data also includes information we receive from a third party who treats and notes the information as sensitive.

3. "Agent" means a third party that collects or uses Personal Data to perform tasks on our behalf, or our underwriters.

**Privacy Practices**. This Notice describes how we collect, use, and maintain Personal Data. It also describes your and our rights.

For the Personal Data of EU residents, we (including AGA Service Company and Jefferson Insurance Company) participate in the U.S. Department of Commerce's EU Privacy Shield ("Privacy Shield"). We have certified that we adhere to the Privacy Shield Principles of Notice, Choice, Accountability for Onward Transfer, Security, Data Integrity and Purpose Limitation, Access, and Recourse, Enforcement, and Liability. We follow these Principles for all EU Personal Data received under the Privacy Shield. If there is any conflict between this Notice and these Principles, the Privacy Shield Principles shall govern in matters regarding EU residents. To learn more about the Privacy Shield and to view our certification, visit https://www.privacyshield.gov.

For the Personal Data of Swiss residents, we (including AGA Service Company and Jefferson Insurance Company) participate in the U.S. Department of Commerce's US-Swiss Safe Harbor Framework ("Safe Harbor"). We have certified that we adhere to the Safe Harbor Principles of Notice, Choice, Onward Transfer, Security, Data Integrity, Access, and Enforcement. We follow these Principles for all Swiss Personal Data received under the Safe Harbor. If there is any conflict between this Notice and these Principles, the Safe Harbor Principles shall govern in matters regarding Swiss residents. To learn more about the Safe Harbor and to view our certification, visit http://www.export.gov/safeharbor.

1. Notice: We collect Personal Data from you, or from your agents, representatives, suppliers and providers, or other party from whom you have authorized us to collect it on your behalf. This may include:
   (i)     identifying information (e.g. name, contact information);
   (ii)    billing or payment information (e.g. credit card billing information);
   (iii)   information about your trip or event (e.g. agents, suppliers, trip plans);
   (iv)    information about your transactions or business with us or others (e.g. receipts, insurance EOBs);
   (v)     financial account information (e.g. account numbers, statements);
   (vi)    health information (e.g. treatment history, invoices);
   (vii)   information about any claim you make (e.g. details of your loss, police reports, vital records);
   (viii)  information about your website usage (e.g. IP address); or
   (ix)    any other information provided to us by you or on your behalf.

We may also collect Personal Data from consumer reporting agencies or fraud databases (e.g. fraud reports). This data may be collected from forms, such as enrollment or claim forms; by phone, website, email, fax, or correspondence; or via cookies.

We may use the Personal Data we collect:
   (i)     to offer, market, sell, underwrite, or make available to you insurance or assistance products or services;
   (ii)    to provide you with information or services for such products and services;

CAPPILLO-DELTA000000024

(iii) to administer your insurance and assistance products and services. This may include, for example: providing travel-related or concierge services, serving and processing your policy or claims, conducting quality or satisfaction assessments, and fraud prevention;

(iv) to protect our legal rights or to respond to lawful requests by public authorities, including to meet national security or law enforcement requirements or as otherwise required by law; or

(v) for purposes to which you've otherwise consented.

This may in some cases include disclosing your Personal Data to Agents. But, such disclosures are only for the purposes described in this Notice, or for everyday business purposes or as required or allowed by law (e.g. to process transactions, maintain accounts, respond to court orders and legal investigations, or report to credit bureaus). These Agents may be affiliated or nonaffiliated. They may be financial services providers (e.g. underwriting insurers). They may also be non-financial companies (e.g. health service providers, travel service providers, the agent/agency through whom you purchased, service providers helping us with our marketing).

Where we are subject to HIPAA, we must notify you of our duties and practices with respect to PHI. Except as described here or allowed or required by law, we will only use or disclose your PHI or health records with your prior express consent. Under HIPAA, we may use and disclose your PHI for one or more of the following purposes:

(i) monitoring the health care treatment you receive (e.g. we may send or receive PHI to or from a doctor regarding your condition and treatment so we can see that your treatment is appropriate);

(ii) payment for health services (e.g. we may use your PHI to make payments to a hospital that has treated you);

(iii) to help run our company (e.g. we may use your PHI to conduct quality audits of the services we provided to you. However, we may not use or disclose genetic information about you for underwriting purposes); or

(iv) for other purposes as required to administer your insurance or assistance product (e.g. we may use PHI to determine coverage for a claim made under an insurance policy).

We may also in some cases need to use or disclose your PHI for one or more of the following purposes:

(i) for public health and safety issues;

(ii) to comply with legal or regulatory requirements;

(iii) to address or comply with workers' compensation, law enforcement, or other legal or government mandates or requests; or

(iv) to respond to lawsuits or legal actions.

Cookies are text files on your computer. When you access our website, we use cookies to collect data about your web usage. We also use Google, Inc.'s Google Analytics and AdWords services, iAdvize's chat and monitoring service, and other similar third party vendor services. These services use cookies to transmit your IP address and other website navigation and usage data and device/browser-generated data. iAdvize also uses JavaScript to provide its chat and monitoring services. These vendors may provide this data to us or store and/or aggregate this data to analyze such usage and create reports for us. We, our affiliates and our Agents use such data and reports for our own business purposes (e.g. to provide customer service, to optimize the content you see from us, website improvement, other purposes stated in this notice, etc.) and Payment Card Industry Data Security Standard ("PCI") compliance. These vendors also display our ads on sites across the Internet, and they may use this data to later display ads to you based on your website usage. By using our website, you consent to this use of cookies and data for these purposes. You can refuse cookies by disabling them in your browser (this may affect the content available to you). Our websites do not respond to "Do Not Track" requests from browsers.

Last, we may use and disclose the name, email address, or contact information of current and former customers to Agents for marketing administration purposes. For example, we may need to disclose the email address you provided to us to an Agent providing marketing services on our behalf to help ensure that your opt out choices are respected and that you do not receive duplicate communications.

If we collect your Personal Data for any reason other than as stated here, we'll notify you before using or disclosing that data. That notice will state the purpose for collecting and using the data, the types of non-Agent third parties to which we disclose the data, and the means we offer you to limit this. If we receive Personal Data from anyone in the EU or Switzerland, we'll treat that data according to the instructions such entity gives us regarding notices it provided and the choices made by the data subject.

2. Choice. We reserve the right to disclose Personal Data to third parties as described above. The law in some jurisdictions allows you the right to choose in some cases to opt out of us sharing your Personal Data with a third party or using it for a purpose that is materially different from the purposes for which it was originally collected or which you later authorize. You may exercise this right by notifying us as provided below. You may opt out of getting non-essential marketing communications from us by giving notice as described below and disabling cookies in your

CAPPILLO-DELTA000000025

web browser. Except as required or allowed by law (e.g. for fraud prevention), we do not share, sell or otherwise disclose your Personal Data to non-Agent third parties or use it for any purpose other than for which it was originally collected or as you later authorize. If we ever wish to do so, we will give you the opportunity to opt out. If we wish to disclose your Sensitive Data to a non-Agent third party or use such data for a purpose other than for which it was originally collected or as you later authorize, we will only do so with your express consent. We will not unfairly discriminate against you for declining to provide this consent.

Except as allowed by law, we will not use or disclose psychotherapy notes, use or disclose your PHI for marketing purposes, or use or disclose your PHI in a way that would constitute a sale of PHI under HIPAA unless you expressly authorize us to do so. You may revoke this consent at any time. Such revocation will not apply to actions we have already taken based on that consent. You may request restrictions on our use and disclosure of certain health information for treatment, payment, or our operations. However, we are not required to agree to your request, except as required by HIPAA.

We may need to disclose Personal or Sensitive Data if we have a good-faith belief that it is needed to protect or defend our or your rights, interests or property or comply with any law or legal mandate, or if it is otherwise required or allowed by law. We will take reasonable care to disclose only as much of such data as is needed.

3. Accountability for Onward Transfer. We may disclose your Personal Data to our Agents, but only for the limited and specified purposes described here, consistent with the consent you have provided. We will take reasonable and appropriate steps to obtain assurances from our Agents that they will effectively process and safeguard your Personal Data consistent with our obligations under this Notice, the Privacy Shield (EU residents only), and the Safe Harbor (Swiss residents only). Upon discovery, we will take reasonable steps to stop and remediate any unauthorized processing inconsistent with this Notice, the Privacy Shield (EU residents only), or the Safe Harbor (Swiss residents only). With respect to EU Personal Data we receive under the Privacy Shield and later transfer to an Agent, we are responsible for the processing of such data by that Agent. If such EU data is processed by that Agent in a manner inconsistent with the Privacy Shield Principles, we are liable unless it can be proved that we are not responsible for the event giving rise to any damages.

4. Security. We take reasonable and appropriate measures to protect your data from loss, misuse, or unauthorized access, disclosure, alteration and destruction. These measures take into account the risks involved in the processing and the nature of the Personal Data. To help maintain the security of your data, we use administrative, physical, and technical safeguards. These include utilizing policies to take reasonable precautions to (a) securely and confidentially maintain your Personal Data; (b) assess and protect against threats and hazards to the security or integrity of such data; and (c) prevent unauthorized access to or use of such data. Also, except where required or allowed by law, we limit use of your Personal Data to the minimum necessary to accomplish the purposes for which that data was collected and to be used as described here. We restrict access to your Personal Data to only those who need to access it to accomplish those purposes. We use encryption to make your online transaction with us safe and secure. We protect the privacy of your credit card information with a high degree of care and in compliance with PCI. We are required by law to maintain the privacy and security of your PHI. If there is a breach as defined under HIPAA of your unsecured PHI , we are required by law to notify you.

5. Data Integrity. We will only collect Personal Data to the extent it is relevant to the purposes for which it was collected. We will not process Personal Data in a way that is incompatible with the purposes for which it has been collected or as you later authorize. To help maintain the integrity of your data, we will take reasonable steps to ensure that Personal Data is reliable for its intended use, relevant, accurate, complete, and current. We will adhere to these principles for as long as we retain this data. We retain Personal Data according to our data retention policy.

6. Access. If you discover the data we hold about you is inaccurate or incomplete, please contact us. We will grant you reasonable access to the Personal Data we hold about you. We will take reasonable steps to allow you to correct, amend or delete your Personal Data that is inaccurate or incomplete, or has been processed in violation of this Notice, so long as it can be done without undue burden or expense on us, without breaching any legal or professional privilege or obligation, and without violating the rights of others. Where we are subject to HIPAA, you have the right to request to receive confidential communications of your PHI, as applicable. In accordance with and as allowed by HIPAA, at your request, you may inspect, amend, and copy PHI we maintain about you and receive an accounting of certain disclosures of your PHI (e.g. health payment records).

7. Recourse, Enforcement, Liability. You can send complaints about how we handle your Personal Data to us at the contact information below. If the data is PHI, complaints can be made to us or to the U.S. Secretary of Health and Human Services. We will not retaliate against you for filing a complaint. For EU and Swiss Personal Data, we verify our compliance with the Privacy Shield and Safe Harbor and the terms of this Notice by conducting a periodic self-

CAPPILLO-DELTA000000026

assessment. Complaints or disputes about how we handle EU or Swiss Personal Data should be directed to the below address. We will promptly investigate and try to resolve any such complaints or disputes internally. But, if we can't reach a mutually agreeable resolution, we have agreed to cooperate with the dispute resolution procedures administered by, as applicable, the European Data Protection Authorities or the Swiss Federal Data Protection and Information Commissioner. Under certain conditions, by notifying us, you may invoke binding arbitration regarding certain "residual" claims about EU Personal Data before the EU Privacy Shield Panel. Such procedure is in accordance with the rules established under the Privacy Shield. We are subject to the investigatory and enforcement powers of the FTC for EU and Swiss Personal Data.

**Links**. Our websites provide links (including social media plugins ("Plugins")) that connect to third party websites. Clicking such link establishes a connection and transmits data to/from the operator of such website. Clicking a Plugin while logged in to a social media account may cause the social media website's operator to publish activity to your account. To avoid this, log out of your account before clicking the Plugin link. We are not responsible for and make no representations about the content, security, or privacy practices of any other third party websites. You should read the privacy notices of the websites you visit to understand their data privacy practices.

**Changes to Notice**. This Notice reflects our business practices. It is not a contract. However, we are required to and will abide by the terms of this Notice as currently in effect. We may amend this Notice at any time. We will notify you of any updates by posting a revised notice on our website. The revised notice will apply to all information collected by us, including previously collected information (for EU or Swiss residents, this applies to the extent permissible under the Privacy Shield or Safe Harbor respectively). You accept the revised notice by your continued use of our website, products or services following any such amendment. If we revise this Notice in a way that would allow us to disclose your Personal Data to a nonaffiliated third party other than as already described here, we will provide you with a revised notice and give you the opportunity to opt out of any such disclosure. You are responsible to regularly review this Notice. You have the right to a paper copy of this Notice upon request.

**Contact**. If you have any questions or comments about this Notice or the way that we collect or handle your Personal Data, or if you would like a paper copy of this Notice, please contact our Chief Privacy Officer by any of:

Email:   privacy@allianzassistance.com
Phone: 1-800-284-8300
Mail:     Allianz Global Assistance
             ATTN: Chief Privacy Officer
             9950 Mayland Drive
             Richmond, VA 23233

**Opt Out**. To opt out of non-essential marketing communications or non-essential unaffiliated third party information sharing, please contact our Chief Privacy Officer as noted above with your name, policy number. Please include a statement that says "Opt out" (or something similar). Opt outs will be applied to all products and services we provide. We will not unfairly discriminate against any person who chooses to opt out.

**Electronic Notices**. Unless you chose to receive them by US mail at the time of purchase, by purchasing your policy, you consent to receive all notices and documents from us electronically. They will be sent to the email address provided at the time of purchase. You may opt to receive notices and documents from us by mail at any time. If you wish to change or update your notice/documents preferences, email us at customerservice@allianzassistance.com. Please include your name, policy number, and a note that says "Only contact me by mail" (or something similar). You can also let us know by phone at 800-284-8300 or by mail to:

Allianz Global Assistance
ATTN: Customer Service – Only contact me by mail
9950 Mayland Drive
Richmond, VA 23233

If you don't provide an email address at purchase, you'll receive notices and documents by mail. You may request paper copies of any electronic information we send, or update your electronic contact information at any time by emailing or mailing us at the above address, or by calling us. Documents sent to you from us will be in either PDF or HTML format. If you can't receive or read the documents we send you, please contact us so we can assist you.

**Effective Date**. This Notice was last revised on, and is effective as of, June 8, 2017.

© 2017 AWP USA Inc. All rights reserved.                                                         JICPRIVNOT (Ed. 6-17)

CAPPILLO-DELTA000000027

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

       Plaintiffs,                     CLASS ACTION

vs.

DELTA AIR LINES, INC.

       Defendant.

_____/

### DECLARATION OF MICHAEL CONFER

I, Michael Confer, declare as follows:

    1.     I am the Manager of Regulatory Reporting for AGA Service Company aka Allianz Global Assistance ("AGA") and have held this position since 2006. In my position, my responsibilities include oversight of reporting the accurate collection and payment of funds administered by AGA under AGA's fiduciary and contractual obligations to the insurers for whom AGA is a third party administrator and licensed producer, including Jefferson Insurance Company.

    2.     In the case of a purchase through an AGA offer box by a Delta customer, the cost of the travel plan is quoted by AGA to the customer and collected from the customer by AGA. The funds are not collected by or deposited with Delta; the funds are collected by AGA by charging the consumer's credit card and AGA is the Merchant of Record for the transaction.

Page 1 of 4

3.    REDACTED

4.    REDACTED

5.    REDACTED

6.    REDACTED

7.   REDACTED

8.   REDACTED

9.   REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on   April 19, 2019

Respectfully submitted this 19th day of April, 2019.

Page 3 of 4

Michael Confer
Manager of Regulatory Reporting
AGA Service Company aka Allianz Global Assistance

# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

        Plaintiffs,           CLASS ACTION

vs.

DELTA AIR LINES, INC.

        Defendant.

_____/

## DECLARATION OF MARK HENSON

I, Mark Henson, declare as follows:

    1.      I am Vice President – Regulatory Operations at AGA Service Company aka

Allianz Global Assistance ("AGA" or "Allianz"). I have held that position since September

2015. I have been employed with Allianz since 2007; my initial position was Director of Travel

Customer Service and in 2011 I was promoted to Vice President – Travel Services.

    2.      In my current role, I oversee and direct operations relating to AGA's insurance

licensing in every US jurisdiction with respect to AGA's sales of travel insurance products

underwritten by Jefferson Insurance Company and BCS Insurance Company.

    3.      REDACTED

4.      Specifically, REDACTED

5.      AGA is authorized to transact insurance sales for the travel insurance products in each of the 50 states and the District of Columbia, where such licenses are required.  The licensing requirements vary from state to state, and not all states require a license to sell travel insurance.

6.      Attached hereto as Exhibit A is a copy of AGA's license issued by Florida's Department of Financial Services.

7.      Additionally, in over 45 states, the states or their insurance regulators have adopted statutory frameworks to allow travel retailers to act under the direction of a licensed entity like AGA to offer and disseminate travel insurance, as opposed to simply marketing travel insurance in which case no license or registration is required.

8.      The manner in which travel insurance is sold in each state is governed by that state's regulatory framework.  This is true as to both licensing and travel retailer registration, including how the travel registration provisions have been implemented in each state. Over the course of the time period of 2014-2019 state laws and regulatory framework have changed in numerous states.

9.      The overwhelming majority of states do not require that the licensed entity submit the list of registered travel retailers with their insurance department.  Rather, the registry is maintained by AGA and available upon request from AGA.

Page **2** of **3**

10.     Despite Delta not participating in activities contemplated under the state travel insurance licensing and registration laws, AGA REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2019.

Respectfully submitted this __th day of April, 2019.

Mark Henson
Vice-President – Regulatory Operations, AGA Service
Company aka Allianz Global Assistance

Page **3** of **3**

Exhibit A

# FLORIDA DEPARTMENT of FINANCIAL SERVICES

## AGA SERVICE COMPANY DBA ALLIANZ GLOBAL ASSISTANCE

9950 MAYLAND DRIVE
RICHMOND VA 23233

## Agency License Number L046975

Location Number: 168836

Issued On 04/05/2010

Pursuant To Section 626.0428, Florida Statutes, This Agency Location Shall Be In The Active
Full-Time Charge Of A Licensed And Appointed Agent Holding The Required Agent Licenses To
Transact The Lines Of Insurance Being Handled At This Location.

Pursuant To Subsection 626.172(4), Florida Statutes, Each Agency Location Must Display The License
Prominently In A Manner That Makes It Clearly Visible To Any Customer Or Potential Customer Who
Enters The Agency Location.

Jimmy Patronis
Chief Financial Officer
State of Florida

# EXHIBIT 10

Walter Cappillo                                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 1

1                UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF FLORIDA

2                WEST PALM BEACH DIVISION

3                    CASE NO.: 9:18-cv-81258-DMM

4

5    JUDITH MARILYN DONOFF,

     on behalf of herself and all others

6    similarly situated,

7

                 Plaintiff,

8    vs.

9    DELTA AIR LINES, INC.,

10               Defendant.

     _____/

11

12

13               RIBBONS GELLER RUDMAN & DOWD, LLP

                 120 East Palmetto Park Road, Suite 500

14               Boca Raton, FL 33432

                 Wednesday, March 27, 2019

15               10:07 a.m. - 4:13 p.m.

16

17

18               DEPOSITION OF WALTER CAPPILLO

19

20

21   Taken before MARIA E. REEDER, RPR, FPR

22   and Notary Public for the State of Florida at

23   Large, pursuant to Notice of Taking Deposition

24   filed in the above cause.

25

Walter Cappillo
March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 30

```
 1    right?
 2         A    Yes.
 3         Q    Have you flown with American Airlines
 4    before?
 5         A    No.
 6         Q    What about JetBlue?
 7         A    Yes.
 8         Q    What about United?
 9         A    No.
10         Q    Are there any other airlines that you can
11    recall you've flown in the last five years?
12         A    Southwest.
13         Q    You don't fly any one of these airlines more
14    frequently than the others?
15         A    I can't recall.
16         Q    About how frequently do you fly Delta?
17         A    I only flew Delta once.
18         Q    So you've only ever flown Delta one time?
19         A    Yes, on a round trip, so twice, technically,
20    I guess.
21         Q    Are you a Delta SkyMiles member?
22         A    Yes.
23         Q    When did you become a Delta SkyMiles member?
24         A    Before I booked the trip.
25         Q    So was it in connection with that one trip
```

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 36

1        A     Yes.

2        Q     What about before that?  Had you ever

3    purchased travel insurance before you purchased it for

4    the Delta flight to New York?

5        A     No.

6        Q     Have you since purchased travel insurance

7    since you purchased it for the Delta flight to

8    New York?

9        A     No.

10              I'm sorry.  I just want to say one more

11   thing.  I took a trip to Chicago in February.

12       Q     February of this year?

13       A     Yes.

14       Q     What airline did you fly?

15       A     Southwest.  I forgot about that, I'm sorry.

16       Q     No, that's good.

17              What was the purpose of that trip?

18       A     Fun.

19       Q     Did you buy travel insurance?

20       A     No.

21       Q     And I think I asked this, but just to

22   confirm, the travel insurance policy that you bought

23   for the Delta flight to New York is the only time

24   you've ever purchased travel insurance?

25       A     Yes.

Walter Cappillo                           March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 46

1        Q       And the second insurance policy covered the

2     travel date of October 16, which would have been your

3     flight on Delta from New York back to Fort Lauderdale;

4     is that right?

5        A       Yes.

6        Q       And you say that this was the first time you

7     ever purchased travel insurance; is that right?

8        A       Yes.

9        Q       Why did you decide to purchase travel

10    insurance for this New York flight?

11       A       As I said before, a member of what I

12    consider my family passed away.  And without getting

13    into too many dynamics, I was representing my family

14    at the memorial service, and I was entrusted to take

15    certain possessions of the member that passed away

16    over to his family in New York.

17       Q       So on your flight from Fort Lauderdale to

18    New York, you were going to have possessions of the

19    deceased that you were going to the memorial service?

20       A       Yes.

21       Q       What were those possessions that were you

22    carrying to New York?

23       A       Photo albums, things that are priceless in

24    nature because of their sentimental value.

25       Q       So was the insurance policy purchased

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 47

1    because you wanted to protect those possessions?

2         A    Yes.

3         Q    Did you pack those possessions in a checked

4    bag?

5         A    Yes.

6         Q    Is there any other reason that you purchased

7    the travel insurance, other than to insure those

8    possessions?

9         A    I'm not understanding your question.

10        Q    Any other reason.  So one reason you wanted

11   the travel insurance, from what I am understanding, is

12   because you were carrying valuable possessions?

13        A    Yes.

14        Q    Is there any other reason?

15        A    No.

16        Q    You mentioned photo albums.

17        A    Yes.

18        Q    Was there anything else you were carrying?

19        A    Letters, books, and other personal

20   belongings.

21        Q    Were those all packed in your -- the bag

22   that you checked, that bag?

23        A    Yes.

24        Q    You say you were representing your family in

25   going up to the memorial service.

Walter Cappillo                                                                  March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

1        Q    Yes.

2        A    I can't recall with clear detail.

3        Q    You can't recall with detail the process

4    that you went through to purchase the policies?

5        A    Right.

6        Q    Other than that it was on Delta's website?

7        A    Yes.

8        Q    Do you know whether you purchased both

9    policies at once?

10       A    I don't know -- or I don't remember.

11       Q    Do you remember if you purchased the

12   policies before you made the purchase of the flight?

13       A    No, I don't remember.

14       Q    You don't remember -- do you remember if you

15   put your credit card information in separately to

16   purchase the policies?

17       A    I don't remember.

18       Q    Do you remember if you got taken to another

19   website when you were buying the policies?

20       A    I can't recall.

21       Q    Do you remember if when you started to buy

22   the flight, did you know at that moment that you were

23   going to buy insurance?

24       A    What do you mean by that?

25       Q    So when you sat down at your computer to buy

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 53

1     these flights --

2          A    Okay.

3          Q    -- at that time did you know, "When I buy

4     these flights, I'm also going to buy travel

5     insurance"?

6          A    Yes.

7          Q    You had that thought before you really

8     entered the website?

9          A    Yes.

10         Q    Did you already know then that you could do

11    that?  You could buy insurance as you were buying a

12    flight?

13         A    I knew it was an option from past travels.

14         Q    But this was the first time you've been --

15    you purchased travel on Delta's website, right?

16         A    Yes.

17         Q    So did you know that from purchasing travel

18    on other airlines' websites?

19         A    Yes.

20         Q    But when you purchased travel on other

21    websites, you decided not to buy insurance?

22         A    Correct.

23         Q    Is that because for those trips you didn't

24    have any concern about wanting to protect the value of

25    your trip?

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                        Page 54

1        A    Correct.

2        Q    So this was the first time that you thought,

3   "I need to buy the insurance this time"?

4        A    Yes, ma'am.

5        Q    Do you recall everything whether Delta or

6   any other airline, when you've seen that you could

7   purchase travel insurance on the website, do you ever

8   recall thinking about whether or not the airline is

9   compensated for allowing the insurer to sell insurance

10  through its website?

11       A    Could you rephrase that?

12       Q    Sure.  Let me try to make it simple.

13            At the time you're on a -- Delta's

14  website.  We will use Delta at this time as an

15  example.

16       A    Okay.

17       Q    At the time you're on Delta's website and

18  decided you're going to purchase travel insurance, in

19  that moment did you think about whether or not that

20  insurance provider was paying Delta to allow them to

21  sell insurance policies on Delta's website?

22       A    I don't know.

23       Q    You don't know if you thought about it?

24       A    It wouldn't be the first thing that runs

25  through my mind when I'm booking a trip.

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 55

1     Q    So would it matter to you when you're
2  thinking about "I want to buy this insurance policy,"
3  as to whether or not Delta got paid for allowing them
4  to offer the insurance policy to you?
5          MR. GOLD:  Object to the form.
6     A    Could you rephrase that, please?
7          MR. GOLD:  Why don't you have her read that
8      one back.
9          MS. BARRETT:  Yeah, can you read it back?
10         (The requested portion was read back.)
11         THE WITNESS:  Can you repeat that one more
12     time?
13         MS. BARRETT:  I think he wants you to read
14     that again.
15         (The requested portion was read back.)
16         MR. GOLD:  Same objection.
17    A    I really don't understand the question.  I'm
18  so sorry.
19  BY MS. BARRETT:
20    Q    I can do my best to rephrase it.
21    A    Please.
22    Q    I think what you had just said was, it
23  wasn't really what crossed your mind.  It wasn't the
24  first thing you thought about --
25    A    Right.

Walter Cappillo                                          March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 56

1        Q      -- whether or not Delta was paid by the

2    insurance company; is that fair?

3        A      Correct.

4        Q      So if it's not something you thought about,

5    my next question is:  Is it something that mattered to

6    you when you were buying the insurance policy?

7               MR. GOLD:  Objection.

8        A      I just want to make sure I understand.  Are

9    you saying that if you think that it didn't matter to

10   me, whether or not Delta was -- and then what was it?

11   BY MS. BARRETT:

12       Q      I think it's simpler than that.  I'm just

13   asking whether, when you made the purchase of the

14   travel insurance policy, it mattered to you whether or

15   not Delta was paid by that insurance company?

16              MR. GOLD:  Same objection.

17   BY MS. BARRETT:

18       Q      Was it important to your decision to

19   purchase the policy?

20       A      I didn't know they were getting paid by an

21   insurance company.

22       Q      So it sounds like no, it's not something you

23   thought about?

24              MR. GOLD:  Objection.  Sorry.

25              The objection is asked and answered, but

Walter Cappillo                                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                             Page 57

1        go ahead.

2        A    I'm sorry.  I would just say, when in doubt,

3   can you?

4             MS. BARRETT:  I'm just going to have you

5        read it back.

6             (The requested portion was read back.)

7   BY MS. BARRETT:

8        Q    That's good, yeah.

9             Was whether or not Delta was getting paid

10  for allowing this company to sell insurance, was

11  that important to your decision to buy the insurance

12  policy?

13            MR. GOLD:  Objection to form.

14       A    No.

15  BY MS. BARRETT:

16       Q    So I want to look back at these insurance

17  policies that I had handed to you.

18       A    Thank you.

19       Q    And we can look at the first one, the one

20  that we marked as Exhibit 81.  And I want to turn to

21  just the very first page of the e-mail that you got on

22  October 5.

23       A    You said 81, correct?

24       Q    Exhibit 81, yes.

25       A    Okay.

Walter Cappillo                                          March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 62

1    though?

2        A    I'm saying if the company's policies haven't

3    changed, then, yes.

4        Q    Did you ever consider canceling either of

5    your policies?

6        A    No.

7        Q    Is that because you considered the travel

8    insurance important for this trip?

9        A    Yes.

10       Q    All right.  I've got another document here.

11            You can put the policies aside for now.

12            (Exhibit 83 marked for identification.)

13   BY MS. BARRETT:

14       Q    This is Exhibit 83.

15       A    Okay.

16            MR. GOLD:  Thank you.

17   BY MS. BARRETT:

18       Q    Do you recognize this document?

19       A    Yes.

20       Q    Do you agree this is a credit card statement

21   for a Capital One credit card?

22       A    Yes.

23       Q    Is this your credit card?

24       A    Yes, ma'am.

25       Q    If you look at the back page where it has

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 72

1   photo albums that were, as you say, priceless?

2       A    Right.

3       Q    Did you make a claim on the travel insurance

4   policy that you purchased for your Delta flights in

5   October of 2017?

6       A    No.

7       Q    Had you made a claim, do you think it would

8   have been covered by the policy?

9       A    I would hope so.

10      Q    No reason to think it wouldn't have been?

11      A    No.

12      Q    Did you use any of the concierge services

13  that come -- that were provided to you with your

14  travel insurance policy?

15      A    No.

16      Q    Before you purchased your travel insurance

17  policy in October of 2017, had anyone else that you

18  know purchased travel insurance and discussed that

19  with you?

20      A    No.

21      Q    Do you know whether anyone in your family

22  had ever purchased travel insurance before for a

23  flight?

24      A    No.

25      Q    Have you ever been on a trip where someone

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 77

```
 1    bad question.  Let me rephrase.
 2             It was over a year -- so you purchased
 3    your insurance policy in October of 2017.
 4        A    Yes.
 5        Q    It was over a year before you thought you
 6    might have claims against Delta?
 7        A    Correct.
 8        Q    Was it your idea that you might have a claim
 9    against Delta that was related to your purchasing the
10    insurance policy?
11        A    What do you mean by "my idea"?
12        Q    Did you think of it?  Did you think, "I
13    might have a claim related to this insurance policy,"
14    or was it someone else who gave you that idea?
15        A    Oh.  I understand.
16             I was approached.
17        Q    You were approached?
18        A    Uh-huh.
19        Q    You were approached.
20             Who were you approached by?
21        A    Dan Bushell.
22        Q    Who is Dan Bushell?
23        A    He is a friend but also a suite mate where I
24    work.
25        Q    What does Dan Bushell do?
```

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.

March 27, 2019

Page 78

```
 1        A    He's an attorney.

 2        Q    At the Rosen Law Firm?

 3        A    No, ma'am.

 4        Q    So a lawyer at a different law firm in the

 5   same suite of offices?

 6        A    Correct.

 7        Q    When did Dan Bushell approach you?

 8        A    Mid to late December 2018.

 9        Q    And what did Dan say when he approached you?

10             MR. GOLD:  Objection.  Calls for

11        attorney-client privileged communications, and I

12        will instruct the witness not to answer.

13   BY MS. BARRETT:

14        Q    Is Dan Bushell -- are you going to follow --

15             MS. BARRETT:  Wait.  Well, is Dan Bushell

16        his lawyer in this case?

17             MR. GOLD:  Not in this case, but that's not

18        the standard.

19             MS. BARRETT:  If Dan Bushell is not his

20        lawyer in this case and didn't give him legal

21        advice about this case, then how is that

22        privileged?

23             MR. GOLD:  Well, I didn't say that.  He did

24        give him legal advice.  He's not representing him

25        in this case.  But, again, it's not my deposition
```

Walter Cappillo                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 79

1        so I stated my objection.

2    BY MS. BARRETT:

3        Q    Are you going to follow your attorney's

4    advice and not answer what Dan Bushell said to you in

5    that conversation?

6        A    Yes, I am.

7        Q    Do you understand in that conversation with

8    Dan Bushell was acting as your lawyer?

9        A    Yes.

10       Q    Were you seeking legal advise from

11   Dan Bushell in that conversation?

12            MR. GOLD:  Objection.  To the extent it

13       calls for -- I will just object to form.

14       A    Repeat your question, please.

15            MS. BARRETT:  Can you read back my question.

16            (Requested portion was read back.)

17       A    Yes, ma'am.

18   BY MS. BARRETT:

19       Q    Well, you said that Dan Bushell approached

20   you.

21            So did he initiate the conversation or did

22   you?

23       A    By "approach," my understanding is that he

24   came to my personal space.

25       Q    So who started this conversation -- so is

Walter Cappillo                                                                   March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 80



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 81

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



REDACTED

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 82



Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.

March 27, 2019

Page 83



Walter Cappillo                                          March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 84

1      A     I am going to follow my attorney's advice.

2            MS. BARRETT:  Yeah.  Can we take a quick

3      break?

4            MR. GOLD:  Sure.

5            THE VIDEOGRAPHER:  The time is 1:12.  Off

6      the record.

7            (Recess was taken.)

8            THE VIDEOGRAPHER:  The time is 1:17.  This

9      begins Media Unit Number 3.  On the record.

10  BY MS. BARRETT:

11     Q     Before we took a short break --

12     A     Yes.

13     Q     -- we were talking about how you came up

14  with the idea that you might have a claim against

15  Delta related to your travel insurance.

16     A     Correct.

17     Q     And I asked:  Was it your idea or someone

18  else's?  And I think your answer was that you were

19  approached by someone.

20     A     Uh-hum.

21     Q     Is that fair?

22     A     Yes.

23     Q     And that was Dan Bushell?

24     A     Uh-hum.

25            MR. GOLD:  I would just object to form to

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 85



Walter Cappillo
March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 86



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 87



Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 88



Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.

March 27, 2019

Page 89



Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.
March 27, 2019

Page 90



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Walter Cappillo                                            March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                          Page 91

 1            You know, was it when you -- not until you
 2    learned about the lawsuit that you thought "I might
 3    have a claim against Delta"?
 4         A    Right.  Correct.
 5         Q    When did you engage your lawyers to become a
 6    plaintiff in the case that they filed against Delta?
 7         A    I don't have exact dates.
 8         Q    Ballpark it?
 9         A    Ballpark it.
10              Late December 2018, early January 2019.
11         Q    Okay.  And we'll look at a document or two.
12              I'm handing you Exhibit 84.
13         A    Thank you.
14              (Exhibit 84 marked for identification.)
15    BY MS. BARRETT:
16         Q    Do you recognize that document?
17         A    Yes, ma'am.
18         Q    Is this your engagement lawyer -- letter
19    with your lawyers in this case?
20         A    Yes, ma'am.
21         Q    And you see in the top paragraph it says,
22    you've confirmed you retained Robbins Geller; Leon
23    Cosgrove; and the Wites Law Firm to pursue litigation
24    against Delta; is that right?
25         A    Yes, ma'am.

Walter Cappillo                                March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                   Page 103

 1      Q    So I'll talk a little bit more specifically
 2   about the lawsuit itself.
 3           What is it that you're alleging that Delta
 4   did wrong in connection with your purchase of travel
 5   insurance?
 6      A    Just to clarify, you're saying what I think
 7   Delta did wrong, correct?
 8      Q    (Nodding.)
 9      A    That they did not properly disclose
10   information when it comes to their travel insurance
11   and that they also obtained commissions as a result of
12   that.
13      Q    Okay.  I am going to want to talk about each
14   of those, but first I want to make sure we just get
15   all -- everything that you think they did wrong, and
16   then we can talk about each one.
17           So didn't properly disclose information.
18      A    Uh-huh.
19      Q    Improperly obtained commissions.
20           Is there anything else that you're
21   alleging that Delta did wrong?
22      A    I can't recall the exact language but I do
23   believe there is one more thing, I just -- I can't.
24      Q    One more thing you can't think of?
25      A    Yeah.

Walter Cappillo
Donoff, Judith v. Delta Air Lines, Inc.

March 27, 2019

Page 105

1       A    Could you rephrase that, please?

2   BY MS. BARRETT:

3       Q    I don't know if I can rephrase it to be more

4   clear.  I'll try to say it again.

5            You've said that what you think Delta did

6   wrong is it didn't disclose its relationship with

7   Allianz to the consumer?

8       A    Correct.

9       Q    When did you start thinking that that's

10  something that Delta did wrong?

11           MR. GOLD:  Same objection.

12      A    When Delta was getting commissions from

13  Allianz.

14  BY MS. BARRETT:

15      Q    So when did you -- when did you begin

16  thinking that Delta was getting commissions from

17  Allianz?

18      A    I can't recall as to when specifically.

19      Q    Can you give me a ballpark?

20      A    I don't have any specific dates, but it was

21  amongst the conversations with the attorneys.

22      Q    So would it have been December of 2018?

23      A    I don't know.  I can't recall.

24      Q    Was it your attorneys in this case?

25      A    Yes.

Walter Cappillo                                              March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                          Page 107

1    so that the court reporter can take it down.

2              So was that a "yes"?  That you believe

3    that they weren't disclosing the fact they got

4    commissions to consumers?

5         A    Correct.

6         Q    Is there any other person or entity that you

7    believe Delta should have been disclosing its

8    relationship with Allianz to?

9         A    Well, from the fact that they were getting

10   commissions from said travel insurance, and with my

11   former experiences as an insurance agent, they need to

12   disclose it to whatever state authorization that

13   they're getting paid from insurance.

14        Q    So they would also need to disclose this to

15   state agencies?

16        A    Or authorities.

17        Q    So you've said now -- the second thing that

18   you believe that Delta was doing wrong was that it was

19   improperly obtaining commissions.  It sounds like

20   that's also what you think Delta needed to disclose.

21             Why do you believe that Delta is obtaining

22   commissions from Allianz?

23             MR. GOLD:  I'll object.  Just to the extent

24        it's information you learned solely from your

25        attorneys, and in that case, it's privileged.  I

Walter Cappillo                                       March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 108

1        will instruct you not to answer.

2             But if you have some independent

3        knowledge, outside of what you've learned from

4        us, you're free to answer.

5        A    I am going to follow the advice of my

6    attorneys.  He said not to answer.

7    BY MS. BARRETT:

8        Q    So I'm going to confirm.  Outside anything

9    you learned from your lawyers, is there any reason you

10   believe that Delta is receiving commissions from

11   Allianz?

12       A    Other than what I've learned from my

13   attorneys, no, I haven't done any independent

14   research.

15       Q    So you haven't done any independent research

16   into whether or not Delta was receiving commissions

17   from Allianz?

18       A    Other than what I received from my

19   attorneys, no.

20       Q    At the time you purchased your travel

21   insurance policy through Delta's website, did you

22   think that Delta wasn't getting paid at all by

23   Allianz?

24       A    Repeat that, please.

25       Q    At the time you bought the insurance policy,

Walter Cappillo                                March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                  Page 110

 1              Do you also think it's wrong for Delta to

 2      get paid by Allianz if it's not a commission?

 3              MR. GOLD:  Object to form.

 4       A    If I'm understanding correctly, you're

 5      saying that if Allianz was paying Delta in the form of

 6      marketing?

 7      BY MS. BARRETT:

 8       Q    Right.

 9              MR. GOLD:  Same objection.

10       A    If it was properly disclosed, no.

11      BY MS. BARRETT:

12       Q    What do you mean by "properly disclosed"?

13       A    Letting the consumer know, insofar a

14      disclaimer.

15       Q    So is it your position that if Delta is

16      receiving any money from Allianz at all, they needed

17      to have some sort of disclaimer to the consumer?

18       A    Correct.

19       Q    Why do you think Delta is required to do

20      that?

21       A    Because conspiracy matters.

22              MR. FERNANDEZ:  I'm sorry, could you read

23         that back.

24              (The requested portion was read back.)

25              MR. FERNANDEZ:  Thank you.

Walter Cappillo                                          March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 116

1    to disclose the fact that they got paid?

2        A    Yes.

3        Q    Even though you assume that they do get

4    paid?

5        A    Yes.

6            MR. GOLD:  Objection to form.

7    BY MS. BARRETT:

8        Q    So when you saw that an Allianz insurance

9    product was being offered on Delta's web page, did you

10   assume that they were paying Delta to advertise there?

11           MR. GOLD:  Objection.  Asked and answered.

12       A    I previously responded to this question and

13   I don't think I can give a better answer than that.

14   BY MS. BARRETT:

15       Q    You'll have to remind me of your answer.

16           MR. GOLD:  Same objection.

17       A    I do not recall how long ago you asked that

18   question for me to provide that answer.

19   BY MS. BARRETT:

20       Q    Well, can you answer it for me again?  When

21   you see that Allianz was advertising insurance on

22   Delta's website, did you assume that Allianz was

23   paying Delta to make that advertisement?

24           MR. GOLD:  Same objection.

25       A    I've already answered this question, so I

Page 117

1   can only refer back to what I answered.

2   BY MS. BARRETT:

3       Q    You're going to have to answer the question

4   as I've asked it right now.

5       A    Okay.

6            Can you repeat that question?

7            MS. BARRETT:  Can you repeat it back to him.

8            (Requested portion was read back.)

9            THE WITNESS:  I'm sorry.  One more time for

10      me.  I'm sorry.

11           (Requested portion was read back.)

12      A    The advertisement, yes.

13  BY MS. BARRETT:

14      Q    Are you claiming that there's anything wrong

15  about the fact that Delta was getting paid by Allianz,

16  or is it just the fact that they didn't disclose it to

17  you, as the consumer?

18           MR. GOLD:  Objection to form.

19      A    Just to be clear, I don't see anything wrong

20  with the advertising.  The disclosure and the

21  commissions, that's what I have a problem with.

22  BY MS. BARRETT:

23      Q    So it's just the fact that they didn't

24  disclose that they were getting paid, not just the

25  fact of the payment.

                                                            Page 118

  1            You don't have any problem with paying for

  2    advertising?

  3            MR. GOLD:  Objection to form.

  4       A    If it's disclosed, no.

  5    BY MS. BARRETT:

  6       Q    If it's disclosed.

  7            So are you claiming that when you logged

  8    on to Delta.com and purchased a travel insurance

  9    policy, that you were deceived by something on

 10    Delta's website?

 11       A    What's your definition of "deceived"?

 12       Q    Deceived as in you got -- you think someone

 13    gave you a false impression.  That the website gave

 14    you a false impression.

 15            Is that --

 16       A    Yes.

 17       Q    You think that something you saw on Delta's

 18    website gave you a false impression, deceived you?

 19       A    Yes.

 20       Q    What was that?

 21       A    The fact that it was improperly disclosed.

 22    That, number one, Allianz is advertising for the

 23    travel insurance.  Also that Allianz was giving Delta

 24    commissions on that.

 25       Q    So you think the website was deceptive

Walter Cappillo                                      March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                    Page 132

 1   BY MS. BARRETT:

 2        Q    You selected your city; you selected your

 3   dates?

 4        A    Right.

 5        Q    What about the insurance offer from Allianz

 6   on the website?  Do you remember anything about what

 7   was said about the insurance?

 8        A    I can't.  I can't recall.  No.

 9        Q    If you can't recall anything about what was

10   said, how do you know that Delta didn't disclose that

11   it was getting paid by Allianz on the website?

12             MR. GOLD:  I'll just object to form.

13        A    Through conversations with my attorneys.

14   BY MS. BARRETT:

15        Q    So do you have any -- outside the

16   conversations with your attorneys -- independent

17   knowledge, as you sit here today, that when you booked

18   those flights Delta did not tell you that it was

19   getting paid by Allianz?

20        A    I can't recall at this time.

21        Q    You just don't know whether it was disclosed

22   or not?

23             MR. GOLD:  Objection to form.

24        A    I can't recall, ma'am.

25

Walter Cappillo                               March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 134

1    BY MS. BARRETT:

2         Q    Uh-hum.

3         A    No.

4         Q    Do you recall seeing language to the effect

5    of AGA is the producer/administrator of this plan?

6         A    I don't recall that.

7         Q    Did you at some point later form an opinion

8    about what entity was offering the travel insurance?

9              MR. GOLD:  Objection to form.

10             (Requested portion was read back.)

11        A    I didn't think of it.  No.

12   BY MS. BARRETT:

13        Q    Are you claiming that any of the specific

14   statements -- and I'm talking about the insurance

15   offer, any statements in that offer are false?

16             MR. GOLD:  Object to form.

17        A    Within the policy?

18   BY MS. BARRETT:

19        Q    Thanks for the clarification.

20             No, I mean on the website.  When you're on

21   the website and there's been -- the place where you

22   can -- there's an offer of insurance that you can

23   choose to buy the insurance policy.

24        A    Okay.

25        Q    Do you think that anything on that part of

Walter Cappillo                                                    March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                              Page 135

 1    the insurance page -- on part of the website was

 2    false?

 3         A     That they were offering travel insurance,

 4    no.

 5         Q     So as the class representative, are you

 6    have -- are you seeking to have Delta make a

 7    disclosure on its website that it's getting paid by

 8    Allianz?

 9               (Requested portion was read back.)

10         A     Yes, and any other entity affiliated with

11    Delta's website.

12    BY MS. BARRETT:

13         Q     So that's -- out of this lawsuit, you want

14    Delta to say I'm getting paid by anyone who's

15    advertising anything on their website?

16         A     Correct.

17         Q     Are you claiming that Delta should not be

18    allowed to be paid by Allianz?

19         A     Should not?

20         Q     (Nodding.)

21         A     They can, if they disclose it.

22         Q     What entity did you pay for the travel

23    insurance policies you purchased through Delta's

24    website?

25               MR. GOLD:  Objection to form.

Walter Cappillo                                          March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

                                                    Page 144

1            That you suffered any monetary damages?

2       A    Yes.

3       Q    What?  How are you claiming to be monetarily

4   damaged by Delta?

5       A    Well, based on information that I had

6   received from my attorneys, I believe that the amount

7   that was paid was not accurate for what the service

8   was provided for.

9            Therefore, I needn't pay more than I

10  should have, it affected my monetarily because that

11  was funds that could have gone to other usage.

12      Q    Okay.  So you were saying that the amount

13  you paid was not accurate for the service, meaning,

14  you paid more than you should have for the insurance

15  policy?

16      A    Correct.

17      Q    What is -- what is your basis for saying

18  that you paid more than you should have for the

19  policy?

20      A    Documents I've seen through my attorneys.

21      Q    So outside of anything you learned from your

22  attorneys --

23      A    Uh-huh.

24      Q    -- do you have any factual basis for saying

25  that you paid more than you should have?

Walter Cappillo                                         March 27, 2019
Donoff, Judith v. Delta Air Lines, Inc.

Page 145

1        A    Outside of my attorneys?  No.

2        Q    So did you do any independent work to

3    determine whether you could have purchased the same

4    insurance policy for less?

5        A    No, because I don't buy travel insurance.

6        Q    So you didn't -- you have never -- let me

7    ask -- let me strike that and ask a better question.

8             At the time you purchased the travel

9    insurance, did you shop around to see if you could

10   have purchased travel insurance for less?

11       A    No.

12       Q    Since that time, have you shopped around to

13   see whether you could have purchased travel insurance

14   for less?

15       A    No.

16       Q    At the time you purchased the insurance

17   policy, did you think it was a fair price?

18       A    I don't know.

19       Q    If you thought it wasn't a fair price, you

20   probably wouldn't have purchased it, right?

21            MR. GOLD:  Objection to form.

22       A    Well, given the circumstances of my trip, I

23   would have done everything and everything possible to

24   make sure that those possessions would have remained

25   protected.

# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

        Plaintiffs,                            CLASS ACTION

vs.

DELTA AIR LINES, INC.

        Defendant.

_____/

**DECLARATION OF DANIEL ROTH**

I, Daniel Roth, declare as follows:

      1.      From June 2008 through September 2018, I served as chief actuary of AGA Service Company aka Allianz Global Assistance ("AGA" or "Allianz"). I am currently Head of Agency at Allianz.

      2.      In my role as chief actuary, I oversaw the rate filing referenced in Plaintiff's Motion for Class Certification as Exhibit K.

      3.      Each of the 50 states and the District of Columbia has its own specific set of requirements for rate filings. Allianz ensures that accurate and compliant rate filings are filed on behalf of Jefferson Insurance Company with all states in which Allianz offers travel insurance products underwritten by Jefferson.

4.      With respect to Exhibit K, I am informed that Plaintiffs have argued that rate filings like Exhibit K "all failed to disclose the commission payments to Delta, and they also misstated to regulators how consumers are charged for the trip insurance policies in order to hide the commission kickbacks." This statement is flawed and inaccurate. A rate filing such as referenced in Exhibit K does not, and is not required or intended to, contain information regarding what is paid to any one particular marketing partner regardless of the categorization of the payment as commission or marketing fees. In this context, a purpose of a rate filing is to inform the state regulator of the estimated distribution costs for the insurance in the aggregate. This is precisely what was done with the rate filing referenced in Exhibit K. Nothing was misstated or hidden from the regulators, and certainly there was no effort to "hide" payments to any of Allianz's marketing partners, including Delta.

5.      Additionally, Allianz ensures that how consumers are charged for the trip insurance coverages are in accordance with the rate filings in their states.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2019.

Respectfully submitted this 18th day of April, 2019.

_____

Daniel Roth
Head of Agency
AGA Service Company aka Allianz Global Assistance

Page **2** of **2**

# EXHIBIT 12

**simonson associates, inc.**

Brand Building and Protection Research and Consulting

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:18-cv-81258-MIDDLEBROOKS

_____

| | |
|---|---|
| JUDITH MARILYN DONOFF | ) |
| on behalf of herself and all others | ) |
| similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DELTA AIR LINES, INC., | ) |
| | ) |
| Defendant. | ) |

_____)

**CLASS ACTION**

**EXPERT DECLARATION OF ALEXANDER SIMONSON, PH.D.**

1.      I was retained as an independent expert in this matter by the law firm of King & Spalding LLP to review and evaluate a declaration of Brian M. Sowers dated March 14, 2019 ("Sowers Declaration").  The Sowers Declaration sets forth a summary of two surveys that he designed and conducted, one entitled a "Deceptive Advertising Survey" and one entitled a "Materiality Survey."

2.      In preparation of this report, I have reviewed the following:

- The Sowers Declaration and exhibits identified therein;

- The data files associated with the two surveys discussed in the Sower's Declaration;

simonson associates, inc.
_____

Brand Building and Protection Research and Consulting

- The Second Amended Complaint in *Donoff v. Delta Air Lines, Inc.*, Case No. 9:18-cv-81258-MIDDLEBROOKS (S.D. Fla.); and

- Reference sources as cited herein.


**Background of Author**

3.      I hold a Ph.D. in marketing, *with distinction*, from Columbia Business School, 1994; a J.D. from New York University School of Law, 1987; and an A.B., *magna cum laude*, in Political Science, Columbia College, Columbia University, 1984.  The Ph.D. degree in marketing is the terminal (highest) degree one can obtain in marketing research methodology.  It is heavily based on both social science methods and on statistics.


4.      Since 1994, I have specialized in, designed, and conducted consumer surveys and research.  In 2000, I founded Simonson Associates, Inc., a marketing research firm and consultancy specializing in trademark, trade-dress, and advertising studies for use in the context of legal disputes and brand protection.  From 1997-2000, I was co-head of a division of Guideline Research Corp. (a large marketing research firm) in charge of surveys for trademark matters and deceptive advertising matters.  I have personally designed many hundreds of surveys over nearly 25 years.  I have been retained as a survey expert by leading law firms for *Fortune* 100 clients and by the Federal Trade Commission.  I have been admitted as an expert in both marketing research and branding in numerous federal courts.


5.      For over ten years, I served as a full-time professor of marketing with positions at Georgetown University McDonough School of Business and Seton Hall Stillman School of Business.  In that capacity, I developed and taught both marketing research and branding courses to thousands of students, including

simonson associates, inc.
_____

Brand Building and Protection Research and Consulting

undergraduates, MBA students, and executive MBA students.  I also have served as a member of the

Editorial Boards of *The Trademark Reporter* (a leading intellectual property law review) and the *Journal of*

*Public Policy and Marketing* (a leading peer-reviewed academic journal published by the American

Marketing Association).


6.      My work has been cited by *Harvard Business Review, Business Week, Ad Age, BBC Television, Fox*

*News, The Guru Guide to Marketing, The Washington Post, Forbes, NPR Morning Edition, Women's Wear*

*Daily*, *Bloomberg.com*, and various marketing text books, among others.


7.      I have published articles on surveys as well as other related topics in peer-reviewed leading

academic, strategic, and intellectual property journals.  My published articles include: Alexander

Simonson, *'Unfair' Advertising and the FTC: Structural Evolution of the Law and Implications for*

*Marketing and Public Policy*, 14 J. of Pub. Pol'y and Marketing 321, (1995); Alexander Simonson, Jacob

Jacoby & Amy H. Handlin, *Survey Evidence in Deceptive Advertising Cases Under the Lanham Act: An*

*Historical Review of Comments From the Bench*, 84 The Trademark Rep. 541, (1994) , reprinted in

Practising Law Institute Course (B4-7167), *False Advertising and the Law: Coping with Today's Challenges*,

(September 1996).  In the course of my duties both as a researcher and as a reviewer for peer-reviewed

journals, I have often been called upon to review the work of others to determine whether their work

comports with the generally accepted standards and practices in the field of marketing research,

including both survey design and experimental (*i.e.*, causal) designs such as various test and control

methodologies.

_____

simonson associates, inc.

Brand Building and Protection Research and Consulting

8.      I co-authored *Marketing Aesthetics*, a best-selling book on psychology and strategy in trade-dress and brand identity, which has been translated into 12 foreign languages.  I also authored an invited chapter in the PLI book *Advertising Law in the New Media Age*. See Alexander Simonson, *Survey Evidence in False Advertising Cases, in Advertising Law in the New Media Age*, 309-347 (PLI Corporate Law & Practice, Course Handbook 2000).  I have been an invited speaker to numerous conferences on the topic of survey research and related cognitive processes.

9.      A full C.V. is attached hereto as Exhibit 1 and contains a list of cases in the past four years in which I have provided testimony.

10.      I am being compensated at my customary rate of $900 per hour for my work on this matter.

**Main Conclusions**

11.      The surveys reported in the Sowers Declaration are deeply flawed.  Both the Materiality and Deceptiveness Surveys suffer from significant problems such as bias, leading materials, and faulty analysis as addressed further in this declaration.  Upon a detailed and thorough review of the Sower's Declaration and the data related thereto, it is my considered opinion that the conclusions in the Sower's Declaration are unreliable.

**Standards for Survey Evidence**

12.      My analysis of the Sowers Declaration and related materials was guided by standards typically used and cited in the field of survey research.  These standards are set forth in various sources, including the *Manual for Complex Litigation (Fourth)* (2004) [hereinafter *MCL 4th*]; Shari S. Diamond, J.D., Ph.D.,

simonson associates, inc.

Brand Building and Protection Research and Consulting

*Reference Guide on Survey Research, in Reference Manual on Scientific Evidence* (3d. ed., 2011); and the

guidelines for internet interviewing as set forth in *ESOMAR Guideline for Online Research* (2011).

13.     As generally set forth in the sources above, for a survey to be reliable in the context of litigation,

it must be conducted in accordance with the following standards:

A.   The *proper universe* should be identified and examined.

B.   A *representative sample* should be drawn from that universe and probative sampling

statistics provided.

C.   The study design should be *scientifically sound and unbiased with proper and probative*

*control mechanisms* to be able to arrive at valid and meaningful conclusions.

D.   The *questions should be clear, precise, and non-leading*, and the instrument for data

collection should be properly designed to be *free of design-induced biases*.

E.   The *interviewing should be conducted properly*.  The interviewers (if any) should be well

trained.  Interviewers and respondents should have no knowledge of any pending litigation

or the purposes for which the data would be used (*double-blind*).  The questionnaire should

be administered properly in accordance with the study directions.

F.   Once gathered, the data should be *accurately and fully analyzed and reported*.

*See, e.g.*, *MCL 4th*, 102-104.

simonson associates, inc.

Brand Building and Protection Research and Consulting

## THE MATERIALITY SURVEY

**Summary**

14.      Sowers' Materiality Survey is seriously flawed in both its execution and its analysis.  The major defects in the survey include: (1) the information provided to respondents from which to evaluate materiality was leading and biased; (2) questions to respondents were also leading; (3) the analysis of materiality grossly overestimated the effect of the tested information; and (4) the conclusions based on the statistics were in error.

**Leading and Biased Statement Regarding Fees**

15.     In violation of the standards outlined above, the information provided to respondents from which to evaluate materiality was leading and biased.  *See MCL 4th*, 102-104 (leading information is not to be provided to respondents).    Specifically, the Sowers Materiality Survey provided respondents with the following information:

        REDACTED

The Sowers Fee Statement is leading and biased because in addition to providing some correct information (*i.e.*, Delta receives compensation from the insurance company), it also provides misleading information from a biased view.

simonson associates, inc.

Brand Building and Protection Research and Consulting

16.      REDACTED

The Sowers Fee Statement does this by stating that Delta is not the insurer and is not providing insurance, and omitting what Delta does do.  This one-sided presentation results in consumer negativity because consumers tend to believe in fairness such that earnings for "nothing" are deemed negative and cause dissatisfaction.  *See, e.g.*, Alexander Simonson, *Examining Consumer Losses and Dissatisfaction Due to Broken Sales and Service Agreements*, 4 J. of Consumer Satisfaction, Dissatisfaction and Complaining Behavior 50, 50-61 (1991).   The predictable reaction of consumer negativity to this one-sided presentation would likely cause more respondents to state that they would not be as interested in purchasing the insurance merely due to the negative framing of the information rather than the information itself.  The reason that the information provided is biased is that Delta also provides a service that is not mentioned.  I have been advised by counsel that Delta provides Allianz Global Assistance with space on the Delta website and other platforms and access to Delta's customers to sell trip insurance.  Delta also provides its customers with convenient access to optional trip insurance at the time of the airline ticket purchase.   Thus, presentation only of the negative is biasing to respondents' perceptions and answers.  In addition, the Sowers Fee Statement is biased in that it may leave the impression that the price of the insurance is overly inflated due to the compensation to Delta. For example, some respondents indicated in their responses to the Sowers Fee Statement impressions such as: "I'd have been less likely to purchase knowing I would be overpaying what is actually necessary for insurance" (Resp ID 1148), and "I don't wanna pay more than I have to" (Resp. ID 523). To the extent that is incorrect (i.e., that the price of the trip insurance is not higher through delta.com as compared to other channels due to the compensation to Delta), this also makes the Sowers Fee Statement biased and misleading.

simonson associates, inc.

Brand Building and Protection Research and Consulting

17.     In sum, the key issue for materiality is whether being informed that Delta receives compensation from the insurance company would affect customers' decision to purchase the trip insurance.  Mr. Sowers acknowledges this in his Declaration.  However, the Sowers Fee Statement goes well beyond assessing the materiality of that compensation and likely leads respondents to have a negative view of the compensation, *i.e.*, that it is unearned and increases the price paid by the respondent as compared to other sources, before Sowers presented respondents with the survey questions.

**Leading Question**

18.     The key question used to assess materiality was an open-ended question (Q2b) asking about how the Sowers Fee Statement would impact respondents' decision to purchase travel insurance:

> *"How, if at all, would this information have impacted your decision about*
> *whether to purchase trip insurance through the Delta website for your next flight?*

*See* Sowers Declaration at D-69.  In order to ask such a directed open-ended question without being leading, the researcher should first ask what is known as a "full-filter" question.  A full-filter question "lays the groundwork for the substantive question by first asking the respondent if he or she has an opinion about the issue."  *See, e.g.*, Diamond, *supra*, at 390.  These full-filter questions avoid this potential bias.  *See id*.[1]  Here, Mr. Sowers should have asked a filter question to determine *whether* the information would have an *impact* on the respondent's decision to purchase travel insurance.  Mr. Sowers apparently believed a filter question was valuable because he asked the following question (Q2a):

---

[1] There is some evidence that full-filter questions might discourage some respondents from offering an opinion in order to avoid a follow-up question.  *See* Diamond, *supra*, at 390.  Mr. Sowers felt it appropriate and non-biasing in this context to use a full-filter question (and in that regard, I do not disagree), but he used the wrong filter because the filter must match the follow-up question.

simonson associates, inc.

Brand Building and Protection Research and Consulting

---

> *Please read the following statement about the trip insurance you were*
> *considering purchasing through the Delta website. Please indicate whether this*
> *information would or would not have been important for you to know when you were*
> *considering purchasing trip insurance.*
>
> REDACTED

*See* Sowers Declaration at D-69.  Mr. Sowers used the wrong filter question, however, because it does

not match the follow-up question.  A filter question is followed-up by an open-ended question that relies

upon the specific filter; thus, it logically and necessarily must relate in concept and wording to the prior

filter question in order not to be leading.  The filter question Mr. Sowers asked relates to the concept of

importance, while the follow-up question relates to impact.  But the concept of importance is different

from the concept of impact.  Specifically, someone may believe the information is important (for a variety

of reasons such as customer service, understanding one's options, believing that Delta having a stake will

cause better vetting, better customer service, or a variety of similar outcomes, etc.) without that

information having an impact on one's decisions.  Questioning respondents on *how the information will*

impact their decision—as Mr. Sowers did—without first filtering for *whether* the information would

impact respondents' decisions may put in the mind of the consumer that there ought to be a potential

impact.  Thus, the question was not properly filtered and was leading.  The "if at all" in the question

partially addresses the issue, but if there is a suggestion about impact that a respondent never had

thought about, the "if at all" cannot remove that suggestion.

---

simonson associates, inc.

Brand Building and Protection Research and Consulting

**Flawed Analysis**

19.     In addition to the flaws in his survey methodology, Mr. Sowers' analysis of materiality grossly

overestimated the effect of the Sowers Fee Statement by including respondents in his analysis who

stated that they were unlikely to purchase the travel insurance in the first instance.

20.     Mr. Sowers asked the "likely-to-purchase" question below (Q1) prior to providing the additional

information about Delta:

> *Please think about the next flight you would consider purchasing on the Delta Air Lines website.*
> *Based on your review of the trip insurance offer highlighted in the red box on the "Payment"*
> *page, please indicate how likely or unlikely you would be to purchase trip insurance through the*
> *Delta website.*
>
> *Please use a scale from 1 to 7, where "1" means "Not at all Likely to Purchase" and*
> *"7" means "Extremely Likely to Purchase." (Select one only)*

| Not at all Likely to Purchase | | | | | | Extremely Likely to Purchase | Don't know/ Unsure |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*See* Sowers Declaration at D-66-68.  The likelihood scale reproduced above is common in marketing

research and reflects intervals between the scale points that are perceptually identical.  *See, e.g.*, Naresh

K. Malhotra, *Marketing Research: An Applied Orientation*, 274 (2d ed. 1996).  This means that the

midpoint of the scale is the point at which anything above that tends perceptually towards the right

anchor and anything below it tends perceptually toward the left anchor.  Anything below a 4 on this

particular 7-point scale would indicate lack of a likelihood to purchase of varying amounts with 4 being

the midpoint (neither likely nor unlikely).

simonson associates, inc.

Brand Building and Protection Research and Consulting

21.     Inexplicably, Mr. Sowers did not account for responses to this initial "likely-to-purchase" question (Q1) when analyzing the responses to the subsequent materiality question (2b) (*i.e.*, *"How, if at all, would this information have impacted your decision about whether to purchase trip insurance through the Delta website for your next flight?"*).  Those who indicated a lack of intention at the outset to purchase travel insurance (*i.e.*, those to the left of the midpoint #4 on the scale above) are not likely to be dissuaded from purchasing based on the Sowers Fee Statement because they were not likely to purchase in any event.  Their a-priori probability of purchase is lower than those who would likely purchase and thus, any potential change in intention (from not likely to even less likely) should not be counted, or at least not counted as significantly as someone who was likely to have purchased but for the information.  Mr. Sowers nonetheless included all respondents in his analysis regardless of whether they indicated a likelihood to purchase travel insurance before being shown the Sowers Fee Statement.

22.     From his 10.1% finding of materiality in the National Sample (30 respondents of 296 respondents), most of the 30 respondents (19 out of these 30) had previously indicated that they were not likely to purchase travel insurance (i.e., a 1,2 or 3, which is less than the midpoint of Sowers' intention to purchase scale).  In other words, *nearly two thirds* of Mr. Sowers' 10.1% materiality findings derive erroneously from respondents who indicated that they were unlikely to purchase travel insurance even before they were provided with any information regarding Delta receiving compensation.[2]

---

[2] It should also be noted that Mr. Sowers' tally was biased in that he failed to include respondents who indicated being affected in the opposite direction, toward purchasing from Delta.  These would reduce his measured effect of materiality, but he failed to include them.  For example, one respondent in the National Sample stated: "I like that it spells out that Delta is not the insurer. That is important to me to know. I feel better knowing who is issuing the insurance, I don't like surprises about this kind of thing. I

Brand Building and Protection Research and Consulting

23.      Notably, 2% out of Mr. Sowers' 10.1% materiality finding had indicated a 1 on the likelihood to purchase scale, *i.e.*, "not at all likely to purchase" travel insurance.   Of course, one cannot move from "not at all likely to purchase" to be less likely to purchase.  But Mr. Sowers still included these respondents when reporting his materiality findings.

24.      As addressed above, the data Mr. Sowers collected is based on a biased and leading questionnaire and is unreliable.  Assuming, however, that Mr. Sowers' data is deemed to be reliable, there are a few valid approaches to analyzing that data.  The first is to analyze the respondents who are most likely to purchase the trip insurance to determine to what extent the Sowers Fee Statement affected them.  Marketing research tends to bear out that the highest intention scores are the best predictors of purchase.  *See* William R. Dillon et al., *Marketing Research in a Marketing Environment* 309-310 (3d ed. 1994) (discussing the primacy of top box scores with respect to intention).  A second approach is to assign to respondents initial probabilities of purchase based on their intention scores and weight the results accordingly.  Probability scales at the outset are generally better predictors than intent scales, and thus Mr. Sowers' scale would have been easier to implement in terms of testing materiality were it to have been a probability scale.  For example, a probability scale may be generated by asking: what is the chance you would purchase this trip insurance?  Responses may range from 7 to 1 where 7 indicates a virtual certainty (99%-100%), 4 indicates 50% chance, and 1 indicates virtually no chance (0%-1% chance). *See, e.g.*, Dianne Day, et al., *Predicting Purchase Behavior*, 2 Marketing Bulletin 18, 18-30

---

also think it's a good thing that Delta is not the insurer. I'm more likely to consider it knowing Delta is not issuing it." (Resp. ID 502).  And a respondent from the Florida Sample stated: "yes. i dont want to deal with a third party." (Resp ID 1703).

simonson associates, inc.
_____
Brand Building and Protection Research and Consulting

(1991).  However, if a survey uses an intention scale and not a probability of purchase scale, it still may be

possible to attempt to assign probabilities to the intentions.  *See* Eric Risen & Larry Risen, *The Use of*

*Intent Scale Translations to Predict Purchase Interest* (2008).  Mr. Sowers did not follow either of these

approaches.

25.     <u>First Approach</u>:  Analyze the data of the respondents most likely to purchase trip insurance in the

first instance.  Again, the intention scale used by Mr. Sowers and reproduced above was a seven-point

scale from "not at all likely to purchase" to "extremely likely to purchase." The highest point on the

scale—"extremely likely to purchase"— was #7 on the scale.  This is referred to as "top box," meaning

the top choice possible on the scale.  From a practical marketing research perspective (*i.e.*, what

companies generally use for business purposes), the typical indicators of intention used are the top

boxes, which typically use "definitely would purchase" or similar language.  *See* Dillon, *supra*, at 309-310.

By focusing the analysis on those respondents in the top box (and even top two boxes), *i.e.*, those whose

intention scores reflect the highest likelihood of being actual consumers of the insurance product, the

data may more accurately assess whether the tested information would affect an actual purchase

decision.

26.     According to the data collected by Mr. Sowers, looking at only respondents in the top box or top

two boxes shows that the Sowers Fee Statement results in <u>no change of intention</u>.   The respondents in

these categories comprise the most likely purchasers of travel insurance based on the intention scale,

and Mr. Sowers' data indicates no change in their purchasing decisions based on receiving the Sowers

Fee Statement.  Set forth below are the percentages of Mr. Sowers' tallies derived from the most likely

purchasers:

simonson associates, inc.

Brand Building and Protection Research and Consulting

Subsample: Focusing only on those indicating extreme likelihood to purchase*:

    a.   National sample            0%

    b.   Florida sample              0%

(*Using #7 "Extremely likely," *i.e.*, "top box" intention, which reflects the most typical standard of high intention analysis.)

Subsample: Focusing only on those indicating likely to purchase**:

    a.   National sample            <1% of all respondents

Specifically, 0 respondents who had stated "extremely likely" to purchase were affected using Mr. Sowers coding, and 2 respondents who had stated #6 (top two box – close to extremely likely to purchase) were affected using Mr. Sower's coding (2/296 = <1%.)

    b.   Florida sample              0% of all respondents.

(**Using #7 "Extremely likely" and #6, *i.e.*, top two boxes on intention and reflects another standard of high intention analysis.)

In conclusion, even though the Sowers questionnaire is biased towards a finding of materiality, it still shows that the Sowers Fee Statement would not be material to those most likely to purchase travel insurance.

27.    <u>Second Approach</u>:  Weighting purchase intention with probabilities is also a commonly used tool. *See, e.g.*, Risen & Risen, *supra*.  There is no one accepted way to weight purchase intention. *See* Vicki Morowitz, et al., *How Well Do Purchase Intentions Predict Sales?*, Marketing Science Institute (2013), https://www.msi.org/articles/how-well-do-purchase-intentions-predict-sales/.  However, below, I take a common approach, using a linear translation of the scale into probability.  The two anchors of the intention scale get opposite weightings such that extremely likely to purchase respondents are weighted with a high probability of purchase and not at all likely to purchase are weighted with a low probability of

simonson associates, inc.

Brand Building and Protection Research and Consulting

purchase.  A range of weights are applied through the scale with the middle of the scale being a 50% chance of remaining undecided/on the fence between likelihood and unlikelihood.  The simplest approach is to assign weights equal to the intervals on the scale, i.e., 1=0%, 2=17%, 3=33%, 4=50%, 5=67%, 6=83% and 7=100%.  Some researchers prefer never to assign 0% or 100% because even when respondents state the extremes, it does not necessarily reflect an absolute decision.  Other approaches discount low intention score respondents by assigning weights in a non-linear way such that lower intention scores get not only lower weights but even lower weights than an equal interval of weights would assign.  *See* Risen & Risen, *supra*.

28.     For purposes of this declaration I have taken the more conservative approach and assigned probabilities of purchase (weights) in a linear fashion.  I also assigned less than 100% to respondents who indicated they were extremely likely to purchase and more than 0% to those who indicated they were not at all likely purchase.  Set forth below are the raw tallies that Mr. Sowers provided followed by a reasonably weighted tally based on respondents' intention to purchase travel insurance before being shown the Sowers Fee Statement.  The weighted effect, using Mr. Sowers' coding, but accounting for prior purchase intention, is between 4% and 5%.  The 10%-11% in the Sowers' Declaration thus overestimates the effect based on those who had a lower probability of purchase.

**Weighted Compared with Mr. Sower's Unweighted Tally:**

**National Sample (n=296):**

| Intention Scale | Probability of Purchase (weight) | Unweighted Tally of Those Affected | **Weighted Tally** Incorporating Their Prior Stated Intention to Purchase |
|---|---|---|---|
| 1 Not at all Likely to Purchase | 1% | 2% | 0.02% |

simonson associates, inc.

Brand Building and Protection Research and Consulting

| 2 | 17% | 2.4% | 0.40% |
| 3 | 33% | 2% | 0.67% |
| 4 Midpoint of scale | 50% | .7% | 0.34% |
| 5 | 67% | 2.4% | 1.58% |
| 6 | 83% | .7% | 0.56% |
| 7 Extremely Likely to Purchase | 99% | 0% | 0.00% |
| TOTAL PERCENT: | | **10.1%** | **3.6%** |

**Florida Sample (n=121):**

| Intention Scale | Probability of Purchase (weight) | Unweighted Tally of Those Affected | **Weighted Tally** Incorporating Their Prior Stated Intention to Purchase |
|---|---|---|---|
| 1 Not at all Likely to Purchase | 1% | 1.65% | 0.0% |
| 2 | 17% | 1.65% | 0.3% |
| 3 | 33% | 0.83% | 0.3% |
| 4 Midpoint of scale | 50% | 2.48% | 1.2% |
| 5 | 67% | 4.13% | 2.8% |
| 6 | 83% | 0.00% | 0.0% |
| 7 Extremely Likely to Purchase | 99% | 0.00% | 0.0% |
| TOTAL PERCENT: | | **10.7%** | **4.6%** |

29.    Note that the 4%-5% indicated in the analysis above is not reflective necessarily of 4-5% of consumers who would have purchased trip insurance but after seeing the Sowers Fee Statement would not; it is, instead, reflective of 4%-5% that seem to experience some re-evaluation based on the information provided—but they still might decide to purchase.  The survey did not ask the direct question of whether or not respondents *would* purchase after the new information was provided.  Therefore, Mr. Sowers does not provide a change of intention measure.  Some respondents in their answers to the open-ended questions mentioned that they would not purchase, but this was not the norm.

Brand Building and Protection Research and Consulting

30.     While the direct question of whether or not respondents would purchase after the new

information was provided was not asked by Mr. Sowers, a review and coding of the open-ended

responses can be undertaken to determine how many respondents actually stated a firm determination

that they would no longer purchase trip insurance after seeing the Sowers Fee Statement.  The verbatim

responses for the National Sample are set forth in Exhibit 4.  I have bolded the respondents I am counting

as indicating that they clearly are not going to purchase travel insurance.  (Typos left as in the original.)  A

total of 11 respondents in the National Sample appear to indicate that they would not purchase.  But

many of these respondents indicated that they were highly unlikely to purchase from the outset.

Therefore it is not possible to know whether the Sowers Fee Statement actually affected them or, even if

so, whether that would make a difference in their purchasing decision given that they were unlikely to

purchase from the outset.  Weighting these 11 respondents in the same manner as above by their

respective purchase intentions yields only 1% that would not purchase based on the Sowers Fee

Statement.  And this analysis includes a few respondents who had indicated *no* intention to purchase and

therefore it is unlikely that the Sowers Fee Statement had any actual effect on those respondents.  Thus

the data in the National Sample reflects that there is at most a *1% measured effect from the Sowers Fee

Statement on the purchase of travel insurance*.


31.     As seen in Exhibit 5, from Mr. Sower's tally of the Florida Sample, a total of only 3 respondents

appear to indicate that they would not purchase.  (Typos left as in the original.)  The weighted percentage

of these 3 respondents (following the same manner described above) is 1.2%.  Thus the data in the

Florida Sample reflects that there is only a *1.2% measured effect from the Sowers Fee Statement in terms

of not purchasing the travel insurance*.

simonson associates, inc.

Brand Building and Protection Research and Consulting

32.     In conclusion, even though Mr. Sowers' questionnaire is biased towards a finding of materiality,

when the data is analyzed to incorporate respondents' prior intention (accounting for their initial

propensity or lack thereof to purchase travel insurance) with their potential change of behavior, it shows

that the Sowers Fee Statement would impact far fewer consumers than his conclusions would predict.


**Statistical Significance**

33.     Statistical significance is a measurement of chance.  *See generally* Paul L. Meyer, *Chapter 15:*

*Testing Hypotheses, in Introductory Probability and Statistical Applications* (2d ed. 1970); Robert

Stinerock, *Chapter 10: Hypothesis Tests About u and p: Applications, in Statistics with R: A Beginner's*

*Guide*, (2017).  A survey is based on a sample from a population, and a statistical significance test

indicates how likely it is that the results obtained from the survey sample reflect a true reading of the full

population.  If a survey result is "statistically significant," that merely means that it likely did not occur by

chance.  However, statistical significance is not the same as significance in the sense of being "important"

or "material."  A survey can have a very small finding (perhaps immaterial or unimportant) that is likely

not to have been found by chance alone.  See Colin G. Aitken, et al., *Statistical significance—meaningful*

*or not*, 17 Law, Probability and Risk 157 (2018).


34.     The Sowers Declaration conflates statistical significance with materiality.  For example, Mr.

Sowers states: *"Since there was a statistically significant proportion of respondents who said that they*

*would be less likely to purchase the trip insurance, we can conclude that Delta's failure to disclose that*

*they receive a portion of the money that consumers pay for the trip insurance purchased through their*

*website is a material omission."  See* Sowers Declaration at 29.  Mr. Sowers' claim that his results are

statistically significant does not mean that they reflect a "significant" or "material" omission as it relates

**simonson associates, inc.**

Brand Building and Protection Research and Consulting

to purchasing decisions.  As addressed above, even when using data from Mr. Sowers' biased and leading

questionnaire, reasonable approaches to analyzing the data suggest that the Sowers Fee Statement

would not have been a consideration for those most likely to purchase travel insurance, and would have

been a consideration for less than 5% of all respondents when weighted by their likelihood to purchase

travel insurance.

35.      In addition, Mr. Sowers' calculation of statistical significance is incorrect.  Mr. Sowers attempted

to test whether his finding was statistically significant in comparison to a benchmark value of 0%.  When

comparing a sample finding (such as a percentage) to a benchmark, researchers typically use a statistic

known as the Z test.  Generally if the Z statistic value is 1.65 or higher, then the sample percentage likely

reflects that the percentage in the total population is greater than the comparative benchmark.  This is

referred to as a one-tail test. *See* S. Christian Albright (1987), *Chapter 9: Hypothesis Testing, in Statistics*

*for Business and Economics*, (1987) (discussing the 1.65 standard for one tail tests).[3]  The Z statistic

requires a random sample and is based upon three variables: (a) the percentage found from the

sample/survey, (b) a benchmark percentage, and (c) the sample size.  The formula for the Z statistic is set

forth below.



$$z = \frac{\hat{p} - p_0}{\sqrt{\frac{p_0(1 - p_0)}{n}}}$$

Estimate from our sample — Benchmark — Sample Size

---

[3] A two-tail test uses a benchmark of 1.96 or higher and tests not whether the sample is greater than a benchmark but whether it differs from the benchmark (higher or lower).

simonson associates, inc.

Brand Building and Protection Research and Consulting

If the benchmark is 0%, the statistic's denominator is zero[4] and the Z statistic cannot be calculated. As a benchmark tends to 0% (but not actually 0%), the Z statistic value tends to infinity. In other words, any percentage at all compared with such a small benchmark—no matter how small the sample percentage—will be statistically significant as compared to the benchmark. Conceptually, the reason for this is that if the benchmark is close to 0%, then any sample finding—even one respondent out of hundreds—will reflect a statistically significant difference from 0% because 0% implies no effect at all, and the one respondent is at least some effect.[5]

36.     It is not surprising that Mr. Sowers calculated "statistical significance" for his findings using the Z statistic because he used a benchmark tending to 0%. For example, even if only 6 respondents out of the 296 in the national sample (*i.e.*, 2%) reflected a negative change of opinion based on the Sowers Fee Statement as compared to the actual delta.com website, the statistical calculation would be as follows using a benchmark close to zero (.5%): Z = (2%-.5%) divided by Sqrt ((.5%(1-.5%)) /296) which equals 1.5%/.41%, which in turn equals 3.66.[6] Because the Z statistic of 3.66 is higher than the standard of 1.65, then the finding of 6 respondents is "statistically significant" as compared to 0.5%. As discussed above, this merely suggests that the result did not occur by chance. However, it does not mean that the number of respondents who would have given some consideration to the Sowers Fee Statement is particularly large or "material" as is seen by the fact that such a low percentage (2%) is still a statistically significant finding.

---

[4] This also occurs if the benchmark is at the other extreme, i.e., 100%.

[5] Similarly, if the benchmark is 100%, any sample finding of less than 100%--even one respondent less than 100%—would reflect a difference from 100% because 100% implies "all" and the sample included one less than "all."

[6] I used 0.5% as the benchmark since 0% cannot be used. Using benchmarks closer to zero would result in finding even greater statistical significance.

simonson associates, inc.

Brand Building and Protection Research and Consulting

**Other Issues**

37.    The screening criteria for Mr. Sowers' Deceptiveness Survey was defined as a past purchaser or a likely future purchaser of an airline ticket.  Yet, for Sowers' Materiality Survey, the definition changed and was limited only to likely future purchasers.  There is no reason for this disparity and it is not explained.

38.    Sowers' Materiality Survey did not include a control.  Experiments with a control provide a real measurement of an effect by changing one aspect between presentations (*e.g.*, one group sees the standard website while the other group would see the website with the additional information) and then some dependent measure (*e.g.*, probability of purchase) is taken.  This standard method is called an experiment (*i.e.*, a causal design) and provides an actual measurement of effect (*i.e.*, test in comparison to control).  *See* Malhotra, *supra*, at *Chapter 7: Causal Research Designs*; Charles M. Judd et al., *Research Methods in Social Relations* 69-74 (1991).  In Sowers' Materiality Survey, we do not know, for example, what the effect of the information would have been but for the self-reported information.  Uncontrolled self-reported information on intentions are not as reliable as experiments because experiments can pinpoint exactly whether a particular piece of information had an effect without having to assume that the respondents know or are aware of exactly what is causing their reactions or intentions.  *See* William R. Dillon et al., Essentials of Marketing Research, Ch. 8: *Experimental Research Methods* (1993); *see also* Churchill, Marketing Research: Methodological Foundations, Chapter 5: *Causal Designs* (7th ed. 1999).

39.    The 9% response rate for the Materiality Survey is below typical standards I have experienced and typical benchmarks. *See, e.g.*, Appendix A to Matthias Schonlau et al., *Conducting Research Surveys via E-mail and the Web* (2002).

simonson associates, inc.

Brand Building and Protection Research and Consulting

40.      The time for respondents to complete the survey ranged from 1.8 minutes to 2669 minutes (*i.e.*, more than 44 hours).  *See* Excel Data file provided by Mr. Sowers (analysis of variables StartTime subtracted from EndTime and divided by 60 to have the data in minutes as opposed to seconds).  Ten percent of respondents took longer than 15 minutes to complete the survey, suggesting that respondents paused mid-survey to do other things and then returned or were distracted in some other way.  Potential distractions include opening other browsers while taking the survey, which would cause either less attention to the survey and thus noise (unreliable data), or worse, artificially informed respondents who searched online for more information or spoke with others about the survey and have joint or altered opinions.  Of those Mr. Sowers counted as materially affected in the National Sample, 13% (4 respondents out of 30) took more than 30 minutes to complete the survey.

simonson associates, inc.

Brand Building and Protection Research and Consulting

## THE DECEPTIVENESS SURVEY

### Summary

41.     Sowers' Deceptiveness Survey is also seriously flawed.  The major defects in the survey include:

(1) the control varied in more than one way thereby making it biased by artificially reducing noise and

resulting in a higher net measured "deception" level; (2) the survey protocol created a mere reading test

that also artificially lowered noise and increased the net measured "deception"; (3) the key test of

deceptiveness was a leading question and not properly filtered; and (4) the results are no different from

chance.

### Flawed Control

42.     A control group is part of what is termed "experimental design."  A standard experimental design

is called post-test only with control group.  This common method compares a test group to a control

group.  *See Malhotra, supra*, at 248; Thomas D. Cook & Donald T. Campbell, *Quasi Experimentation:*

*Design & Analysis Issues for Field Settings* (1979). The purpose of the experimental design is to determine

the effect of something like a disclaimer on a dependent measure.  It compares the dependent measure

for groups A and B, wherein group A has the disclaimer presented prior to the measure and group B does

not.

43.     In the Deceptiveness Survey, the control group was used to determine if the Sowers Fee

Statement was attended to by respondents.  In the control group (or control "cell"), respondents

received the Sowers Fee Statement.  In the test group (or test "cell"), respondents received Delta's

website without the addition of the Sowers Fee Statement:

**simonson associates, inc.**

Brand Building and Protection Research and Consulting

## Test Cell



## Control Cell



simonson associates, inc.
_____
Brand Building and Protection Research and Consulting

44.     The measured net level of "deception" in Sowers' survey was the percentage of respondents in

the test cell who believed that Delta receives no compensation minus those in the control cell believing

the same even after reading the Sowers Fee Statement.   Specifically, those respondents viewing the

control cell who still indicated that Delta receives no compensation from the insurance company were

counted as noise and deducted from those who, reviewing the test cell, believed that Delta receives no

compensation.   Anything that artificially reduces this noise level measured by the control would thereby

artificially raise the measured net level of "deception."


45.     Mr. Sowers states on Page 10 of his declaration: *"Thus, the only difference between the Test*

*Group and the Control Group was the added disclaimer that Delta receives a portion of the money that*

*consumers pay for the trip insurance but is not the actual insurer. Nothing else differed between the two*

*Delta Air Lines Payment pages."*  Mr. Sowers' characterization of the control is inaccurate because in

addition to adding the Sowers Fee Statement language, the control (as shown above) also added a

prominent red bar with the word "Disclaimer" (*i.e.*,  ).  The likely result is that the disclaimer

would be attended to more by respondents in the control group than would ordinarily attend to it were it

simply added without this red banner.  This additional factor in the control cell has the effect of artificially

increasing the attention paid to the disclaimer and thus reducing true levels of noise.  This in turn would

increase the measured net level or misperception in the test cell (*i.e.*, the actual website).


**Reading Test**

46.     It is standard procedure in advertising perception studies to show information (whether the ad,

website or whatever the stimulus) and then, in order to determine any misperceptions, remove it before

Brand Building and Protection Research and Consulting

asking questions. *See, e.g.*, Jacob Jacoby & Wayne D. Hoyer, T*he Comprehension and Miscomprehension of Print Communications* (1987) (reflecting the common approach). Here, Mr. Sowers did the opposite: he left the material in front of respondents while they answered the question, thus making his question about whether Delta receives compensation a mere reading test. This decreases his "noise" (because more respondents would get the correct answer by reading rather than by having truly taken this perception away) and artificially increases the net effect of measured misperception. Mr. Sowers states in his declaration that: *"[t]he 'Payment Page' was available to respondents as they answered the remaining survey."* *See* Sowers Declaration at 17. However, this understates the issue because it implies that respondents could go and look for the information if they chose to do so. In fact, the test and control pages appeared in front of respondents during the questioning. The programming instructions and screenshots confirm that Mr. Sowers designed the survey so that the website images would appear directly above the questions.

> **"DISPLAY "PAYMENT" PAGE WITH RED BOX AROUND TRIP INSURANCE ABOVE Q1-Q3; DISPLAY MESSAGE AT THE TOP OF THE IMAGE THAT SAYS:**
> **"*[Please scroll to the bottom of the page to view the question.]*"]"**

*See* Sowers Declaration at D-50. As designed by Mr. Sowers, the Deception Survey does not test take-away but instead allows respondents to reference the material as they answer the questions, including all open-ended questions and the closed-ended question. This design effectively turned the survey into a reading test rather than a measure of misperception.

47.     As discussed above, Mr. Sowers' survey design is a marked and major deviation from generally accepted standards and practices. It shows nothing other than that respondents can read, and it deflates the true level of noise in the control cell. In other words, it <u>does not show</u> a true level of noise in the

simonson associates, inc.

Brand Building and Protection Research and Consulting

context of corrective advertising which must incorporate both attention and compression to measure

true take-away.  The reason for this is that communication take-away is based on both understanding

and attention.  *See* J. Paul Peter & Jerry Olson, *Understanding Consumer Behavior* 112, 112-188 (1994);

*see also* FTC Policy Statement on Deception (1983) (discussing how a communications may be deceptive

because regardless of how clear it is, consumers may not attend to it).  The same general principle of

consumer behavior applies in any advertising context—attention and comprehension are the two key

variables to advertising take-away.  *See* Frank R. Kardes, *Consumer Inference, in Advertising Exposure*

*Memory and Choice*, Erlbaum, p. 176 (1993) (discussing attention factors).  The method used by Mr.

Sowers is proper only for label comprehension studies (such as for the FDA) where the issue is to

compare the understanding of different nutrition information or warning labels to see which is more

understandable and effective. *See, e.g.,* U.S. Dep't of Health and Human Serv., Guidance for Industry,

Label Comprehension Studies for Nonprescription Drug Products (2010).


48.      The results of Mr. Sowers' Deception Survey not surprisingly indicated that only few respondents

answered "incorrectly" when reading the Sowers Fee Statement in the control cell.  Again, the likely

driver of that result is that Mr. Sowers allowed respondents to read the Sowers Fee Statement as they

answered the questions.  Had Mr. Sowers followed the standard protocol of removing the image before

presenting the questions, it is likely that many more respondents would have come away with "incorrect"

answers in the control cell, reflecting a higher level of "noise" and therefore a lower level of measured

"deception."


49.      Even with the combination of (a) leaving the control cell page open while respondents answered

the questions and (b) adding a red flag in the control cell, only 46% of respondents in the control cell

simonson associates, inc.

Brand Building and Protection Research and Consulting

mentioned that Delta receives compensation in their answers to the open-ended questions. *See* Exhibit 2. If less than half of respondents in the control cell mentioned this with Mr. Sowers' prodding, then it is likely that significantly fewer respondents would have done so if he had followed standard protocols.

50.      It should also be noted that Mr. Sowers' control—even if properly executed—does not indicate what level of guessing occurred when the Sowers Fee Statement was not presented (*i.e.*, in the test cell). Rather, Mr. Sowers' approach merely could have indicated, if conducted properly, that addition of the Sowers Fee Statement can be more or less effective. In other words, Mr. Sowers used no benchmark to indicate whether the respondents were guessing in the test cell. A control for guessing in the test cell could have been implemented by having another multiple choice type question in the test cell. An example (out of many possibilities) could be something like whether or not respondents heard of the pending merger between Delta and United. It is not pending (to my knowledge) and thus it would be a good test of guessing. We would then a have a better understanding of the meaning to place on the answers to the subsequent closed-ended question included by Mr. Sowers (which is addressed below).

**Improper Leading Question**

51.      Mr. Sower's Deception Survey started with general open-ended questions:

*What is the main message communicated by the trip insurance offer highlighted in the red box on the "Payment" page? and*

*What other messages, if any, are communicated by the trip insurance offer highlighted in the red box on the "Payment" page?).*

*See* Sowers Declaration at D-50. The survey then immediately asked the closed-ended question:

Brand Building and Protection Research and Consulting

---

*Based on the trip insurance offer highlighted in the red box on the "Payment" page, do you or do you not believe that Delta receives a portion of the money that you pay for trip insurance purchased through their website?*

☐ *Yes, Delta <u>does</u> receive a portion of the money that I pay for trip insurance purchased through their website*

☐ *No, Delta <u>does not</u> receive a portion of the money that I pay for trip insurance purchased through their website*

☐ *Don't know/Unsure*

*See* Sowers Declaration at D-50.  This was improper, as the survey should have followed the accepted procedure called the funneling approach, *i.e.*, getting more specific as the survey continues and filtering out those who should not be asked subsequent questions.  *See, e.g.*, Malhotra, *supra*, at 337.  The survey, prior to the closed-ended question, should have had a filter question asking whether or not respondents had formed any perceptions about who receives payment for the insurance, and if so, a directed-open ended question as to what their perceptions were.  This standard method is less likely to be leading and relies heavily on respondents' own ideas as opposed to providing them with multiple choice options they may never have had in mind.  It is likely that had this been done properly, many respondents in the test and control cells would not have thought about the compensation issue at all had they not been artificially prompted with a closed-ended question containing specific choices from which to guess.  Without such a filter question, we are left with asking respondents—who may never have had an opinion about the matter—a multiple-choice question that can lead to guessing.   The impact of this error likely would have been more significant if the survey had properly removed the stimulus before asking the questions because respondents could not simply read their responses from the stimulus thereby making it more critical to determine the respondents' perceptions independent of the content of the multiple

---

simonson associates, inc.

Brand Building and Protection Research and Consulting

choice responses.  Given that Mr. Sowers failed to remove the stimulus, whether his additional error of

not following a funneling approach further impacted the results is less clear.

**Closed-Ended Question in Test Cell No Different From Chance**

52.       As one might expect given the lack of proper filtering (addressed immediately above), the data

from the closed-ended question in the test cell revealed nothing other than pure guessing, *i.e.*, random

chance among choice 1,2 or 3.  This is not surprising due to the fact that Mr. Sowers forced respondents

to select option 1, 2, or 3 in response to the closed-ended question regardless of whether respondents

had indicated any understanding regarding whether Delta receives compensation.  As addressed above, a

proper filter question would have ensured that only respondents with an understanding as to

compensation would be presented the closed ended question directed to the specifics of their

understanding and therefore would be less likely to guess or pick one of the choices at random.

53.       I analyzed the data to determine whether the pattern of responses among the three choices

differed from what would be expected by mere chance (*i.e.*, were respondents to have been guessing).

The results indicate that the closed-ended questions were answered in a manner consistent with

guessing in both the National Sample and the Florida Sample.

**National Sample (n=391 (test cell=197, control cell=194)**

Closed Ended Responses – Test Cell (n=197).

| 1 | 66 respondents 33.5% | Yes, Delta does receive a portion of the money that I pay for trip insurance purchased through their website |
| 2 | 54 respondents 27.4% | No, Delta does not receive a portion of the money that I pay for trip insurance purchased through their website |
| 3 | 77 respondents 39.1% | Don't know/Unsure |

simonson associates, inc.

Brand Building and Protection Research and Consulting

If the answers were randomly chosen by guessing, responses would be distributed evenly across each option, (*i.e.*, 33.3% in each potential response). I compared the results to the expected 33.3% in each potential response and the result is not statistically significant as compared to the expected guess rate of 33%.

54.    The Chi Square is the standard statistical test to determine whether or not a frequency distribution is different from some expected distribution. Here, the expected distribution if chance were operating (*i.e.*, mere guessing) would be a 33.3% split among the options. I tested the distribution of the closed-ended question in the test cell against a 33.3% split. The resulting statistic is $\chi^2$ = 2.04, p = 0.3599. A p value of .05 *or less* is required for statistical significance. The p value here (0.3599) is well above the value required for a statistically significant finding, *i.e.*, the variation from 33.3% in each of the response categories is not statistically significant. This means that the difference between the results as found in Mr. Sowers' sample and those we might see by pure guessing is not necessarily due to a real effect but likely just chance alone. (Again, with a control, we could have known the import of the meaning of the answers here, but Mr. Sowers failed to include it. And he has not shown that this question differs from what we would expect by guessing alone).

55.    Similarly, in the Florida sample, as set forth below, if the answers were randomly chosen by guessing, responses would be distributed 33.3% in each category. The results here again are not statistically significantly different from what we would expect from guessing ($\chi^2$ = .45,p = 0.796.) Again, the p value here (0.796) is well above the p value of .05 *or less* that is required for statistical significance.

simonson associates, inc.
_____
Brand Building and Protection Research and Consulting

**Florida Sample (n=156) (test cell = 82, control cell = 74)**

Closed Ended Responses – Test Cell (n=82).

| | | |
|---|---|---|
| 1 | 24 respondents 29.3% | Yes, Delta does receive a portion of the money that I pay for trip insurance purchased through their website |
| 2 | 27 respondents 32.9% | No, Delta does not receive a portion of the money that I pay for trip insurance purchased through their website |
| 3 | 31 respondents 37.8% | Don't know/Unsure |

**Other Issues**

56.     The time for respondents to complete Mr. Sowers' Deception Survey ranged from 2.8 minutes to 95.7 minutes.  *See* Excel Data file provided by Mr. Sowers (analysis of variables StartTime subtracted from EndTime and divided by 60 to have the data in minutes as opposed to seconds).  Fifteen percent of respondents took longer than 15 minutes to complete the survey, suggesting that respondents paused while taking the survey to do other things and then returned to the survey, or were distracted in some other way.  Potential distractions include opening browsers while taking the survey.  This is problematic for the same reasons discussed earlier with respect to Mr. Sowers' Materiality Survey.

Signed,

_____

Alex Simonson, Ph.D., J.D.

Dated: April 18, 2019
Englewood Cliffs, NJ

simonson associates, inc.

Brand Building and Protection Research and Consulting

**EXHIBIT 1: CV**

simonson associates, inc.

Brand Building and Protection Research and Consulting

**EXHIBIT 2: DECEPTIVENESS STUDY OPEN-ENDED RESPONSES - CONTROL CELL**

simonson associates, inc.

Brand Building and Protection Research and Consulting

**EXHIBIT 3: DECEPTIVENESS STUDY OPEN-ENDED RESPONSES - TEST CELL**

simonson associates, inc.

Brand Building and Protection Research and Consulting

**EXHIBIT 4: MATERIALITY SURVEY THOSE WHO WOULD NOT PURCHASE (NATIONAL SAMPLE)**

simonson associates, inc.

Brand Building and Protection Research and Consulting

**EXHIBIT 5: MATERIALITY SURVEY THOSE WHO WOULD NOT PURCHASE (FLORIDA SAMPLE)**

# EXHIBIT 1

simonson associates, inc.

Brand Building and Protection Research and Consulting

560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Phone: 201.503.9620,3
Fax: 201.503.9621
Email: **alex**@simonsonassociates.com
www.simonsonassociates.com

**(As of April 2019)**
**Alex Simonson, Ph.D., J.D.**

**SYNOPSIS**

**Current Affiliations:**

President Simonson Associates, Inc., a marketing research firm and consultancy

**Education:**

Ph.D. in Marketing, *with distinction*, Columbia Business School, 1994
(The terminal (highest) educational degree in marketing research methodology and in consumer behavior.)

J.D., NYU School of Law, 1987.

**EDUCATION**

Ph.D., *with distinction,* Marketing, February 1994
Columbia Business School
*Beta Gamma Sigma* Honor Society.

Dissertation: *The Impact of Identical Brand Names on the Strength of New Brands and Original Brands: A Study of Brand Appropriation and Dilution*

J.D., May 1987
New York University School of Law

A.B., *magna cum laude,* Political Science, May 1984
Columbia University, Columbia College

**EXPERIENCE**

**Simonson Associates, Inc., Englewood Cliffs,  N.J. (2000-Current)**
*President and Founder.  See www.simonsonassociates.com for full description of firm offerings.*

**Guideline Research Corporation, New York, N.Y. (1997-2000)**
*Vice President and Co-Head of division in charge of legal-related marketing research and brand equity research and consulting*

**Alex Simonson, Ph.D., Washington, D.C. (1994-1997)**
*Consultant/Researcher*

Brand Building and Protection Research and Consulting

**Sorensen Marketing/Management Corp., New York, N.Y. (1990-1991)**
*Researcher (Project basis only)*: Designed & conducted primary survey research to determine brand, logo and ad perceptions, confusion, attitudes, brand awareness, and brand dilution. (Work included questionnaire design, sampling strategy, research design, content analysis, etc.)

**International Business Development Corp., New York, N.Y. (1990-1991)**
*Research Associate (Part-time)*: Conducted secondary and primary customer, competitor and industry analyses (for OEM markets) using CD-based and on-line data bases such as Lexis/Nexis, Disclosure, DJNS, ABI/Inform, BPO, etc., in-depth interviews, and telephone surveys. (IBDC is a consulting firm headed by former Booz, Allen and Hamilton principals.)

## ACADEMIC EXPERIENCE

Fall 2008-Summer 2010
**Seton Hall University, South Orange, N.J.**
*Associate Professor of Marketing (Executive/Scholar in Residence).*

Fall 2000-Spring 2004 (visitor in year 2000-2001)
**Seton Hall University, South Orange, N.J.**
*Associate Professor of Marketing (full time).*

Fall 1995-Spring 2001 (on leave in 2000-2001)
**Georgetown University School of Business, Washington, D.C.**
*Assistant Professor of Marketing (full time).*

1993-1995
**Fairleigh Dickinson University, Teaneck, N.J.**
*Assistant Professor of Marketing (full time).*

Fall 1992
**Baruch College, City University of New York, New York, N.Y.**
*Adjunct Lecturer of Business* (undergraduate capstone course).

## RESEARCH EXPERTISE

Brand strategy, identity and image including conceptualizations, managing identity, branding and design, empirical structure of "image," research for protection of brands.

Bridging legal theories of brand and advertising protection with marketing strategy and research (brand confusion, dilution, false advertising, deception, disparagement, warranties).

<span style="color:red">simonson associates, inc.</span>

Brand Building and Protection Research and Consulting

## PUBLICATIONS

### Books

*Marketing Aesthetics: The Strategic Management of Brands, Identity and Image*, 1997, The Free Press, Simon & Schuster (9th printing) (coauthored with B. Schmitt)  (managerial business book presenting a new conceptual framework for understanding consumer responses to trade dress and how to manage trade dress).  Foreign Translations and Editions: German, Japanese, Spanish, Chinese (2), Korean, Polish, Portuguese, Thai, Turkish, Romanian, Russian, English e-book, English paperback edition June 2009.

### Edited Books

Proceedings of the 1998 Marketing & Public Policy Conference, American Marketing Association, 1998 (edited with A. Andreasen and N. C. Smith).

### Book Chapters

"The Effectiveness of Intellectual Property Laws," in *The Handbook of Marketing and Society,* P. Bloom and G. Gundlach, eds., Sage Publications, pp. 312-334, 2001.

"Survey Evidence in False Advertising Cases," *Advertising Law in the New Media Age*, Practising Law Institute, pp. 309-347, October 2000.

### Refereed Articles

"Coupling Brand or Organizational Identities through Partnering," Keynote Article, *Design Management Journal, 9 (1). 9-14,* 1998 (coauthored with B. Schmitt).

"Managing Corporate Image and Identity," *Long Range Planning*, 28 (5), 82-92, 1995. (coauthored with B. Schmitt and J. Marcus).

"Processes for Managing Image, Identity, and Design Within the Corporation," *Design Management Journal*, 6 (1), 60-63, 1995. (coauthored with B. Schmitt and J. Marcus).

" 'Unfair' Advertising and the FTC: Structural Evolution of the Law and Implications for Marketing and Public Policy," *Journal of Public Policy and Marketing*, 14 (2), 321-327, 1995.

"Survey Evidence in Deceptive Advertising Cases Under the Lanham Act: An Historical Review of Comments From the Bench," *The Trademark Reporter*, 84 (5), 541-585, 1994. (coauthored with J. Jacoby and A. Handlin).  Reprinted in Practising Law Institute Course (B4-7167) "False Advertising and the Law: Coping with Today's Challenges," September 1996.

"How and When do Trademarks Dilute: A Behavioral Framework to Judge `Likelihood' of Dilution," *The Trademark Reporter,* 83 (2), 149-174, 1993.

Brand Building and Protection Research and Consulting

"Permissible Puffery Versus Actionable Warranty in Advertising and Salestalk: An Empirical Investigation," *Journal of Public Policy and Marketing*, 12 (2), 216-234, 1993. (coauthored with M. B. Holbrook).

"Examining Consumer Losses and Dissatisfaction Due to Broken Sales and Service Agreements," *Journal of Consumer Satisfaction, Dissatisfaction and Complaining Behavior*, 4, 50-61, 1991.

### Other Articles

"Limits and Considerations in Control Groups," *The Intellectual Property Strategist,* Vol. 14, #9 (June) 2008, pp. 3-4.

"Survey Power," *The Intellectual Property Strategist,* Vol. 14, #3 (December) 2007, pp. 3-4.

"Online Interviewing For Use in Lanham Act Litigation," *The Intellectual Property Strategist,* Vol. 14, #2 (November) 2007, pp. 3-4.

"Survey Design and Methodology in False Advertising Cases," IP Review, (Spring), 2006, pp. 20-22.

"How Control Groups Can Help IP Attorneys to Meet Their Evidentiary Needs," *The Intellectual Property Strategist*, Vol. 8 #3 (December), pp. 5-6, 2001.

"How to Enhance Trademark Survey Evidence," *The Intellectual Property Strategist*, Vol. 6 #1 (October), pp. 1-3, 1999.

"Surveys on Trademark Confusion: Basic Differences," *The Intellectual Property Strategist*, Vol. 5 #2 (November), pp. 1,9-10, 1998.

"The 'Experiential Landscape'," *Marketing Review,* 53 (3), 1997.

### Notes & Book Reviews

Review of "Brand Warfare" by David D'aLessanro with Michele Owens, submitted March 2003, *The Trademark Reporter*.

Review of "Essentials of Intellectual Property," by Poltorak and Lerner,  *The Trademark Reporter*.

Review of "Intellectual Property in the Global Marketplace," by Simensky, Bryer, and Wilkof, April 2000*, The Trademark Reporter*.

Review of "Intellectual Property Infringement Damages: A Litigation Support Handbook," by Russell L. Parr, September 1999*, The Trademark Reporter.*

Review of *Defending Your Brand against Imitation*, by Judith Lynne Zaichkowsky, *Journal of Public Policy and Marketing, 17, 1 (Spring), 1998, pp. 143-146.*

Review of *The Impact of Advertising Law on Business and Public Policy*, by Ross Petty, *Journal of Marketing*, 58, 4 (October), 123-125, 1994.

simonson associates, inc.

Brand Building and Protection Research and Consulting

"Warranties and the Law: Use Caution," comment on "Leverage Your Warranty Program" (Menezes and Quelch 1990): *Sloan Management Review*, 32, 2 (winter) 7-8, 1991.


## PRESENTATIONS

### Corporate, Academic and Executive Presentations

*The Reasonable Consumer: the Effective Use of Survey Evidence*, *NAD Annual Conference*, "What's New in Comparative Advertising, Claim Support and Self-Regulation," New York, October 2010.

"Advanced Issues in Claims Substantiation", American Conference Institute, Advertising Law Conference, Advanced Claim Substantiation Workshop, New York, January 2009.

"Comparisons and Assessments of Online, Computer-Based and Traditional Methods for Advertising Perception Studies for use in Litigation and Self-Regulation," in *Consumer Perception: The Fine of the Consumer Survey*, *NAD Annual Conference*, "What's New in Comparative Advertising, Claim Support and Self-Regulation," New York, September 2007.

"Puffery: Marketing and Research Issues," in *Successful Comparative Advertising, NAD Annual Conference*, New York, Oct 2004.

"Can Actual Dilution Really Be Reliably and Validly Measured," in *Using and Defending Consumer Surveys in Advertising and Trademark Cases*, 2003 AMA Forum on Marketing and the Law, May 2003.

"Cognitive Psychology: Storage and Retrieval," in *Battle for the Brand, An Advanced Symposium on Trademarks and Marketing,* International Trademark Association (INTA and BNEF), March 2002.

"Survey Research in the Courtroom: An Introduction to Legal Research," American Association for Public Opinion Research, January 2002

"Empirical Evidence in NAD Proceedings," *2001 Marketing and Public Policy Conference,* May 2001.

"Brand Strategy and Experiential Marketing,"  Helsingin Sanomat (the largest media co. in Finland) and JOKO Executive Education, January 11-12, 2001, Helsinki, Finland.

*"Claims and Communications Research for Legal Protection*," co-taught with Robert Reitter at Guideline, to companies including American Home Products, Kraft and Bayer, 1998-2000.

"Experience the Experience," presentation to Long Haymes Carr Advertising Agency, Winston-Salem, N.C., August 1998.

"Experiential Marketing," *The Experiential Roundtable '98: Bringing Marketing & Corporate Communications to Life*, sponsored by The Jack Morton Company, New York City, member of brand expert roundtable, May 15, 1998.

simonson associates, inc.

Brand Building and Protection Research and Consulting

"Protecting Brands and Identity," *Seminar in Corporate Identity*, Columbia Business School MBA Program, March 12, 1998.

"Integrated Brand Communications*," Council of Corporate Communications Executives and Council on Corporate Communications Strategy*, (council of most senior level communication executives from Fortune 500 companies), January 5-6, 1998, Miami Beach, Florida, The Conference Board.

"Developing a Corporate Image that is Positive, Enduring and Resilient," general session, one of 5-person panel, *1998 Corporate Image Conference -- Advancing Your Image, Building Your Brand and Managing Your Reputation*, January 27-28, 1998, New York City, The Conference Board.

"Creating Brand Identities," *Executive Seminar* sponsored by Desgrippes Gobé & Associates Image and Identity Consulting, December 1997. (coauthored with B. Schmitt).

"Brand Management Through Aesthetics," *Brand Management Day,* Georgetown University School of Business, September 26, 1997.

"Protecting Brands and Trade Dress," *Seminar in Corporate and Brand Identity*, Columbia Business School MBA Program, March 13,1997.

"Consumer Perceptions of Trade Dress," 1996 *Association for Consumer Research Annual Conference*, October 1996. (coauthored with B. Schmitt).

"Corporate Aesthetics Management: A General Framework for Managing Identity, Image and Consumer Impressions," 1994 *Association for Consumer Research Asia Pacific Conference*, Singapore, June 13-16, 1994. (coauthored with B. Schmitt and J. Marcus).


## COURSES AND SEMINARS

### Executive Teaching

*"Brand Strategy,"* Executive MBA Program, Helsinki School of Economics and Business, April, 2001, Helsinki, Finland.

*"Branding Strategy,"* In-House MBA Program, Pharmacia Upjohn, January 9-10, 2001, Helsinki, Finland.

*"Branding and Communications,"* In-House MBA Program, UPM-Kymmene, September 2000, Hilton Fort Lee, New Jersey.

*"Building and Maintaining Strong Brands,"* Executive Certificate Program, Georgetown University, McDonough School of Business, Washington, DC, April 2000.

*"Corporate Branding Strategy,"* Executive MBA Program, Helsinki University of Technology, Washington, DC, March 2000.
*"Brand and Identity Strategy,"* Executive MBA Program, Helsinki School of Economics and Business Administration, New York, October 1999.

Brand Building and Protection Research and Consulting

*"Marketing Experiences,"* Executive MBA Program, Helsinki School of Economics and Business Administration, New York, October 1998.

*"Marketing Strategy through Aesthetics,"* Executive MBA Program, Helsinki School of Economics and Business, New York, October 1997.

Co-author of executive program session entitled "*Managing a Brand's Aesthetic Identity*," for Columbia Business School Executive Marketing Program, Arden House, 1995.

**<u>Graduate and Undergraduate Courses Taught</u>**

Corporate Branding Strategy (MBA);
Building Strong Brands (MBA);
Marketing Strategies (MBA);
Building and Maintaining Strong Brands (undergraduate);
Consumer Behavior (MBA and undergraduate);
Marketing and Public Policy (MBA);
Marketing Research (MBA and undergraduate);
Marketing Research Seminar (MBA);
Principles of Marketing (undergraduate); and
Product Policy (undergraduate).

## PROFESSIONAL POSITIONS AND HONORS

### <u>Editorial Board Memberships</u>

Editorial Board Member, *The Trademark Reporter, (*a refereed scholarly journal on intellectual property published by the International Trademark Association), 1999-2009, Fall 2015.

Editorial Board Member, *The Intellectual Property Strategist (*an intellectual property newsletter published by Law Journal Newsletter), 1998-2004; 2007-current.

Editorial Board Member, *Journal of Public Policy & Marketing*, (a refereed scholarly journal published by the American Marketing Association), 1998-2012.

### <u>Other Professional Activities</u>

Reviewer for the *Marketing and Public Policy Conference,* 1997, 1999, 2001-2003, 2011 (a refereed academic conference sponsored by Marketing Science Institute, AMA, and the Journal of Public Policy & Marketing, an AMA publication).

Invited panel member, Finnegan - Managing Intellectual Property's Trademark Roundtable Discussion - April 7, 2010.

Ad-hoc reviewer for the *Journal of Business Research*, Spring and Summer 2006.

Ad hoc reviewer for the *Journal of Macromarketing*, 2005.

simonson associates, inc.

Brand Building and Protection Research and Consulting

Co-chair of conference entitled *Using and Defending Consumer Surveys in Advertising and Trademark Cases*, 2003 AMA Forum on Marketing and the Law, May 2003.

Ad-hoc reviewer for the *Journal of consumer Affairs, Fall 2002, Spring 2003*.

Co-Chair for session entitled "The 'Unknown Worlds' of Self-Regulation" What About This! Novel Advertising Appeals," Marketing and Public Policy Conference, May 2001.

Reviewer for the *American Marketing Association Summer Educator's Conference*, 1999.

Reviewer for the *Asia Pacific Journal of Management,* Special issue entitled "Marketing in the Asia Pacific," Spring 1998.

Conference co-chair of the 1998 *Marketing and Public Policy Conference*, (a refereed academic conference sponsored by the Marketing Science Institute, the *Journal of Public Policy and Marketing* and the American Marketing Association).

Chair for session entitled "What About This! Novel Advertising Appeals," *Association for Consumer Research Annual Conference,* 1998.

Reviewer for the *Association for Consumer Research,* 1997, 1998 Annual Conferences (a refereed academic conference for scholars of consumer behavior).

Reviewer for the *Journal of Public Policy and Marketing,* Special Issue on International Issues in Law and Public Policy, 1997 (a refereed scholarly journal of the American Marketing Association).

Reviewer for the *American Marketing Association Winter Educator's Conference*, 1997.

Chair of session entitled "Affecting Consumers Through Identity and Design," *Association for Consumer Research Annual Conference,* 1996.

## AWARDS & HONORS

Round Table Group Scholar (2001-Current).

Visiting Professor, Bozell Advertising, New York City. (1996).

MSI-Designated Top Research Priority Grant for "Visual Aspects of Corporate Identity", (1995 with Bernd H. Schmitt and Jin K Han)

Elected to *Beta Gamma Sigma* Honor Society, Business School Honor Society (1994)

Awarded Ph.D. degree "*with distinction"* (1 or 2 Graduate School of Business Ph.D.s per year (i.e., 10% approx.)). (1994).

Passed Ph.D. Oral Exam "*with honors"* (highest level) (June 1992).

Fellowship from Columbia University (1989 - 1993).

Brand Building and Protection Research and Consulting

Appointed by Dean to the Integrity Board of Columbia Business School (1989 - 1993).

Appointed to the Board of Directors of the Association of Doctoral Candidates, Columbia Graduate School of Business (1991 - 1993).

Appointed as an editor of the *Journal of International Law and Politics,* New York University School of Law (1985-1986).

## CITATIONS TO WORK

McCarthy on Trademarks
Numerous leading marketing textbooks – (see Google books for list)
Numerous leading executive marketing books such as "legendary brands," creative breakthrough products," etc.
Kellogg on Branding: The Marketing Faculty of The Kellogg School of Management
Harvard Business Review
"Tom Peters" Web Site
Business Week
NPR Morning Edition
FoxNews Channel
BBC Television
The Washington Post
Forbes
Forbes ASAP
Advertising Age
Women's Wear Daily
The Conference Board (Various Reports and Publications)
Jack Morton & Co. – an Interpublic Company
Georgetown Business
Journal of Business Strategy
The Forward

<span style="color:red">simonson associates, inc.</span>

Brand Building and Protection Research and Consulting

**FOUR YEAR TESTIMONY**

Within the preceding *four years* I have provided deposition or trial testimony as an expert witness in connection with the following cases:

1.  *Clemmy's v. Nestle USA (Sup. Crt. CA, Case # BC500811) (4/15);*

2.  *In re Certain Footwear Products (International Trade Commission, 337-TA) (5/15);*

3.  *In re Certain Footwear Products (International Trade Commission, 337-TA) (8/15);*

4.  *Koniklijke Philips v. Hunt Controls (D.N.J. 11-cv-3684) (9/15);*

5.  *Ascension Health v. Ascension Insurance (E.D. Mo., 4:15-cv-00283) (5/16);*

6.  *Profoot, Inc. v. Merck, Inc. (D.N.J. 11-7079) (5/16);*

7.  *Buc-ee's, Ltd. v. Shepherd Retail, Inc. (S.D. Tex., 4:15-CV-03704) (11/16);*

8.  *Koniklijke Philips v. Hunt Controls (D.N.J. 11-cv-3684) (6/17);*

9.  *Kars 4 Kids Inc. v America Can! (D.N.J. 3:14-CV-07770-PGS-LHG) (3/18);*

10. *Buc-ee's, Ltd. v. Shepherd Retail, Inc. (S.D. Tex., 4:15-CV-03704) (5/18).*

# EXHIBIT 2

EXHIBIT 2

## CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 1 | 1 | CA | Delta offers an option to insure your flight tickets, so you can receive a refund for them if for some reason your trip has to be cancelled. |
| 2 | 5 | NC | it protects you and it's flexible, also it is not offered by Delta themselves but REDACTED |
| 3 | 6 | CA | Trip insurance is sponsored by Delta Air Lines but the insurance company is Allianz Global;  REDACTED          Full coverage is offered for flight delay, cancellation, lost baggage and 24 hour live support |
| 4 | 7 | FL | REDACTED                             , but it's not the insurer. |
| 5 | 8 | FL | That trip insurance is recommended, frequently purchased, covers trip cancellation/interruption or delay, and lost or delayed luggage. It also states that although Delta is not the insurer, REDACTED |
| 6 | 10 | GA | You're protecting yourself against any unscheduled trip interruptions.  This insurance makes changes cheaper and easier with dedicated customer service representatives. |
| 7 | 11 | IL | It offers flexibility for your trip |
| 8 | 15 | NC | I love what I saw; that insurance covers health problems or sickness that could happen, as well as lost luggage. It is a protection for sure. |
| 9 | 17 | VA | Trip insurance is recommended and gives you peace of mind for your trip. |
| 10 | 18 | TX | They recommend flight insurance.  REDACTED |
| 11 | 20 | IN | It will pay an amount up to the limit that a person buys insurance for to cover the costs of a cancelled, delayed or interrupted flight. It also cover the costs of delayed, lost or damaged baggage. |
| 12 | 26 | AR | PROTECT YOUR TRIP |
| 13 | 27 | IN | He insured for most situations |
| 14 | 28 | PA | Travel insurance is recommended to cover unexpected things such as delays and cancellations as well as travel delay expenses. It is not provided by Delta although REDACTED                      ; Allianz Global is the provider. |
| 15 | 29 | MI | They will pay you if your luggage is lost or stolen, or if you get sick or if your flight is delayed or cancelled. |
| 16 | 30 | KY | to be able to personize their flight |
| 17 | 34 | NY | that you can add travel insurance to the trip that you are taking. |
| 18 | 36 | NM | Financial peace of mind in the event of a cancellation due to a qualifying event. |
| 19 | 39 | CA | you can't predict what may happen that might prevent you from taking your trip, so they recommend travel insurance |
| 20 | 40 | NJ | Mostly it covers damages and cancellations. |
| 21 | 41 | DE | Trip Insurance |
| 22 | 45 | OH | That the insurance will pay you money if your trip gets canceled or delayed. |
| 23 | 47 | MI | It is recommended to protect against surprises |
| 24 | 48 | GA | TRIP INSURANCE TRIP CANCELLATIONS |
| 25 | 51 | KS | You can not predict when you need to cancel.  Delta does not underwrite the insurance coverage REDACTED |
| 26 | 52 | KY | Peace of mind by purchasing trip insurance |
| 27 | 53 | TN | That you can pay extra and be protected in case you have to cancel this trip |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 1 | 1 | Many passengers have recently chose this option to insure their trip. This insurance is also not offered by Delta Airlines themselves, but by a third party company. | 1 | C | |
| 2 | 5 | it tells you what it does and does not cover | 1 | C | 1 |
| 3 | 6 | Having travel insurance gives peace of mind to the traveler as you can never know what may happen;  travel insurance allows you to sit back and enjoy your flight and rest assure that travel mishaps will be taken care of | 1 | C | 1 |
| 4 | 7 | adding trip insurance is a peace of mind in case something unexpected happens | 1 | C | 1 |
| 5 | 8 | The companies that are selling the insurance are mentioned as well as the underwriter. | 1 | C | 1 |
| 6 | 10 | REDACTED | 1 | C | 1 |
| 7 | 11 | It is highly recommended | 1 | C | |
| 8 | 15 | The payment is well worth it. | 1 | C | |
| 9 | 17 | REDACTED | 1 | C | 1 |
| 10 | 18 | Delta makes money off trip insurance.  The unexpected can happen at any time.  Gives you more flexibility with flights. lost luggage. and 24/7 help. | 1 | C | 1 |
| 11 | 20 | The insurance is through a company called Allianz and they are responsible for reimbursement to the traveler. REDACTED | 1 | C | 1 |
| 12 | 26 | Don't know | 1 | C | |
| 13 | 27 | Be insured for any reason flight is cancelled | 1 | C | |
| 14 | 28 | Allianz Global provides the coverage | 1 | C | 1 |
| 15 | 29 | the airline is not the insurer. | 1 | C | |
| 16 | 30 | e payment  delta sky miles card | 1 | C | |
| 17 | 34 | REDACTED | 1 | C | 1 |
| 18 | 36 | Luggage protection in the event of luggage being  delayed or misplaced. | 1 | C | |
| 19 | 39 | REDACTED                                                            , it is carried by someone else | 1 | C | 1 |
| 20 | 40 | Includes concierge service. | 1 | C | |
| 21 | 41 | policies | 1 | C | |
| 22 | 45 | REDACTED | 1 | C | 1 |
| 23 | 47 | Don't know | 1 | C | |
| 24 | 48 | MEDICAL BENEFIT | 1 | C | |
| 25 | 51 | covers sickness and lost luggage so...if the airline screws up and loses your luggage it is okay because you personally have purchased coverage to take care of their screwup. | 1 | C | 1 |
| 26 | 52 | Delta is not the insurer | 1 | C | |
| 27 | 53 | that it's important to protect your trip in case you have to cancel for unforeseen reasons | 1 | C | |

EXHIBIT 2
CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 28 | 54 | WI | That you are fully covered for your expenses should you become ill while traveling. |
| 29 | 55 | IN | Trip insurance is a good way to protect yourself and it is very helpful |
| 30 | 58 | FL | Trip protection equals piece (and peace) of mind |
| 31 | 59 | IL | That it is recommended as protection for your trip in the event of cancellation |
| 32 | 70 | AR | Amount of trip insurance requested, a Delta disclaimer, number of people who have chosen to use trip insurance, the benefits of using trip insurance. |
| 33 | 71 | MO | you never know what may happen better to be protcted |
| 34 | 72 | CA | highly recommended additional item to the purchase of tickets |
| 35 | 73 | CO | That trip coverage is highly recommended in case your trip is delayed or canceled.Also covers bags. |
| 36 | 74 | IL | Protect your trip in a variety of ways. Help and reimbursement if flight is delayed or cancelled, if luggage is missing. |
| 37 | 75 | KY | Receive peace of mind by paying extra money. If you pay extra money, the company will do what they should normally do for free in case of changes or damages. |
| 38 | 76 | OR | you will be protected if you have to cancel your trip |
| 39 | 77 | MO | The main message communicated by the trip insurance offer is that Delta Airlines recommends that passengers purchase trip insurance to protect them against unexpected losses: Travel changes, lost luggage, needing to cancel their trip. |
| 40 | 78 | MI | Insurance is recommended |
| 41 | 84 | KY | More flexibility and reliable benefits. |
| 42 | 85 | WA | It is recommended to add trip insurance. |
| 43 | 88 | TX | You might want to have trip insurance just in case you need it. |
| 44 | 89 | GA | peace pf mind incase anything happens |
| 45 | 92 | IA | It states that with the insurance you are protected if the flight is canceled |
| 46 | 93 | MI | It is highly recommended |
| 47 | 94 | SC | It will give you reimbursement and peace of mind in case something unforeseen happens and you have to cancel your trip. |
| 48 | 95 | MN | That unpredictable circumstances arise and you should protect your ticket investment. |
| 49 | 96 | CA | recommended |
| 50 | 99 | OH | Protect your trip |
| 51 | 104 | OR | detailed info about trip insurance |
| 52 | 108 | TN | That you need the insurance because you never know what kind of situation may arise where you could lose money you paid out in relation to your flight; sickness, lost luggage, cancelled flights, etc. The main message to me is "Better safe than sorry" by purchasing insurance that will cover any and all emergencies. |
| 53 | 111 | OR | That it will help cover ou in case of the unexpected, such as delays, illness, mother nature. |

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 28 | 54 | REDACTED and therefore take no responsibility should there be an issue.  That the company you are dealing with will assist you in any way they can.  That they cover all aspects of your trip and also damage to your baggage. | 1 | C | 1 |
| 29 | 55 | REDACTED | 1 | C | 1 |
| 30 | 58 | Delta is not the insurer and gets some, but not all of the money from the purchase | 1 | C | 1 |
| 31 | 59 | REDACTED | 1 | C | 1 |
| 32 | 70 | Answer for previous question. | 1 | C | |
| 33 | 71 | its recommended not necessary to purchase      its an add on | 1 | C | |
| 34 | 72 | benefits of the insurance, number of people that bought it | 1 | C | |
| 35 | 73 | REDACTED | 1 | C | 1 |
| 36 | 74 | More flexibility. Reliable benefits. All the help you need. | 1 | C | |
| 37 | 75 | Many customers have done the same, so you should too. | 1 | C | |
| 38 | 76 | payment is fast and easy | 1 | C | |
| 39 | 77 | REDACTED However, Delta does not provide the travel insurance. | 1 | C | 1 |
| 40 | 78 | If you have to cancel or change trip it?s easy | 2 | C | |
| 41 | 84 | Price | 1 | C | |
| 42 | 85 | I can protect my trip up to whatever amount I want. | 1 | C | |
| 43 | 88 | REDACTED | 1 | C | 1 |
| 44 | 89 | delta is not insurer | 1 | C | |
| 45 | 92 | REDACTED | 1 | C | 1 |
| 46 | 93 | REDACTED | 1 | C | 1 |
| 47 | 94 | You also receive concierge service and baggage loss protection to make your trip hassle free | 1 | C | |
| 48 | 95 | How many people have purchased the insurance in the past few days and that REDACTED | 1 | C | 1 |
| 49 | 96 | more flexibility | 1 | C | |
| 50 | 99 | Covers delays | 1 | C | |
| 51 | 104 | REDACTED | 1 | C | 1 |
| 52 | 108 | REDACTED they are not the insurer and not providing any insurance coverage connected to your flight. Another party is the actual insurer. | 1 | C | 1 |
| 53 | 111 | REDACTED it is recommended by USA Today. Includes coverage of some pre existing conditions. | 1 | C | 1 |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 54 | 112 | PA | The main message is that Delta really wants me to purchase trip insurance, REDACTED |
| 55 | 113 | NY | Why worry that unforeseen events may cause you to lose a ticket, with travel insurance you never have to worry |
| 56 | 114 | PA | The main message is that Delta recommends travel insurance. It gives customers a piece of mind, by having flexibility and protection. |
| 57 | 115 | CA | Disclaimer |
| 58 | 117 | NY | You never know what's going to happen.  Better buy this insurance or risk the entire price of the ticket  you are buying. |
| 59 | 118 | PA | If you can't make your trip, you will be reimbursed. If your bags are lost or damaged you will be protected. |
| 60 | 119 | WI | trip insurance is a way to protect yourself |
| 61 | 120 | NY | It basically says that you can?t predict what will happen and having 8ndurance is a smart idea. REDACTED  it reimburse you for the trip, protection from lost bags and delays |
| 62 | 122 | VA | That buying trip insurance is highly recommended |
| 63 | 124 | OH | It is highly recommended to add trip insurance. |
| 64 | 126 | NC | Don't know |
| 65 | 132 | NC | Trip insurance provides peace of mind if illness, weather or mishandled baggage inerrupts a trip. |
| 66 | 136 | MI | We recommend trip insurance to protect yourself if anything should happen to the flight or your belongings. |
| 67 | 139 | NY | Don't know |
| 68 | 140 | MA | The unknown can always ruin the best of plans and as such purchasing trip insurance can provide peace of mind. |
| 69 | 141 | OH | covered under most circumstances |
| 70 | 142 | NC | Highly recommented |
| 71 | 143 | FL | Trip insurance is optional but highly recommended |
| 72 | 144 | CA | That if you get sick or the flight is cancelled you will be able to get your money back for the flight  Or if you baggage is lost they will cover that expense if not found |
| 73 | 145 | AL | Trip insurance provides coverage for delayed or cancelled travel and lost luggage. |
| 74 | 146 | CA | Trip insurance is highly recommended for unexpected events like cancelled flights; lost baggage or an unexpected illness. REDACTED |
| 75 | 148 | CA | To protect you trip from unforeseeable issues that would keep you from going. |
| 76 | 149 | MD | If you should need to cancel, you will get the price for the flight reimbursed. |
| 77 | 151 | AR | Trip insurance is flexible and protects your trip should something need to change. |
| 78 | 152 | WA | brief explantion of the benefits if purchased and explains that delta is not the insurer |
| 79 | 153 | GA | That neither mother nature or lost luggage is always predictable, but with trip insurance you can be compensated for such inconveniences. It also states that while Delta collects some of this fee, they are not the insurer, a 3rd party is. |
| 80 | 154 | OK | REDACTED |
| 81 | 166 | WI | Its recommended to buy trip insurance |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 54 | 112 | Very little.  It makes me link to other pages to get actual details, including eligible reasons for cancelling. | 1 | C | 1 |
| 55 | 113 | The flexibility of choosing how much insurance you may want to buy | 1 | C | |
| 56 | 114 | I typed everything in the previous box. | 1 | C | |
| 57 | 115 | Highly recommended | 1 | C | |
| 58 | 117 | Put yourself in our good hands.  We'll take care of you. | 1 | C | |
| 59 | 118 | Delta is not the insurer. | 1 | C | |
| 60 | 119 | flexible options for everyone | 1 | C | |
| 61 | 120 | That over 31 thousand people insured their trip in 5he last 3 days and you get 24/7 customer service | 1 | C | 1 |
| 62 | 122 | REDACTED | 1 | C | 1 |
| 63 | 124 | More flexibility, reliable benefits and all the help you need 24/7. | 1 | C | |
| 64 | 126 | | 1 | C | |
| 65 | 132 | REDACTED                                    Delta does not administer this service directly. The insurance is offered by Allianz Global. | 1 | C | 1 |
| 66 | 136 | Cost, user frequency, insurance provider company, how the insurance protects you | 1 | C | |
| 67 | 139 | | 2 | C | |
| 68 | 140 | Don't know | 1 | C | |
| 69 | 141 | REDACTED | 1 | C | 1 |
| 70 | 142 | Disclaimer | 1 | C | |
| 71 | 143 | How many people have purchased trip insurance | 1 | C | |
| 72 | 144 | they have help for you 24/7 | 1 | C | |
| 73 | 145 | Live support 24/7 and some medical coverage. | 1 | C | |
| 74 | 146 | It lists the amount of delta customers in the last three days that have elected to take the trip insurance. | 1 | C | 1 |
| 75 | 148 | Delta is not the ones responsible. | 1 | C | |
| 76 | 149 | REDACTED | 1 | C | 1 |
| 77 | 151 | Trip insurance is worth the investment. | 1 | C | |
| 78 | 152 | REDACTED | 1 | C | 1 |
| 79 | 153 | That over 30,000 passengers bought trip insurance for Delta flights in the last 3 days, and that by purchasing trip insurance you will have more options should your flight be delayed for some reason. | 1 | C | 1 |
| 80 | 154 | i have agreed with all terms | 1 | C | 1 |
| 81 | 166 | The benefits of insurance are not ed. | 1 | C | |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 82 | 170 | IL | it is extremely recommended for extra flexibility and for peace of mind |
| 83 | 171 | NJ | to be protected just in case something might go wrong. |
| 84 | 173 | SD | for your peace of mind coverage for your trip covers the unforseen |
| 85 | 174 | NC | So you are covered if something happens or changes. |
| 86 | 175 | NY | That the insurance is offered by a third party (not Delta) |
| 87 | 176 | NM | Flexibility, reliabilty, ant-time assstance at an affordable price. |
| 88 | 178 | NY | It is to help insure people that they won't lose anything. Also, in case of delays or cancellations, people will get their money's worth back. |
| 89 | 179 | MI | REDACTED |
| 90 | 180 | DC | by purchasing the trip insurance you have peace of mind when it comes to unpredictable circumstances. if flight is cancelled, trip can be refunded |
| 91 | 182 | CA | protect your trip for a little extra |
| 92 | 187 | TN | The main message is that the trip insurance is provided by insurance providers such as Alliance Global, Underwritten by Jefferson Insurance Company or BCS. REDACTED |
| 93 | 189 | GA | To me, it means that no matter what may happen- whether you get sick or bad weather causes a delay in travel- you'll be able to get reimbursed for your flight. |
| 94 | 190 | OH | That it was highly recommended by for protection by qute from the USA Today Newspaper. That Delta did not do the insuring, but was being done by an independent insurer. REDACTED |
| 95 | 193 | CA | That trip insurance is a recommended feature because the airline can't promise everything will run smoothly and you might need insurance to back you up when/if anything goes wrong on the flight. |
| 96 | 194 | CA | Trip Insurance covers: |
| 97 | 195 | UT | That Delta recommends buying trip insurance. The amount for the particular trip and that although REDACTED |
| 98 | 196 | GA | That you can add trip insurance for a certain amount of money to your trip |
| 99 | 199 | CA | You choose whether your trip will be insured should anything go wrong REDACTED |
| 100 | 200 | MD | It is recommended that you purchase trip insurance because you could get sick, weather could cancel the flight, etc., and this insurance would protect against all of these incidents. Though not offered by Delta, REDACTED |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 82 | 170 | REDACTED | 1 | C | 1 |
| 83 | 171 | how many people have been using this service in the Xdays | 1 | C | |
| 84 | 173 | REDACTED | 1 | C | 1 |
| 85 | 174 | No not really | 1 | C | |
| 86 | 175 | Better be safe than sorry. You never know when a flight may have to be canceled | 1 | C | |
| 87 | 176 | Offered by a reputable company. | 1 | C | |
| 88 | 178 | It is better to insure your stuff then have something bad occur | 1 | C | |
| 89 | 179 | Reimbursement for trip cancellations, baggage lost, weather, and if you get sick. | 1 | C | 1 |
| 90 | 180 | there is also 24/7 concierge services | 1 | C | |
| 91 | 182 | That delta is not the primary insurance | 1 | C | |
| 92 | 187 | The highlighted area for the trip insurance conveys that Delta Highly recommends the trip insurance, it states the price you will pay for the trip insurance,the benefits of taking the trip insurance are clearly communicated, There is a counter w2ith the number of customers that have protected their trips in the past 3 days. There is a quote from USA Today emphasising that illness,weather,canceled flights, lost luggage cannot be can't be predicted but Delta recommends playing it safe and purchase the trip insurance.There is a currency calculator, there is a box to confirm you understand the terms of your purchase. Finally the complete purchase button. | 1 | C | 1 |
| 93 | 189 | Insurance is recommended for all travel | 1 | C | |
| 94 | 190 | Again, that the protection was highly recommended and over 31,000 customers protected their trip. By signing you agree to the Terms & Condition...and federal law prohibited certain materials. | 1 | C | 1 |
| 95 | 193 | Trip insurance is more of a peace of mind ad on to your ticket purchase. | 1 | C | |
| 96 | 194 | Don't know | 1 | C | |
| 97 | 195 | Disclaimer saying Delta is not the actual insurer. | 1 | C | 1 |
| 98 | 196 | Tells you about the trip insruance | 1 | C | |
| 99 | 199 | It is recommended, and a lot of other customers have used this option | 1 | C | 1 |
| 100 | 200 | Trip insurance will provide peace of mind for the trip and ensure that your trip is protected for a fee. | 1 | C | 1 |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 101 | 202 | VA | The main message is to inform the customer of their insurance package. Highly recommending the customer to buy so they can be stress free during their trip in the event of an accident occurring with their luggage or if they had to cancel the flight for whatever reason. Overall its letting you know you have options on weather or not you want insurance, but its a lot smarter to be safe. |
| 102 | 203 | SC | you get your money back if you buy the insuranfce. REDACTED |
| 103 | 206 | SC | That you will get reimbursement for covered trip cancellations. |
| 104 | 208 | MN | That it is highly recommended to purchase the trip insurance, that you can't predict when you get sick and that this would help cover the cost of your trip if you would need to cancel due to illness |
| 105 | 213 | MN | One can buy insurance in case of flight cancellations or delays, or if there is a problem with luggage being lost or delayed. |
| 106 | 216 | CO | Piece of mind is only a click away. |
| 107 | 218 | IA | that you are covered for unexpected things for your trip. |
| 108 | 221 | VA | It?s recommended it?s reliable, flexible and helps you |
| 109 | 222 | UT | Peace of mind in knowing you can cancel/reschedule your flight with benefits for lost baggage and pre existing medical needs. You have 24/7 support to help with your flight. |
| 110 | 223 | TN | THAT ADDED INURANCE IS AFFORDABLE AND EASY TO GET |
| 111 | 224 | KY | Be prepared for anything. It will save you money.  REDACTED |
| 112 | 225 | GA | The main idea I got from the trip insurance portion is that trip insurance is highly recommended because you never know what accidents or delays could happen, whether due to human error or mother nature. I was also surprised to see Delta has a third party as the insurer and essentially has nothing to do with the insurance. |
| 113 | 228 | KY | The main message is that trip insurance is highly recommended to protect your trip in case of weather, illness, cancellations, or other events.  Buying trip insurance provides the customer with peace of mind. |
| 114 | 229 | ND | That people should consider purchasing trip insurance |
| 115 | 231 | NY | yes |
| 116 | 232 | IA | We cover all of your trip problems during and after your flight includes lost baggage, missed flights if we r involved |
| 117 | 238 | CT | peace of mind if you cancel |
| 118 | 239 | NC | That the insurance is offered by Allianz Global Assistance. |
| 119 | 241 | MO | That another company, Allianz, offers trip insurance, REDACTED Highly recommended. |
| 120 | 243 | AL | so that you can't miss it when you are booking your flight. |
| 121 | 244 | FL | covers for trip cancellation for specific reasons |
| 122 | 245 | NJ | Delta recommends trip insurance for many reasons |
| 123 | 247 | NY | By buying trip insurance you can have peace of mind in the event some unforeseen circumstance arises and the trip would have to be cancelled |
| 124 | 249 | VA | The main message is that adding trip insurance is recommended because it gives you additional protection for your trip since you never know what might come up that will interfere with a trip, or cause you to have to cancel a trip. |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 101 | 202 | It is communicated with the customer that 31,121 people have bought the insurance in the past 3 days letting the consumer know that they would not be alone in buying the package and feel better about it. | 1 | C | |
| 102 | 203 | more flexibility  getting help with 24/ 7 customer sevrbce | 1 | C | 1 |
| 103 | 206 | The disclaimer was very important. | 1 | C | |
| 104 | 208 | There is a disclaimer where they say REDACTED | 1 | C | 1 |
| 105 | 213 | REDACTED | 1 | C | 1 |
| 106 | 216 | We can't always predict what will happen, but you can play it safe with travel insurance. | 1 | C | |
| 107 | 218 | who the insurer is. | 1 | C | |
| 108 | 221 | REDACTED | 1 | C | |
| 109 | 222 | This is sold and serviced by an independent insurance carrier. | 3 | C | |
| 110 | 223 | WHAT IT OFFERS | 1 | C | |
| 111 | 224 | You can?t predict the future. | 1 | C | 1 |
| 112 | 225 | I also understood that they want you to know there are many wonderful benefits to having trip insurance. | 1 | C | |
| 113 | 228 | Trip insurance will cover cancelled flights, help with lost luggage, and provide live support and concierge services. | 1 | C | |
| 114 | 229 | that it is recommended that you purchase trip insurance | 1 | C | |
| 115 | 231 | REDACTED | 1 | C | 1 |
| 116 | 232 | Don't know | 1 | C | |
| 117 | 238 | protect yourself | 1 | C | |
| 118 | 239 | REDACTED | 1 | C | 1 |
| 119 | 241 | that it covers not only health expenses, but other travel related expenses | 1 | C | 1 |
| 120 | 243 | that trip insurance is a good idea for any traveler to at least look at did not use themselves | 1 | C | |
| 121 | 244 | all help 24/7 | 1 | C | |
| 122 | 245 | Delta is not responsible for the insurance nor providing it | 1 | C | |
| 123 | 247 | The disclaimer that Delta is not the insurer REDACTED | 1 | C | 1 |
| 124 | 249 | The other message is that REDACTED | 1 | C | 1 |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|-----|-------------|-------|-----|
| 125 | 250 | IN | That it is important to purchase the trip insurance in case anything unforseeable comes up, so you can reschedule without penalty. It also protects your luggage. |
| 126 | 251 | WA | that it's recommended. That it offers more flexibility and reliable benefits. Piece of mind is only a click away. |
| 127 | 252 | NJ | that it covers you for delayed or cancelled flights, due to weather or aircraft or if you get sick. |
| 128 | 253 | WI | It is highly recommended to insure the trip |
| 129 | 260 | NV | Delta offers trip insurance and is recommended. |
| 130 | 262 | WV | you can protect your trip and gain peace of mind with trip insurance |
| 131 | 263 | CA | It is for added trip insurance that is a bonus feature if you wanted to pay more for your ticket. |
| 132 | 266 | DC | The message is why you should buy trip insurance. They list the benefits ,the cost of the trip you are insuring, and then include a disclaimer that REDACTED |
| 133 | 267 | TN | information regarding trip insurance |
| 134 | 268 | CA | Trip insurance provides peace of mind |
| 135 | 269 | VA | Because a lot of unexpected things can happen in the trip |
| 136 | 273 | CO | They help make sure your trip is everything you want it to be |
| 137 | 275 | AK | Insurance for your trip in case of emergencies or natual disasters. |
| 138 | 277 | NC | It is recommended to get this insurance, but it's not provided by Delta, REDACTED |
| 139 | 278 | SC | Don't know |
| 140 | 279 | MI | Protect yourself from any unexpected illness or potential travel disruptions by buying flight insurance. |
| 141 | 280 | AZ | Customers will get more benefits and need not worry too much about their trip by selecting the add-on insurance |
| 142 | 281 | OH | REDACTED |
| 143 | 282 | CA | Protect your payment with trip insurance in case you are unable to fly or something happens with your luggage. |
| 144 | 289 | NY | trip insurance is recommended in case of flight cancellations, etc |
| 145 | 293 | NY | that they recommend you get it just iincase of something happen to prevent you for completing your trip |
| 146 | 294 | TX | It is a safer approach as any unfortunate situation may happen. |
| 147 | 296 | OR | The main message is that you can add/have peace of mind during your trip for an affordable extra dollar amount given that you can enjoy benefits considering customer service, medical conditions and baggage, what you take with you in your trip |
| 148 | 297 | NY | tHAT ITS HIGHLY RECOMMENNDED BECAUSE YOU NEVER KNOW WHAT MIGHT HAPPEN AND YOU MIGHT HAVE TO CANCEL OR POSTPONE YOUR TRIP |
| 149 | 298 | FL | To protect and get refunded the money you paid for this ticket in the case of an unforeseen circumstance, you should purchase flight insurance. It also protects your baggage in the event they are list or damaged. |
| 150 | 302 | CA | You just don't know what will happen in the future. protect yourself in case something goes wrong with you or the flight |
| 151 | 303 | OH | benefits and flexoibility |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 125 | 250 | It is provided by a 3rd party insurer. | 1 | C | |
| 126 | 251 | a 24/7 help line is available to whoever purchases the insurance. That over 31,000 people have bought this insurance in the past 3 days | 1 | C | |
| 127 | 252 | REDACTED | 1 | C | 1 |
| 128 | 253 | shows certain policies that make it worth it | 1 | C | |
| 129 | 260 | Don't know | 1 | C | |
| 130 | 262 | Don't know | 1 | C | |
| 131 | 263 | The messages are the benefits of getting insurance and how you are better off with the insurance for the future in case of emergencies. | 1 | C | |
| 132 | 266 | Delta isn't responsible for the insurance but gets a cut. | 1 | C | 1 |
| 133 | 267 | Don't know | 1 | C | |
| 134 | 268 | Insurance not covered by Delta, but third party.  Also, shows how many people purchased trip insurance in the last 3 days. | 1 | C | |
| 135 | 269 | May be bold out the amount. | 2 | C | |
| 136 | 273 | Don't know | 1 | C | |
| 137 | 275 | It lists the benefits of buying insurance for your ticket. | 1 | C | |
| 138 | 277 | It provides the cost of it, and how many people have used it in a short period of time from the time you're looking at booking. | 1 | C | 1 |
| 139 | 278 | | 1 | C | |
| 140 | 279 | recommended by the airline | 1 | C | |
| 141 | 280 | The insurance is highly recommended because passengers will gain a lot of benefits if add insurance | 1 | C | |
| 142 | 281 | It is highly recommended | 1 | C | 1 |
| 143 | 282 | Help is available if there are any issues with your trip. | 1 | C | |
| 144 | 289 | 24/7 help | 2 | C | |
| 145 | 293 | many resasns are can happen to prevent you from your trip and this wold help you not lose money there are many way to pay it too | 1 | C | |
| 146 | 294 | REDACTED | 1 | C | 1 |
| 147 | 296 | Don't know | 1 | C | |
| 148 | 297 | REDACTED | 1 | C | 1 |
| 149 | 298 | REDACTED                          I also like that it tells you how many people have purchased flight insurance over the past few days | 1 | C | 1 |
| 150 | 302 | You've got someone you can contact 24/7 and expenses because of travel delay you're covered | 1 | C | |
| 151 | 303 | REDACTED | 1 | C | 1 |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 152 | 309 | NY | That so many things are out of your control, but by paying a small amount of insurance, you can be sure you won't lose the price of your ticket |
| 153 | 311 | OH | The main message is the benefits of purchasing trip insurance such as reimbursements and protection against lost/damaged luggage. |
| 154 | 312 | VA | Be aware that if you DON'T choose the trip insurance option, you may not be protected in certain situations. Highlighting it makes it so that Delta is ensuring your best experience as a customer. |
| 155 | 313 | UT | Trip insurance covers you if you need to change your flight due to sickness or a disaster |
| 156 | 314 | VA | Delta highly recommends insuring your ticket, so that if you get sick, you won't lose out on the entire ticket price. |
| 157 | 315 | KY | Trip insurance is highly recommended. |
| 158 | 316 | CT | Protects you and your belongings financially and adds additional benefits not given prior. |
| 159 | 317 | TX | That it gives you peace of mind in the event of unexpected travel expenses, medical emergencies, or lost luggage. |
| 160 | 318 | MD | If I add trip insurance, I will receive reimbursement in the event of sudden flight cancellations/interruptions or travel delay expenses. I will also receive protection against lost or damaged baggage and concierge services. |
| 161 | 319 | MI | That you can book your flight with peace of mind. You don't have to worry about cancellations or getting ill or even losing your luggage. They cover everything under the policy. |
| 162 | 321 | FL | The massage is that About Passengers Comfortableness, Benefits, And The All needs Of A Passengers |
| 163 | 322 | CT | Protecting your purchase |
| 164 | 326 | FL | It is recommended to purchase the insurance since we cannot predict the future |
| 165 | 334 | CO | trip insurance offers peace of mind |
| 166 | 335 | CA | Peace of mind |
| 167 | 336 | CA | You'll have peace of mind if you buy the insurance, as Delta can't predict flight cancellations, or bad weather, or if your luggage gets lost. It's better to be safe than sorry! |
| 168 | 337 | FL | It is highly recommended that you purchase insurance on your trip just in case the trip is cancelled by you or the airline. You will receive compensation for your expenses. |
| 169 | 338 | FL | Getting insurance protects our trip and benefits the customer in any unforeseen circumstances |
| 170 | 342 | DC | Basically you have an ease of mind in knowing that your trip is ensured. You'll get more support around the clock and should anything come up, you'll have options on how to adjust the trip as needed. |
| 171 | 344 | CA | It provides information about trip insurance, giving protection and reimbursement in the case of lost or delayed luggage. |
| 172 | 345 | MD | REDACTED |
| 173 | 347 | MN | Travel insurance coverage is great and efficient. be safe |
| 174 | 351 | TX | That I'm covered 50% of the entire ticketed price paid according to their refund policy |
| 175 | 352 | NC | THE MAIN MESSAGE IS TO ADD TRIP INSURANCE.  ANYTHING CAN HAPPEN |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 152 | 309 | It also covers lost bags | 1 | C | |
| 153 | 311 | It mentions how many people have used the insurance in the past three days. REDACTED | 1 | C | 1 |
| 154 | 312 | I think it makes it so it isn't as easily skipped over. | 2 | C | |
| 155 | 313 | The insurance is not actually through Delta, its through a third party | 1 | C | |
| 156 | 314 | REDACTED | 1 | C | 1 |
| 157 | 315 | Many customers use this insurance to be protected and it offers peace of mind. | 1 | C | |
| 158 | 316 | It is recommended and REDACTED | 1 | C | 1 |
| 159 | 317 | This insurance is not covered by Delta, but a third party lender. And that others recommend it and have used it. | 1 | C | |
| 160 | 318 | REDACTED                                and the trip is insured by the Allianz Global | 1 | C | 1 |
| 161 | 319 | That delta is not the insurer, | 1 | C | |
| 162 | 321 | Total needs Of A Passengers | 1 | C | |
| 163 | 322 | REDACTED | 1 | C | 1 |
| 164 | 326 | REDACTED | 1 | C | 1 |
| 165 | 334 | 24/7 assistance is available | 1 | C | |
| 166 | 335 | Covers trip canx | 3 | C | |
| 167 | 336 | It tells me who issues the insurance.  That it's affordable and flexible.  REDACTED | 1 | C | 1 |
| 168 | 337 | REDACTED | 1 | C | 1 |
| 169 | 338 | It provides protection to our baggage too | 1 | C | |
| 170 | 342 | It shows you how many other people have purchased it as well. | 1 | C | |
| 171 | 344 | I would like to know more about the company that is offering the trip insurance. | 1 | C | |
| 172 | 345 | It's good to have insurance because we can't control Mother Nature or medical conditions. | 1 | C | 1 |
| 173 | 347 | That there is felixabilty and 24 hour service and help. There is protection for delayed, lost items, and medical issues. | 1 | C | |
| 174 | 351 | There are ways his I can decide to purchase that coverage | 1 | C | 1 |
| 175 | 352 | REDACTED | 1 | C | 1 |

EXHIBIT 2
CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 176 | 353 | OH | The main message that was communicated is that trip insurance can be purchased to ensure that you have a peace of mind when you fly. The insurance covers trip cancellations, damaged or lost luggage, as well as 24/7 customer service support. |
| 177 | 354 | CA | Having peace of mind |
| 178 | 356 | PA | The customer will be covered if their luggage is lost, damaged, or delayed. There will be trip reimbursement in the event of interrupted trips or cancellations. REDACTED |
| 179 | 360 | CA | It is to insure that you don't lose your money if the flight is cancelled or delayed. That you can customize your insurance to fit your preference |
| 180 | 361 | TN | HELPS IN CASE FLIGHTS ARE CANCELLED DUE TO WEATHER CONDITIONS OR IF LUGGAGE IS LOST |
| 181 | 364 | MN | You never know if you may have a flight delay, or cancellation, if you might get sick or if some of your baggage may become damaged or lost. This is for those potential incidents. |
| 182 | 365 | UT | recommend that you pay extra for this insurance |
| 183 | 366 | TX | To ensure that the customer does not lose money in case something happens which is beyond customer control. The message is indicating that it is flexible and easier to recover your money in case something prevent you from flying on that specified date. A Highly recommended message to make the customer at least think about purchasing coverage. |
| 184 | 368 | SC | REDACT |
| 185 | 374 | CA | Insurance is recommended, quote from USA Today reinforces recommendation.  Even though payment is being made to Delta, Delta is not itself providing the insurance. |
| 186 | 377 | GA | If your flight is cancelled, you'll get re-imbursed, you'll receive help re-booking (at no charge) to another flight |
| 187 | 378 | MN | REDACTED |
| 188 | 379 | MN | that trip insurance is available for a fee and REDACTED |
| 189 | 384 | TN | IT IS RECOMMENDED TO PURCHASE FLIGHT INSURANCE THAT WAY IF YOU HAVE TO CANCEL YOU CAN RESCHEDULE AND GET YOUR MONEY BACK FOR LOST BAGGAGE |
| 190 | 385 | CA | There are options, and REDACTED |
| 191 | 386 | NV | Insure your trip up front but insurance is by a company not Delta, REDACTED |
| 192 | 388 | UT | That trip insurance is highly recommended. |
| 193 | 389 | OR | The message is to play it safe and get insurance for your belongings and yourself as well. |
| 194 | 391 | UT | Protecting my trip. |
| 195 | 394 | FL | Adding trip insurance gives you peace of mind |
| 196 | 395 | FL | it is trip insurance to help cover you if things go wrong with the flight |
| 197 | 397 | FL | It is recommended to purchase trip insurance because life happens. |
| 198 | 398 | FL | That for an added fee you can have peace of mind should something happen to disrupt your trip - whether that's lost baggage or a medial emergency |
| 199 | 401 | FL | Insurance was highly recommended and offered flexibility, reliable benefits and assistance. |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 176 | 353 | REDACTED | 1 | C | 1 |
| 177 | 354 | Reliable and having flexibility | 1 | C | |
| 178 | 356 | The insurance is recommended. About 31,000 people have used within the last three days. Makes you assume its trustworthy. | 1 | C | 1 |
| 179 | 360 | REDACTED | 1 | C | 1 |
| 180 | 361 | THAT THE INSURER IS NOT THE AIRLINE,  BUT ANOTHER COMPANY | 1 | C | |
| 181 | 364 | REDACTED | 1 | C | 1 |
| 182 | 365 | that Delta gets money but does not do the insurance. that tells me I can probably get a cheaper if I buy it on my own | 1 | C | 1 |
| 183 | 366 | A third party provides the service and not Delta Airlines. Also data on the number of customers who signed up within the last 3 days. REDACTED | 1 | C | 1 |
| 184 | 368 | if you need | 1 | C | 1 |
| 185 | 374 | Identifies who is actually providing the trip insurance, not Delta | 1 | C | 1 |
| 186 | 377 | it insures you for lost baggage | 1 | C | |
| 187 | 378 | Forbidden items that can't be carried on the aircraft. | 1 | C | 1 |
| 188 | 379 | it will show how much it costs | 1 | C | 1 |
| 189 | 384 | MANY PEOPLE HAVE USED FLIGHT INSURANCE OFFER RECENTLY AND DELTA DOES NOT INSURE THE CUSTOMER BUT ANOTHER COMPANY DOES | 1 | C | |
| 190 | 385 | REDACTED | 1 | C | 1 |
| 191 | 386 | REDACTED | 1 | C | 1 |
| 192 | 388 | REDACTED | 1 | C | 1 |
| 193 | 389 | The insurance provides more flexibility. | 1 | C | |
| 194 | 391 | That I'll have peace of mind, and that Delta is not the insurer. | 1 | C | |
| 195 | 394 | some things are beyond your control | 3 | C | |
| 196 | 395 | REDACTED | 1 | C | 1 |
| 197 | 397 | REDACTED | 1 | C | 1 |
| 198 | 398 | That Delta is not the company offering the insurance (Allianz is) REDACTED | 1 | C | 1 |
| 199 | 401 | Protection for trip modifications. Lost baggage and existing medical condition. Concierge service. | 1 | C | |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 200 | 402 | FL | Delta is not the insurer and not providing the insurance. |
| 201 | 403 | FL | You will be covered if you have to cancel your trip or if you trip is delayed for any reason and will always have access to support |
| 202 | 407 | FL | RECOMMEDED AND THAT DELTA GETS SOME MONEY BUT IS NOT THE COMPANY |
| 203 | 411 | FL | That it is through a 3rd party REDACTED                               but gives you peace of mind in case you need to cancel. |
| 204 | 412 | FL | it is reccomanded,REDACTED |
| 205 | 414 | FL | The main message is that with trip insurance, you have piece of mind if a trip has to be cancelled or if your luggage is lost. |
| 206 | 415 | FL | The coverage seems to be a bit more extensive than others, covering pre-existing conditions.  REDACTED |
| 207 | 417 | FL | Protection to add to your trip when you cancel or the flight is canceled by the airline for bad weather. |
| 208 | 419 | FL | The main message is the recommendation of purchasing Trip Insurance for your flight. It states, they can't predict the weather, or if you may get sick. You also get live support and 24/7 customer assistance as well. Your luggage may get lost and if so, that's the reason you need to purchase this extra trip insurance! REDACTED                                              So it gives you peace of mind its not a scam or anything like that. This is real, authentic, extra protection at a fair price for any kind of problem that may occur. |
| 209 | 421 | FL | Trip Insurance and the rules |
| 210 | 423 | FL | to offer different types of insurance or coverages in case you cannot fly on that, ways to prevent losing your ticket by paying some insurance |
| 211 | 425 | FL | Trip insurance protects you from unexpected reasons for cancellation |
| 212 | 427 | FL | highly recommended |
| 213 | 429 | FL | if you want to add insurance to the trip |
| 214 | 432 | FL | That it's important to get ins, and delta is not the one offering it, it's through a separate ins. compaoy REDACTED |
| 215 | 433 | FL | REDACTED                              You are protected for trip cancellation |
| 216 | 434 | FL | more flexibility, highly recommended |
| 217 | 439 | FL | That if you purchase trip insurance and you are sick or something happens they will take care of it and repay your ticket or cover lost luggage |
| 218 | 440 | FL | If you get sick or your flight is delayed they will refund/reschedule your flight |
| 219 | 441 | FL | The amount i would insure. |
| 220 | 443 | FL | ADD trip INS |
| 221 | 444 | FL | To protect your trip from any hiccups |
| 222 | 448 | FL | To protect me and my trip for the cost of the flight in case I can make the trip due to an illness, bad weather, a death in the family.  Can also cover my luggage if it is lost or delayed. |
| 223 | 449 | FL | Peace of mind is one click away. |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|---|---|---|---|---|---|
| 200 | 402 | Predicting the need for the insurance is impossible.  It is better to be safe than sorry. | 1 | C | |
| 201 | 403 | REDACTED | 1 | C | 1 |
| 202 | 407 | DISCLAMIER | 1 | C | 1 |
| 203 | 411 | GIves you peace of mind in case of emergency and you need to cancel | 1 | C | 1 |
| 204 | 412 | more flexibility,help 24/7 | 1 | C | 1 |
| 205 | 414 | REDACTED | 1 | C | 1 |
| 206 | 415 | USA Today endorsement and number of other customers who've made the purchase. | 1 | C | 1 |
| 207 | 417 | REDACTED | 1 | C | 1 |
| 208 | 419 | Another message is that it states over 31,000 people have used this same exact insurance in just the past 3 days. Letting the customer know this is a smart way to go! It says Mother Nature could possibly make the flight delayed or canceled, and by having this extra added protection, you will have no worries because you purchased this trip insurance which isn't even through Delta's company itself. So it makes it seem like it's a great idea to go with the insurance. | 1 | C | 1 |
| 209 | 421 | The terms of the insurance. REDACTED | 1 | C | 1 |
| 210 | 423 | to give you piece of mind in case you can't make it | 1 | C | |
| 211 | 425 | You can have peace of mind when purchasing REDACTED | 1 | C | 1 |
| 212 | 427 | Don't know | 1 | C | |
| 213 | 429 | disclaimer. more flexibiity | 1 | C | |
| 214 | 432 | 24/7 help available | 1 | C | 1 |
| 215 | 433 | None | 1 | C | 1 |
| 216 | 434 | reliable benefits, passenger count of usage in the last 3 days | 2 | C | |
| 217 | 439 | That insurance is highly recommended because things happen | 1 | C | |
| 218 | 440 | they will also reimburse for lost luggage | 1 | C | |
| 219 | 441 | Delta is not primary insurance company. | 1 | C | |
| 220 | 443 | Disclaimer | 1 | C | |
| 221 | 444 | reimbursement protection for delay and 24/7 customer service | 1 | C | |
| 222 | 448 | REDACTED<br><br>Allianz Global would handle any claims... | 1 | C | 1 |
| 223 | 449 | Many costumers protected their flight in the last few days. | 1 | C | |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 224 | 451 | FL | the information been communicated is that as a customer its safer for me to insure my flight,in case of any unforeseen situations. |
| 225 | 453 | FL | Recommended to add trip insurance |
| 226 | 455 | FL | Purchasing trip insurance is the only way to assure yourself that if something happens or goes wrong that you will not be out of luck. |
| 227 | 458 | FL | the flexibility and reliability of having in-flight insurance |
| 228 | 459 | FL | Trip insurance is recommended in case of something going wrong in your trip |
| 229 | 461 | FL | That Delta is not the entity insuring the trip but uses a third party vendor. REDACTED |
| 230 | 462 | FL | Recommendations for purchasing travel insurance |
| 231 | 463 | FL | GIVES YOU FLEXIBILITY AND BENEFITS FOR TRIP DISRUPTIONS |
| 232 | 468 | FL | In case of emergency, you'd be a fool not to purchase trip insurance. It's a nominal fee to guarantee peace of mind in the event of a legitimate emergency. It's kind of a no-brainer. I've traveled extensively in my life and although 9 times out of 10 you won't need it, that one time you will be glad for your foresight. These are VERY reasonable rates, and I would purchase without a second thought. |
| 233 | 469 | FL | Life happens, get the insurance so youre protected against the unpredictable. It is peace of mind for a fee. |
| 234 | 472 | FL | They are offering you peace of mind in case any part of your trip is uneventful. |
| 235 | 473 | FL | To have peace of mind if something happens that is unexpected you are covered. |
| 236 | 477 | FL | To purchase trip insurance |
| 237 | 478 | FL | Trip insurance helps to protect you in case anything goes wrong. |
| 238 | 479 | FL | Delta recommends you add trip insurance and gives reasons for this recommendation then asks if you want to or not. |
| 239 | 481 | FL | Protect your trip. |
| 240 | 483 | FL | Delta recommends adding trip insurance to your flight in case anything unforeseen happens that prevents you from completing your trip. |
| 241 | 486 | FL | That it is recommended. |
| 242 | 487 | FL | trip insurance is highly recommended in case of illness, cancelled flights, lost baggage. |
| 243 | 489 | FL | That trip insurance is highly recommend and a easy way to protect yourself incase you cannot make the trip you have planned. |
| 244 | 491 | FL | It is worth spending a small amount of money to protect yourself against the possibility losing a lot of money due to flight cancellations personal health issues preventing you to go on your flight and all the numerous things that can happen and potentially cause you to loom your money for the ticket. |
| 245 | 493 | FL | Flexibility and reliability in the case on an emergency, you never know what could happen. |
| 246 | 495 | FL | Peace of mind for unexpected delays or cancellations. |
| 247 | 497 | FL | You have peace of mind if you buy the trip insurance for your trip. |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|-----|-------------|-----|-----|------|-------|
| 224 | 451 | REDACTED | 1 | C | 1 |
| 225 | 453 | REDACTED | 1 | C | 1 |
| 226 | 455 | REDACTED                          and that over 30,000 people have purchased it within the last 3 days. | 1 | C | 1 |
| 227 | 458 | that delta doesn't get all the monies paid for the insurance | 1 | C | |
| 228 | 459 | Other people are using it | 1 | C | |
| 229 | 461 | The insurance reduces your risk when purchasing your flight, it offers peace of mind, protection, customer assistance and reimbursement for unforeseen situations that may arise and negatively impact you and your Delta flight experience. | 1 | C | 1 |
| 230 | 462 | Reliable benefits | 1 | C | |
| 231 | 463 | HOW MANY PEOPLE HAVE PURCHASED INSURANCE | 1 | C | |
| 232 | 468 | REDACTED On the one hand, it's good because they're clearly protecting themselves but on the other hand I feel like they're holding their (corporate/collective) hands out to get a payout, banking on the fact that most of the time, they don't have to pay out any of the money they get paid. Then again, that may just be the nature of insurance. | 1 | C | 1 |
| 233 | 469 | fleixibility for traveling and peace of mind for issues that arrise. Lost or damaged baggage is also covered. | 1 | C | |
| 234 | 472 | They offer to reimburse you if your trip is cancelled or delayed, your luggage is lost, you experience a medical emergency. The insurance is not offered by Delta directly, but through a third-party insurance company. | 1 | C | |
| 235 | 473 | REDACTED | 1 | C | 1 |
| 236 | 477 | it is highly reccomended | 1 | C | |
| 237 | 478 | REDACTED | 1 | C | 1 |
| 238 | 479 | REDACTED | 1 | C | 1 |
| 239 | 481 | That trip protection is highly recommended and a popular option. | 1 | C | |
| 240 | 483 | It tells you how many passengers used trip insurance in the past three days and gives you the option to select or opt out of selecting trip insurance for this trip. | 1 | C | |
| 241 | 486 | REDACTED | 1 | C | 1 |
| 242 | 487 | REDACTED | 1 | C | 1 |
| 243 | 489 | Again, it shows you how important it is to protect our trip and offers you this ability. | 1 | C | |
| 244 | 491 | Although the trip insurance is not backed by Delta but a separate independent insurance company REDACTED | 1 | C | 1 |
| 245 | 493 | The insurance is not offered by Delta it by Allianz Global. | 1 | C | |
| 246 | 495 | That the insurance is not directly offered through Delta, but a third party. | 1 | C | |
| 247 | 497 | You have more flexibility and benefits with your trip insurance. | 1 | C | |

EXHIBIT 2

CONTROL CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 248 | 499 | FL | For a small fee why not insure from unexpected problems |
| 249 | 501 | FL | Trip insurance wants us to know that its highly recommended that you purchase peace of mind in case of delays and a reliable service. |
| 250 | 503 | FL | The main message is trip insurance will provide protection if, for example, your luggage gets lost |
| 251 | 505 | FL | You will have coverage if you have to delay your trip, your luggage is protected, and there is 24/7 support available if you should need it. |
| 252 | 507 | FL | Purchasing the optional trip insurance is a good idea because it protects you from the unexpected (illness, cancellation, lost luggage, etc.). |
| 253 | 509 | FL | REDACTED |
| 254 | 510 | FL | It is recommended that you protect your trip for unforeseen happenings. Its for your protection. |
| 255 | 513 | FL | Life is uncertain but your travelcan be protected with trip insurance |
| 256 | 515 | FL | It gives you flexibility in your travel in case life gets in the way. |
| 257 | 516 | FL | Purchasing insurance will give the peace of mind in case something comes up that would affect the trip. Cancel or change without worrying about extra costs. |
| 258 | 519 | FL | Protection for cancelled or delayed flights. REDACTED |

EXHIBIT 2
CONTROL CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally |
|-----|-------------|-----|-----|------|-------|
| 248 | 499 | There are many reasons that could come up so why not protect yourself | 1 | C | |
| 249 | 501 | trip insurance tells you how much it cost, how many people purchased insurance in the past 3days REDACTED | 2 | C | 1 |
| 250 | 503 | REDACTED | 1 | C | 1 |
| 251 | 505 | Insurance is not provided by Delta. The Allianz Global Assitance is the insurance company. | 1 | C | |
| 252 | 507 | REDACTED | 1 | C | 1 |
| 253 | 509 | Since Allianz is the insurer, I would go directly to Allianz or through my credit card company to purchase my trip insurance. | 1 | C | 1 |
| 254 | 510 | It will tell how much the insurance costs and the company that is providing this insurance coverage. It also explains what is covered by this insurance. It states that it is highly recommended and that ove 31,000 people have purchased this coverage in the past 3 days. | 1 | C | |
| 255 | 513 | Weather can't be controlled don't let it ruin your travel | 1 | C | |
| 256 | 515 | It also covers baggage, illness, and other things. | 2 | C | |
| 257 | 516 | The insurance is not offered through Delta. Also that other passengers have used their insurance and that it?s recommended. | 1 | C | |
| 258 | 519 | I covered it in the last question | 1 | C | 1 |

# EXHIBIT 3

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 1 | 2 | GA | protection and reimbursement |
| 2 | 3 | NY | That it is recommended. |
| 3 | 4 | CA | Trip insurance is recommended and offers flexibility. |
| 4 | 9 | GA | That it is highly recommended to have the coverage for many reasons. |
| 5 | 12 | OR | It's a highly recommended insurance to cover travel costs in case of delay or cancellation and also baggage if it's lost or damaged. It also covers concierge expenses. |
| 6 | 13 | NY | it makes it easy for you to understand what you're paying for |
| 7 | 14 | AK | Recommended to add trip insurance in case of canceled flight/lost luggage |
| 8 | 16 | FL | one is able to purchase insurance if one chooses. seems painless and quit simple and flows with the whole purchase process of ticketing |
| 9 | 19 | MD | protecy your trip. |
| 10 | 21 | OK | If you have any issues with flights getting cancelled or you want to cancel your trip you can get reimbursed |
| 11 | 22 | FL | It is really recommended to purchase trip insurance because it gives you added peace of mind in case something unexpected happens. You will get reimbursed for delays or cancelled flights, and many people are doing so. IT is recommended by USA Today |
| 12 | 23 | PA | Protection in case of covered illness or hardship |
| 13 | 24 | IA | They encourage adding trip insurance for added flexibility |
| 14 | 25 | NY | That buying trip insurance helps protect you from unavoidable travel delays or cancelations. |
| 15 | 31 | ID | Trip Insurance is recommended as no one can predict whether sickness, Mother Nature, etc. will change travel plans. It's better to have the insurance in the event that one of these events happens. |
| 16 | 32 | TX | That is highly recommended to save money in critical situations like flight cancellation, luggage loss or delay etc cases. |
| 17 | 33 | FL | It provides a financial backup if anything should happen that would disrupt/cancel the trip or baggage. |
| 18 | 35 | CA | Don't know |
| 19 | 37 | NE | you should get this in case something happens to you because no one can predict the future |
| 20 | 38 | NY | That trip insurance is recomended |
| 21 | 42 | OH | Make your trip worry free from sicness, delays from weather, variations of lost luggage. |
| 22 | 43 | FL | Peace of mind is only a click away. |
| 23 | 44 | GA | THEY RECOMMEND PASSENGERS TO DO THIS INSURANCE JUST IN CASE THEY MISS THE FLIGHT |
| 24 | 46 | MO | protect your cost of flight from unforeseen circumstances and baggage loss |
| 25 | 49 | NC | reimbursement for cancellation or changes, protection for delayed, lost or damaged luggage and 24/7 live support. |
| 26 | 50 | NC | Purchasing insurance means I am covered for the costs of cancelled trips or lost baggage. |
| 27 | 56 | MD | Trip insurance will give you peace of mind if you get sick, if your luggage gets lost, or if the flight gets delayed or cancelled.  Help will be available to you 24/7 if any of these things happen. |
| 28 | 57 | OH | guaranteed reimbursement for cancellation, interuption, sickness, damaged baggage, 24 hours |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 1 | 2 | Don't know | 3 | T | |
| 2 | 3 | How many customers purchased trip insurance in the last 3 days | 2 | T | |
| 3 | 4 | All the help you need is provided | 3 | T | |
| 4 | 9 | the price, the hazmat info, the exclusions | 2 | T | |
| 5 | 12 | It lists how many people have purchased this insurance and the name of the insurance company. | 3 | T | |
| 6 | 13 | it gives you the option to pay for trip insurance | 1 | T | |
| 7 | 14 | Don't know | 3 | T | |
| 8 | 16 | explanation why one may need it | 3 | T | |
| 9 | 19 | reliable benefits, more flexibility | 2 | T | |
| 10 | 21 | It also covers lost bags | 1 | T | |
| 11 | 22 | There is also 24/7 help and support from them, for any need. | 3 | T | |
| 12 | 23 | Flexibility | 3 | T | |
| 13 | 24 | Don't know | 3 | T | |
| 14 | 25 | That you should buy the insurance | 2 | T | |
| 15 | 31 | Insurance also provides flexibility, benefits and assistance if needed. | 3 | T | |
| 16 | 32 | 31,121 passengers got the benefit of adding this insurance | 3 | T | |
| 17 | 33 | The purchaser has support 24/7 but there are also terms and conditions that need to be read and fully understood by the buyer before proceeding; the purchase of the insurance does not guarantee resolution in every circumstance. | 3 | T | |
| 18 | 35 | | 1 | T | |
| 19 | 37 | that it's a good idea to buy this | 1 | T | |
| 20 | 38 | That there are terms nd conditions but Insurance is highly recomended | 1 | T | |
| 21 | 42 | Is highly recommended  and will work with the airline to make you hole. | 1 | T | |
| 22 | 43 | They highly recommend trip insurance | 3 | T | |
| 23 | 44 | BECAUSE IT IS FLEXIABLE AND RELIABLE | 3 | T | |
| 24 | 46 | who under writes the insurance | 3 | T | |
| 25 | 49 | the name of the Insurance Company | 2 | T | |
| 26 | 50 | Insurance coverage is provided for pre-existing medical conditions. | 3 | T | |
| 27 | 56 | You are covered even if you are sick from pre-existing medical conditions. (I should certainly hope so -- it would be shocking if you covered only sickness that was not from pre-existing conditions!) | 3 | T | |
| 28 | 57 | that 31,123 passengers were protected their trips by using this | 2 | T | |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 29 | 60 | NY | that it is highly recommended by the company |
| 30 | 61 | WV | Protect your payment investment. |
| 31 | 62 | MA | The insurance covers. Ore than the regular travel insurance, I.e.  Travel delay expenses, baggage problems, etc. |
| 32 | 63 | DE | That the insurance I more comprehensive now.  It is good to have for almost anything that couyld change your flight |
| 33 | 64 | MA | You can insure your trip reliably, safely with the Delta Travel Insurance provide. There is 24/7 help too. |
| 34 | 65 | MD | You are protected in the event you can?t take the trip or the trip is canceled. |
| 35 | 66 | NH | Protection if you get sick, if your flight is cancelled, delayed, luggage lost. |
| 36 | 67 | NJ | Yes, the entire box was outlined in red. |
| 37 | 68 | NJ | high recommended that trip insurance is taken |
| 38 | 69 | VA | It's highly recommended. Trip insurance gives one peace of mind while traveling, and 24/7 assistance is available. Unforeseen events occur while traveling. |
| 39 | 79 | OK | More Flexibility, Reliable Benefits, and all the help you need. Basically if something happens before my trip or during this insurance is here to help me. |
| 40 | 80 | UT | The main message that I am getting from this page is that it is highly recommended to get the flight insurance. It offers the benefits of having the flight insurance and gives basic statistics. I think it is a pretty easy message to understand. |
| 41 | 81 | AZ | You should purchase trip insurance. |
| 42 | 82 | TN | LIfe is unpredictable, purchase Trip insurance it is recommended. |
| 43 | 83 | FL | Add Trip Insurance |
| 44 | 86 | AR | cover yourself for a missed flight |
| 45 | 87 | WA | are ytou sure you want travel insurance |
| 46 | 90 | NM | it protects the people and their belonging |
| 47 | 91 | PA | Get insurance to protect your purchase in the event unforeseen events occur. |
| 48 | 97 | NJ | That the trip insurance can give you a "peace of mind" without having to worry about things that could and do happen in everyday life. |
| 49 | 98 | WI | To protect you from cancellations of the flight by you or the airlines for any reason. It also protects against lost or damaged luggage. |
| 50 | 100 | TX | While you can't predict an illness, or a flight delay or cancellation, you can protect yourself by buying flight insurance. |
| 51 | 101 | NY | THE MAIN MESSAGE COMMUNICATED BY THE TRIP INSURANCE OFFER HIGHLIGHTED IN THE RED BOX ON THE PAYMENT PAGE IS TO OFFER A PIECE OF MIND WHILE TRAVELING BECAUSE THINGS CAN HAPPEN WHICH ARE OUT OF OUR CONTROL AND THE INSURANCE WILL GIVE YOU SOME PEACE OF MIND DURING YOUR TRIP. |
| 52 | 102 | NY | How easy it is to get trip insurance and the positives of doing so. |
| 53 | 103 | FL | You can get live support 24/7 for trip cancellation and lost or damaged luggage |
| 54 | 105 | CA | that it is important to get trip insurance and you can pick your own amount |
| 55 | 106 | CA | Trip insurance is offered by Allianz Global and offers peace of mind by reimbursement for covered cancellations, trip interruptions, delays. |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 29 | 60 | That it is somehting that you should buy | 1 | T | |
| 30 | 61 | Don't know | 1 | T | |
| 31 | 62 | The number of people who have purchased the trip insurance in the last three days. | 3 | T | |
| 32 | 63 | That 31000 people did it the last few days | 3 | T | |
| 33 | 64 | Don't know | 2 | T | |
| 34 | 65 | You can receive help 24/7 if you have a concern and your baggage is protected as well | 1 | T | |
| 35 | 66 | help 24/7 | 3 | T | |
| 36 | 67 | Reimbursement and special help. | 1 | T | |
| 37 | 68 | used for trip cancellation due to  illness or flight cancellation; reimbursement for lost or damaged luggage;  sold by Allianz Global Associates; 31,000 travelers protected their trip in the past 3 days; currency calculator | 3 | T | |
| 38 | 69 | Benefits are reliable, and the coverage is flexible for cancellations and flight delays. | 3 | T | |
| 39 | 79 | The quote was helpful. It gives specific examples on what could happen and why you should get the insurance. | 1 | T | |
| 40 | 80 | It offers a peace of mind it explains that if bags are lost or broken they will replace them. It also explains that it will offer flexibility in your flight if the flight is cancelled or delayed. | 1 | T | |
| 41 | 81 | Everybody gets trip insurance | 1 | T | |
| 42 | 82 | Your trip could be cancelled and you may be out of luck | 1 | T | |
| 43 | 83 | More Flexibility, reliable benefits, and all the help you need | 1 | T | |
| 44 | 86 | "we wont help with any mistakes made by us" | 1 | T | |
| 45 | 87 | travel insurance is recommended | 1 | T | |
| 46 | 90 | it has insured more than 32000 people | 1 | T | |
| 47 | 91 | There is also a note about hazardous materials. | 3 | T | |
| 48 | 97 | That it is recommended by USA Today and that thousands of people have purchased this in the past couple of days | 3 | T | |
| 49 | 98 | Helps cover medical during the flight. | 1 | T | |
| 50 | 100 | You will have coverage for delayed flights, lost baggage, and cancellations. | 3 | T | |
| 51 | 101 | IT OFFERS REIMBURSEMENT,RELIABLE BENEFITS,AND ALL THE HELP I NEED 24/7. | 2 | T | |
| 52 | 102 | Mother nature has a mind of her own | 2 | T | |
| 53 | 103 | It tells you how many customers protected themselves the last 3 days | 2 | T | |
| 54 | 105 | that you would get reimbursed if you had to cancel | 2 | T | |
| 55 | 106 | 24/7 live support and concierge services. | 2 | T | |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 56 | 107 | MO | It allows for more flexibility in travel, and further benefits than what are offered without travel insurance. |
| 57 | 109 | WI | That they highly recommend that you get insurance for your trip to safeguard again being unable to go on the trip and lose your money. It also indicates how many people have purchased the trip insurance |
| 58 | 110 | WY | That adding trip insurance is highly recommended. |
| 59 | 116 | MN | It is recommended that you protect your trip in case something unexpected occurs before or during your trip. |
| 60 | 121 | NJ | Piece of mind with your travel - reschedule, lost baggage - 24 hr customer service |
| 61 | 123 | MA | That Delta very very strongly wants you to do this, that its for the benefit of the customer |
| 62 | 125 | CA | Protect your trip. |
| 63 | 127 | NV | Adding trip insurance is easy. It can save you money if something happens. |
| 64 | 128 | OH | That you cannot predict the reasons why your travel plans my be interrupted.  Therefore, trip insurance can reimburse you for those unforeseen emergencies that make your trip impossible. |
| 65 | 129 | NC | That you can purchase trip insurance for your flight for more peace of mind when dealing with unexpected situations. |
| 66 | 130 | NJ | It's highly recommended that you protect your trip with trip insurance, not only by the airline itself, but by a high number of customers and advisors who also purchased trip insurance. |
| 67 | 131 | FL | The main message communicated is that trip insurance is a good purchase.  The section offers reasons for trip insurance (such as a refund in the case of trip cancellation) and protection for baggage damage.  It is assumed that when an actual customer puts in their trip information, the location and the price would populate accordingly. |
| 68 | 133 | WI | That you should purchase trip insurance as it will cover common reasons flights are cancelled, and you can be reimbursed |
| 69 | 134 | WA | picking form or payment |
| 70 | 135 | VA | Trip insurance is beneficial - 31,000 people cancelled their flights in the last 3 days |
| 71 | 137 | CT | The main message is to protect yourself by purchising flight trip insurance |
| 72 | 138 | MN | protection for unforseen events like weather, sickness or lost baggage |
| 73 | 147 | MI | The main message I get from this portion is that it is a VERY good idea to get trip insurance. |
| 74 | 150 | CA | That trip insurance is recommended. It can be used for many different things including canceling your trip and lost luggage. |
| 75 | 155 | NY | beneficial to get the trip insurance |
| 76 | 156 | NC | Highly recommended |
| 77 | 157 | NY | tells something new and give you peace  of mind just in case something happen on your plane trip. |
| 78 | 158 | AZ | By buying Trip Insurance, you will be reimburse for the covered trip in case of cancellation, delay expenses, lost or damaged baggage, and delayed or cancellation due to pre-existing health conditions. |
| 79 | 159 | CA | REFUND DUE TO CANCELLATION/INTERRUPTION OR TRAVEL DELAY. PROTECTION FOR DELAYED, LOST OR DAMAGED LUGGAGE. 24/7 SUPPORT. |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 56 | 107 | The majority of customers purchase trip insurance, which conveys that it is likely in one's best interest to purchase it as well. | 1 | T | |
| 57 | 109 | that they will give you reassurance and assistance through any issues that you might have with your flight | 2 | T | |
| 58 | 110 | The benefits of trip insurance as well as how many others have insured their flights. | 3 | T | |
| 59 | 116 | It allows for more flexibility and is there to protect your 24/7 should something occur. | 2 | T | |
| 60 | 121 | Highly recommended - had additional cost | 2 | T | |
| 61 | 123 | How many people actually do it | 1 | T | |
| 62 | 125 | 31,000+ people have purchased trip insurance in past 3 days. | 3 | T | |
| 63 | 127 | Full benefits. 24 hour hotline. Many other customers chose to get trip insurance. | 1 | T | |
| 64 | 128 | You find out what company underwrites the trip insurance coverage. You can find out how many people have took advantage of the insurance. | 3 | T | |
| 65 | 129 | They also communicate which company is handling the trip insurance offer if purchased, a high level overview of what is covered, and how many other people have purchased the trip insurance when purchasing a flight. | 1 | T | |
| 66 | 130 | The price of insurance, exactly what the insurance protects, and the company through which the insurance is offered are all also detailed in the trip insurance offer. | 1 | T | |
| 67 | 131 | Reasons for trip cancellation and the offers that insurance gives, such as protection from illness, abrupt cancellations and delays, and baggage damage.  It also shows the cost of such insurance, and how many people total recently insured their trip. | 3 | T | |
| 68 | 133 | You should buy it as your own piece of mind | 1 | T | |
| 69 | 134 | it is recommended | 3 | T | |
| 70 | 135 | trip insurance is highly recommended | 1 | T | |
| 71 | 137 | extra benefit in case of luggage damage | 2 | T | |
| 72 | 138 | none | 3 | T | |
| 73 | 147 | That it is a popular option. | 2 | T | |
| 74 | 150 | That many people have utilized the trip insurance in the last few days. | 2 | T | |
| 75 | 155 | alot of people use it | 2 | T | |
| 76 | 156 | More flexibility, reliable benefits, all the help you need | 3 | T | |
| 77 | 157 | for protection also forthe trip. | 1 | T | |
| 78 | 158 | Support 24/7 | 3 | T | |
| 79 | 159 | PEACE OF MIND. | 2 | T | |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 80 | 160 | CT | Trip insurance will cover expenses for travel that is cancelled due to weather or illness, costs if luggage is lost and comes with concierge service to help continue your trip. |
| 81 | 161 | AR | Peace of mind that my travel is protected |
| 82 | 162 | MN | That Delta highly recommends that the passenger purchase flight insurance. That the airline considers this to be a good value. That a great many people have done so and that it has proven beneficial to them to have done so. |
| 83 | 163 | TX | is to get the insurance |
| 84 | 164 | TX | Trip insurance on the payment page means I'll have reimbursement for any trip cancellation/interruption, travel delays expense, lost delayed or damaged luggage and medical condition. |
| 85 | 165 | FL | they are telling you that it is a good idea to get trip insurance |
| 86 | 167 | PA | You can purchase protection in case something unpredictable happens like bad weather or an illness. |
| 87 | 168 | AL | buying insurance is protecting your trip in the event of the unexpected. You never know what will happen so better to be prepaired, and with this offering you can provide saftey of mind for a fair price that doesn't impact the total cost in a significant way. |
| 88 | 169 | MI | trip insurance is a must have in case of illness etc |
| 89 | 172 | FL | In my opinion, the main message of the trip insurance offer is that you need to get this insurance because you never know what might happen to interrupt your trip and you want to be protected. |
| 90 | 177 | TN | that it there to help if something bad happen |
| 91 | 181 | GA | one can never tell when illness or weather will cancel or postpone travel plans |
| 92 | 183 | IN | Trip insurance is recommended and has many benefits. |
| 93 | 184 | ME | Trip Insurance is recommended |
| 94 | 185 | NJ | That you can't predict what life will throw your way, so be insured for those times your flight is cancelled or you get sick. |
| 95 | 186 | CA | Trip insurance allows you to protect your trip, in case the flight is cancelled or your bags are lost or you get sick. I assume it means you'd get your money back. |
| 96 | 188 | AL | That this is offered to help you in case you need to cancel for medical reasons. Also, it helps if you have a delay or cancellation |
| 97 | 191 | WI | it offers peace of mind |
| 98 | 192 | AL | Peace of mind |
| 99 | 197 | CA | Insure your trip if you want to get a refund for cancelling or postponing |
| 100 | 198 | HI | The main message is an extended offer by Delta Airlines to add insurance for your flight should there be an emergency to cancel. |
| 101 | 201 | VA | More flexibility, protection in case something happens |
| 102 | 204 | TX | To add highly recommended trip insurance |
| 103 | 205 | TX | That life & nature is uncertain and by buying this insurance you'll be protected. |
| 104 | 207 | VA | That the insurance offers protection incase of flight cancellations, medical emergencies. Protection against delayed, lost or damaged luggage. |
| 105 | 209 | OH | Trip insurance is recommended and will give you peace of mind. |
| 106 | 210 | TN | comfort of knowing that your trip is covered if something happens for any reasons. |

EXHIBIT 3
TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 80 | 160 | It's sold by Allianz not just delta, usa recommends it.  Several other customers have bought this recently | 3 | T | |
| 81 | 161 | That this insurance is popular with other travelers | 3 | T | |
| 82 | 162 | That when you sign up for flight insurance you are also agreeing to comply with the airline's data privacy and hazardous substances policies. | 2 | T | |
| 83 | 163 | that purchasing insurance is a must | 1 | T | |
| 84 | 164 | I'll also have 24/7 live support and concierge services. | 2 | T | |
| 85 | 165 | that it is highly recommended | 2 | T | |
| 86 | 167 | It gives you a peace of mind knowing you will be protected. | 1 | T | |
| 87 | 168 | 30,000 other people protected their trip with insurance, why shouldn't you? | 3 | T | |
| 88 | 169 | the airline highly recommends trip insurance. | 3 | T | |
| 89 | 172 | This insurance provides peace of mind. | 1 | T | |
| 90 | 177 | you can get help when you need it get monry back if flight has trouble | 2 | T | |
| 91 | 181 | very recommended and great Peace of Mind | 2 | T | |
| 92 | 183 | A lot of people insure their trip. | 3 | T | |
| 93 | 184 | It can protect you if something comes up. | 1 | T | |
| 94 | 185 | That over thirty thousand people have insured their trips recently and that the insurance covers unexpected medical emergencies and baggage damage. | 3 | T | |
| 95 | 186 | This trip insurance is flexible, reliable, and there's a 24-hour help line and concierge support in case you need it. | 2 | T | |
| 96 | 188 | It?s provides reimbursement if you have a travel delay or cancellation | 2 | T | |
| 97 | 191 | offers protection for lost baggage | 2 | T | |
| 98 | 192 | Flexability and assistance | 3 | T | |
| 99 | 197 | how munch extra is it going to cost to insure your trip | 1 | T | |
| 100 | 198 | They include additional reasons on trip cancellation such as...reimbursement for expenses potentially incurred by the cancelled trip. | 1 | T | |
| 101 | 201 | That is basically it | 2 | T | |
| 102 | 204 | how many other people have added and the piece of mind it gives the traveler | 3 | T | |
| 103 | 205 | You'll get all the help you need with trip and baggage issues any time of the day. | 1 | T | |
| 104 | 207 | That it is definitely recommended as its protection against the unexpected. | 1 | T | |
| 105 | 209 | Thousands of other Delta customers have purchased the insurance. | 2 | T | |
| 106 | 210 | live support is there to help you if needed | 2 | T | |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 107 | 211 | WI | Recommended: Add Trip Insurance |
| 108 | 212 | PA | Are you sure you want to buy trip insurance? Make sure you understand the terms and conditions |
| 109 | 214 | TX | Life is unpredictable but by purchasing the insurance, the airline does it's best to help you prepare for the unexpected and make sure you're taken care of in the event that any issues arise. |
| 110 | 215 | MS | highly recommanded |
| 111 | 217 | IL | That Deltas flight insurance will help in the case something arises and you cannot travel. |
| 112 | 219 | KS | That you can protect your trip for X.xx amount of dollars |
| 113 | 220 | TX | that it is offered and reliable. |
| 114 | 226 | NC | It's offering more payment flexibilities. |
| 115 | 227 | OH | it's important to get trip insurance due to many variables that could affect vacation plans personally and from weather or other unforseen incidences |
| 116 | 230 | GA | It's better to play it safe by purchasing the trip insurance. |
| 117 | 233 | TN | Trip Insurance is highly recommended |
| 118 | 234 | TX | Peace of mind |
| 119 | 235 | GA | Options offered for reassurance and relief of any concerns about needs or safety. |
| 120 | 236 | AL | You can't control what happens so we're offering a way to preserve your investment. |
| 121 | 237 | GA | highly protected |
| 122 | 240 | TX | excellent services high quality |
| 123 | 242 | OH | If you buy insurance, you have peace of mind in the event of an emergency, and youre unable to make your trip, you can reschedule at no extra cost |
| 124 | 246 | PA | Not only does the insurance offer baggage and travel protection but it also covers any medical conditions also.  it is unclear if this is only when traveling or for the entire trip duration |
| 125 | 248 | OR | Travel insurance is highly recommended |
| 126 | 254 | AZ | Peace of mind. |
| 127 | 255 | PA | Peace of mind |
| 128 | 256 | CA | That it protects you from unexpected costs on planned trips. |
| 129 | 257 | WA | Trip insurance can protect me in the event I cannot travel due to a medical emergency or my trip is impeded by something that should be within the control of the airline. |
| 130 | 258 | CA | That you don't know when you will get sick or an emergency will pop-up, and if you purchase the protection it will make sure you are not affected by these types of issues. |
| 131 | 259 | CO | Trip insurance offers additional flexibility and protection in the form of reimbursement for cancellations, interruptions and expenses incurred by delays.  Lost, damaged or delayed luggage may also qualify for a reimbursement benefit, as well as protection from loss due to a medical condition - even if pre-existing, notwithstanding certain exclusions. Concierge services and 24/7 live support are available as part of the benefits. |
| 132 | 261 | PA | Protect your trip in case of weather or unforeseen issues. |
| 133 | 264 | CA | The main message would be that Delta provides you with a great deal of support if anything goes wrong with your flight. |
| 134 | 265 | FL | It provides insurance for your belongings if they are damages and lost during the trip. It also provides reimbursement for delayed/cancelled flights. |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 107 | 211 | It told how many other people purchased trip insurance in the last 3 days. | 1 | T | |
| 108 | 212 | Are you sure you want trip insurance | 3 | T | |
| 109 | 214 | Which company provides the insurance and the policies including what is covered. | 1 | T | |
| 110 | 215 | Don't know | 1 | T | |
| 111 | 217 | Don't know | 2 | T | |
| 112 | 219 | more flexibility, 24/7 service , reliable benefits | 3 | T | |
| 113 | 220 | this is a fleable offer | 1 | T | |
| 114 | 226 | Don't know | 2 | T | |
| 115 | 227 | the number of other people that bought insurance is shown, the company that carries the insurance policy and the amount it would cost | 1 | T | |
| 116 | 230 | There's more flexibility with travel, 24/7 help available. | 3 | T | |
| 117 | 233 | A lot of people buy trip insurance in case of emergencies | 2 | T | |
| 118 | 234 | that it is highly recommended | 3 | T | |
| 119 | 235 | Options listed and price per choice selected. | 1 | T | |
| 120 | 236 | Peace of mind | 3 | T | |
| 121 | 237 | add trip insurance | 3 | T | |
| 122 | 240 | the best in offered | 1 | T | |
| 123 | 242 | Several people have protected their trip so should you | 3 | T | |
| 124 | 246 | The insurance provides 24 hour customer and concierge service.  This can be extremely helpful when stranded at an airport | 2 | T | |
| 125 | 248 | It provides peace of mind while traveling | 1 | T | |
| 126 | 254 | Protect your trip | 3 | T | |
| 127 | 255 | highly recommended | 3 | T | |
| 128 | 256 | I think it is mainly just trying to point out areas of problems that could come up and then talking about ways to protect yourself. | 2 | T | |
| 129 | 257 | USA Today endorsed. Not offered by Delta, but by an independent insurer. Fine print available under details and disclosure link | 3 | T | |
| 130 | 258 | Flexibility and a concierge service | 1 | T | |
| 131 | 259 | USA today quote is offered as endorsement of the service, as well as information regarding the insurance companies that underwrite the protection. | 3 | T | |
| 132 | 261 | protection for delayed or damaged luggage, etc | 2 | T | |
| 133 | 264 | Another message would be that many people have chosen this option for their own individual flights. | 3 | T | |
| 134 | 265 | Don't know | 1 | T | |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 135 | 270 | CA | The main message is to have piece of mind and not having to worry about luggage getting lost or delays in your trip because you are covered through insurance |
| 136 | 271 | SC | It is the safest way to take a trip, just in case anything happens. |
| 137 | 272 | FL | its good option |
| 138 | 274 | TX | Highly Recommended |
| 139 | 276 | CA | it is recommended to purchase trip insurance. there is more flexibility, reliable benefits, and all the help u need |
| 140 | 283 | ME | The main message is that insurance is very helpful when unforseen circumstances occur that can and will derail a vacation that is probably pretty expensive to start with. Weather and sickness can't be controlled so insurance is the way to go. |
| 141 | 284 | KY | that it is recommended. |
| 142 | 285 | FL | Trip insurance is recommended in case the trip is cancelled, interrupted or delayed; for lost or stolen baggage; and for 24/7 concierge and live support |
| 143 | 286 | VA | Protected in case trip is cancelled due to illness or flight cancellations. |
| 144 | 287 | WI | trip insurance will allow you to reschedule or cancel your flight at no extra cost. |
| 145 | 288 | NY | That with trip insurance you get reimbursed if you have to cancel your trip for whatever reason |
| 146 | 290 | SD | Things come up unexpected and sadly trips have to be cancelled.  You may miss out on a fun vacation but at least you won?t lose out on your money too. |
| 147 | 291 | CA | highly recommended |
| 148 | 292 | NY | The main message is that things can unexpectedly happen which could prevent you from taking your trip so the best thing to do would be to take precaution and buy Trip Protection for your flight. You can be reimbursed if your flight gets cancelled/interrupted, protection for lost and damaged items, and 24/7 customer service. |
| 149 | 295 | MO | you never know what might happen to make you cancel your trip. be prepared |
| 150 | 299 | TN | In case you need to cancel the plane ticket you can buy this insurance. |
| 151 | 300 | OH | Peace of mind to protect your trip/purchase in case something unexpected comes up. |
| 152 | 301 | CA | Peace of mind if trip is cancelled |
| 153 | 304 | PA | By purchasing trip insurance it will give you peace of mind if an emergency happens that you need to cancel, if your luggage gets lost or damaged and if for any reason your flight is cancelled or delayed. |
| 154 | 305 | NY | It is highly suggested and there are a number of ways to pay for it |
| 155 | 306 | AL | it is insurance to cover your luggage and any flight cansallation or bad weather |
| 156 | 307 | NY | Reasons to take the insurance and that it is a good idea.  number of people that have taken the insurance.  A quote from a magazine that says it's a good deal |
| 157 | 308 | KS | I think the main message is how important it is to cover yourself for the trip you are taking. It's reminding people that anything can happen, and none of it is predictable, so it's better to play it safe. |
| 158 | 310 | FL | its from a reliable agent, offers more benefits if cancellations needed |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 135 | 270 | The message they are trying to communicate is they are trying to make your travel as stress free as possible | 1 | T | |
| 136 | 271 | It lists the amount of people that chose insurance within the last three days. | 3 | T | |
| 137 | 272 | every one should buy | 1 | T | |
| 138 | 274 | It provides help and flexibility. | 3 | T | |
| 139 | 276 | none | 1 | T | |
| 140 | 283 | Just the main one of peace of mind. | 2 | T | |
| 141 | 284 | Don't know | 3 | T | |
| 142 | 285 | Insurance is recommended for cancelled, interrupted or delayed flights; for lost or stolen baggage and for 24/7 concierge and live support.  This is provided by Allianz Assistance.  It also specifies what hazardous materials are not allowed on the plane in baggage or on one's person | 3 | T | |
| 143 | 286 | Loss of luggage | 3 | T | |
| 144 | 287 | trip insurance is optional | 1 | T | |
| 145 | 288 | They will assist you if needed | 3 | T | |
| 146 | 290 | The insurance also protects you against lost or damaged baggage. | 3 | T | |
| 147 | 291 | 31121 customer protect their trip in last 3 days | 2 | T | |
| 148 | 292 | That through this insurance, you are given 24/7 customer support, protection for lost and damaged items as well as reimbursement for cancelled/interrupted flights. | 1 | T | |
| 149 | 295 | 31,000 people bought it in the last 3 days | 3 | T | |
| 150 | 299 | Don't know | 1 | T | |
| 151 | 300 | Shows how many others are using it. | 3 | T | |
| 152 | 301 | Reasonable payment | 2 | T | |
| 153 | 304 | Besides the peace of mind if you have a medical emergency it will cover lost or damaged baggage as well as concierge service. | 1 | T | |
| 154 | 305 | If I did purchase it I would have customer support 24/7 | 1 | T | |
| 155 | 306 | it also covers pre existing medical problems | 2 | T | |
| 156 | 307 | Idea that mother nature happens and people get sick | 2 | T | |
| 157 | 308 | That there are many benefits to the available insurance other than just your flight that you are booking. | 1 | T | |
| 158 | 310 | recomendad to play it safe | 2 | T | |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 159 | 320 | TN | That the insurance is highly recommended. |
| 160 | 323 | NJ | highly recommended |
| 161 | 324 | OH | It is highly recommended that you purchase trip insurance and have peace of mind about your flight/trip. |
| 162 | 325 | CA | you never know what will come up before flight |
| 163 | 327 | FL | insurance is recommended |
| 164 | 328 | OR | Trip insurance gives you peace of mind - financial protection in event you don't complete your travel |
| 165 | 329 | TX | It is highly recommended that you obtain insurance. |
| 166 | 330 | FL | More Flexible, Reliable and Helpful way to purchase insurance |
| 167 | 331 | UT | spend this money so if something happens then we will give like 2% back of what you paid and we well not include anything for all the time toy lost. |
| 168 | 332 | PA | If you need to cancel your flight you will get your money back |
| 169 | 333 | NY | Main message is to show that is beneficial to purchase insurance if there happens to be any problems with the flight. you will be reimbursed if you have to cancel, and receive benefits if the flight has been delayed or your luggage has me lost |
| 170 | 339 | NC | If you don't purchase the trip insurance, you have no coverage if something should change in your plans that would lead to cancellation or other inconvenience. |
| 171 | 340 | VA | This offer allows you a lot of flexibility in case of unforseen circumstances. |
| 172 | 341 | NC | No matter what happens, you aren't taking a risk because it will all be taken care of and you will be reimbursed. |
| 173 | 343 | FL | I believe they are saying that it is a highly recommended ate p to booking your flight in general. |
| 174 | 346 | OR | That you can protect the purchase price of your trip in case of an unforseen mishap that may cause you to miss the trip. |
| 175 | 348 | NM | That you never know what will happen but trip insurance will ensure you get your money and luggage back without added stress. |
| 176 | 349 | VA | "Peace of mind is a click away." Insurance offers a lot of extra benefits for flights in case of cancellation |
| 177 | 350 | MD | they offer you a protection for your flight in case it will get cancelled |
| 178 | 355 | NJ | Peace of mind when you book a flight. Just in case something does happen you won't be out of pocket. |
| 179 | 357 | PA | Don't know |
| 180 | 358 | NY | That you can buy insurance in case you ever have to cancel your trip for whatever reason. |
| 181 | 359 | GA | try insurance just in case |
| 182 | 362 | IA | That trip insurance gives you peace of mind |
| 183 | 363 | CA | Delta is strongly suggesting to purchase trip ins |
| 184 | 367 | CA | More reliability, benefits, and help |
| 185 | 369 | VA | Peace of mind is only a click away; prevent problems or disappointment if travel plans go awry. |
| 186 | 370 | MA | You will get piece of mind by booking trip insurance |
| 187 | 371 | MI | Protection against cancellation, delays, lost items. |
| 188 | 372 | WA | RECOMMENDED HELP FOR YOU |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 159 | 320 | the number of people who accepted taking the insurance in the last 3 days | 2 | T | |
| 160 | 323 | A lot of people have purchased it recently and it protects against things you can't control | 3 | T | |
| 161 | 324 | More flexibility, reliable benefits (benefits that you can clearly see), and 24/7 customer support and concierge services. | 3 | T | |
| 162 | 325 | you get reimbursed and have 24 hour support | 1 | T | |
| 163 | 327 | cost | 2 | T | |
| 164 | 328 | Trip insurance is optional | 3 | T | |
| 165 | 329 | Not only is it highly recommended the message communicates why it's important and lists out the benefits. | 3 | T | |
| 166 | 330 | over 31000 people bought  trip insurance in the last three days | 1 | T | |
| 167 | 331 | we just want more money from you. | 2 | T | |
| 168 | 332 | Every one can get sick also get 24 hour concierge service | 3 | T | |
| 169 | 333 | That unexpected things that can happen last minute and it is safer to be covered | 3 | T | |
| 170 | 339 | It is highly recommended. | 1 | T | |
| 171 | 340 | A lot of others are also doing it. | 1 | T | |
| 172 | 341 | Delta cares about the welfare of their passengers and wants to make sure everything goes smoothly. | 2 | T | |
| 173 | 343 | They are there for any help you need and will reimburse you for cancellations or changed flights etc. | 3 | T | |
| 174 | 346 | That you have more flexibility,  Reasonable benefits, 24/7 live support if necessary, that its recommended by Allianz Global Assistance. | 2 | T | |
| 175 | 348 | 24/7 live support | 1 | T | |
| 176 | 349 | There are unforeseeable events where having flight insurance is useful. | 1 | T | |
| 177 | 350 | it will also provide you with the protection for your delayed, lost or damaged luggage | 2 | T | |
| 178 | 355 | That Delta highly recommends it. | 3 | T | |
| 179 | 357 | | 3 | T | |
| 180 | 358 | That this coverage also includes bag insurance so if a bag is lost or damaged you are covered. | 2 | T | |
| 181 | 359 | yes &#305; could see | 1 | T | |
| 182 | 362 | That it is convenient and a lot of people have purchased it | 2 | T | |
| 183 | 363 | cost and benefits | 3 | T | |
| 184 | 367 | It is best to get insurance just incase anything happens. it is a good back up | 1 | T | |
| 185 | 369 | Some factors are out of our control (weather, sickness, natural disaster) and trip insurance helps to cover the costs. | 3 | T | |
| 186 | 370 | Don't know | 2 | T | |
| 187 | 371 | It is recommended | 3 | T | |
| 188 | 372 | PIECE OF MIND | 2 | T | |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 189 | 373 | SC | That we do not know what may happen, whether or not our trip will get cancelled or not, so trip insurance helps to protect us from these occurances. |
| 190 | 375 | NY | The insurance protects you if there are significant issues with your flight or you cannot travel for certain reasons. |
| 191 | 376 | NE | it can protect you from unexpected occurrences |
| 192 | 380 | FL | If something happens so that you have to cancel the trip for a covered reason or if your luggage is lost, you will be reimbursed for the cost. You will also have access to phone support. |
| 193 | 381 | RI | travel with a piece of mind.  easy to claim luggage lost, damage, flight delayed etc. |
| 194 | 382 | TX | That it is recommended to get the insurance because things happen. |
| 195 | 383 | SC | That it is recommended to purchase the insurance.  It covers several important issues that might arise. |
| 196 | 387 | PA | Trip insurance is recommended. |
| 197 | 390 | CA | "highly recommended".. just these two words |
| 198 | 392 | FL | that the airlines must not care about the passenger and rather than them being caring about you as a person instead you have to buy insurance for what we used to for granted. |
| 199 | 393 | FL | FLEXIBILITY AND COVERS VARIOUS EXPENSES DUE TO DISRUPTIONS |
| 200 | 396 | FL | It's a recommended add on. With buying insurance you save money in case you have to cancel or change your flight. Your flights are even covered if they are delayed |
| 201 | 399 | FL | spend more money |
| 202 | 400 | FL | Adding trip insurance to your flight enables you to be covered if flights are cancelled, you become ill or have a medical emergency/death. You won't experience the same inconveniences that usually plague travelers when weather and illness mess up your travel plans. |
| 203 | 404 | FL | Recommended to add trip insurance and how much you want to insure for, also the company which is Allianz.  I used this company in the past |
| 204 | 405 | FL | that it is recommended for reflexibilty and in case you lose bags |
| 205 | 406 | FL | Trip insurance is highly recommended and not very costly. |
| 206 | 408 | FL | Protect your trip. |
| 207 | 409 | FL | Travel insurance offers protection to you if something out of your control cancels your flight. |
| 208 | 410 | FL | That purchasing trip insurance will help take away stress from your trip. If something goes unexpectedly wrong, you will have this insurance to take care of it. |
| 209 | 413 | FL | They are recommended to get trip insurance in order to peaceful trip.it provides protection against any problem like cancellation etc |
| 210 | 416 | FL | More flexibility covering you for delays, cancellations, baggage. 24/7 live support. |
| 211 | 418 | FL | better to be safe than sorry |
| 212 | 420 | FL | It offers peace of mind that Delta will take care of you incase of a flight delay or they lost your baggage. |
| 213 | 422 | FL | Protect yourself if the flight is cancelled |
| 214 | 424 | FL | protect your trip for a certain amount of money and based on the price they will choose how much you have to pay to have that amount protected so you can get it back in case you miss your flight. |
| 215 | 426 | FL | Highly Recommended |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 189 | 373 | That there are many benefits to purchasing trip insurance, like baggage protection and concierge service. | 1 | T | |
| 190 | 375 | The number of people who have used the feature recently. | 2 | T | |
| 191 | 376 | it can give you peace of mind 24/7 | 3 | T | |
| 192 | 380 | It tells you how many other customers have purchased the insurance in the past few days and which insurance company underwrites the insurance. | 3 | T | |
| 193 | 381 | there is 24/7 live support and concierge service. | 1 | T | |
| 194 | 382 | That it is worth having. | 3 | T | |
| 195 | 383 | That it also covers lost luggage. | 1 | T | |
| 196 | 387 | You have more flexibility buy purchasing insurance. | 3 | T | |
| 197 | 390 | blank price | 1 | T | |
| 198 | 392 | that you can call 24 hours a day. | 3 | T | |
| 199 | 393 | HOW MANY HAVE BOUGHT RECENTLY | 1 | T | |
| 200 | 396 | The hazardous policy and Delta's privacy policy is stated and addressed. | 1 | T | |
| 201 | 399 | Don't know | 1 | T | |
| 202 | 400 | As it is underwritten by insurance companies it should be fool-proof and there shouldn't be any "fine print" loopholes. | 2 | T | |
| 203 | 404 | what is cover, like cancel trip, weather, health | 3 | T | |
| 204 | 405 | that over 3000 people bought the insurance | 3 | T | |
| 205 | 406 | You will have Peace of mind because this insurance reimburses you for lost or damaged luggage, delayed or cancelled trips and there are agents available 24/7. | 3 | T | |
| 206 | 408 | Peace of mind. | 2 | T | |
| 207 | 409 | The travel insurance also provides benefits of some kind if your luggage is lost. | 1 | T | |
| 208 | 410 | Purchasing trip insurance is the responsible and safe thing to do. A lot of other people purchase this insurance. | 3 | T | |
| 209 | 413 | they are recommended to get trip insurance in order to get peaceful trip | 2 | T | |
| 210 | 416 | Over 31,000 purchased | 3 | T | |
| 211 | 418 | offered by Alliace Global Insurance | 1 | T | |
| 212 | 420 | If you pay for Trip Insurance you will be treated better. | 3 | T | |
| 213 | 422 | baggage and changed flight protection, 24 hour service | 3 | T | |
| 214 | 424 | the amount of people who have signed up for the protection in the last three days. | 1 | T | |
| 215 | 426 | More Flexibility, Reliable Benefits, All the help you need. | 2 | T | |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 216 | 428 | FL | Peace of mind is only a click away. |
| 217 | 430 | FL | Peace of mind. More reliability,24/7 live support. |
| 218 | 431 | FL | The main message is to offer trip protection if just about anything comes up. |
| 219 | 435 | FL | The main message is that things happen and insurance protects you from losing out due to them. |
| 220 | 436 | FL | You won't have to worry if your trip is cancelled due to weather or an illness because you can purchase trip insurance. |
| 221 | 437 | FL | Travel insurance helps cover damanges caused by lost baggage, delays or unexpeted cancelations |
| 222 | 438 | FL | That you are protected from financial liability for occurences out of your control that would cause you to miss or change a flight |
| 223 | 442 | FL | Highly Recommended |
| 224 | 445 | FL | Flexibility in terms of sickness, cancellation, or interruptions in terms of compensation. |
| 225 | 446 | FL | It is showing the perks of having trip insurance should anything adverse happen when you are flying with Delta. |
| 226 | 447 | FL | That for assurance that your ticket will be protected and to be able to make changes if needed to your flight, flight insurance must be purchased. |
| 227 | 450 | FL | Protect your trip.  You never know if you will get sick or something come up. |
| 228 | 452 | FL | You never know when something may happen so it's better to have insurance just in case |
| 229 | 454 | FL | You are able to purchase insurance on your ticket as you check out just in case you need it. |
| 230 | 456 | FL | Highly recommended and add peace of mind |
| 231 | 457 | FL | Peace of mind. It basically covers lost of luggage and trip cancellations. |
| 232 | 460 | FL | You can purchase insurance for your flight in case anything happens and you are unable to make the flight. For example, you become ill. |
| 233 | 464 | FL | You have to decide on the trip and answer yes or no. |
| 234 | 465 | FL | That purchasing trip insurance will give you security and peace of mind. |
| 235 | 466 | FL | It is a menu style option offering various levels of insurance coverage from the airline for any level including total coverage for the trip. |
| 236 | 467 | FL | To get it because you can't predict what might happen |
| 237 | 470 | FL | It is highly suggested that you purchase insurance for your protection. |
| 238 | 471 | FL | I believe the message is one of "Peace of mind" travel, In all my years of airline travel I have always used trip insurance and the couple of times I have made a claim, it was no problem. |
| 239 | 474 | FL | The option to pay extra to get reimbursed for cancelled or delay trips. |
| 240 | 475 | FL | Peace of mind because you never what may happen when you go on this trip.  There could be problems with your flight or your baggage and then there is the main possibility that something could happen to you...illness, accident, etc. |
| 241 | 476 | FL | Peace of mind is worth the cost of the trip insurance. |
| 242 | 480 | FL | Trip insurance can save you from losing your fare money because many things can change that will cause one to change or cancel a trip. |

EXHIBIT 3

TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|---|---|---|---|---|---|
| 216 | 428 | A lot of people use it. It offers many benefits. It has 24/7 support. | 3 | T | |
| 217 | 430 | You cant play it safe , but with trip insurance you will have protection. | 2 | T | |
| 218 | 431 | Reliable help for when something does go wrong. | 2 | T | |
| 219 | 435 | It is recommended. | 3 | T | |
| 220 | 436 | the company that underwrites the trip insurance policy is noted as well as a message to not carry hazardous materials on the flight. | 2 | T | |
| 221 | 437 | offers 24/7 help | 3 | T | |
| 222 | 438 | 24/7 customer support. Highly recommend. amount of people who purchased in the past several hours | 3 | T | |
| 223 | 442 | Don't know | 2 | T | |
| 224 | 445 | Many customers have done this very recently. | 2 | T | |
| 225 | 446 | It also highlights the number of people who also have purchased this addon | 3 | T | |
| 226 | 447 | By buying the insurance you're also agreeing to the term sand conditions specifically assigned t the flight insurance. | 1 | T | |
| 227 | 450 | More flexibility, reliable benefits, 24/7 help | 2 | T | |
| 228 | 452 | more flexibility, reliable benefits, 24/7 support | 2 | T | |
| 229 | 454 | Don't know | 1 | T | |
| 230 | 456 | more flexibility, reliable benefits and all the help you need | 3 | T | |
| 231 | 457 | Live 24/7 support and concierge services. | 1 | T | |
| 232 | 460 | It allows customers to have more flexibility in regards to their flight | 2 | T | |
| 233 | 464 | It protects you on this trip and the cost. | 2 | T | |
| 234 | 465 | It's recommended by Delta | 2 | T | |
| 235 | 466 | An endorsement from USA today, and a customer count meter showing how many other passengers have accepted insurance for their respective trip in the past three days. | 1 | T | |
| 236 | 467 | Many people buy trip insurance | 1 | T | |
| 237 | 470 | It takes away some of the fear that if you are unable to make your flight, there is a solutions for you. | 2 | T | |
| 238 | 471 | Reimbursement for trip cancellation/travel delay expenses, also protection for luggage. | 1 | T | |
| 239 | 474 | Protection for delayed, damaged or lost baggage. | 1 | T | |
| 240 | 475 | It states the benefits regarding delays and medical conditions and that the insurance company will reimburse you for your expense and that you will have 24/7 concierge serv ice. | 2 | T | |
| 241 | 476 | Peace of mind, flexability, customer support. | 3 | T | |
| 242 | 480 | The insurance provides flexibility, help and is reliable. | 2 | T | |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | State | Q1 |
|---|---|---|---|
| 243 | 482 | FL | Trip insurance will be a safety net so that I will not have to worry during the trip. The quote further makes me want to purchase trip insurance, as it is a reputable source. |
| 244 | 484 | FL | That you can insure your trip in case you can't go for illnesses and get your money back. |
| 245 | 485 | FL | That life and mother nature is unpredictable.  Trip insurance provides flexibility, reliability, and assistance 24/7 |
| 246 | 488 | FL | That trip insurance covers you if you need to change or cancel a trip. |
| 247 | 490 | FL | recommended |
| 248 | 492 | FL | We can't predict get sick, lost values |
| 249 | 494 | FL | Protecting your trip by paying X amount of money for peace of mind as well as more flexibility, reliable benefits, and all the help you will need. |
| 250 | 496 | FL | Trip insurance is recommended since sickness, mother nature and lost luggage are unpredictable. Over 31,000 people purchased trip insurance over the last three days. |
| 251 | 498 | FL | They have more to offer than other companies |
| 252 | 500 | FL | You're buying "peace of mind" |
| 253 | 502 | FL | Peace of mind. In the case that my flight gets delayed or even cancelled, I will be reimbursed with trip insurance. This must mean I would get my money back, but I should get my money back either way if the flight is cancelled through no fault of my own. I imagine if I'm the one who cancels it then I should be responsible for paying it. Either way I'll also get 24/7 support service which again I should not have to pay for since I'm going to be spending over a thousand on a flight. |
| 254 | 504 | FL | That trip insurance is recommended. Piece of mind is a click away with more flexibility, reliable benefits and 24/7 support. |
| 255 | 506 | FL | For an additional fee, you can get reimbursed for things that happen that might make you have to cancel your trip |
| 256 | 508 | FL | recommended: add trip insurance |
| 257 | 511 | FL | That you never know what can happen so get insurance to protect yourself |
| 258 | 512 | FL | That trip insurance gives you peace of mind when traveling against the unexpected expenses that may arise |
| 259 | 514 | FL | I think that the main message is saying that the benefits of paying for the trip insurance is that it will prptect you from issues such as medical issues if you need to reschedule your flight or other things along the lines of lost or damaged baggage |
| 260 | 517 | FL | Add trip insurance reimburses you for delayed flights, lost baggage, etc. You can't predict damages/delays/weather conditions but you can play it safe. |
| 261 | 518 | FL | It protects you in the event of unforeseen complications that effect your trip |
| 262 | 520 | FL | That trip insurance is highly recommended and comes with many benefits so its worth your money |

EXHIBIT 3

## TEST CELL VERBATIMS

| Cum | Case Number | Q2 | Q3 | Cell | Tally- none |
|-----|-------------|-----|-----|------|-------------|
| 243 | 482 | Agreeing to trip insurance means I must agree to further restricitions on what I can bring on the flight or trip. | 2 | T | |
| 244 | 484 | You can select the amount of your coverage. | 3 | T | |
| 245 | 485 | Don't know | 3 | T | |
| 246 | 488 | That unexpected things can happen, be prepared with trip insurance. | 2 | T | |
| 247 | 490 | flexibility | 3 | T | |
| 248 | 492 | 31121 customer buy a protection plan | 1 | T | |
| 249 | 494 | 24/7 live concierge services and support as well as reimbursement for covered trip cancellation/interruption and travel delay expenses. | 3 | T | |
| 250 | 496 | The trip insurance is sold by an insurance company independent of the airline. | 2 | T | |
| 251 | 498 | You will feel safe booking with them | 2 | T | |
| 252 | 500 | It will more than pay for itself should your plans get cancelled, interrupted or delayed and also should you incur lost luggage or if it gets damaged. And it mentioned "pre-existing medical conditions" - but I didn't see where it explained "what about" pre-exist med conditions... is it saying should you experience a previously disclosed medical condition before or during your trip you will be refunded or something? I didn't see where it explained that aspect of the insurance. | 3 | T | |
| 253 | 502 | It says if I lose my baggage I'll be protected up to a certain amount. As nice as this sounds if this is Delta's fault they should reimburse me either way. It also says something about medical conditions but I didn't fully understand that part. | 1 | T | |
| 254 | 504 | a quote by USA Today, mentioning the possibilities that the trip will not happen and that you should purchase the trip insurance. | 1 | T | |
| 255 | 506 | It tells you how many others have chosen this option. It also gives examples of when it would be beneficial | 1 | T | |
| 256 | 508 | peace of mind is only a click away | 3 | T | |
| 257 | 511 | Don't know | 3 | T | |
| 258 | 512 | They want you to know it is sold by a third party company and not a Delta product | 2 | T | |
| 259 | 514 | Aside from detailing what would be covered if you purchase the trip insurance, that section also includes a quote from a newspaper along with a list of things that are not allowed to be taken onto an airplane such as corrosives and such. | 2 | T | |
| 260 | 517 | Insurance sold by Allianz Global Assistance. More than 30,000 people have chose for trip insurance. | 1 | T | |
| 261 | 518 | it helps get your money back for a missed flight or lost luggage | 3 | T | |
| 262 | 520 | It can help you in the long run if any thing unexpected happens | 1 | T | |

# EXHIBIT 4

EXHIBIT 4

## MATERIALITY VERBATIMS NATIONAL SAMPLE

| Prior Intention to Purchase from 1 to 7<br>1 = Not at all Likely to Purchase<br>7=Extremely Likely to Purchase | Verbatim Response |
|---|---|
| 3 | Make it much less likely that I purchase if REDACTED |
| 2 | **Confirm that I don't want to purchase** |
| 1 | It would make me less likely to buy, but I would like Delta more. |
| 5 | I would see if I can buy coverage, or similar coverage, directly from insurer. |
| 1 | **This would sway me to not buy insurance at all. The fact that Delta receives part of the payment for not holding any part of the insurance does not sit well with me.** |
| 3 | I'd have been less likely to purchase knowing I would be overpaying what is actually necessary for insurance. |
| 1 | REDACTED    REDACTED   **I definitly would not buy it** |
| 3 | **It would make me feel like the price is inflated, so I would shop elsewhere for a better deal if I needed trip insurance.** |
| 5 | I think I would have been less likely to consider the trip insurance knowing that it is not directly through Delta, which is a trusted company. |
| 2 | **I would not purchase the trip insurance.** REDACTED   REDACTED |
| 2 | **I would not purchase the insurance. If I pay insurance , then I do so for only this reason and not to pay Delta even more money than I already do for the tickets.** |
| 5 | Yes, this would impact my decision. It now looks like a money maker for Delta. And I would be less likely to purchase. |
| 5 | it would have made me less interested in buying it because if I have a problem now I have to deal with a third party instead of delta |
| 4 | **Would probably buy it thru Allianz Direct or thru AAA which offers similar insurance** |
| 2 | Honestly, it would make me less likely to purchase. I don't understand why REDACTED   REDACTED    It makes it sound like a scam. |
| 6 | **They shouldn't get any of the money. I probably wouldn't purchase it from them.** |
| 2 | **I definitely would not have purchased insurance! I would have considered another airline!What a trap!** |
| 1 | I would look for a cheaper alternative |
| 3 | **I would have made my decision a definite "No" to purchasing the insurance.** |
| 3 | I would be less likely to purchase travel insurance through Delta website since Delta is not actually the one insuring my trip. |
| 5 | it would make me think twice about making the purchase |

EXHIBIT 4

## MATERIALITY VERBATIMS NATIONAL SAMPLE

| Prior Intention to Purchase from 1 to 7 | |
|---|---|
| 2 | I would check if I could get cheaper trip insurance direct from an insurer instead of purchasing throught Delta |
| 4 | I rarely purchase trip insurance, but knowing that Delta was REDACTED REDACTED      not providing the insurance makes me less likely to buy it. It makes it seem more "scammy". |
| 1 | I was never likely to purchase the insurance, but now I definitely would not. |
| 3 | It would have negatively reflected my decision. I don't like the idea of people profiting on my expense. |
| 2 | REDACTED                                                                it would imply to me that this is a money maker for them, it would make me less likely to purchase. |
| 5 | Probably would have made me want to buy insurance less... |
| 6 | i would feel little less interested in purchasing trip insurance through delta website |
| 5 | Would have reconsidered going with delta for the insurance. |
| 1 | make it less likely to buy, REDACTED REDACTED |

# EXHIBIT 5

EXHIBIT 5

## MATERIALITY VERBATIMS FLORIDA SAMPLE

| Intention to Purchase from Not at all Likely to Purch Extremely Likely to Purch | Verbatim Response |
|---|---|
| 3 | **It would make me feel like the price is inflated, so I would shop elsewhere for a better deal if I needed trip insurance.** |
| 5 | **If purchasing insurance** REDACTED REDACTED REDACTED **I'll go elsewhere.** |
| 1 | If I was considering purchasing the insurance, I would be hesitant as Delta does not need any more of my money as the prices for the flights are outrageous |
| 5 | I can purchase trip insurance directly through a travel insurer probably for less given this fact. |
| 5 | It would effectively make me look and consider other options to verify i'm getting the best price as well as the most neutral help as well. |
| 1 | Negatively. The insurance is likely a rip-off REDACTED REDACTED |
| 4 | **I would definitely not want to purchase insurance after seeing that message.** |
| 4 | REDACTED REDACTED because I would think its over priced or not that good. |
| 2 | Make me more adamant in not buying |
| 5 | i think it would make me really reconsider getting the insurance. reading that REDACTED REDACTED |
| 4 | Most likely would have thought twice about it, and would consider not purchasing the insurance. |
| 5 | DEFINITELY makes it less likely I would purchase the insurance. |
| 2 | This would make me less likely to purchase insurance |