UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:18-cv-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF, on Behalf of        CLASS ACTION
Herself and All Others Similarly Situated,

          Plaintiff,

vs.

DELTA AIR LINES, INC.,

          Defendant.

_____/

PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

      Plaintiffs Judith Marilyn Donoff and Walter Capillo ("Plaintiffs"), by their undersigned attorneys, file this Response in Opposition to Defendant Delta Air Lines, Inc.'s ("Defendant") Motion to Extend Summary Judgment Deadline [ECF No. 118] and state the following in support.

      1.     Pursuant to this Court's Order, discovery closed on June 24, 2019, and the deadline for the Parties to file any motion for summary judgment is July 15, 2019. *See* [ECF No. 35 at 6].

      2.     The Parties have agreed to one remaining fact witness deposition proceeding after the discovery deadline. This deposition, of a non-party fact witness, will occur this week on July 10, 2019, and is being taken by the Plaintiffs, not the Defendant.

      3.     On June 24, 2019, Defendant filed a Motion to Extend the Summary Judgment Deadline [ECF No. 118].

      4.     Under the Rules of Civil Procedure, the scheduling order set forth by the court "may only be modified for good cause and with the court's consent." Fed. R. Civ. P. 16(b)(4).

Additionally, under Rule 6(b), when an act must be done within a specified time, the court may extend that time period for good cause. Fed. R. Civ. P. 6(b)(1)(A). To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence. *See Ashmore v. Secretary, Dept. of Transp.*, 503 Fed. Appx. 683, 685 (11th Cir. 2013).

5. Defendant has failed to establish good cause because the schedule can, in fact, be met. At this point in time, Defendant's discovery is complete, and there is no reason that Defendant cannot move for summary judgment by the July 15, 2019, deadline. Indeed, Defendant's motion does not identify any additional discovery that Defendant needs before filing its summary judgment motion.

6. Moreover, Defendant's proposal of "[e]xtending the summary judgment deadline to one month after the Court rules on Delta's motion to dismiss" will negatively impact the trial date set in this matter—which has already been continued once at Defendant's request (and with Plaintiffs' consent)—as it will be burdensome for the Court to rule on the motion for summary judgment prior to the two-week trial period commencing September 30, 2019.

**WHEREFORE**, Plaintiffs respectfully request the Court enter an order denying the Defendant's Motion to Extend Summary Judgment Deadline [ECF No. 118], and for such other and further relief the Court deems just and proper.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Alec H. Schultz*
Scott B. Cosgrove
 Fla. Bar No. 161365
Alec H. Schultz
 Florida Bar No. 35022
John R. Byrne
 Florida Bar No. 126294
Jeremy L. Kahn

LEÓN COSGROVE, LLP
255 ALHAMBRA CIR. | SUITE 800 | CORAL GABLES, FL 33134 | T 305.740.1975 | WWW.LEONCOSGROVE.COM

   Fla. Bar No. 105277
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone:  305.740.1986
Facsimile:  305.437.8158
Email:  scosgrove@leoncosgrove.com
Email:  aschultz@leoncosgrove.com
Email:  jbyrne@leoncosgrove.com
Email:  jkahn@leoncosgrove.com
*Counsel for Plaintiffs and the Class*


Paul J. Geller, Esq.
  Florida Bar No. 984795
Stuart A. Davidson, Esq.
  Florida Bar No. 84824
Jason H. Alperstein, Esq.
  Florida Bar No. 64205
Christopher C. Gold, Esq.
  Florida Bar No. 088733
Bradley M. Beall, Esq.
  Florida Bar No. 1010635
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Email:  pgeller@rgrdlaw.com
Email:  sdavidson@rgrdlaw.com
Email:  jalperstein@rgrdlaw.com
Email:  cgold@rgrdlaw.com
Email:  bbeall@rgrdlaw.com
*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which in turn will serve a copy by electronic mail to all counsel of record.

| | |
|---|---|
| Lazaro Fernandez, Jr., Esq.<br>Denise B. Crockett, Esq.<br>**STACK FERNANDEZ & HARRIS, P.A.**<br>1001 Brickell Bay Drive, Suite 2650<br>Miami, Florida 33131<br>Tel: (305) 371-0001<br>Email: lfernandez@stackfernandez.com<br>Email: dcrockett@stackfernandez.com<br>Email: gmartich@stackfernandez.com<br>Email: mwolf@stackfernandez.com<br>*Attorneys for Defendant, Delta Air Lines* | Gayle I. Jenkins, Esq.<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Tel: (213) 615-1863<br>Email: gjenkins@winston.com<br>Email: rsalyer@winston.com<br>Email: docketla@winston.com<br>*Attorneys for Defendant, Delta Air Lines* |

David L. Balser, Esq.
Julia C. Barrett, Esq.
Katherine P. Nobles, Esq.
Edward Bedard, Esq.
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Email: dbalser@kslaw.com
Email: jbarrett@kslaw.com
Email: pnobles@kslaw.com
Email: ebedard@kslaw.com
*Attorneys for Defendant, Delta Air Lines*

                */s/ Alec H. Schultz*
                 Alec H. Schultz