UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-81258-CV-MIDDLEBROOKS

JUDITH MARILYN DONOFF, on behalf of
herself and all others similarly situated,

    Plaintiffs,

v.

DELTA AIR LINES, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR AMENDMENT OF SCHEDULING ORDER

THIS CAUSE comes before the Court on the Parties' Joint Motion for Amendment of Scheduling Order, filed on July 15, 2019. (DE 123). Trial in this matter is currently scheduled for the two-week period beginning September 30, 2019. (DE 117). In light of the Court's recent Order on Defendant's Motion to Dismiss (DE 121), which dismissed several of Plaintiff's claims with leave to amend, the Parties seek to modify the scheduling order to permit briefing and adjudication of Defendant's forthcoming motion to dismiss Plaintiff's Third Amended Complaint.

A Pretrial Scheduling Order may be modified only "upon a showing of good cause." Fed. R. Civ. P. 16(b)(4). I observe that the current summary judgment deadline falls before briefing on Defendant's forthcoming motion to dismiss is expected to be completed, and I thus find good cause to continue the trial and modify the remaining deadlines. The Parties are advised that a further continuance will not be granted absent a compelling showing of good cause supported by specific facts.

The Parties' Motion also indicates that, in light of the Third Amended Complaint, Plaintiff wishes to refile or supplement its Motion to Certify Class. Plaintiff's prior Motion shall be denied as moot and a new class certification deadline established.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) The Parties' Joint Motion for Amendment of Scheduling Order (DE 123) is **GRANTED**.

(2) In light of the Third Amended Complaint, Defendant need not file an answer to Plaintiff's Second Amended Complaint (DE 64).

(3) Plaintiff's Motion to Certify Class (DE 87) is **DENIED AS MOOT**. Any Amended Motion to Certify Class must be filed on or before September 4, 2019.

(4) The trial is **RESCHEDULED** for the two-week trial period beginning January 13, 2020 at 9:00 AM, with a Calendar Call **SCHEDULED** for January 8, 2020 at 1:15 PM.

(5) <u>Amended Pretrial Schedule</u>: The deadlines set forth in the May 23, 2018 and December 11, 2018 scheduling orders (DE 6; DE 35) are **RESCHEDULED** as follows. This order amends the operative dates only, and the Parties are advised that they must consult the prior scheduling orders for additional instructions.

| | |
|---|---|
| September 4, 2019 | Deadline for Plaintiff to file an amended motion to certify class. |
| October 18, 2019 | All Pretrial Motions, including summary judgment motions and *Daubert* motions, and motions in limine shall be filed. |
| December 13, 2019 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| December 20, 2019 | Objections to designations of deposition testimony shall be filed. |
| January 6, 2020 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |
| January 8, 2020 | Calendar Call |

**SIGNED** in Chambers at West Palm Beach, Florida, this 23 day of July, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c: Counsel of Record