**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-81258-CV-MIDDLEBROOKS

JUDITH MARILYN DONOFF, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

DELTA AIR LINES, INC.,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the following motions: (1) Plaintiffs' Motion to Certify Class (DE 149); (2) Plaintiffs' Sealed Motion to Certify Class (DE 150); and (3) Defendant's Motion to Seal Confidential Portions of its Opposition to Plaintiff's Motion for Class Certification (DE 157).

In light of the Order Denying Motion for Reconsideration (DE 162) and the Order Granting the Motion to Strike (DE 163), Plaintiffs' Motion to Certify Class and the sealed motion (DE 149; DE 150) seeking the same are moot, which in turn renders Defendant's Motion to Seal (DE 157) moot.

Plaintiffs have been ordered to file a Fourth Amended Complaint, if they so desire, by October 14, 2019. (*See* DE 163). Plaintiffs may amend as appropriate and re-file the motion for class certification by October 21, 2019. If Plaintiffs seek to seal the amended motion for class certification or any attached exhibits, Plaintiffs must seek such relief *before* filing a sealed motion. Under that course of action, Plaintiffs must file a detailed motion to seal that conforms with the requirements set forth in my Order denying motions to seal entered on October 11, 2019. As a

reminder, the Parties are advised that I am strongly disinclined to grant any future motion to seal. I may also be revisiting my prior Order sealing certain documents. Before refiling any motion to seal, the Parties must first confer with one another and attempt to resolve the sealing issues. One way the Parties may accomplish this is by jointly stipulating as to the general content of the information a party seeks to seal.

If no agreement is reached, the applicable Party or Non-Party is instructed to consider whether the information they seek to seal is so essential that I would be unable to resolve the underlying motions without the sealed information. In this regard, if a Party or Non-Party chooses to file subsequent motions to seal, they are hereby required to describe the contents which they seek to seal, describe what harm will come from making the information public, and explain why I am unable to rule on the impacted motions without that information.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion to Certify Class (DE 149) is **DENIED AS MOOT.**

(2) Plaintiffs' Sealed Motion to Certify Class (DE 150) is **DENIED AS MOOT.**

(3) Defendant's Motion to Seal Confidential Portions of its Opposition to Plaintiff's Motion for Class Certification (DE 157) is **DENIED AS MOOT.**

(4) Plaintiffs are directed, if they so desire, to refile the motion for class certification by **October 21, 2019.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 11th day of October, 2019.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of record