**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON**

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

Plaintiffs, CLASS ACTION

vs.

DELTA AIR LINES, INC.

Defendant.
_____________________________/

**NOTICE OF FILING UNREDACTED DECLARATION OF BEGENCH ATAYEV IN SUPPORT OF DELTA AIR LINES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

For the reasons articulated by Non-Party AGA Service Company a/k/a Allianz Global Assistance ("Allianz") in the Joint Status Report Regarding Allianz's Motion to Seal the Atayev Declaration [ECF 211], Defendant, Delta Air Lines, Inc., hereby files the unredacted Declaration of Begench Atayev in Support of Delta Air Lines, Inc.'s Opposition to Plaintiff's Motion for Class Certification**.** The Declaration of Mr. Atayev is attached hereto as Ex A.

Dated: January 7, 2020

Respectfully submitted,

s/ *Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.
Fla. Bar No. 716545
Email: lfernandez@stackfernandez.com
Denise B. Crockett
Email: dcrockett@stackfernandez.com
Fla. Bar No. 327913
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Tel: (305) 371-0001

-and-

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863

-and-

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant, Delta Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on and served by CM/ECF on January 7, 2020 on all counsel or parties of record.

*s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr.

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 18-CV-81258-MIDDLEBROOKS/BRANNON

JUDITH MARILYN DONOFF
on behalf of herself and all others
similarly situated,

Plaintiffs,

CLASS ACTION

vs.

DELTA AIR LINES, INC.

Defendant.
____________________________/

**DECLARATION OF BEGENCH ATAYEV**

I, Begench Atayev, declare as follows:

1. I am a Vice President, Market Management for AGA Service Company aka Allianz Global Assistance ("AGA" or "Allianz") and have held this position since February 2018; my prior position at Allianz from 2014 to 2018 was Director, Marketing Analytics. In my position, my responsibilities include oversight of the coordination of the content of the Allianz "Offer Box" that appears in the booking path at delta.com for AGA business partner Delta Air Lines ("Delta"). In that role, I ensure that AGA's records include the cataloging and retention of offers that appear in the booking path, including those appearing in the Delta booking path from September 2014 to present.

***Lack of Uniform Representation that AGA Service Company is "the Licensed Producer"***

2. I have reviewed the compilation of offers that have appeared in the Delta booking path from September 2014 to present. During this time frame, over 1,200 distinct offers have been displayed to Delta's U.S.-based customers in the Allianz Offer Box with varying language.

3. The Motion for Class Certification filed in this matter states that "all Delta customers" see the phrase. "Recommended by AGA Service Company, the licensed producer and administrator of this plan." (Motion, p. 5.) That statement is not accurate for all offers from September 2014 to present.

4. From September 2014 to present, I have viewed over 1,000 of the AGA Offer Box contents and over 200 of the offers did not contain the language that Plaintiff asserts is a uniform "Recommended by AGA Service Company, the licensed producer and administrator of this plan." Below are three examples of Offers that did not contain that language:



**HIGHLY RECOMMENDED: ADD TRIP PROTECTION**

*Yes. I'd like to purchase trip insurance for $30.31 (USD) per passenger. This is $30.31 (USD) total.

Peace of mind is only a click away.

- ✓ **Get reimbursed up to 100%** of non-refundable prepaid expenses if you cancel or interrupt your trip due to covered illness, injury, job layoff, and more
- ✓ Provides coverage in case of a **medical emergency** while you are traveling including transportation and care
- ✓ Reimburses you for additional costs due to **travel delay**
- ✓ Provides coverage in case of **lost, stolen, or damaged baggage**
- ✓ **Travel concierge** service and 24-hour hotline access (awarded Global Call Center of the Year, ICMI)

Travel insurance offered by Allianz Global Assistance. Product available to residents of all states except: WA. Plans underwritten by Jefferson Insurance Company or BCS Insurance Company. Terms, conditions and exclusions apply. Learn More

*No, I choose not to protect my purchase.

"It's wise to always consider a travel protection plan to cover your trip costs from the unexpected." - *Frommer's, Feb 2014*

**RECOMMENDED: ADD TRIP PROTECTION**

*Yes. I'd like to purchase trip insurance for $28.24 (USD) per passenger. This is $56.48 (USD) total.

**Top 3 reasons you need travel insurance:**

- ✓ **Get reimbursed up to 100%** of non-refundable prepaid expenses if you cancel or interrupt your trip due to covered illness, injury, job layoff, and more
- ✓ Reimbursement for the additional cost of meals and accommodations if your travel is delayed
- ✓ Coverage in case of a medical emergency while you are traveling including transportation and care

Offered by Allianz Global Assistance. Terms, conditions and exclusions apply. Learn More

*No, I choose not to protect my purchase. I understand by declining coverage I am responsible for all cancellation fees and delay expenses.

"Even when nothing goes wrong... it is very reassuring to know Allianz is in my corner." - Catherine T., Foreston, MN

Product available to residents of all states except: WA.
Plans underwritten by Jefferson Insurance Company or BCS Insurance Company.

5. In fact, I am informed and believe that the below Offer Box was used by Plaintiff's survey expert, Brian Sowers, in conducting his survey in relation to Plaintiff's claims in this lawsuit.

**Recommended: Add Trip Insurance**

*REQUIRED: PLEASE SELECT YES OR NO TO CONTINUE

Protect your trip to YYY for $ _____ total. Highly Recommended

YES

- OR -

NO

Peace of mind is only a click away.

- ✓ **More flexibility:** Reimbursement for covered trip cancellation/interruption, and travel delay expenses
- ✓ **Reliable benefits:** Protection for delayed, lost or damaged baggage and pre-existing medical conditions
- ✓ **All the help you need:** 24/7 live support and concierge services

"We can't predict who will get sick, if Mother Nature will cancel flights or if luggage gets lost, but we can play it safe by purchasing protection." - *USA Today, Nov 2017*

31,121 customers protected their trip in the last 3 days

Recommended, offered and sold by Allianz Global Assistance. Underwritten by Jefferson Insurance Company or BCS Insurance Company. Terms and exclusions (incl. for pre-existing conditions) apply. Plan details and disclosures.

**By selecting Complete Purchase, you agree to all the Terms and Conditions,** Delta's Privacy Policy **and the** Hazardous Materials policy **outlined below.**

**Federal law forbids the carriage of hazardous materials including explosives, compressed gases, flammable liquids and solids, oxidizers, poison, corrosives and radioactive materials aboard the aircraft, in your luggage, or on your person.**

CURRENCY CALCULATOR

Amount Due (USD) $_____

6. Notably, this "test stimuli" does not contain language identifying Allianz Global Assistance "as the licensed producer." This is because the language of the current offers deployed in the Allianz Offer Box on the Delta website do not contain the "licensed producer" language that Plaintiff claims to be "uniform" for "all Delta customers."

7. As these examples demonstrate, the assertion that "all Delta customers" on delta.com saw language in the Allianz Offer Box that identified AGA as the "licensed producer" is incorrect.

***<u>Variety of Offer Box Messages From 2014 to Present</u>***

8. As mentioned initially, well over 1,000 different offers have been shown to Delta's US customers in the AGA Offer Box in the Delta booking path.

9. At any one moment in time, about over 40 distinct offers are available to be displayed in the AGA Offer Box on delta.com to US customers. The Offer will be electronically generated by AGA using segmentation algorithms to best estimate which policy terms and conditions are most likely to provide value to the customer, based on the limited information

provided to AGA regarding the proposed flight booking, i.e., dates of travel, domestic versus international, price of airfare, and the like.

10. Currently for Delta, there are over 25 distinct Delta US Customer booking path segments AGA uses to identify the likely best travel plan in order to highlight that plan's features and correctly quote its cost in the AGA Offer Box while the customer moves through the booking path. A customer segment is a population of Delta customers created by Allianz that share similar trip, booking device and other attributes along with similar travel protection needs.

11. AGA is frequently running travel insurance personalization experiments in the Offer Box on Delta's booking path in its continuous pursuit of offers that best match customer needs and provide most value to Delta travelers. Because the space afforded to the Offer Box is not unlimited, AGA is frequently testing whether variations in travel plans, highlighting different coverages or benefits, or offering different levels of coverage within a particular segment is found more valuable by the customer, which reaction is gauged by the selection of "yes" or "no" in the Offer Box.

12. As a result, during testing different customers in the same customer segment may see different offers for the same travel protection plan.

13. For example, AGA's records reflect that on the same day that Plaintiff, Judith Donoff, purchased her policy on April 10, 2018, the same credit card was used to purchase another policy for another member of her household on matching dates of travel. Although the cost of the trip was the same for both customers, and the cost of the insurance was the same in both offers, AGA's records reflect that Ms. Donoff and the purchaser of the other policy with the same credit card on the same day were shown two different offers.

14. Walter Cappillo purchased not one but two policies on October 5, 2017. He purchased one policy for a flight on October 13, 2017 and a separate policy for a flight separately booked for October 16, 2017. The communication accompanying each of the purchases informed Mr. Cappillo that he could change his dates to cover the entire trip with a single policy:

Allianz Global Assistance

How can we help?

# Thanks for choosing Allianz Global Assistance

**Here's your important policy information.**

**Hi Walter,**

Thanks for protecting your upcoming travel plans with us. More than 21 million U.S. customers trust Allianz Global Assistance each year — so travel confidently knowing you're in good company.

**We've attached your policy document to this email as a PDF**, which includes your Letter of Confirmation, Certificate of Insurance/Policy, and Emergency Assistance Card.

**Our records indicate you may have purchased your policy for a one-way ticket. If that's the case, we recommend you update your policy with your planned departure and return dates. This can be done quickly, easily, and free of charge by calling us or clicking the Manage My Policy button in this email. You can also increase your coverage to insure any additional travel expenses (additional charges may apply).**

a

Please check out our FAQs or contact us if you have any questions. We're also here to help if your travel plans change and you need to update your policy or add coverage.

Thanks again for protecting your trip with us, and don't forget to download your free TravelSmart app to manage your policy on the go, find local emergency services wherever you are, and much more.

**About your new policy**

**Policy:**
Trip Protector

**Policy No.:**
EUSP2096234223

**Purchase date:**
October 5, 2017

**Effective date:**
October 6, 2017

**Travel dates:**
October 13, 2017–October 13, 2017

Manage My Policy

15. Despite being informed of this option, however, Mr. Cappillo instead maintained two separate policies for each leg of his trip.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2019.

Respectfully submitted this 30th day of December, 2019.

Begench Atayev
Vice President, Market Management
AGA Service Company aka Allianz Global Assistance