# EXHIBIT 3

| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Middlebrooks, Donald M. | U.S.D.C. - S.D. FLA (WPB) | 06/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct. Judge-Active | Nomination Date<br>Initial ☐ Annual ☑ Final ☐<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

701 Clematis Street, Room 257
West Palm Beach, FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (22.5% Interest) | Lake Lucy Groves (Operations and most of assets sold - See Section VIII) |
| 2. | 50% Owner | Billie Moore Farms, LLC, a Georgia Limited Liability Compnay |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 8 | Middlebrooks, Donald M. | 06/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Palm Beach County School Board - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 3 of 8 | Name of Person Reporting<br>Middlebrooks, Donald M. | Date of Report<br>06/26/2013 |
|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northern Trust Bank | Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 8 | Middlebrooks, Donald M. | 06/26/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lake Lucy Groves, Lake Cty, FL | | None | L | W | | | | | |
| 2. Coca Cola Common Stock | E | Dividend | N | T | Buy (add'l) | 12/31/12 | K | | SEE VIII |
| 3. Berkshire Hathaway Common Stock A | | None | P1 | T | | | | | |
| 4. Berkshire Hathaway Common Stock B | | None | M | T | | | | | |
| 5. Exxon Mobil Common Stock A | C | Dividend | M | T | Buy (add'l) | 03/19/12 | K | | |
| 6. | | | | | Buy (add'l) | 05/30/12 | K | | |
| 7. Microsoft Corporation Common Stock | A | Dividend | | | Sold | 09/17/12 | L | D | |
| 8. Johnson & Johnson Common Stock | A | Dividend | | | Sold | 04/16/12 | K | A | |
| 9. I Shares MSCI Emerging Markets Index Fund | C | Dividend | | | Sold | 03/12/12 | M | E | |
| 10. I Shares MSCI EAFE Index Fund | D | Dividend | L | T | Sold (part) | 03/12/12 | L | A | |
| 11. Vanguard Total Stock Mkt Viper | A | Dividend | K | T | | | | | |
| 12. U.S. Treasury Notes | D | Interest | M | T | | | | | |
| 13. .2279279% Int. in ▨▨▨ Airport Ind. Pk. Orlando | | None | K | Q | | | | | |
| 14. Holwood, Inc. | | None | K | W | | | | | |
| 15. Citibank, N.A. Bank Deposit Program (Cash) | B | Interest | M | T | | | | | |
| 16. Northern Trust Checking Account | B | Interest | J | T | | | | | |
| 17. Google Common Stock | | None | | | Sold | 03/15/12 | L | E | |

1. Income Gain Codes:    A =$1,000 or less           B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes           J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)       U =Book Value               V =Other                    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 8 | Middlebrooks, Donald M. | 06/26/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Archer Daniels Midland | A | Dividend | | | Sold | 09/17/12 | K | A | |
| 19. Leucadia National | A | Dividend | K | T | | | | | |
| 20. Billie Moore Farms, LLC | | None | M | R | | | | | |
| 21. Pimco Total Return Fund Class A | C | Int./Div. | L | T | | | | | |
| 22. Pimco All Asset All Authority | D | Int./Div. | M | T | | | | | |
| 23. General Electric | A | Dividend | | | Sold | 03/12/12 | K | D | |
| 24. Apple | | None | L | T | Sold (part) | 03/15/12 | K | E | |
| 25. | | | | | Sold (part) | 08/16/12 | K | D | |
| 26. | | | | | Buy (add'l) | 10/09/12 | L | | |
| 27. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 28. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 29. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 30. Costco | A | Dividend | K | T | Buy | 09/19/12 | K | | |
| 31. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 32. IBM | B | Dividend | L | T | Buy | 05/9/12 | K | | |
| 33. | | | | | Buy (add'l) | 5/18/12 | K | | |
| 34. | | | | | Buy (add'l) | 5/23/12 | K | | |

1. Income Gain Codes: A =$1.000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2) U =Book Value  V =Other  W =Estimated

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 8 | Name of Person Reporting<br>Middlebrooks, Donald M. | Date of Report<br>06/26/2013 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/1/12 | K | | |
| 36. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 37. Daily Journal Corp. | | None | K | T | Buy | 4/13/12 | K | | |
| 38. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 39. Nestle ADR | | None | K | T | Buy | 4/4/12 | J | | |
| 40. | | | | | Buy (add'l) | 4/13/12 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| Page 7 of 8 | Middlebrooks, Donald M. | 06/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item Number(From Part VII):

1 As noted previously, virtually all assets of Lake Lucy Groves were sold. The only remaining asset is an interest in, pursuant to the sales contract, two unplatted residential lots which have not yet been transferred to the partnership.

2. Our Coca Cola stock is set up for dividend reinvestment and also set up for automatic $250.00 contributions monthly. Because of the number of purchases, I aggregated them into a single purchase dated 12/31/12.

13. Appraisal Date 8/6/94.

14. Previously disclosed shares in ▓▓ corporation given ▓▓▓▓▓. Timberland in Crawfordville, GA sole asset of corporation.

20. Billie Moore Farms, LLC is a ▓▓ corporation. I own 50% and ▓▓ owns 50%. Its sole asset is land in Crawfordville, Georgia. It was purchased on July 18, 2008 for $290,000 from Larry Stewart.

| FINANCIAL DISCLOSURE REPORT<br>Page 8 of 8 | Name of Person Reporting<br>Middlebrooks, Donald M. | Date of Report<br>06/26/2013 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald M. Middlebrooks**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544