UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JUDITH MARILYN DONOFF,
on behalf of herself and all others similarly situated,

    **Plaintiff,**

v.

DELTA AIR LINES, INC.,

    **Defendant.**

Case No. 9:18-cv-81258-DMM

**DEFENDANT DELTA AIR LINES, INC.'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE
SUMMARY JUDGMENT HEARING PENDING ELEVENTH
CIRCUIT'S DECISION ON PLAINTIFF'S PETITION FOR WRIT OF
MANDAMUS, AND MEMORANDUM OF LAW IN SUPPORT**

At 3:47 p.m. today, less than 24 hours before this Court's scheduled hearing on Defendant Delta Air Lines, Inc.'s Motion for Summary Judgment, Plaintiff, for the third time, requested that this Court continue the summary judgment hearing. *See* Plaintiff's Motion to Continue Summary Judgment Hearing Pending Eleventh Circuit's Decision on Plaintiff's Petition for Writ of Mandamus, and Memorandum of Law in Support ("Motion to Continue") [ECF 253]. The Motion to Continue should be denied for the following reasons:

1. Plaintiff's Motion to Continue seeks the *precise relief* he has already sought, both in this Court and in the Eleventh Circuit. Thus, on February 10, 2020, Plaintiff filed an Expedited Motion for Stay Pending Appellate Review [ECF 244] in which he asked this Court to "enter an administrative stay of this proceeding and continue the summary judgment hearing set for February 14, 2020, pending the Eleventh Circuit Court of Appeals' review of this Court's class certification and recusal orders." And, on February 12, 2020, Plaintiff filed a Petition for Writ of Mandamus

and Motion to Stay in connection with this Court's Order Denying Recusal [ECF 240] in the Eleventh Circuit in which he asked the Eleventh Circuit to grant a stay of the proceedings in this Court "until it resolves the petition including the summary judgment hearing that the district court set for February 14, 2020. *See* Petition for Writ of Mandamus and Motion to Stay, 11th Cir. Case No. 20-10536. *See* Plaintiff's Notice of Filing (ECF 250).[1]

2. While Plaintiff twice previously requested a stay of these proceedings and continuance of the summary judgment hearing, neither this Court nor the Eleventh Circuit has granted the requested stay and/or continuance. And there is no reason for such relief. *See Shell v. Schwartz*, 2008 WL 11422626, *1, 2 (S.D. Fla. Oct. 16, 2008) (denying a motion to stay the Court's proceedings, "particularly as to defendant's motion for summary judgment, pending [plaintiff's] appeal regarding recusal" and noting that plaintiff made "no showing that this Court's Orders could not be vacated upon a favorable ruling by the Eleventh Circuit on Plaintiff's writs or on appeal of the final judgment."). Plaintiff's third, very belated attempt to continue the hearing should be denied.

3. In addition, Delta will be prejudiced if the hearing is continued at this late hour. Subsequent to this Court's order scheduling the hearing on Delta's Motion for Summary Judgment, counsel for Delta has dedicated substantial time in preparation for the hearing and Delta's lead counsel responsible for arguing the motion for summary judgment at the hearing is presently on a flight from out of state to appear at the hearing.

---

[1] Delta will demonstrate in its answer to the Petition that the Petition grossly mischaracterizes the factual and legal bases for this Court's Order Denying Plaintiff's Motion for Recusal and that the Petition provides no legitimate basis for issuance of the requested relief.

4. There is simply no basis to continue the hearing on Delta's Motion for Summary Judgment and doing so just hours before the hearing is scheduled would be patently unfair and prejudicial to Delta.

WHEREFORE, Delta respectfully requests that this Court deny Plaintiff's Motion to Continue and conduct the summary judgment hearing tomorrow as scheduled.

Respectfully submitted this 13th day of February, 2020.

*s/ Lazaro Fernadez, Jr.*
Lazaro Fernandez, Jr.
Fla. Bar No. 716545
Email:  lfernandez@stackfernandez.com
Denise B. Crockett
Fla. Bar No. 327913
Email:  dcrockett@stackfernandez.com
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Tel: (305) 371-0001

Gayle I. Jenkins, Esq.
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863

David L. Balser, Esq.
Email: dbalser@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-4600

Julia C. Barrett, Esq.
Email: jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2053

*Attorneys for Defendant Delta Air Lines, Inc.*