UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Cast No. 18-81258-CV-MIDDLEBROOKS/Brannon

JUDITH MARILYN DONOFF, on behalf of
herself and all others similarly situated,

      Plaintiff,

v.

DELTA AIR LINES, INC.,

      Defendant.

_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court pursuant to this Court's previous Order Granting Defendant's Motion for Summary Judgment. Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

1. Final Judgment is hereby entered in favor of Defendant Delta Air Lines, Inc. and against Plaintiff Walter Cappillo as to all of Plaintiff's claims.

2. The Clerk of Court shall **CLOSE THIS CASE**.

3. The Clerk shall also **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 6 day of March, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE